*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit B
# to Verified Complaint for Civil Rights Violations

# 24.01.01.W0.01
# Facility Use Request Procedure

Revised: March 1, 2017
Approved: December 1, 2013
Supplements WTAMU Rule #24.02.02.W1, Visitor Safety Access Control

## Procedure Statement

The purpose of this procedure is to outline the process to reserve and use West Texas A&M University (WTAMU) campus spaces, rooms, buildings and facilities. This procedure is for any special event (i.e. fundraising activity, social gatherings or functions, or advisory groups), including third party requests. WTAMU reserves the right to cancel an event and immediately remove access to campus if an event violates the policies and regulations of the Texas A&M University System, the rules and procedures of WTAMU, or if an event is deemed to be unsafe.

## Responsibilities

The request for facility use must be initiated by the department and/or event requestor, with a charge account number required if necessary, using the previously approved request-for-space reservation request site found at: https://reservations.wtamu.edu/

The request form must be routed to the specific departments responsible for event activities, including but not limited to:

a. The designated reservation coordinator for final reservation confirmation. Room and key access will be determined in coordination with the Lock Shop and the building coordinators. The following facilities have a designated reservation coordinator:

   Academic Classroom Spaces, Activities Center, Ag Education, Amarillo Center, Athletics, Electronic Learning Center, Fine Arts, Jack B. Kelley Student Center, and Library.

b. University Police Department (UPD) for event security charges. Event requestor(s) and campus departments are responsible for all charges associated with required security.

c. Event Services staff for all concealed carry signage requirements (please refer to Rule #34.06.02.W1, Carrying Concealed Handguns on Campus).

1

    Event requestor(s) and campus departments are responsible for all charges associated with required concealed carry signage, including start and end times designated on the request for timely signage removal.

d. The Physical Plant Director for accessible utilities (i.e. heating and air) and custodial services for clean-up.

e. The Food Services Director for approval, if the event includes food not provided by the approved campus caterer.

f. The Risk Management Office for required insurances, programs-for-minors requirements, and event risk reviews.

Alcohol is only allowed in previously approved and designated locations on campus.  If alcohol is to be served, the requestor must route the request to the University President's Office to be approved before the event.  The President's Office will then return the form to the event requestor.  The approval form can be found at: http://www.wtamu.edu/home/faculty-staff.aspx

Campus visitors are not allowed in the designated academic classroom lab areas unless pre-approved by Environmental Health and Safety Office: http://www.wtamu.edu/environmental_safety/academic-research-environmental-safety.aspx

## PARKING

For events involving large buses, including commercial and school buses, the buses can only access parking lots interior to campus for drop-off purposes only. Parked or standing buses are only allowed at the Event Center parking lot, the Sports Complex north parking lot, or other pre-approved event site, until they are ready for passenger pickup.

---

**Contact Office**

Director of the JBK Student Center
(806) 651-2394

---

**Approval**

*Walter V. Wendler*

President/CEO

05.17.17
Date

2