# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

SPECTRUM WT, et al.,
Plaintiff

v.

WALTER V. WENDLER, et al.,
Defendant

2:23-cv-00048
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiffs are not aware of any persons, associations, firms, partnerships, or corporations, apart from the parties to this action and their counsel of record that do or may have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

| | |
|---|---|
| Date: | March 24, 2023 |
| Signature: | /s/ JT Morris |
| Print Name: | JT Morris |
| Bar Number: | 24094444 |
| Address: | 700 Pennsylvania Ave SE Ste 340 |
| City, State, Zip: | Washington, DC 20003 |
| Telephone: | (215) 717-3473 |
| Fax: | (267) 573-3073 |
| E-Mail: | jt.morris@thefire.org |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.