UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL,<br><br>        Plaintiffs,<br><br>v.<br><br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University,<br><br>CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University,<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System,<br><br>ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, and DEMETRIUS L. HARRELL JR., in their official capacities as members of the Board of Regents of the Texas A&M University System,<br><br>        Defendants. | Case No.: 2:23-cv-00048-Z |

### [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion to Waive Local Rule 83.10(a) Local Counsel Requirement, filed on March 24, 2023. Upon consideration of the motion, and for good cause shown, this Court hereby **GRANTS** the Motion.

**IT IS SO ORDERED.**

Signed this ____ day of _____, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE