**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL,<br><br>    Plaintiffs,<br><br>  v.<br><br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University,<br><br>CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University,<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System,<br><br>ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, and DEMETRIUS L. HARRELL JR., in their official capacities as members of the Board of Regents of the Texas A&M University System,<br><br>    Defendants. | Case No.: 2:23-cv-00048-Z<br><br>**NOTICE OF UPDATE TO RULE 7.1 CONFERENCE FOR PLAINTIFFS' MOTION FOR LEAVE TO WAIVE LOCAL RULE 83.10(a) LOCAL COUNSEL REQUIREMENT** |

After Plaintiffs filed their Motion for Leave to Waive Local Rule 83.10(a) Local Counsel Requirement [Dkt. 5], the Assistant General Counsel for the Texas A&M University System informed Plaintiffs' counsel that Defendants are unopposed to that Motion. Plaintiffs respectfully request that this Court take notice of Defendants' non-opposition.

Dated: March 24, 2023

Respectfully submitted,

/s/ JT Morris
JT MORRIS
TX Bar No. 24094444
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
700 Pennsylvania Ave., SE;
Suite 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@thefire.org

CONOR T. FITZPATRICK*
MI Bar No. P78981
ADAM B. STEINBAUGH*
PA Bar No. 326475
JEFFREY D. ZEMAN*
PA Bar No. 328570
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
510 Walnut St.; Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
conor.fitzpatrick@thefire.org
adam@thefire.org
jeff.zeman@thefire.org
* *Pro Hac Vice* Motions Forthcoming

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record, and further, I sent a true and correct copy of this notice to Marc Rietvelt, assistant general counsel for the Texas A&M University System, at mrietvelt@tamus.edu.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION