**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL,<br>　　　　　Plaintiffs,<br><br>v.<br><br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University,<br><br>CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University,<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System,<br><br>ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, and DEMETRIUS L. HARRELL JR., in their official capacities as members of the Board of Regents of the Texas A&M University System,<br>　　　　　Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

**ORDER GRANTING PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER**

Having fully considered Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, the Court finds that Plaintiffs have demonstrated good cause for the Court to issue a Temporary Restraining Order, as Plaintiffs have shown both a substantial likelihood of success on the merits and that they will suffer immediate and irreparable harm from Defendants' conduct absent immediate

injunctive relief. The Court also finds that the balance of the equities favors Plaintiffs, and that the public interest will be served by this Order.

This Temporary Restraining Order is issued without notice because (1) Plaintiffs have established that they have suffered and continued to suffer immediate and irreparable harm to their First Amendment rights to freedom of speech, including to hold an expressive event protected under the First Amendment that is scheduled for March 31, 2023; and (2) Plaintiffs have made reasonable efforts to provide notice to Defendants.

Thus, the Court hereby ORDERS that:

1. Defendants, and their employees, agents, servants, officers, and persons in concert with Defendants, are enjoined from preventing Plaintiffs' March 31, 2023 event from moving forward in the manner Tentatively Confirmed by West Texas A&M University on March 14, 2023, and shall allow Plaintiffs to complete the remaining steps expressly required by university written policy for events, if any.

2. Defendants, and their employees, agents, servants, officers, and persons in concert with Defendants, are enjoined from prohibiting Plaintiffs from holding future events similar to the March 31, 2023 event.

3. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs are not required to post a bond for this temporary restraining order.

4. Plaintiffs shall make every reasonable effort to provide Defendant with notice of this Order.

5.  The Temporary Restraining Order expires on _____, absent a showing of good cause on why the Court should extend it or Defendants' consent.

6.  A hearing on Plaintiffs' motion for a preliminary injunction will be held on _____ at _____. Defendants shall file any opposition no later than _____, and Plaintiffs may file a reply no later than _____.

**IT IS SO ORDERED.**

Signed this ____ day of _____, 2023, at _____ AM/PM

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE