IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-048-Z |
| WALTER WENDLER, *et al.*, | |
| Defendants. | |

# ORDER

On March 24, 2023, Plaintiffs filed a Motion for Temporary Restraining Order ("TRO Motion") and a Preliminary Injunction ("PI Motion") (ECF No. 8) pursuant to Federal Rule of Civil Procedure 65, including a Certificate stating Plaintiffs sent copies of the Complaint and motions to Defendants via email to the General Counsel for the Texas A&M University System. ECF No. 8 at 4 (citing FED. R. CIV. P. 65(b)(1)(B), Local Rule 7.1). Without prejudice to any other relief requested by Plaintiffs in the Complaint or PI Motion, this Court FINDS that the *ex parte* TRO requirements of Rule 65(b)(1)(B) are not satisfied. Accordingly, the Court **ORDERS**: (1) Defendants to file a written response to the TRO Motion **on or before 10:00 a.m. (CDT) on March 30, 2023**; and (2) Plaintiffs to promptly email a copy of this Order to Defendants via the email referenced in Plaintiffs' Certificate and to file written notice to this Court on or before Noon on **March 28, 2023**, confirming delivery of the Order to Defendants via email.

**SO ORDERED.**

March 27, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE