**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL,<br><br>          Plaintiffs,<br><br>    v.<br><br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University,<br><br>CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University,<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System,<br><br>ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, and DEMETRIUS L. HARRELL JR., in their official capacities as members of the Board of Regents of the Texas A&M University System,<br><br>          Defendants. | Case No.: 2:23-cv-00048-Z<br><br>**NOTICE OF DELIVERY UNDER COURT'S MARCH 27, 2023 ORDER [Dkt. 10]** |

1. On March 27, 2023, the Court issued an order relating to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, requiring "Plaintiffs to promptly email a copy of this Order to Defendants via the email referenced in Plaintiffs' Certificate and to file written notice to this Court on or before Noon on March 28, 2023, confirming delivery of the Order to Defendants via email." [Dkt. 10].

2. The evening of March 27, 2023, Plaintiffs' lead attorney JT Morris emailed a copy of the order to Ray Bonilla, General Counsel for the Texas A&M

University System, at rbonilla@tamus.edu (the email referenced in Plaintiffs' Rule 65/Rule 7.1 certificate), as well as other members of the Office of the General Counsel.

  3. Minutes later, Assistant General Counsel, Marc Rietvelt, emailed Morris confirming receipt of the Court's order.

Dated: March 27, 2023            Respectfully submitted,

                   /s/ JT Morris
                   JT MORRIS
                   TX Bar No. 24094444
                   FOUNDATION FOR INDIVIDUAL RIGHTS
                     AND EXPRESSION
                   700 Pennsylvania Ave., SE;
                   Suite 340
                   Washington, DC 20003
                   Tel: (215) 717-3473
                   Fax: (267) 573-3073
                   jt.morris@thefire.org

                   CONOR T. FITZPATRICK*
                   MI Bar No. P78981
                   ADAM B. STEINBAUGH*
                   PA Bar No. 326475
                   JEFFREY D. ZEMAN*
                   PA Bar No. 328570
                   FOUNDATION FOR INDIVIDUAL RIGHTS
                     AND EXPRESSION
                   510 Walnut St.; Suite 1250
                   Philadelphia, PA 19106
                   Tel: (215) 717-3473
                   Fax: (267) 573-3073
                   conor.fitzpatrick@thefire.org
                   adam@thefire.org
                   jeff.zeman@thefire.org
                   * *Pro Hac Vice* Motions Forthcoming

                   *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2023, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record, and further, I sent a true and correct copy of this notice to Ray Bonilla, general counsel for the Texas A&M University System, at rbonilla@tamus.edu, and to Marc Rietvelt, assistant general counsel for the Texas A&M University System, at mrietvelt@tamus.edu.

      /s/ JT Morris
      JT Morris
      FOUNDATION FOR INDIVIDUAL RIGHTS
         AND EXPRESSION