IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-048-Z |
| WALTER WENDLER, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to Proceed Without Local Counsel ("Motion") (ECF No. 5), filed on March 24, 2023. Under Local Rule 83.10(a), local counsel must reside or maintain the attorney's principal office in this district and the attorney's residence, or a principal office must be located within 50 miles of the courthouse in the division in which the case is pending. Plaintiffs' counsel permanently resides in Texas and is admitted to practice in this District. Counsel has practiced in federal and state courts throughout Texas, and is readily able and willing to travel to Amarillo, including on short notice. ECF No. 5 at 2. Given that Counsel "is a Texas resident familiar with this Court's rules and practice" and because the Motion is unopposed (ECF No. 7), the Court **GRANTS** the Motion. The Court **ORDERS** that JT Morris may represent Plaintiffs in this matter, subject to further order of the Court.

**SO ORDERED.**

March 26, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE