United States District Court
Northern District of Texas
Amarillo Division

| | |
|---|---|
| SPECTRUM WT, BARRETT BRIGHT, AND LAUREN STOVALL,<br>    *Plaintiffs*,<br>v.<br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University, CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University, JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, AND DEMETRIUS L. HARRELL, JR., in their official capacities as members of the Board of Regents of the Texas A&M University System,<br>    *Defendants*. | Case 2:23-cv-00048-Z |

**DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL**

Defendants Christopher Thomas, in his official capacity as Vice President for Student Affairs at West Texas A&M University, John Sharp, in his official capacity as Chancellor of the Texas A&M University System, and Robert L. Albritton, James R. Brooks, Jay Graham, Michael A. Hernandez III, Tim Leach, Bill Mahomes, Elaine Mendoza, Michael J. Plank, Cliff Thomas, and Demetrius L. Harrell, Jr. , in their official capacities as members of the Board of Regents of the Texas A&M University System, by and through the Office of the Attorney General for the State

of Texas, file this Notice of Appearance in connection with the above-referenced case. The Office of the Attorney General gives this Court notice that Assistant Attorneys General Amy S. Hilton and Christopher D. Hilton are appearing as counsel in this case and all notifications of filings in this matter should be addressed to them.

Dated March 29, 2023.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

Respectfully submitted,

CHRISTOPHER D. HILTON
Chief, General Litigation Division
Texas Bar No. 24087727
Christopher.Hilton@oag.texas.gov

*/s/ Amy Snow Hilton*
AMY S. HILTON
Assistant Attorney General
State Bar No. 24097834
amy.hilton@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager on this the 29th day of March 2023.

*/s/ Amy Snow Hilton*
**Amy Snow Hilton**
Assistant Attorney General