UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>    Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>    Defendants. | No. 2:23-cv-00048 |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

Aaron F. Reitz appears as lead counsel for defendant Walter Wendler in his official and individual capacities. His contact information is in the signature block.

Dated March 29, 2023.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

Respectfully submitted.

/s/ Aaron F. Reitz
AARON F. REITZ
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
Aaron.Reitz@oag.texas.gov

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Leif.Olson@oag.texas.gov

CHARLES K. ELDRED
Special Counsel
Texas Bar No. 00793681
Charles.Eldred@oag.texas.gov

*Counsel for Defendant Walter Wendler*

## CERTIFICATE OF SERVICE

On March 29, 2023, this notice was filed through the Court's CM/ECF service, which automatically serves it upon all counsel of record.

/s/ Aaron F. Reitz