## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL,<br><br>        Plaintiffs,<br><br>    v.<br><br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University,<br><br>CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University,<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System,<br><br>ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, and DEMETRIUS L. HARRELL JR., in their official capacities as members of the Board of Regents of the Texas A&M University System,<br><br>        Defendants. | Case No.: 2:23-cv-00048-Z<br><br>**NOTICE REGARDING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Hon. Matthew J. Kacsmaryk |

After Plaintiffs filed their Motion for Temporary Restraining Order and Preliminary Injunction on March 24, 2023 [Dkt. #8], Plaintiffs started a fundraiser on GoFundMe to ensure that their March 31, 2023 charity event could go forward as scheduled, albeit at an alternate venue off campus. Plaintiffs have met their fundraising goal and late in the day today paid for an off-campus venue for their charity event.

Accordingly, Plaintiffs withdraw, without prejudice, their request for a temporary restraining order requiring Defendants to allow Spectrum WT's March 31,

2023 charity event to proceed on campus.

However, Plaintiffs maintain their request for a preliminary injunction to enjoin Defendants from prohibiting Plaintiffs from holding future events similar to the one they had planned for March 31, 2023. [Dkt #1 at 33; Dkt. #8]. Plaintiffs respectfully request that the Court set a briefing schedule on their request for a preliminary injunction.

Dated: March 29, 2023                    Respectfully submitted,

                                         /s/ JT Morris
                                         JT MORRIS
                                         TX Bar No. 24094444
                                         FOUNDATION FOR INDIVIDUAL RIGHTS
                                             AND EXPRESSION
                                         700 Pennsylvania Ave., SE;
                                         Suite 340
                                         Washington, DC 20003
                                         Tel: (215) 717-3473
                                         Fax: (267) 573-3073
                                         jt.morris@thefire.org

                                         CONOR T. FITZPATRICK*
                                         MI Bar No. P78981
                                         ADAM B. STEINBAUGH*
                                         PA Bar No. 326475
                                         JEFFREY D. ZEMAN*
                                         PA Bar No. 328570
                                         FOUNDATION FOR INDIVIDUAL RIGHTS
                                             AND EXPRESSION
                                         510 Walnut St.; Suite 1250
                                         Philadelphia, PA 19106
                                         Tel: (215) 717-3473
                                         Fax: (267) 573-3073
                                         conor.fitzpatrick@thefire.org
                                         adam@thefire.org
                                         jeff.zeman@thefire.org
                                         * *Pro Hac Vice* Motions Forthcoming

                                         *Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

Plaintiffs' counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, March 29, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record and parties may access this filing through the Court's electronic filing system.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION

3