United States District Court
Northern District of Texas
Amarillo Division

S<small>PECTRUM</small> WT, *et al.*,
   *Plaintiffs*,
v.
W<small>ALTER</small> W<small>ENDLER</small>, *et al.*,
   *Defendants*.

Case 2:23-cv-00048-Z

### R<small>ESPONSE TO</small> P<small>LAINTIFFS</small>' N<small>OTICE</small>

The court previously ordered the defendants to respond to the plaintiffs' request for a temporary restraining order by 10am on Thursday, March 30, 2023. ECF No. 10. The plaintiffs have now withdrawn their request. ECF No. 16. Absent direction otherwise from the court, the defendants understand there to be no request to which they can respond. Should the Court wish for them to file an expedited response to the plaintiffs' allegations, they stand ready to respond.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

<div style="display: flex;">

<div>

Aaron F. Reitz
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105704
Aaron.Reitz@oag.texas.gov

*/s/ Charles K. Eldred*
Leif A. Olson
Chief, Special Litigation Division
Texas Bar No. 24032801
Leif.Olson@oag.texas.gov
Charles K. Eldred
Special Counsel for Legal Strategy
Texas Bar No. 00793681
Charles.Eldred@oag.texas.gov

***Counsel for Defendant Walter Wendler***

</div>

<div>

Christopher D. Hilton
Chief, General Litigation Division
Texas Bar No. 24087727
Christopher.Hilton@oag.texas.gov

*/s/ Amy Snow Hilton*
Amy S. Hilton
Assistant Attorney General
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120

***Counsel for Defendants***

</div>

</div>

## CERTIFICATE OF SERVICE

We certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 29, 2023.

*/s/ Charles K. Eldred*   */s/ Amy S. Hilton*
Charles K. Eldred     Amy S. Hilton