IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,

    Plaintiffs,

v.

WALTER WENDLER, *et al.*,

    Defendants.

2:23-CV-048-Z

## ORDER

Before the Court is Plaintiffs' Motion for Temporary Restraining Order ("TRO Motion") and a Preliminary Injunction ("PI Motion") (ECF No. 8), filed on March 24, 2023. Plaintiffs withdrew the TRO Motion on March 29, 2023, but retain their PI Motion. *See* ECF No. 16. To proceed to the preliminary injunction adjudication, the Court **ORDERS** the following:

- Defendants must respond to the Complaint and PI Motion **on or before April 21, 2023**;

- Plaintiffs must file any reply **on or before May 5, 2023**.

Because Plaintiffs presented their TRO Motion and PI Motion in the same filing (ECF No. 8), and the TRO Motion is now withdrawn, the Court will only consider the filing for the purposes of a preliminary injunction after full briefing is received from the parties.

**SO ORDERED**.

March 30, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE