# State Bar of Michigan

## Certificate of Good Standing

This certifies that Jeffrey Daniel Zeman, P76610 of Philadelphia, Pennsylvania is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 09, 2012 in Oakland County and became a member of the State Bar of Michigan on November 19, 2012.

Peter W. Cunningham, Executive Director
March 22, 2023

