IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,

  Plaintiffs,

v.                2:23-CV-048-Z

WALTER WENDLER, *et al.*,

  Defendants.

## ORDER

  Before the Court is Plaintiffs' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 19), filed on April 4, 2023. Jeffrey D. Zeman is an attorney licensed to practice in Michigan. Mr. Zeman represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. The Court waived Local Rule 83.10's local counsel requirement. *See* ECF No. 12. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Mr. Zeman may represent Plaintiffs in this matter, subject to further order of the Court.

**SO ORDERED.**

April 5, 2023

                     MATTHEW J. KACSMARYK
                     UNITED STATES DISTRICT JUDGE