# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| SPECTRUM WT, et al., | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:23-cv-00048 |
| WALTER V. WENDLER, et al., | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Walter V. Wendler
President, West Texas A&M University
Office of the President
Old Main 302
Canyon, Texas 79016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JT Morris
Foundation for Individual Rights and Expression
700 Pennsylvania Avenue, SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473
jt.morris@thefire.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: March 24, 2023       A. Cobb, Deputy Clerk
                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00048

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WALTER V. WENDLER, PRESIDENT OF WEST TEXAS A&M UNIVERSITY
was received by me on *(date)* MARCH 27, 2023 AT 4:59 PM

☒ I personally served the summons on the individual at *(place)* OLD MAIN 302, WEST TEXAS A&M UNIVERSITY, CANYON, TX, 79016, RANDALL COUNTY on *(date)* MARCH 28, 2023 AT 1:50 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ----- for travel and $ ----- for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 04/03/2023

*Server's signature*

LOFTON T. FARRIS, PSC-1511, EXP. DATE 09/30/2023
*Printed name and title*

P.O. BOX 1053, AMARILLO, TX 79105
*Server's address*

Additional information regarding attempted service, etc: