# AFFIDAVIT OF SERVICE

| State of Texas | County of Northern | United States District Court Court |

Case Number: 2:23-CV-00048

Plaintiff:
**Spectrum WT, Barrett Bright, and Lauren Stovall**
vs.
Defendant:
**Walter Wendler, Christopher Thomas, John Sharp, et al.**

For: JT Morris
    Foundation for Individual Rights and Expression

Received by **Lofton T. Faris** on the 27th day of March, 2023 at 4:59 pm to be served on **Walter V. Wendler President, West Texas A&M University, Office of the President, Old Main 302, Canyon, Randall County, TX 79016.** I, **Lofton T. Faris**, being duly sworn, depose and say that on the **28** day of **March**, 20**23** at **1:50** P.m., executed service by delivering a true copy of the **Litigation hold letter dated March 27, 2023 signed by JT Morris, Summons in a Civil Action, Verified Complaint for Civil Rights Violations, Jury Trial Demanded with Exhibits A-B, Civil Cover Sheet and Certificate of Interested Persons/Disclosure Statement** in accordance with state statutes in the manner marked below:

[X] INDIVIDUAL SERVICE: Delivered to **Walter V. Wendler** at **Old Main # 302 West Texas A&M University, Canyon**, **Randall** County.

( ) NON SERVICE: For the reason detailed in the comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

COMMENTS: _____

I certify that I am over the age of 18, of sound mind, have no interest in the above action. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the **28** day of **March** **2023** by the affiant who is personally known to me.

NOTARY PUBLIC

LEA GAIL FARIS
Notary ID #133253708
My Commission Expires
August 5, 2025

PROCESS SERVER # **1511**
Exp. Date: **9-30-2023**

Appointed in accordance with State Statutes

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Copyright © 1992-2023 DreamBuilt Software Inc. - Process Server's Toolbox V8.2r

Our Job Serial Number: 2023002693
Ref: Spectrum WT, et al. v. Wendler, Thomas