# State Bar of Michigan

## Certificate of Good Standing

This certifies that Conor Terrence Fitzpatrick, P78981 of Washington, District of Columbia is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 19, 2014 in Wayne County and became a member of the State Bar of Michigan on November 26, 2014.

Peter W. Cunningham, Executive Director
March 22, 2023

