IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-048-Z |
| WALTER WENDLER, *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is Plaintiffs' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 24), filed on April 7, 2023. Conor T. Fitzpatrick is an attorney licensed to practice in Michigan. Mr. Fitzpatrick represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. The Court waived Local Rule 83.10's local counsel requirement. *See* ECF No. 12. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Mr. Fitzpatrick may represent Plaintiffs in this matter, subject to further order of the Court.

**SO ORDERED**.

April 12, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE