UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>     Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>     Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk<br><br>**JOINT MOTION TO EXTEND ANSWER AND PRELIMINARY INJUNCTION DEADLINES** |

  Under Fed. R. Civ. P. 6(b), Plaintiffs and Defendants jointly move this Court to extend by two weeks the deadlines set in its March 30, 2023 Order [Dkt. 18] for (i) Defendants to file their responses to Plaintiffs' complaint and preliminary injunction motion and (ii) Plaintiffs to file a reply in support of their preliminary injunction motion. Good cause exists to grant this motion for these reasons:

  1. Plaintiffs filed their Verified Complaint [Dkt. 1] and Motion for a Temporary Restraining Order and Preliminary Injunction [Dkt. 8] on March 23, 2023.

  2. After Plaintiffs withdrew their temporary restraining order request on March 29 [Dkt. 16], the Court entered an order requiring (i) Defendants to respond to Plaintiffs' complaint and preliminary injunction motion on or before April 21, 2023, and (ii) Plaintiff to file any reply on or before May 5, 2023 [Dkt. 18].

  3. On April 18, Plaintiffs filed a First Amended Verified Complaint [Dkt. 28] Plaintiffs also intend to file an amended motion for a preliminary injunction by April 20. Defendants oppose that motion.

1

4. Because of Plaintiffs' amended pleadings, good reason exists to extend the deadlines in the Court's March 30 order as follows:

    a. Defendants must respond to the First Amended Verified Complaint and amended motion for a preliminary injunction on or before May 5, 2023;

    b. Plaintiffs must file any reply in support of its amended motion for a preliminary injunction on or before May 19, 2023.

For these reasons, the parties ask the Court to grant this joint motion. A proposed order is attached.

Dated: April 19, 2023

Respectfully submitted,

/s/ JT Morris                                  .
JT Morris
TX Bar No. 24094444
Foundation for Individual Rights
and Expression
700 Pennsylvania Ave., SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@thefire.org

Conor T. Fitzpatrick*
MI Bar No. P78981
Adam B. Steinbaugh*
CA Bar No. 304829
Jeffrey D. Zeman*
MI Bar No. P76610
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073

conor.fitzpatrick@thefire.org
adam@thefire.org
jeff.zeman@thefire.org

* Admitted *Pro Hac Vice*

Counsel for Plaintiffs

|  |  |
|---|---|
|  | **KEN PAXTON**<br>Attorney General of Texas |
|  | **BRENT WEBSTER**<br>First Assistant Attorney General |
|  | **GRANT DORFMAN**<br>Deputy First Assistant Attorney General |
|  | **SHAWN COWLES**<br>Deputy Attorney General for Civil Litigation |
| **Aaron F. Reitz**<br>Deputy Attorney General for Legal Strategy<br>Texas Bar No. 24105704<br>Aaron.Reitz@oag.texas.gov | **CHRISTOPHER D. HILTON**<br>Chief, General Litigation Division<br>Texas Bar No. 24087727<br>Christopher.Hilton@oag.texas.gov |
| */s/ Charles K. Eldred*<br>**Charles K. Eldred**<br>Special Counsel for Legal Strategy<br>Texas Bar No. 00793681<br>Charles.Eldred@oag.texas.gov | */s/ Amy Snow Hilton*<br>**AMY S. HILTON**<br>Assistant Attorney General<br>Texas Bar No. 24097834<br>Amy.Hilton@oag.texas.gov |
| **Leif A. Olson**<br>Chief, Special Litigation Division<br>Texas Bar No. 24032801<br>Leif.Olson@oag.texas.gov | Office of the Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, TX 78711-2548<br>(512) 463-2120 |
| ***Counsel for Defendant Walter Wendler*** | ***Counsel for Defendants*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2023, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris  
JT Morris  
FOUNDATION FOR INDIVIDUAL  
   RIGHTS AND EXPRESSION
