# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WALTER WENDLER, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-00048-Z |

## ORDER

The Court has considered the parties' Joint Motion to Extend Answer and Preliminary Injunction Deadlines, and finds good cause to grant the motion. The Court **ORDERS** following:

- Defendants must respond to the First Amended Verified Complaint and amended motion for a preliminary injunction **on or before May 5, 2023**;

- Plaintiffs must file any reply in support of its amended motion for a preliminary injunction **on or before May 19, 2023**.

SO ORDERED.

April ____, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE