## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University,<br><br>CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University,<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System,<br><br>ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, and DEMETRIUS L. HARRELL JR., in their official capacities as members of the Board of Regents of the Texas A&M University System,<br><br>　　　　　　　Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk<br><br><br>**ORAL ARGUMENT REQUESTED** |

## PLAINTIFFS' AMENDED MOTION FOR
## PRELIMINARY INJUNCTION

Plaintiffs Spectrum WT, Barrett Bright, and Lauren Stovall, through their undersigned counsel, withdraw their pending motion for a preliminary injunction [Dkt. 8] and substitute this amended motion for a preliminary injunction.

Plaintiffs move under Federal Rule Civil Procedure 65 for the following preliminary injunction against all Defendants:

1.  Defendants, and their employees, agents, servants, officers, and persons

in concert with Defendants, are enjoined from enforcing President Wendler's ban on drag shows in campus facilities generally available for student group use;

2.   Defendants, and their employees, agents, servants, officers, and persons in concert with Defendants, are enjoined from enforcing any of the viewpoint- and content-discriminatory prohibitions on expressive activity contained in President Walter Wendler's March 20, 2023 email titled "A Harmless Drag Show? No Such Thing," when making West Texas A&M University facilities or spaces available to Plaintiffs or other student organizations.

In support of this Motion, Plaintiffs rely on the accompanying Brief in Support, the declaration attached to that brief, and their First Amended Verified Complaint [Dkt. 28]. As Plaintiffs show in their brief, they are entitled to immediate and preliminary injunctive relief because (1) Plaintiffs are substantially likely to succeed on the merits of their claims, (2) Plaintiffs are and will continue to suffer irreparable harm in the loss of their First Amendment rights absent immediate relief from this Court, (3) the balance of equities decidedly tips in favor of protecting Plaintiffs' First Amendment rights, and (4) the public interest always supports upholding the Constitution.

Plaintiffs also request opportunity to be heard on this Motion as soon as the Court's schedule allows.

A proposed order is attached.

2

Dated: April 20, 2023

Respectfully submitted,

/s/ JT Morris
JT MORRIS
TX Bar No. 24094444
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
700 Pennsylvania Ave., SE
Suite 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@thefire.org

CONOR T. FITZPATRICK*
MI Bar No. P78981
ADAM B. STEINBAUGH*
PA Bar No. 326475
JEFFREY D. ZEMAN*
PA Bar No. 328570
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
conor.fitzpatrick@thefire.org
adam@thefire.org
jeff.zeman@thefire.org

* *Pro Hac Vice* motions
forthcoming

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF CONFERENCE</u>

Under Fed. R. Civ. P. 65(b)(1)(B) and Local Rule 7.1, I certify that I conferred by email with Leif Olson and Aaron Reitz, attorneys for Defendant Walter Wendler, and Amy Hilton, attorney for the remaining Defendants. Ms. Hilton indicated that Defendants oppose this motion.

<u>/s/ JT Morris</u>
JT Morris
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2023, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION