## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL, | |
| Plaintiffs, | Case No.: 2:23-cv-00048-Z |
| v. | |
| WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University, | Hon. Matthew J. Kacsmaryk |
| CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University, | |
| JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, | |
| ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, and DEMETRIUS L. HARRELL JR., in their official capacities as members of the Board of Regents of the Texas A&M University System, | |
| Defendants. | |

## APPENDIX TO PLAINTIFFS' BRIEF IN SUPPORT OF
## AMENDED MOTION FOR PRELIMINARY INJUNCTION

**Page(s):**

1. Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction ..............................................1–10

2. Exhibit 1 – 24.01.01.W0.01 Facility Use Request Procedure ....................11–13

3. Exhibit 2 – 08.99.99.W1 Expressive Activity on Campus..........................14–18

4. Exhibit 3 – October 17, 2022 "Big Man on Campus male beauty pageant" Facebook post by "Zeta Tau Alpha at West Texas A&M" ..................................................................................................................19–20

5. Exhibit 4 – October 20, 2022 Facebook post "at West Texas A&M Legacy Hall" including photos of "Big Man On Campus" ..........................21–22

6.     Exhibit 5 – January 27, 2017 Facebook post about the "Miss Black & Gold Scholarship Pageant 2017" to be held in "Legacy Hall" ...............23–24

7.     Exhibit 6 – January 29, 2016 Instagram post about the "2016 Miss Black & Gold Scholarship Pageant" at "Jack B. Kelley Legacy Hall" ..................................................................................................25–26

8.     Exhibit 7 – March 20, 2012 article entitled "Men in dresses work to cure cancer in style" in the West Texas A&M student newspaper, *The Prairie*..................................................................27–28

9.     Exhibit 8 – March 27, 2012 article entitled "Herdsmen Hearts hosts Buff-A-Whoa drag show" in *The Prairie*..........................29–30

10.    Exhibit 9 – Facebook event page about an April 18, 2019 "3rd consecutive Mr & Ms West Texas Drag Show" at "West Texas A&M Legacy Hall" hosted by Kappa Kappa Psi and Tau Beta Sigma ...................................................................................................31–32

11.    Exhibit 10 – Photos posted by "Alpha Psi Chapter of Kappa Kappa Psi" on April 21, 2019...............................................................33–34

12.    Exhibit 11 – April 30, 2017 Facebook post by "Alpha Psi Chapter of Kappa Kappa Psi" about "Miss West Texas" ...........................35–36

13.    Exhibit 12 – April 27, 2020 article in West Texas A&M's yearbook, *Eternal Flame*, about the "University SING" event held in Legacy Hall ..................................................................................................37–41

14.    Exhibit 13 – February 19, 2018 post to Facebook by West Texas A&M's Office of Student Engagement and Leadership about "University SING . . . in Legacy Hall" ........................................42–43

15.    Exhibit 14 – April 14, 2019 article from KAMR reporting that Ascension Academy "hosted its Friend Feud Gala . . . at Legacy Hall on West Texas A&M's campus"...........................................44–45

16.    Exhibit 15 – May 5, 2019 "Community Night of Worship and Prayer . . . at the WTAMU Legacy Hall" ....................................46–47

17.    Exhibit 16 – Facebook photo posted on May 5, 2019, from "Community Night of Worship and Prayer at West Texas A&M Legacy Hall" depicting a live band on stage...............................48–49

18.  Exhibit 17– Facebook event page created by West Texas A&M University about a September 28, 2020 "forum in Legacy Hall" featuring Dr. Ronny Jackson.....................................................50–51

19.  Exhibit 18 – Event Page on West Texas A&M's website promoting a September 24, 2020 "Congressional Candidate Forum" featuring "Congressional Candidate Gus Trujilo . . . in Legacy Hall".........................................................................52–53

20.  Exhibit 19 – August 17, 2022 Facebook post by the West Texas A&M JBK Student Center about a "FREE concert in Legacy Hall" featuring "The Band Monarch" .....................................54–55

21.  Exhibit 20 – October 4, 2022 Facebook post by the Ceta Canyon Camp & Retreat Center about a "special dinner" at "WTAMU – JBK Legacy Hall"...........................................................56–57

22.  Exhibit 21 – January 13, 2023 article by KAMR about an "upcoming fundraising gala" with "a performer with the Metropolitan Opera . . . in Legacy Hall at the Jack B. Kelley Student Center"....................................................................58–61

23.  Exhibit 22 – February 22, 2023 Facebook post by Canyon High School about a February 25, 2023 "Casino Night" dance at "Legacy Hall at WTAMU in the JBK"..................................62–63

24.  Exhibit 23 – March 3, 2023 article from KAMR about a "'Shine for Autism' Sapphire Gala" to be held "at the Jack B. Kelley Legacy Hall" ......................................................................64–68

25.  Exhibit 24 – January 12, 2015 article from KAMR about the 67th Annual Randall County Junior Livestock Show held in "WTAMU LEGACY HALL" .......................................................69–73

26.  Exhibit 25 – January 8, 2022 article from KAMR about the 74th Randall County Junior Livestock Show "with a premium sale" at "WTAMU Legacy Hall in Canyon" ...........................74–78

27.  Exhibit 26 – Event page on the West Texas A&M website about a March 23, 2023 appearance by "Jack Kelley the Magician" performing "jaw-dropping magic and comedy" in Legacy Hall.................79–80

28.  Exhibit 27 – March 24, 2023 article published by KAMR .........................81–85

Dated: April 20, 2023

Respectfully submitted,

/s/ JT Morris

JT MORRIS
TX Bar No. 24094444
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
700 Pennsylvania Ave., SE
Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@thefire.org

CONOR T. FITZPATRICK*
MI Bar No. P78981
ADAM B. STEINBAUGH*
PA Bar No. 326475
JEFFREY D. ZEMAN*
Pa. Bar No. 328570
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
conor.fitzpatrick@thefire.org
adam@thefire.org
jeff.zeman@thefire.org

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*
   *Spectrum WT, Barrett Bright,*
   *and Lauren Stovall*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2023, a true and correct copy of the foregoing

document was transmitted via using the CM/ECF system, which automatically sends

notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION

# DECLARATION OF ADAM STEINBAUGH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL, | |
| Plaintiffs, | Case No.: 2:23-cv-00048 |
| v. | |
| WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University, *et al.*, | **DECLARATION OF ADAM STEINBAUGH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | |

Under 28 U.S.C. § 1746, I, Adam Steinbaugh, declare as follows:

1.     I am over the age of 18 and have personal knowledge of the facts in this declaration.

2.     I am an attorney with the Foundation for Individual Rights and Expression, counsel for Plaintiffs in this action. I am admitted to the bars of the State of California and the Commonwealth of Pennsylvania. I have been granted leave to appear *pro hac vice* as co-counsel for Plaintiffs. Doc. No. 27.

3.     The sole purpose of this declaration is to offer documentary evidence in support of Plaintiffs' amended motion for a preliminary injunction.

4.     A true and correct copy of West Texas A&M Policy No. 24.01.01.W0.01, entitled "Facility Use Request Procedure," is attached as **Exhibit 1**. This policy document is available on the West Texas A&M University website at

**2**

https://www.wtamu.edu/webres/File/About/Administration/Rules/Procedure%20No_ %2024_01_01_W0_01.pdf and archived at https://perma.cc/59ZV-7UEH.

5.      A true and correct copy of West Texas A&M Policy No. 08.99.99.W1, entitled "Expressive Activity On Campus," is attached as **Exhibit 2**. This policy document is available on the West Texas A&M University website at https://www.wtamu.edu/webres/File/About/Administration/Rules/08.99.99.w1_final_ 200514.pdf and archived at https://perma.cc/W3SU-SCZD.

***Uses of JBK Student Center Spaces***

6.      **Big Man On Campus male beauty pageant**

a)      A true and correct copy of an October 17, 2022 Facebook post by "Zeta Tau Alpha at West Texas A&M" about a "Big Man on Campus male beauty pageant is attached as **Exhibit 3**. The Facebook post is also *available at* https://www.facebook.com/wtzta/posts/pfbid0uTHg6zWKnCEUx yTCZhBQys6DD3ogu5DXEiuXHy98AxvMoyh8vJStDQxfoZfMjV 8fl.

b)      A true and correct copy of an October 20, 2022 Facebook post "at West Texas A&M Legacy Hall" including photos of "Big Man On Campus" is attached as **Exhibit 4**. The Facebook post is also *available at* https://www.facebook.com/ Wasssuuppp/posts/pfbid02eFJhfnjAzne8JJS8uBVxaGmUp24w4 Hsi9uBKbMQnRqC1zmnEhJVxtHXr6mpySaK5l and *archived at* https://perma.cc/KLK8-UFK6.

3

7. **Miss Black & Gold Scholarship Pageant**

    a)    A true and correct copy of a January 27, 2017 Facebook post about the "Miss Black & Gold Scholarship Pageant 2017" to be held in "Legacy Hall" is attached as **Exhibit 5**. The Facebook post is also *available at* https://www.facebook.com/RhoMuMBG17/photos/a.1807799329434532/1829499373931194.

    b)    A true and correct copy of a January 29, 2016 Instagram post about the "2016 Miss Black & Gold Scholarship Pageant" at "Jack B. Kelley Legacy Hall" is attached as **Exhibit 6**. The Instagram post is also *available at* https://www.instagram.com/p/BBI934IPC6Q.

8. **Buff-A-Whoa Drag Show**

    a)    A true and correct copy of a March 20, 2012 article entitled "Men in dresses work to cure cancer in style" in the West Texas A&M student newspaper, *The Prairie*, is attached as **Exhibit 7**. The March 20, 2012 edition of *The Prairie* is also *available at* https://issuu.com/theprairienews/docs/everything_march_20.

    b)    A true and correct copy of a March 27, 2012 article entitled "Herdsmen Hearts hosts Buff-A-Whoa drag show" in *The Prairie* is attached as **Exhibit 8**. The March 27, 2012 edition of *The Prairie* is also *available at* https://issuu.com/theprairienews/docs/3.27.11.

9. **Mr & Miss West Texas drag show**

    a)    A true and correct copy of a Facebook event page about an April 18, 2019 "3rd consecutive Mr & Ms West Texas Drag Show" at "West Texas A&M Legacy Hall" hosted by Kappa Kappa Psi and

4

Tau Beta Sigma is attached as **Exhibit 9**. The Facebook post is also *available at* https://www.facebook.com/events/2194529927279411 and *archived at* https://perma.cc/D6UE-WAQX.

b)      A true and correct copy of an exemplar photo from photos posted by "Alpha Psi Chapter of Kappa Kappa Psi" on April 21, 2019 is attached as **Exhibit 10**. The photos are also *available at* https://www.facebook.com/kkpsialphapsi/photos/a.1363553363785616/1363558923785060.

c)      A true and correct copy of an April 30, 2017 Facebook post by "Alpha Psi Chapter of Kappa Kappa Psi" about "Miss West Texas" is attached as **Exhibit 11**. The Facebook post is also *available at* https://www.facebook.com/photo/?fbid=891036867703937&set=a.570750233065937 and *archived at* https://perma.cc/EW9Q-BGY9.

10.    **University Sing**

a)      A true and correct copy of an April 27, 2020 article in West Texas A&M's yearbook, *Eternal Flame*, about the "University SING" event held in Legacy Hall is attached as **Exhibit 12**. The article is also available at https://www.wteternalflame.com/post/wt-s-university-sing and *archived at* https://perma.cc/5WVD-6QJJ.

b)      A true and correct copy of a February 19, 2018 post to Facebook by West Texas A&M's Office of Student Engagement and Leadership about "University SING . . . in Legacy Hall" is attached as **Exhibit 13**.    The post is also *available at*

**5**

https://www.facebook.com/wtamuosel/photos/a.41257676546971
6/1666489360078444.

11.   **Ascension Academy's Friendly Feud Gala**

a)   A true and correct copy of an April 14, 2019 article from KAMR
reporting that Ascension Academy "hosted its Friendly Feud
Gala . . . at Legacy Hall on West Texas A&M's campus" is
attached as **Exhibit 14**. The article is also *available at*
https://www.myhighplains.com/news/
ascension-academy-hosts-friendly-feud-gala/amp and *archived at*
https://perma.cc/5GNK-CPAD.

12.   **Community Night of Worship and Prayer**

a)   A true and correct copy of a Facebook event page about a May 5,
2019 "Community Night of Worship and Prayer . . . at the
WTAMU Legacy Hall" is attached as **Exhibit 15**. The Facebook
event page is also *available at* https://www.facebook.com/
events/284705745550014 and *archived at* https://perma.cc/SZE3-
TQJH.

b)   A true and correct copy of a Facebook photo posted on May 5,
2019 from "Community Night of Worship and Prayer at West
Texas A&M Legacy Hall" depicting a live band on stage is
attached as **Exhibit 16**. The Facebook photo is also *available at*
https://www.facebook.com/janae.gadberry/posts/pfbid0aHCf1E3J
C5MmXmfLmB967JNRgwgEqDG6qQ5psfg97SojjvHk3g5D7xm5
JpeEkDv8l.

**6**

13. **Congressional Candidate Forums**

    a)    A true and correct copy of a Facebook event page created by West Texas A&M University about a September 28, 2020 "forum in Legacy Hall" featuring Dr. Ronny Jackson is attached as **Exhibit 17**. The Facebook event page is also *available at* https://www.facebook.com/events/west-texas-am-jbk-student-center/congressional-candidate-forum-with-dr-ronny-jackson/4655948491096904 and *archived at* https://perma.cc/2KSF-V8WU.

    b)    A true and correct copy of an event page on West Texas A&M's website promoting a September 24, 2020 "Congressional Candidate Forum" featuring "Congressional Candidate Gus Trujilo . . . in Legacy Hall" is attached as **Exhibit 18**. The event page is also *available at* https://www.wtamu.edu/student-life/calendar/index.html?trumbaEmbed=view%3Devent%26eventid%3D148063728 and *archived at* https://perma.cc/XUK5-N2FP.

14. **The Band Monarch**

    a)    A true and correct copy of an August 17, 2022 Facebook post by the West Texas A&M JBK Student Center about a "FREE concert in Legacy Hall" featuring "The Band Monarch" is attached as **Exhibit 19**. The Facebook post is also *available at* https://www.facebook.com/WTAMUJBK/posts/pfbid084n7bgcwRwr1g9XEb6DwRjBCyt2PHPjTvJjzXECECpdaGi5HyWCVUibwgXv8Vk3sl.

7

15. **Ceta Canyon Camp & Retreat Center dinner**

   a)   A true and correct copy of an October 4, 2022 Facebook post by
        the Ceta Canyon Camp & Retreat Center about a "special
        dinner" at "WTAMU – JBK Legacy Hall" is attached as
        **Exhibit 20**. The Facebook post is also *available at*
        https://www.facebook.com/cetacanyon/posts/pfbid02VLXP7Ebqd
        ZBi8vmvjQuVntGbch9tiHpAdMFSiAd8A1SMjvDBnnw4euKdW
        wNb5zMpl.

16. **Metropolitan Opera singer gala and performance**

   a)   A true and correct copy of a January 13, 2023 article by KAMR
        about an "upcoming fundraising gala" with "a performer with
        the Metropolitan Opera . . . in Legacy Hall at the Jack B. Kelley
        Student Center" is attached as **Exhibit 21**. The article is also
        *available at* https://www.myhighplains.com/entertainment-
        news/wt-opera-to-host-fundraising-gala-with-met-opera-
        performer and *archived at* https://perma.cc/98K2-DCKP.

17. **Canyon High School Spring Dance 2023: Casino Night**

   a)   A true and correct copy of a February 22, 2023 Facebook post by
        Canyon High School about a February 25, 2023 "Casino Night"
        dance at "Legacy Hall at WTAMU in the JBK" is attached as
        **Exhibit 22**. The Facebook post is also *available at*
        https://www.facebook.com/cisdcanyonhs/posts/pfbid02N4Y5x8Jg
        QmDQEF1qRYB83ieXxdXeszrp4qxsWqMCWbke3dkuQPJiTW
        WJE5tFTWGXl and *archived at* https://perma.cc/XY9W-WRXZ.

8

18. **Shine for Autism gala**

   a)   A true and correct copy of a March 3, 2023 article from KAMR about a "'Shine for Autism' Sapphire Gala" to be held "at the Jack B. Kelley Legacy Hall" is attached as **Exhibit 23**. The article is also *available at* https://www.myhighplains.com/news/heart-of-the-high-plains/braydens-gift-set-to-host-shine-for-autism-gala and *archived at* https://perma.cc/DJH2-JNHK.

19. **Randall County Junior Livestock Show**

   a)   A true and correct copy of a January 12, 2015 article from KAMR about the 67th Annual Randall County Junior Livestock Show held in "WTAMU LEGACY HALL" is attached as **Exhibit 24**. The article is also *available at* https://www.myhighplains.com/news/studio-4/randall-county-hosts-its-67th-annual-junior-livestock-show/161081758 and *archived at* https://perma.cc/3DB7-XYHW.

   b)   A true and correct copy of a January 8, 2022 article from KAMR about the 74th Randall County Junior Livestock Show "with a premium sale" at "WTAMU Legacy Hall in Canyon" is attached as **Exhibit 25**. The article is also *available at* https://www.myhighplains.com/news/local-news/weeklong-randall-county-stock-show-is-underway and *archived at* https://perma.cc/VRR9-AMGM.

20. **Jack Kelley The Magician**

   a)   A true and correct copy of an event page on the West Texas A&M website about a March 23, 2023 appearance by "Jack Kelley the Magician" performing "jaw-dropping magic and

**9**

comedy" in Legacy Hall is attached as **Exhibit 26**. The event page is also *available at* https://www.wtamu.edu/student-life/calendar/index.html?trumbaEmbed=view%3Devent%26eventid%3D165030094 and *archived at* https://perma.cc/E49Z-US2M.

**Events following the cancellation of Spectrum WT's drag show.**

21.    A true and correct copy of a March 24, 2023 article published by KAMR is attached as **Exhibit 27**. The article is also *available at* https://www.myhighplains.com/news/local-news/wtamu-police-canyon-police-said-no-credible-threats-have-been-made-in-wake-of-drag-related-letter-from-wendler and *archived at* https://perma.cc/684K-G7YD.


I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Dated: April 19, 2023

/s/ Adam Steinbaugh                              .
Adam Steinbaugh

**10**

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 1

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction

**24.01.01.W0.01**
**Facility Use Request Procedure**

Revised: March 1, 2017
Approved: December 1, 2013
Supplements WTAMU Rule #24.02.02.W1, Visitor Safety Access Control

---

## Procedure Statement

The purpose of this procedure is to outline the process to reserve and use West Texas A&M University (WTAMU) campus spaces, rooms, buildings and facilities. This procedure is for any special event (i.e. fundraising activity, social gatherings or functions, or advisory groups), including third party requests. WTAMU reserves the right to cancel an event and immediately remove access to campus if an event violates the policies and regulations of the Texas A&M University System, the rules and procedures of WTAMU, or if an event is deemed to be unsafe.

---

## Responsibilities

The request for facility use must be initiated by the department and/or event requestor, with a charge account number required if necessary, using the previously approved request-for-space reservation request site found at: https://reservations.wtamu.edu/

The request form must be routed to the specific departments responsible for event activities, including but not limited to:

a. The designated reservation coordinator for final reservation confirmation. Room and key access will be determined in coordination with the Lock Shop and the building coordinators. The following facilities have a designated reservation coordinator:

Academic Classroom Spaces, Activities Center, Ag Education, Amarillo Center, Athletics, Electronic Learning Center, Fine Arts, Jack B. Kelley Student Center, and Library.

b. University Police Department (UPD) for event security charges. Event requestor(s) and campus departments are responsible for all charges associated with required security.

c. Event Services staff for all concealed carry signage requirements (please refer to Rule #34.06.02.W1, Carrying Concealed Handguns on Campus).

**12**

Event requestor(s) and campus departments are responsible for all charges associated with required concealed carry signage, including start and end times designated on the request for timely signage removal.

d.  The Physical Plant Director for accessible utilities (i.e. heating and air) and custodial services for clean-up.

e.  The Food Services Director for approval, if the event includes food not provided by the approved campus caterer.

f.  The Risk Management Office for required insurances, programs-for-minors requirements, and event risk reviews.

Alcohol is only allowed in previously approved and designated locations on campus.  If alcohol is to be served, the requestor must route the request to the University President's Office to be approved before the event.  The President's Office will then return the form to the event requestor.  The approval form can be found at: http://www.wtamu.edu/home/faculty-staff.aspx

Campus visitors are not allowed in the designated academic classroom lab areas unless pre-approved by Environmental Health and Safety Office: http://www.wtamu.edu/environmental_safety/academic-research-environmental-safety.aspx

**PARKING**

For events involving large buses, including commercial and school buses, the buses can only access parking lots interior to campus for drop-off purposes only. Parked or standing buses are only allowed at the Event Center parking lot, the Sports Complex north parking lot, or other pre-approved event site, until they are ready for passenger pickup.

---

**Contact Office**

Director of the JBK Student Center
(806) 651-2394

---

**Approval**

Walter V. Wendler

President/CEO

05.17.17
Date

**13**

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 2

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction

**14**

# 08.99.99.W1    Expressive Activity on Campus



Approved May 14, 2020
Next Scheduled Review:  May 14, 2025

## Rule Summary

In 2019, the 86th Texas Legislature passed Senate Bill 18, addressing the protection of campus expressive activities.  This new law adds Texas Education Code Section 51.935, which requires that each public institution of higher education "adopt a policy detailing student's rights and responsibilities regarding expressive activities" on its campus.

As stated in the Preamble to the bill: Freedom of expression is of critical importance and requires each public institution of higher education to ensure free, robust, and uninhibited debate and deliberations by students enrolled at the institution, regardless of whether the students are on or off campus.  It is a matter of statewide concern that all public institutions of higher education officially recognize freedom of speech as a fundamental right.  Freedom of speech and assembly is central to the mission of institutions of higher education and persons should be permitted to assemble peaceably on the campuses of institutions of higher education for expressive activities, including to listen to or observe the expressive activities of others.

## Definitions

Definitions of terms used in this rule.  The definition includes both the singular and plural version of the term:

1. **Benefit** means recognition by or registration with the university, the use of the university's facilities for meetings or speaking purposes, the use of channels of communication controlled by the university, and funding sources made generally available to student organizations at the university.
2. **Campus** means all land and buildings owned or leased by the university.
3. **Common outdoor areas** means places located outside a building or facility that are accessible to the public, such as streets, sidewalks, plazas, lawns, and parks, unless closed by the university for a special event.  This term does not include areas immediately adjacent to a private residence.
4. **Employee** means an individual employed by the university.
5. **Expressive activity** means any speech or expressive conduct protected by the First Amendment to the United States Constitution or by Section 8, Article I, Texas Constitution, and includes assemblies, protests, speeches, the distribution of written material, the carrying of signs, and the circulation of petitions. The term does not include commercial speech.
6. **Faculty** means any full or part-time employee of the university holding an academic appointment.

7. **Materially and substantially disrupt** means interrupting a program or activity in a significant and consequential manner.

8. **Person** means students, faculty, staff, student organizations, and third-parties.

9. **Reasonable time, place, and manner restrictions** means limitations that: (1) are narrowly tailored to serve a significant institutional interest; (2) employ clear, published, content-neutral, and viewpoint-neutral criteria; (3) provide for ample alternative means of expression.

10. **Staff** means an employee of the university that is not a faculty member.

11. **Student** means an individual currently enrolled at the university, full or part-time, pursuing undergraduate, graduate, or professional studies, including students who were enrolled the previous semester and registered for a future semester.

12. **Student Organization** means any organization that is composed mostly of students enrolled at an institution of higher education and that receives a benefit from the institution.

13. **Third-party (External Client)** means an individual or entity that is not a student, student organization, or employee of the university.

14. **Traditional public forum** means a place, widely recognized in law, which has been intended for the use of the public, and has been used for purposes of assembly, communicating thoughts between citizens, and discussing public questions when the principal function of the location would not be disrupted by expressive activity. Examples of traditional public forums include public streets, sidewalks, plazas, lawns, and parks.

---

## Rule

---

1. EXPRESSIVE ACTIVITY RIGHTS

1.1. Any person is allowed, subject to reasonable time, place, and manner restrictions, to engage in expressive activities on campus, including by responding to the expressive activities of others.

1.2. Student organizations and employees are allowed to invite speakers to speak on campus. In determining the amount of a fee to be charged for use of the university's facilities for purposes of engaging in expressive activities, the university may consider only content-neutral and viewpoint-neutral criteria related to the requirements of the event, such as the proposed venue and the expected size of the audience, any anticipated need for campus security, any necessary accommodations, and any relevant history of compliance or noncompliance by the requesting student organization or employee with this rule and other relevant rules. The university may not consider any anticipated controversy related to the event.

1.3. The university may not take action against a student organization or deny the organization any benefit generally available to other student organizations at the university on the basis of a political, religious, philosophical, ideological, or academic viewpoint expressed by the organization or of any expressive activities of the organization.

1.4. The common outdoor areas of the university's campus are deemed traditional public forums. Any person is permitted to engage in expressive activities in these areas freely, as long as the person's conduct: (a) is not unlawful; and (b) does not materially and

substantially disrupt the functioning of the institution.   Members of the university community are allowed to assemble or distribute written material in common outdoor areas without a permit or other permission from the institution.

1.5. Nothing in this rule should be interpreted as prohibiting faculty members from maintaining order in the classroom.

2.  COMPLAINT PROCEDURE

2.1. Any person who believes that their campus expressive activity rights, as recognized by this rule, have been unduly interfered with by a student, student organization, or employee has the right to file a complaint.

2.2 Complaints should be filed on the university's online complaint form, found at www.wtamu.edu/complaint.

2.3 A student, student organization, or employee who is found to have unduly interfered with another person's expressive activity rights, as recognized by this rule, is subject to disciplinary action in accordance with the university's applicable rules and procedures. All complaints will be administered by the university complaint process found on the complaint website: www.wtamu.edu/complaint. If a violation of this rule was found to occur the report will be referred to the appropriate office for further action.  The referral office will be determined by the status of the offending individual.  Complaints concerning (a) faculty will be referred to the Office of the Provost; (b) student will be referred to the Student Conduct Office; and (c) complaints concerning staff and third-parties will be referred to Human Resources.

3.  IMPLEMENTATION

3.1. A copy of this rule will be included in any university published Code of Student Life.

3.2. A copy of this rule will be distributed each semester when the Code of Student Life is normally distributed electronically.

3.3. A copy of this rule will be posted to the university's website.

4.  EXTERNAL CLIENT EVENTS

Events organized by an external party and held on campus must be sponsored by a recognized student organization, university academic or administrative unit, or an A&M System member.

## Related Statutes, Policies, or Requirements

Texas Education Code § 51.9315

**17**

## Contact Office

WTAMU Compliance Office

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 3

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 4

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction



22

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 5

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 6

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction







*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 7

**to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction**

**3** | ### THE PRAIRIE

## NEWS

**MARCH 20, 2012**
www.theprairienews.com

# Circle K helps raise money for tetanus vaccines

RYAN SCHAAP
STAFF WRITER

Circle K will be raising money for tetanus vaccines through an event called 'The Race to Eliminate,' which will take place on March 24.

"It's a disease that is present in third world countries that kills a child every nine seconds," said Abby Walker, President of Circle K. "The vaccinations are provided for people in the United States, but those in third world countries do not have this privilege."

It costs $1.80 to provide a mother with three doses of the vaccination which will give her and her children a safe living environment. Kwanzaa International, the organization which houses Circle K, is planning to raise $115 million by 2015.

"Circle K is trying to get the community and campus involved with the 5K run or one mile walk," said Walker. "We want students to be involved and spread awareness to which all funds will go to the Elimination project. Anybody can sign up to run or walk and even give a donation."

Another goal of the project besides raising funds is to raise awareness.

"We want to get the name of the project out there," said Logan Edigar, Department Chair of Marketing for Circle K. "The amount of money we raise will depend on how many people show up. If we have 200 people show, that could supply 1,900 mothers with the vaccinations which will protect the lives of all their children."

Getting students and the community involved is important for Circle K. 5K runners from around the area have decided to get involved to help this cause.

Will Walker, committee chair of Circle K, is involved with a group called Friends In Training [FIT].

"We have run multiple 5K's and enjoy running for a good cause. The Race to Eliminate is something our group is really interested in," said Walker.

A table will be in the JBK to sign up for the race on March 21. Prizes will be given away for groups who have the most participants and first place finishers.

# SGC raises funds for UNICEF

DANIELA FIERRO
STAFF WRITER

Students for Global Connections will have a booth in the JBK to raise awareness and help raise funds for UNICEF Tap Project March 19-25.

President Olivia Trabysh said they will be recruiting restaurants such as the Big Texan, Sakura, Macaroni Joe's and El Patio in Canyon and many more.

"Students will have to go to restaurants that we are recruiting and order a glass of water," said Trabysh. "The restaurants will then proceed to donate either water or money."

This is the first time Student for Global Connections is helping out UNICEF and it is the first group in the Panhandle to be associated with the organization.

"Vietnam and Cameroon will revive money for water," said Trabysh. "The panhandle is very sheltered so this is a way to raise awareness and help out."

Trabysh said UNICEF is the main premise of the event and they plan to do this project next year as well.

"We also are planning to do other projects UNICEF has every few months," she said. "And we will definitely try to do the big projects."

History major Tori Trela is part of Students for Global Connections and said something as little as a dollar can help the cause.

"We as Americans have concerns about health because we can do something about curing diseases," said Trela. "But these countries can't and something as clean water can be beneficial to them."

Trela added that she will speak to her friend who owns a restaurant to see if they would want to help out and what other restaurants could help as well.

"It's a great opportunity to help out if you're in one of the restaurants," said Trela. "It's a simple idea yet monumental."

Text "TAP" to 864-233 to make a one-time donation of $10 or visit one of the many restaurants that will be listed when the organization's table is set up in the JBK.

### TEXAS ROADHOUSE

#### NOW HIRING SERVERS

GREAT PAY
FLEXIBLE SCHEDULES
APPLY IN PERSON AT 2805 W I-40 IN AMARILLO
MONDAY-THURSDAY BETWEEN 3 AND 5

# Men in dresses work to cure cancer in style

JESSICA CHANDOS
STAFF WRITER

The Herdsmen Hearts are putting on a cross-dressing fashion show to raise money for Relay for Life. The event will take place on March 20 at 6 p.m. in the JBK commons.

There will be a maximum of 20 male contestants in the show, each required to pay a $10 entry fee to be donated to the cause. Each contestant is responsible for trying to get as many of his friends to support him by donating money for Relay for Life.

"[We] set it up in a way so you could eat your dinner while watching the fun," Herdsman Hearts Public Relations Official Madelyn Melchiors said.

This is to be the Herdsmen Hearts' spring philanthropy event.

"We're hoping this is going to be a lot of fun for people to watch and want to participate in," said Melchoirs.

There will be an evening dress, sports wear, and group dance round.

"It would be really fun to go to and watch. Plus who doesn't like helping to find a cure for cancer?" Jo Ann Ross, English, philosophy and modern languages senior, asked.

Not many students know the event will be going on, as there was a "mix up on the flyers" with the wrong date, Melchoirs said.

One of these students is JBK staffer Rochelle Parchment.

"A drag show? No, never heard of it," she said.

"We're hoping that people will read the table tents when they get back from spring break," said Melchoirs.

---

THE PRAIRIE will be giving out free popcorn with each newspaper April 30 in the JBK starting at 11:30.

**28**

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 8

**to Declaration of Adam
Steinbaugh in Support of
Plaintiffs' Amended Motion for
Preliminary Injunction**

**12** | **THE PRAIRIE**

MARCH 27, 2012
www.theprairienews.com

# Herdsmen Hearts hosts Buff-A-Whoa drag show

JESSICA CHANDOS
STAFF WRITER

On March 20 the Herdsmen Hearts put on a drag show event, Buff-A-Whoa to raise money for Relay for Life. There were four categories for judging: evening gown, sports event, talent, and group dance. The winner of Buff-A-Whoa was Calamity Suzie Cutesy.


Calamity Suzie Cutesy sings "Friday."


In their dance wear, the contestants show their talents dancing to the Wobble.


Calamity Suzie Cutesy wins the Buff-A-Whoa drag show.


Spunky Sandy in her purple gown.


Sassy Pants Cassandra shows off for the cameras.


Calamity Suzie Cutesy in her boa slinky dress.


Allota Virginia during the evening gown event.

**30**

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 9

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 10

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 11

**to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction**



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 12

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction

37

 Eternal Flame ♛    Apr 27, 2020    5 min read

# WT's University Sing

Once upon a time, in a land not so far away, there stood a little university in the middle of
nowhere, otherwise knows as the Panhandle of Texas. This university was called West Texas A&M and was a wonderous place
of community, learning and most of all: competition. Our story takes place minutes after the annual "University Sing". This
epic event is hosted by the Office of Student Engagement and Leadership on Saturday, March 7 from in Legacy Hall.
Although University Sing has been a typical university event for years and years now, WTAMU has been putting theirs on since
1980.The theme this year; Fairytales with a twist.



"It's not your normal fairy tale of what you've always grown up with, like a classic story with […] a mythical or magical element
[to] it," says Sabrina Pugh, this year's event planner for Sing, "but then with […] a unique creation to a fairytale, whether that
be completely rewriting a brand new story or taking a normal story and adding something unique to it."

This year 6 groups competed with a total of 11 organizations, meaning some organizations team up with others to strengthen
their odds of winning. After all, the motivation is high when the team to place first wins a total of $300. Sabrina Pugh, top
event planner this year, actually participated in Sing the last two years and had this to say about her experience:

"I love being in Sing. It was actually one of my favorite things to do. Just being able to be a part of something so big and

**38**

something so involving was amazing. I loved seeing S.A.G.E. interact with other organizations. Something that we're all doing together and healthy competition."

This year I participated in Sing with the on-campus organization S.A.G.E. as well, which stands for Students Assisting in Good Endeavors. This is the groups 3 rd year to enter in Sing. So far S.A.G.E. has managed to place second every year. In 2020 however, our goal was to win the $300, despite some members wanting second just for the fun of it.
When asked, Nathan Solomon, the head of the Sing committee for S.A.G.E said:

"I think S.A.G.E. is definitely ready. We have practiced three to four times a week for the past two weeks, of course we have some stuff to work on, but we're getting really close to tying it up. And we're all having a lot of fun"



This year the judges are looking for several different aspects. One being the "singing, because that's the main point of it; Can you hear them? Are they sounding somewhat musical? Then another aspect [are] their dances creative and fun? Projection and creativity, and overall just involvement of their organization [is very important. And finally,] did they stick with the theme?" said Pugh.

But it is not all fun and games. There is a lot more to it than just coming up with choreography to popular songs, and a fun script. There are plenty of rules and guidelines that must be followed closely. It is important that each organization keeps the normal student conduct. As well as being "present at rehearsal and meetings, so that [they] know the information and that we can be able to practice and rehearse with you as an office." - The OSEL office that is.

"Major offenses could mean an organization is up for disqualification, but if it is a minor offense, it could be up to a five-point deduction" said Pugh. One of these main rules "is that we don't have any food or drink available to come in from outside. That just being that we've had problems in years past of maybe alcohol consumption"

This may seem strict, but it is certainly justifiable when you consider the shenanigans that went down the last years, with organizations bringing alcoholic drinks to the event and getting on stage buzzed and even drunk. In fact, this is not the only drama that goes down during Sing. Since the prize for first place and even second, which is $200, and third, $100, the level of competition is extremely high. Organizations have to keep their ideas, scripts, choreography and even their chosen songs secret. Sing even just as a conversation topic is kept off limits, and the OSEL office makes sure everything related to the subject is kept in the shadows until the day of. This makes for a fun month of secretive meetings and talking in code. However, it is also the cause of, yet again, more drama. Organizations try incredibly hard to find loopholes in the rules and policies, and even try to get

**39**

other organizations in trouble in order to bring their competition down. If you put this aside though, you are left with a fun event that not only brings individual organizations members together as they rehearse for weeks straight, but also brings organizations together as they experience this healthy competition with each other. It even brings the campus together as it is an event that is looked forward to by many. In fact, this is how I got to know S.A.G.E. and decided to join a



"The day of the performance was similar to previous years. Nerves start to settle in right before the performance and it is important to remember we are here to have fun. While on stage adrenaline kicks in and time flies by," said Solomon, "but after the performance we were all so proud of each other and the work we put in. That night is so fun for the audience and every performer. It's an awesome event to be a part of. I was so proud of S.A.G.E. and their accomplishments. We practiced for so many hours and it definitely paid off. We had our best performance the night of and couldn't have done better. Everyone did their part and we all had so much fun."



After every group had finished performing it was time for the award ceremony. This might have been the tensest few minutes of the entire night.

"I thought that it was really close between Kappa Kappa psi and S.A.G.E., it could have gone either way," Said audience member Jairo Vazquez, "but S.A.G.E. in my opinion edged them out with their performance, flow and comedic timing."

That's right! S.A.G.E. received first place for the first time ever. The whole group went wild on stage when we heard our name. Some audience members even decided to give us a standing ovation, and our night ended with a traditional celebration at IHop.

"Winning was very rewarding to everyone in S.A.G.E." Solomon said "All our members deserved recognition for the time they each put in and how much effort they gave in order for our performance to be great. Plus, it was our first time winning! It was a great accomplishment "

- And everyone lived happily ever after.

Ashlyn Dietz
Staff Writer

**40**



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 13

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 14

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction

KAMR – MyHighPlains.com 

## Ascension Academy hosts Friendly Feud Gala

Kylee Douglass                                                                                      4 years ago



Ascension Academy hosted its Friendly Feud Gala on Saturday, April 13 at Legacy Hall on West Texas A&M's campus.

This fundraising event was hosted by Amarillo Little Theater's Jason Crespin.

Six teams competed to raise money for different school programs at Ascension Academy.

The teams that competed and what they were playing for:

- Happy State Bank playing for the Student Leadership Programs.
- AIG playing for the STEM programs.
- Ascension Alumni, sponsored by Amarillo Pathology Group & Texas Breast Specialists, playing for the Fine Arts Program.
- Ascension Teachers, sponsored by Amarillo Heart Group, playing for the Humanities Programs.
- DataFlow & Susan's Embroidery playing for the Athletic Programs.
- Austin Hose playing for the Scholarship Programs.

Voting was made through donations and the willing team will receive 50% of the voting income that will go towards what they were playing for. The other remaining 50% will go be split between the other teams.

The Gala included a cocktail reception sponsored by Mission Dairy, dinner, coffee bar, photo booth and a silent and live auction.

Categories: Local News, News, Top Stories

Tags: Aig, Amarillo Little Theater, Ascension Academy, Ascension Alumni, Ascension Teachers, Austin Hose, DataFlow & Susan's Embroidery, Friendly Feud Gala, Happy State Bank, Jason Crespin, Legacy Hall, Mission Dairy, West Texas A&m

KAMR – MyHighPlains.com                                                         Back to top

**45**

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 15

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 16

**to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction**



49

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 17

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 18

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 19

**to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction**



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 20

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 21

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction

https://www.myhighplains.com/entertainment-news/wt-opera-to-host-fundraising-gala-with-met-opera-performer/
18.04.2023



AD

## ENTERTAINMENT

# WT Opera to host fundraising gala with Met Opera performer

by: David Gay
Posted: Jan 13, 2023 / 09:52 AM CST
Updated: Jan 13, 2023 / 09:53 AM CST

CANYON, Texas (KAMR/KCIT) — As part of an upcoming fundraising gala for West Texas A&M University's Opera program, Hugo Vera, a performer with the Metropolitan Opera, will headline the gala, along with providing a masterclass for West Texas A&M students.

According to a news release from the university, Vera is expected to perform alongside WT Opera students and School of Music faculty at the gala, scheduled for 6 p.m. on Jan. 28 in Legacy Hall at the Jack B. Kelley Student Center on the university's Canyon campus.

| **Amarillo Police provides more info on Thursday afternoon incident** ❯

"We are beyond thrilled that Hugo will join us for our first-ever WT Opera Gala," Sarah Beckham-Turner, an assistant professor of music and WT Opera director, said in the release. "We wanted an artist from Texas who had extensive operatic experience and someone who has a passion for working with the next generation of opera professionals. Hugo fit the bill perfectly. This gala is all about supporting our students and giving them the opportunity to realize their dreams."

According to the release, Vera has also performed with the New York City Opera, the Nashville Opera, the Minnesota Opera and the Aspen Music Festival. Vera has been described as having a "truly heroic voice" that is both "beautiful and brilliant."

Tickets for the event are $100, the release said, and tables of eight are available for $1,000, $2,500 and $5,000.





Ready for their close-up.
Edit pet photos with Photoshop Lightroom.

Join now

Photo by Elke Vogelsang

**AMARILLO WEATHER**

| Current | Tonight | Tomorrow |
|---|---|---|
| 87° | 50° | 86° |
| Sunny/Wind | Mostly Clear<br>Precip: 0% | Mostly Sunny & Breezy<br>Precip: 0% |

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## BESTREVIEWS



### Super Mario Bros. theme lands on the National Recording …

BESTREVIEWS / 4 Hours Ago

BestReviews is reader-supported and may earn an affiliate commission. Details. 25 more recordings have been deemed worthy of preservation  Last year, the Library of Congress added music from Wu-Tang Clan, Queen, Alicia Keys and 22 other recordings …



### Best flowers to buy for your mom on Mother's Day …

DECOR / 4 Hours Ago

Mother's Day is a great occasion to buy your mom flowers. Check out the best flowers you can buy to make her day special.



SUBSCRIBE NOW

## Today On The High Plains

Your email

SIGN UP NOW ❯

**59**

INSECT & PEST CONTROL / 4 Hours Ago

The best way to get rid of these pests is to prevent them from entering your home. When you do spot them inside, you can use simple tools to get rid of them.

View All BestReviews ›

SEVERE OUTLOOK



**Early summertime heat followed by another cool down**

Forecast    7 mins ago

## TOP STORIES ›



**Lawmakers hear more than a dozen firearm safety bills**



**Sherman County celebrates courthouse 100th anniversary**



**Amarillo woman reappointed to Funeral Commission**



**Clovis FD: Fire truck starts multiple Monday grassfires**

Top Stories ›

### TRENDING STORIES

1. **3 arrested after recent Amarillo Police sting operation**
2. **$250,000 winning Texas Lottery ticket sold in Canyon**
3. **WT faculty take no-confidence vote on President Wendler**
4. **2024 AQHA world championships coming to Amarillo**
5. **APD seeking suspect in Guitars and Cadillacs shooting**

### DON'T MISS



**12 of the most famous athletes born in Amarillo**

How many states require vehicle inspections?

Laugh-out-loud fast-food chain Twitter beefs

Angel Reese leads all college bball players in NIL …

You can now stock your fridge with The Pink Drink …

AD

PLAN YOUR VISIT FROM $44 TODAY — THE EMPIRE STATE BUILDING — GET TICKETS



## MORE STORIES ›

 **Fox News and Dominion reach last-minute settlement**

 **Lawmakers hear more than a dozen firearm safety bills**

 **How animal shelters are addressing overcrowding**

 **Clovis FD: Fire truck starts multiple Monday grassfires**

 **Last Day to File Taxes**

 **Sherman County celebrates courthouse 100th anniversary**

 **Amarillo woman reappointed to Funeral Commission**

 **California teen missing for months found alive**

More Stories ›

### WHAT DO YOU THINK?

How much responsibility do you personally believe Rupert Murdoch and Fox News, in general, bears for the spread of the conspiracy theory that the 2020 presidential election was rigged?

○ A lot of responsibility

○ Some responsibility

○ Not much responsibility at all

○ Other / No opinion

NEXT

**KAMR - MyHighPlains.com Video**



**60**





*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 22

**to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction**



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 23

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction

om-2023.04.18-16_25_10
https://www.myhighplains.com/news/heart-of-the-high-plains/braydens-gift-set-to-host-shine-for-autism-gala/
18.04.2023



**HEART OF THE HIGH PLAINS**

# Brayden's Gift set to host 'Shine for Autism' Gala

by: Mari Ferrel
Posted: Mar 3, 2023 / 10:10 AM CST
Updated: Mar 3, 2023 / 11:11 AM CST

AMARILLO, Texas (KAMR/KCIT) —The local non-profit organization, Brayden's Gift and Barnes Jewelry are hosting the "Shine for Autism" Sapphire Gala. This one of a kind event is making a difference in the community.

Here is the information for the "Shine for Autism" Sapphire Gala:

- Saturday, March 18 at the Jack B. Kelley Legacy Hall at West Texas A&M University;
- VIP Cocktail Party at 6:00 p.m.;
- Sapphire Gala following at 6:30 p.m.;
- Tickets: $125 per person, Table: $1,250;
- RSVP by March 13.

The event will include an open bar, elegant dinner, live entertainment, and the chance to hear amazing stories on how lives have been changed due to Brayden's Gift.

**| Heart of the High Plains: Girl Scouts ›**

President and Founder of Brayden's Gift Shay Morath says the inspiration behind the organization was her son, Brayden. Brayden was diagnosed with autism at the age of three and the Morath's tried different therapies for their son but none seemed to work, until they met with Amarillo ABA Executive Director Amy Simpson.

"We moved from Perryton to Amarillo, just for her clinic," said Morath. "This life changing therapy, it blew us away, it changed his whole life."

Amarillo ABA is an outpatient therapy facility which does applied behavior analysis therapy. Simpson said, "We take and design individualized programs for each individual create goals, we monitor their goals very closely, whether we're working on behavioral, like reducing maladaptive behaviors and increasing language skills, play skills, social skills."

With seeing Brayden's progress, the Morath's wanted to help raise autism awareness in the community along with help alleviate the financial burdens on families dealing with therapy for their autistic child.

"It varies because the child has different needs. But for Brayden, this ABA therapy is $60,000 a year out of pocket, if you don't have insurance, and insurance is a hit or miss with a lot of these families,"said Morath. "[That's] depending on the severity of the child. Braden is severe, he's nonverbal, and so some of those needs are a little higher."

**| Primrose students, families donate books, supplies to Martha's Home ›**

Sunny/Wind    Mostly Clear    Mostly Sunny & Breezy
             Precip: 0%      Precip: 0%

SUBSCRIBE NOW



Today in Amarillo- Brayden's Gift set to host "S...

**VIDEO FORECAST**



SEVERE OUTLOOK

Early summertime heat followed by another cool down

Forecast                    12 mins ago

**TRENDING STORIES**

1  **3 arrested after recent Amarillo Police sting operation**

2  **WT faculty take no-confidence vote on President Wendler**

3  **$250,000 winning Texas Lottery ticket sold in Canyon**

4  **Sherman County celebrates**

**65**

Simpson said ABA therapy is the most evidence-based treatment for children with autism adding, "We get to spend a lot more time with our kids than other therapies. Our kids are usually in clinic about anywhere from like two hours to six hours a day."

Amarillo ABA been helping families for over ten years. Morath said Amarillo ABA has helped Brayden eat a variety of foods he didn't before and to communicate. "To communicate on this tablet was pretty phenomenal", said Morath. "Because we couldn't, we didn't know how we were going to communicate with our son for a long time. And even still, it's quite a barrier."

"We need more professionals like to be able to give a diagnosis," added Simpson. "So that our parents aren't waiting years to get you know, a diagnosis and to start treatment, because they do have to have that diagnostic in order to receive you know, ABA therapy."

This leads to the hassle of traveling over a few hours to bigger cities, such as Dallas or Houston, to get a diagnostic from specialists.

Amarillo ABA been a small local business helping the community of Amarillo. Simpson said, "We've been here for over 10 years, still supporting children with autism." She continued to say the City of Amarillo has done a better job at diagnosing. "We would get eight year old's, nine year old's, 10 year old's, and now we're getting kids at 18 months, or two years old," said Simpson.

Morath said one-hundred percent of funds go back to the community to help children with autism.

Interested individuals can donate or gain information on any upcoming events by visiting Brayden's Gift website or Brayden's Gift Facebook page. For more information on ABA therapy, visit Amarillo ABA's website.

*For the latest Amarillo news and regional updates, check with MyHighPlains.com and tune in to KAMR Local 4 News at 5:00, 6:00, and 10:00 p.m. and Fox 14 News at 9:00 p.m. CST.*

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.



## BESTREVIEWS



**Super Mario Bros. theme lands on the National Recording …**

BESTREVIEWS / 4 Hours Ago

BestReviews is reader-supported and may earn an affiliate commission. Details. 25 more recordings have been deemed worthy of preservation Last year, the Library of Congress added music from Wu-Tang Clan, Queen, Alicia Keys and 22 other recordings …



**Best flowers to buy for your mom on Mother's Day …**

DECOR / 4 Hours Ago

Mother's Day is a great occasion to buy your mom flowers. Check out the best flowers you can buy to make her day special.



**How to get rid of stink bugs**

INSECT & PEST CONTROL / 4 Hours Ago

The best way to be rid of these pests is to prevent them from entering your home. When you do spot them inside, you can use simple tools to get rid of them.

**View All BestReviews ›**

---

courthouse 100th anniversary

**5  WT President comments on canceling on-campus drag …**

## DON'T MISS



**12 of the most famous athletes born in Amarillo**

**How many states require vehicle inspections?**

**Laugh-out-loud fast-food chain Twitter beefs**

**Angel Reese leads all college bball players in NIL …**

**You can now stock your fridge with The Pink Drink …**

**WHAT DO YOU THINK?**

To what extent do you support or oppose the expansion of federal funding for child and home care services?

- ○ Strongly support
- ○ Somewhat support
- ○ Somewhat oppose
- ○ Strongly oppose
- ○ Other / No opinion

**NEXT**



AD

SHOP NOW    amazon

66



**Lawmakers hear more than a dozen firearm safety bills**



**Sherman County celebrates courthouse 100th anniversary**



**Amarillo woman reappointed to Funeral Commission**



**Clovis FD: Fire truck starts multiple Monday grassfires**

Top Stories ›

**MORE STORIES ›**


Fox News and Dominion reach last-minute settlement


Last Day to File Taxes


Lawmakers hear more than a dozen firearm safety bills


Sherman County celebrates courthouse 100th anniversary


How animal shelters are addressing overcrowding


Amarillo woman reappointed to Funeral Commission


Clovis FD: Fire truck starts multiple Monday grassfires


California teen missing for months found alive

More Stories ›



KAMR - MyHighPlains.com Video

Frank Merryman Canyon flood Full Interview

2024 American Quarter Horse Association...

Today in Amarillo: Chef Ron Pork Belly Poboy 02

**67**



68

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 24

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction

https://www.myhighplains.com/news/studio-4/randall-county-hosts-its-67th-annual-junior-livestock-show/161081758/
18.04.2023



## STUDIO 4

# Randall County Hosts Its 67th Annual Junior Livestock Show

by: Staff
Posted: Jan 12, 2015 / 02:04 PM CST
Updated: Jan 12, 2015 / 05:08 PM CST

The 67th Annual Randall County Junior Livestock Show will be on Friday, January 16 and Saturday, January 17. It will be in a new facility– Randall County's Happy State Bank Event Center located at 1111 Loop 335 (the former Courts of Amarillo building). There have been a record number of entries and a record number of new exhibitors.

Organizers are hosting a peanut butter drive for Canyon Snack Pak 4 Kids at the show. They encourage everyone to bring a jar of peanut butter to support the organization.

The Ford pickup raffle winner will be announced after the dedication ceremony at noon on Saturday. There are still a few tickets available. All proceeds go toward furnishing the new facility with show rings, animal pens and bleachers. For info, contact the Extension Office at 468-5543.

#### RANDALL COUNTY JUNIOR LIVESTOCK SHOW

– JANUARY 16TH AT 5 P.M.

– JANUARY 17TH AT 8 A.M.

– HAPPY STATE BANK EVENT CENTER

–WWW.RANDALL.AGRILIFE.ORG

#### PREMIUM SALE

-MONDAY, JANUARY 19TH

– WTAMU LEGACY HALL

– 5:30 P.M.

–WWW.RANDALL.AGRILIFE.ORG



SUBSCRIBE NOW

**Today On The High Plains**

Your email

SIGN UP NOW

VIDEO FORECAST



Early summertime heat followed by another cool down

Forecast    14 mins ago

TRENDING STORIES

1  3 arrested after recent Amarillo Police sting operation

2  WT faculty take no-confidence vote on President Wendler

3  $250,000 winning Texas Lottery ticket sold in Canyon

4  2024 AQHA world championships

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.



Super Mario Bros. theme lands on the National Recording ...

**70**



BestReviews is reader-supported and may earn an affiliate commission. Details. 25 more recordings have been deemed worthy of preservation. Last year, the Library of Congress added music from Wu-Tang Clan, Queen, Alicia Keys and 22 other recordings …



**Best flowers to buy for your mom on Mother's Day …**

DECOR / 4 Hours Ago

Mother's Day is a great occasion to buy your mom flowers. Check out the best flowers you can buy to make her day special.

**How to get rid of stink bugs**

INSECT & PEST CONTROL / 4 Hours Ago

The best way to be rid of these pests is to prevent them from entering your home. When you do spot them inside, you can use simple tools to get rid of them.

> View All BestReviews ›

**TOP STORIES ›**



**Lawmakers hear more than a dozen firearm safety bills**



**Sherman County celebrates courthouse 100th anniversary**



**Amarillo woman reappointed to Funeral Commission**



**Clovis FD: Fire truck starts multiple Monday grassfires**

> Top Stories ›

AD

PETSMART PETSHOTEL
Book your pet's staycay!
Play all day, stay all night in our comfy accommodations.
Request reservation

**MORE STORIES ›**

 **Fox News and Dominion reach last-minute settlement**

 **Lawmakers hear more than a dozen firearm safety bills**

 **How animal shelters are addressing overcrowding**

 **Clovis FD: Fire truck starts multiple Monday grassfires**

 **Last Day to File Taxes**

 **Sherman County celebrates courthouse 100th anniversary**

 **Amarillo woman reappointed to Funeral Commission**

 **California teen missing for months found alive**

> More Stories ›

coming to Amarillo

**5   Woman tries flirting with DPS before smuggling arrest**

**DON'T MISS**



**12 of the most famous athletes born in Amarillo**

**How many states require vehicle inspections?**

**Laugh-out-loud fast-food chain Twitter beefs**

**Angel Reese leads all college bball players in NIL …**

**You can now stock your fridge with The Pink Drink …**

AD

Waterdrop
Ultraviolet sterilization
Waterdrop LED UV Ultraviolet Water Steril…
★★★★★ 37
$129.99 prime
Add to Cart

**WHAT DO YOU THINK?**   ⋮

How concerned are you, if at all, about the insolvency of the Federal Reserve?

○ Very concerned

○ Somewhat concerned

○ Not at all concerned

○ Other / No opinion

> NEXT

**71**







Do Not Sell or Share My Personal
Information

© 1998 - 2023 Nexstar Media Inc. | All Rights Reserved.

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 25

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction

...om-2023.04.18-16_28_59
https://www.myhighplains.com/news/local-news/weeklong-randall-county-stock-show-is-underway/
18.04.2023





**LOCAL NEWS**

# Weeklong Randall County Stock Show is underway

by: Maya Nascimento
Posted: Jan 8, 2022 / 01:02 PM CST
Updated: Jan 9, 2022 / 01:06 PM CST

AMARILLO, Texas (KAMR/KCIT) — The 74th Randall County Junior Livestock Show announced the event will now last a whole week. The show kicked off on the morning of Saturday, Jan. 8, and will run until Thursday, Jan. 13. Most activities will happen at the Happy State Bank Event Center at 1111 Loop 335, except for the cattle show on Jan. 10, which will be held at the WT Ag Complex.

A release stated that on each day of the show, kids will prepare or exhibit their animal projects raised for competition. There are 207 students participating in the show, which accounts for more than 500 animal entries.

**| Wildorado High School student athlete makes school history ❯**




The event is open to the public and admission is free. Here's a list of days and activities, according to the release:

- Saturday, Jan. 8, 10 a.m. – rabbits
- Monday, Jan. 10, 12 p.m. (at WT) – cattle
- Tuesday, Jan. 11, 12 p.m. – goats and sheep
- Wednesday, Jan. 12, 12 p.m. – broilers
- Thursday, Jan. 13, 9 a.m. – gilts, then all-day barrow show
- Saturday, Jan. 15, 6:30 p.m. (at WTAMU Legacy Hall in Canyon) – activities will end with a premium sale.

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.



ENJOY FREE
OVERNIGHT PARKING &
UP TO $222 IN PERKS

BOOK NOW

**AMARILLO WEATHER**



| Current | Tonight | Tomorrow |
|---|---|---|
| 87° | 50° | 86° |
| Sunny/Wind | Mostly Clear/Wind | Mostly Sunny & Breezy |
| | Precip: 0% | Precip: 0% |



SUBSCRIBE NOW

## Today On The High Plains

Your email

SIGN UP NOW ❯

**BESTREVIEWS**

Super Mario Bros. theme lands on the National Recording ...

**75**



BestReviews is reader-supported and may earn an affiliate commission. Details. 25 more recordings have been deemed worthy of preservation  Last year, the Library of Congress added music from Wu-Tang Clan, Queen, Alicia Keys and 22 other recordings …



**Best flowers to buy for your mom on Mother's Day …**

DECOR  /  4 Hours Ago

Mother's Day is a great occasion to buy your mom flowers. Check out the best flowers you can buy to make her day special.



**How to get rid of stink bugs**

INSECT & PEST CONTROL  /  4 Hours Ago

The best way to get rid of these pests is to prevent them from entering your home. When you do spot them inside, you can use simple tools to get rid of them.

View All BestReviews  ›



**SEVERE OUTLOOK**

**Early summertime heat followed by another cool down**

Forecast                    16 mins ago

**TRENDING STORIES**

1  3 arrested after recent Amarillo Police sting operation

2  WT faculty take no-confidence vote on President Wendler

3  $250,000 winning Texas Lottery ticket sold in Canyon

4  2024 AQHA world championships coming to Amarillo

5  Woman tries flirting with DPS before smuggling arrest

**TOP STORIES ›**



**Lawmakers hear more than a dozen firearm safety bills**



**Sherman County celebrates courthouse 100th anniversary**



**Amarillo woman reappointed to Funeral Commission**



**Clovis FD: Fire truck starts multiple Monday grassfires**

Top Stories  ›

**DON'T MISS**



OF THE MOST FAMOUS ATHLETES FROM AMARILLO

**12 of the most famous athletes born in Amarillo**

How many states require vehicle inspections?

Laugh-out-loud fast-food chain Twitter beefs

Angel Reese leads all college bball players in NIL …

You can now stock your fridge with The Pink Drink …

**MORE STORIES ›**

 **Fox News and Dominion reach last-minute settlement**

 **Last Day to File Taxes**

 **Lawmakers hear more than a dozen firearm safety bills**

 **Sherman County celebrates courthouse 100th anniversary**

 **How animal shelters are addressing overcrowding**

 **Amarillo woman reappointed to Funeral Commission**

 **Clovis FD: Fire truck starts multiple Monday grassfires**

 **California teen missing for months found alive**

More Stories  ›

**KAMR - MyHighPlains.com Video**



AD

PETSMART **GROOMING**

Save 10% on a bath or groom

with the Salon Welcome Package.

Book Now

WHAT DO YOU THINK?        ⋮

**76**





To what extent do you support or oppose the use of executive orders to enact policy?

- ◯ Strongly support
- ◯ Somewhat support
- ◯ Somewhat oppose
- ◯ Strongly oppose
- ◯ Other / No opinion

**NEXT**



**the Logan**

ENJOY FREE
OVERNIGHT PARKING &
UP TO $222 IN PERKS

**BOOK NOW**



**Grooming**
Let our expert cat-stylists pamper
your feline royalty at our Grooming Salon!

**Book now**

Myhighplains.com

| | |
|---|---|
| Mission FCC Applications | KAMR: FCC Public File |
| KCIT: FCC Public File | EEO Report |
| KAMR: Children's TV Programming | KCIT: Children's TV Programming |

About Us

TV Guide

Terms of Use

Privacy Policy

**Get News App**
 

**Get Weather App**
 

**Stay Connected**
   


**Nexstar**
MEDIA GROUP, INC.

| | | |
|---|---|---|
| Privacy Policy | Terms Of Use | Covers |
| FCC Applications | Public File Assistance Contact | |

77

The Hill

NewsNation

BestReviews

Content Licensing

Nexstar Digital

Journalistic Integrity

Do Not Sell or Share My Personal
Information

© 1998 - 2023 Nexstar Media Inc. | All Rights Reserved.

78

*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 26

## to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction



*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 27

**to Declaration of Adam Steinbaugh in Support of Plaintiffs' Amended Motion for Preliminary Injunction**



**LOCAL NEWS**

# WTAMU Police, Canyon Police said no 'credible' threats have been made in wake of drag-related letter from Wendler

SHARE

CANYON, Texas (KAMR/KCIT) — Officials with the West Texas A&M University Police Department said that out of the messages related to WTAMU President Walter Wendler's cancellation of the drag show, no "credible" threats have been made.

This comes after Wendler published a letter explaining his reasons for canceling a planned drag show fundraiser for March 31. Since that letter was published on Monday, protests have occurred on campus, a number of WTAMU alumni have withdrawn financial support, petitions have been published and a lawsuit has been filed in Amarillo Federal Court.

> **West Texas A&M University student group files lawsuit against WT, Texas A&M University System officials over drag show cancellation** ›

According to a statement from the department, the university's President's Office has received more than 600 messages in relation to the cancellation of the event, some of which "have been inflammatory in nature."

"There have been no credible threats to the President, or anyone affiliated with the University, at this time," the statement read. "We continue to monitor messages and social media posts and will take necessary action if needed."

Officials with the Canyon Police Department said that the department has not been made aware of any threats made towards staff at the university.

> **Amarillo police report possible child abduction investigation in east Amarillo** ›

Canyon Police went on to say that the protests in relation to Wendler's letter have "been contained to campus" and that the department has been working with the West Texas A&M University Police Department on campus during the "peaceful protests… to ensure everyone's safety."

Regarding the protests, officials with the West Texas A&M University Police Department said:

"Regardless (of) how you feel about the issue at hand, the group of students that organized the protest have exercised their First Amendment rights the proper way," the statement read. "The University Police Department is available for any group who wishes to exercise their First Amendment rights and wants guidance on how to do it properly. So far, we have not had to take any police action this week and the protestors have shown that you can exercise your rights with decorum."

**AMARILLO WEATHER**



| Current | Tonight | Tomorrow |
|---|---|---|
| 87° | 50° | 86° |
| Sunny/Wind | Mostly Clear/Wind Precip: 0% | Mostly Sunny & Breezy Precip: 0% |

✉ **SUBSCRIBE NOW**

**Today On The High Plains**

Your email

**SIGN UP NOW** ›

**VIDEO FORECAST**



**SEVERE OUTLOOK**

Early summertime heat followed by another cool down

Forecast · 18 mins ago

**TRENDING STORIES**

1   $250,000 winning Texas Lottery ticket sold in Canyon

2   3 arrested after recent Amarillo Police sting operation

**82**

vote on President Wendler

The Canyon Police Department stressed that any WT staff member who has received threats should call the department at 806-655-5005.

*For the latest Amarillo news and regional updates, check with MyHighPlains.com and tune in to KAMR Local 4 News at 5:00, 6:00, and 10:00 p.m. and Fox 14 News at 9:00 p.m. CST.*

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## BESTREVIEWS



### Super Mario Bros. theme lands on the National Recording ...

BESTREVIEWS / 4 Hours Ago

BestReviews is reader-supported and may earn an affiliate commission. Details. 25 more recordings have been deemed worthy of preservation  Last year, the Library of Congress added music from Wu-Tang Clan, Queen, Alicia Keys and 22 other recordings ...



### Best flowers to buy for your mom on Mother's Day ...

DECOR / 4 Hours Ago

Mother's Day is a great occasion to buy your mom flowers. Check out the best flowers you can buy to make her day special.



### How to get rid of stink bugs

INSECT & PEST CONTROL / 4 Hours Ago

The best way to be rid of these pests is to prevent them from entering your home. When you do spot them inside, you can use simple tools to get rid of them.

**View All BestReviews ❯**

## TOP STORIES ❯



Lawmakers hear more than a dozen firearm safety bills



Sherman County celebrates courthouse 100th anniversary



Amarillo woman reappointed to Funeral Commission



Clovis FD: Fire truck starts multiple Monday grassfires

**Top Stories ❯**

## MORE STORIES ❯

 Fox News and Dominion reach last-minute $787 million ...

 Last Day to File Taxes

 Lawmakers hear more than a dozen firearm safety bills

 Sherman County celebrates courthouse 100th anniversary

---

4  Woman tries flirting with DPS before smuggling arrest

5  TWDB: El Niño brings optimism for Panhandle drought

**DON'T MISS**



OF THE MOST FAMOUS ATHLETES FROM AMARILLO

**12 of the most famous athletes born in Amarillo**

How many states require vehicle inspections?

Laugh-out-loud fast-food chain Twitter beefs

Angel Reese leads all college bball players in NIL ...

You can now stock your fridge with The Pink Drink ...

### WHAT DO YOU THINK? ⋮

To what extent do you approve or disapprove of Florida Gov. Ron DeSantis's approach to governing?

○ Strongly approve

○ Somewhat approve

○ Somewhat disapprove

○ Strongly disapprove

○ Other / No opinion

**NEXT**

**83**

 **How animal shelters are addressing overcrowding**

 **Amarillo woman reappointed to Funeral Commission**

 **Clovis FD: Fire truck starts multiple Monday grassfires**

 **California teen missing for months found alive**

**More Stories  ›**



KAMR - MyHighPlains.com Video

Frank Merryman Canyon flood Full Interview
1 month ago

2024 American Quarter Horse Association...
4 hours ago

Today in Amarillo: Chef Ron Pork Belly Poboy 02
8 hours ago

**More Videos  ›**



Myhighplains.com

Mission FCC Applications
KCIT: FCC Public File
KAMR: Children's TV Programming

KAMR: FCC Public File
EEO Report
KCIT: Children's TV Programming

About Us
TV Guide
Terms of Use
Privacy Policy

Get News App
App Store   Google Play

Get Weather App
App Store   Google Play

Stay Connected

Nexstar

Privacy Policy          Terms Of Use          Covers



FCC Applications

Public File Assistance Contact

The Hill

NewsNation

BestReviews

Content Licensing

Nexstar Digital

Journalistic Integrity

Do Not Sell or Share My Personal Information

© 1998 - 2023 Nexstar Media Inc. | All Rights Reserved.

85