IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-048-Z |
| WALTER WENDLER, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is parties' Joint Motion to Extend Answer and Preliminary Injunction Deadlines ("Motion") (ECF No. 29), filed on April 19, 2023. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** that:

- Defendants must respond to Plaintiffs' First Amended Verified Complaint (ECF No. 28) and amended motion for a preliminary injunction **on or before May 5, 2023**; and

- Plaintiffs must file any reply in support of its amended motion for a preliminary injunction **on or before May 19, 2023**.

**SO ORDERED.**

April 21, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE