UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>WALTER WENDLER, *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§   CIVIL ACTION NO. 2:23-CV-048-Z<br>§<br>§<br>§ |

**DEFENDANT WENDLER'S RESPONSE IN OPPOSITION
TO PLAINTIFFS' AMENDED MOTION FOR A PRELIMINARY INJUNCTION**

Defendant Walter Wendler responds to Plaintiffs' motion for a preliminary injunction. As set forth more fully in the brief filed in support of this motion, Plaintiffs' motion should be denied.

Dated: May 5, 2023.                    Respectfully submitted,

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

AARON F. REITZ
Deputy Attorney General for Legal Strategy

LEIF A. OLSON
Chief, Special Litigation Division

*/s/ Charles K. Eldred*
CHARLES K. ELDRED
Special Counsel for Legal Strategy
State Bar No. 00793681

MUNERA AL-FUHAID
Special Counsel
Special Litigation Division

DAVID BRYANT
Special Counsel
Special Litigation Division

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1706 • fax (512) 320-0167
charles.eldred@oag.texas.gov

*ATTORNEYS FOR DEFENDANT WENDLER*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 5, 2023.

>*/s/ Charles K. Eldred*
>Charles K. Eldred