Exhibit 2

March 31, 2023 Eventbrite Announcement

Advertisement



**Date & Time**
Fri Mar 31 2023 at 6:00 pm to 8:00 pm
(Central Daylight Time)
Add to Calendar

**Location**
Jack B. Kelley Student Center, 203 Victory Drive, Canyon, United States

**Spread the word**

https://allevents.in/canyon/100005655230235

Advertisement

**Discover More Events**
- Sports Events In Canyon
- Performances Events In Canyon

Advertisement



**A Fool's Drag Race**
A Fools' Drag Race will pit WT student organizations' fiercest drag performers against each other to support The Trevor Project

**About this Event**

A Fools' Drag Race will feature drag performers from an array of student organizations stomping it out to see who's the fiercest of them all. Proceeds from ticket sales and tips will benefit The Trevor Project, which provides 24/7 crisis support services to LGBTQ young people.

The night's emcee is popular Amarillo drag queen Myss Myka, and the judges' panel will include Amarillo drag performers and other special guests. Doors open at 5:30, and the fun starts at 6 p.m.

VIP tickets (a table of 6) are $50 individual VIP tickets can be bought at the door ($10) while supplies last. General-admission tickets are $5 online or at the door.

Sponsors: Spectrum, Black Student Union, WT K-Pop, F1RSTGEN, Resident Hall Association, Buff Allies

Also check out other Sports Events in Canyon, Performances Events in Canyon, Entertainment Events in Canyon.

**Tickets**
Tickets for A Fool's Drag Race can be booked here.

Get Tickets

| Ticket Information | Ticket Price |
|---|---|
| General Admission | USD 5 |
| VIP | USD 50 |

allevents.in CANYON-TX    + Create Event   Sign in   Search Events

 **A Fool's Drag Race**
Fri Mar 31, 2023

Find Tickets
☆ I'm Interested

**EVENT PHOTOS**
There is no photo available at this moment

**Hosted By**

SP  **SpectrumWT**
    + Follow    Contact

Are you the host?
Claim this Event   Promote this Event

**Nearby Hotels**
Jack B. Kelley Student Center, 203 Victory Drive, Canyon, United States



Event details from Eventbrite    Report a problem ?