Exhibit 3

Video of February 2023 Performance by "Myss Myka"

(Flash drive containing video sent to Court via FedEx)

Available at

https://www.youtube.com/watch?v=QR9BjFpPeK0

(last accessed May 5, 2023).