Exhibit 4

Video of Scene from 1943 Movie "This is the Army"

(Flash drive containing video sent to Court via FedEx)

Available at
https://www.youtube.com/watch?v=ZbBZRnWoPbY
(last accessed May 5, 2023).