United States District Court
Northern District of Texas
Amarillo Division

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>   *Plaintiffs*,<br>v.<br>WALTER WENDLER, *et al.*,<br>   *Defendants*. | Case 2:23-cv-00048-Z |

### ORDER ON DEFENDANTS' MOTION TO DISMISS

On this day the Court considered Defendants' Motion to Dismiss (Dkt. 38). The Court finds the motion is meritorious and should be GRANTED. It is therefore ORDERED that Defendants' Motion to Dismiss shall be, and is hereby, GRANTED. It is further ORDERED that Plaintiffs' claims against Defendants are DISMISSED WITH PREJUDICE.

SIGNED this _____ day of _____ 2023.

_____
HONORABLE MATTHEW J. KACSMARYK