IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,

    Plaintiffs,

v.   2:23-CV-048-Z

WALTER WENDLER, *et al.*,

    Defendants.

# ORDER

Before the Court is Plaintiffs' Motion for Temporary Restraining Order ("TRO Motion") and a Preliminary Injunction ("PI Motion") (collectively, "Motion") (ECF No. 8), filed on March 24, 2023. Since that filing, Plaintiffs withdrew their TRO Motion and filed an amended motion for preliminary injunction which supersedes the PI Motion. *See* ECF Nos. 16, 30. Accordingly, the Court **DENIES** the Motion as moot.

**SO ORDERED**.

May 9, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE