UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, <br>                 Plaintiffs, <br> v. <br> WALTER WENDLER, *et al.*, <br>                 Defendants. | Case No.: 2:23-cv-00048-Z <br><br> Hon. Matthew J. Kacsmaryk <br><br> **UNOPPOSED MOTION TO LEAVE TO FILE CONSOLIDATED BRIEF ON MOTIONS TO DISMISS AND RESPONSES TO MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs move this Court, unopposed, for leave to file a brief consolidating their (a) reply to Defendant Wendler's response to Plaintiffs' amended motion for a preliminary injunction and brief in support [Dkt. 36-37]; (b) response to Wendler's motion to dismiss and brief in support [Dkt. 34-35]; (c) response to Defendants Albritton, Brooks, Graham, Harrell, Hernandez, Leach, Mahomes, Mendoza, Plank, Sharp, Christopher Thomas, and Cliff Thomas's motion to dismiss [Dkt. 38-39]; and (d) reply to those Defendants' response to Plaintiffs' amended motion for a preliminary injunction [Dkt. 38-39]. Good cause exists to grant this motion for these reasons:

1.  Defendants filed their motions to dismiss and responses to Plaintiffs' amended preliminary injunction motion on May 5 [Dkt. 30].

2.  Currently, Plaintiffs' replies in support of their amended motion for a preliminary injunction are due May 19, 2023 [Dkt. 33]. Their responses to Defendants' motions to dismiss are due May 26, 2023. L.R. 7.1.

3.      Instead of filing four separate briefs with a combined limit of 70 pages (*see* L.R. 7.2(c)), Plaintiffs wish to submit a consolidated brief of no more than 45 pages. Doing so will allow Plaintiffs to present their arguments to the Court in a more helpful, succinct, and efficient way.

4.      Plaintiffs ask that the Court set a deadline of May 26, 2023, for filing the consolidated brief. That is the same day as the current deadline for Plaintiffs' responses to the motions to dismiss.

5.      Counsel for Plaintiffs has conferred with counsel for Defendants, who do not oppose this motion.

For these reasons, Plaintiffs ask the Court to grant this motion. A proposed order is attached.

Dated: May 10, 2023                              Respectfully submitted,

/s/ JT Morris                              .
JT Morris
TX Bar No. 24094444
Foundation for Individual Rights
and Expression
700 Pennsylvania Ave., SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@thefire.org

Conor T. Fitzpatrick*
MI Bar No. P78981
Adam B. Steinbaugh*
CA Bar No. 304829
Jeffrey D. Zeman*
MI Bar No. P76610
Foundation for Individual Rights
and Expression
510 Walnut St.; Ste. 1250

Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
conor.fitzpatrick@thefire.org
adam@thefire.org
jeff.zeman@thefire.org

* Admitted *Pro Hac Vice*

Counsel for Plaintiffs

**CERTIFICATE OF CONFERENCE**

Under Local Rule 7.1, I certify that I conferred with Amy Hilton and Charles Eldred, attorneys for Defendants. They indicated that Defendants do not oppose this motion.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2023, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION