UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, <br>       Plaintiffs, <br> v. <br> WALTER WENDLER, *et al.*, <br>       Defendants. | Case No.: 2:23-cv-00048-Z |

## ORDER

Having fully considered Plaintiffs' Unopposed Motion for Leave to File Consolidated Brief on Motions to Dismiss and Responses to Motion for Preliminary Injunction [Dkt. 41], the Court finds good cause to grant the motion.

Thus, the Court ORDERS that Plaintiffs shall file a brief consolidating their (a) reply to Defendant Wendler's response to Plaintiffs' amended motion for a preliminary injunction and brief in support [Dkt. 36-37]; (b) response to Wendler's motion to dismiss and brief in support [Dkt. 34-35]; (c) response to Defendants Albritton, Brooks, Graham, Harrell, Hernandez, Leach, Mahomes, Mendoza, Plank, Sharp, Christopher Thomas, and Cliff Thomas's motion to dismiss [Dkt. 38-39]; and (d) reply to those Defendants' response to Plaintiffs' amended motion for a preliminary injunction [Dkt. 38-39]. The consolidated brief shall not exceed 45 pages (not including the cover page, any table of contents, table of authorities, or required certificates), and shall be filed **on or before May 26, 2023.**

**SO ORDERED.**

May _____, 2023

                                                                                                                             _____
                                                                                                                             MATTHEW J. KACSMARYK
                                                                                                                             UNITED STATES DISTRICT JUDGE