

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS



May 11, 2023

The Honorable Judge Matthew. J Kacsmaryk
Northern District of Texas, Amarillo Division       *Via FedEx # 7721 0472 9244*
205 SE 5th Avenue, Room 123
Amarillo, TX 79101-1559

RE:   Cause No. 2:23-cv-00048; *Spectrum WT, et al., v Walter Wendler, et al.,* In the United States District Court Northern District of Texas, Amarillo Division

The Honorable Judge Matthew. J Kacsmaryk

Enclosed is a flash drive referred to in ECF 37 Defendant Wendler's Brief in Support of his Response in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction containing exhibit 3 "Myss Myka Lubbock February 2023" and exhibit 4 "This is the Army." The password to access these videos is Spectrum1Exhibit!.

Please file the flash drive in the ordinary manner for handling video exhibits.

Please have your clerk date stamp the extra copy of this letter "Received," acknowledging your receipt, you may send this to charles.eldred@oag.texas.gov, or mail to P.O Box 12548, Capital Station, Austin, Texas 78711-2548

Sincerely,

*/s/ Charles K. Eldred*
Charles K. Eldred
Special Counsel
Texas Bar No. 00793681
Counsel for Defendant Walter Wendler

Enclosures
One flash drive
Opposing Counsel:
JT Morris JT.Morris@thefire.org
Conor T. Fitzpatrick Conor.fitzpatrick@thefire.org
Adam B. Steinbaugh Adam@thefire.org
Jeffrey D. Zaman Jeff.zeman@thefire.org
Chris Hilton Christopher.hilton@oag.texas.gov
Amy Hilton Amy.Hilton@oag.texas.gov