IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,

    Plaintiffs,

v.                                           2:23-CV-048-Z

WALTER WENDLER, *et al.*,

    Defendants.

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Consolidated Brief on Motions to Dismiss and Responses to Motion for Preliminary Injunction ("Motion") (ECF No. 41), filed on May 10, 2023. Having considered the Motion, the Court **GRANTS** the Motion. Accordingly, the Court **ORDERS** that Plaintiffs shall file a brief consolidating their: (1) reply to Defendant Wendler's response to Plaintiffs' amended motion for a preliminary injunction (ECF No. 36); (2) response to Defendant Wendler's motion to dismiss (ECF No. 34); (3) response to Defendants Albritton, Brooks, Graham, Harrell, Hernandez, Leach, Mahomes, Mendoza, Plank, Sharp, Christopher Thomas, and Cliff Thomas's motion to dismiss (ECF No. 38); and (4) reply to those Defendants' response to Plaintiffs' amended motion for a preliminary injunction (ECF No. 39). The consolidated brief shall not exceed 45 pages (not including the cover page, any table of contents, table of authorities, or required certificates), and shall be filed **on or before May 26, 2023**.

**SO ORDERED.**

May 15, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE