UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WALTER WENDLER, *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-00048-Z <br><br> Hon. Matthew J. Kacsmaryk <br><br> **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND REPLY IN SUPPORT OF AMENDED MOTION FOR PRELIMINARY INJUNCTION** |

Under L.R. 7.1(d), Plaintiffs Spectrum WT, Barrett Bright, and Lauren Stovall respond in opposition to Defendant Walter Wendler's Motion to Dismiss (ECF No. 34) and the remaining Defendants' Motion to Dismiss (ECF No. 38). As set forth in Plaintiffs' accompanying brief, submitted under the Court's Order granting consolidated briefing (ECF No. 43), the Court should deny both Motions to Dismiss.

The accompanying brief also replies to Defendants' responses to Plaintiffs' Amended Motion for a Preliminary Injunction (ECF No. 36-37; ECF No. 39), as permitted by the Court's consolidated briefing Order (ECF No. 43).

Dated: May 26, 2023        Respectfully submitted,

/s/ JT Morris                                  .
JT Morris
TX Bar No. 24094444
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
700 Pennsylvania Ave., SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473

Fax: (267) 573-3073
jt.morris@thefire.org

Conor T. Fitzpatrick*
MI Bar No. P78981
Adam B. Steinbaugh*
CA Bar No. 304829
Jeffrey D. Zeman*
MI Bar No. P76610
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
conor.fitzpatrick@thefire.org
adam@thefire.org
jeff.zeman@thefire.org

* Admitted *Pro Hac Vice*

Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION