UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALTER WENDLER, *et al.*,<br><br>    Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

## ORDER

Before the Court is Defendant Walter Wendler's Motion to Dismiss Under Rule 12(b)(1) & 12(b)(6) (ECF No. 34). Upon consideration of the Motion, opposition, and pleadings on file, the Court hereby **DENIES** the Motion.

**SO ORDERED.**

Signed this ____ day of _____, 2023

                _____
                MATTHEW J. KACSMARYK
                UNITED STATES DISTRICT JUDGE