# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WALTER WENDLER, *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-00048-Z <br><br> Hon. Matthew J. Kacsmaryk |

## ORDER

Before the Court is the Motion to Dismiss of Defendants Christopher Thomas, John Sharp, Robert L. Albritton, James R. Brooks, Jay Graham, Michael A. Hernandez III, Tim Leach, Bill Mahomes, Elaine Mendoza, Michael J. Plank, Cliff Thomas, and Demetrius L. Harrell, Jr. (ECF No. 38). Upon consideration of the Motion, opposition, and pleadings on file, the Court hereby **DENIES** the Motion.

**SO ORDERED.**

Signed this ____ day of _____, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE