*Spectrum WT, et al., v. Wendler, et al.*

# Exhibit 1

# Exhibit 1:

## "Walter Wendler Full Interview", Myhighplains.com (April 27, 2023)

(Flash drive containing the video lodged with the Court via FedEx)

Also Available at:

https://www.myhighplains.com/video/walter-wendler-full-interview/8598931