

**FIRE**
Foundation for Individual
Rights and Expression

May 26, 2023

**Sent *Via* FedEx Overnight and Email**
United States District Court
Northern District of Texas, Amarillo Division
205 SE 5th Avenue, Room 133
Amarillo, TX 79101-1559



RECEIVED

MAY 30 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

  *Re: Case No. 2:23-cv-00048-Z*

The Honorable District Clerk,

  Enclosed please find a flash drive containing Exhibit 1, "Walter Wendler Full Interview" video, to Plaintiffs' Combined Brief in Opposition to Defendants' Motions to Dismiss and in Reply in Support of Plaintiff's Amended Motion for Preliminary Injunction.

  Please file the flash drive in the ordinary manner for handling video exhibits.

    Respectfully,

    JT Morris
    Texas Bar No. 24094444
    Senior Attorney
    FOUNDATION FOR INDIVIDUAL RIGHTS
      AND EXPRESSION
    700 Pennsylvania Avenue SE,
    Suite 340
    Washington, DC 20003
    Tel: (215) 717-3473
    jt.morris@thefire.org

**cc:** Charles K. Eldred (Charles.Eldred@oag.texas.gov); Leif Olson (Leif.Olson@oag.texas.gov); David Bryant (David.Bryant@oag.texas.gov); Munera Al-Fuhaid (Munera.Al-Fuhaid@oag.texas.gov); Chris Hilton (Christopher.Hilton@oag.texas.gov); Amy Hilton (Amy.Hilton@oag.texas.gov)
**Encl.** Flashdrive.