United States District Court
Northern District of Texas
Amarillo Division

| | |
|---|---|
| Spectrum WT, *et al.*,<br>    Plaintiffs,<br>v.<br>Walter Wendler, *et al.*,<br>    Defendants. | No. 2:23-cv-00048 |

### Unopposed Motion Of Defendant Walter Wendler For Withdrawal Of Counsel

Defendant Walter Wendler file this file this Unopposed Motion to Withdraw Aaron Reitz as their attorney in this matter.

Aaron Reitz has accepted a position outside the Office of the Attorney General of Texas, and Defendant Walter Wendler respectfully request that he be withdrawn as their counsel. They will continue to be represented by co-counsel listed below, with Charles K. Eldred as lead counsel. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated June 1, 2023.

John Scott
Provisional Attorney General

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant Attorney General

Ralph Molina
Deputy Attorney General for Legal Strategy

Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

Respectfully submitted.

Leif A. Olson
Chief, Special Litigation Division
Texas Bar No. 24032801
Leif.Olson@oag.texas.gov

*/s/ Charles K. Eldred*
Charles K. Eldred
Special Counsel
Texas Bar No. 00793681
Charles.Eldred@oag.texas.gov

*Counsel for Defendant Walter Wendler*

## Certificate of Service

On June 1, 2023, this notice was filed through the Court's CM/ECF service, which automatically serves it upon all counsel of record.

*/s/ Charles K. Eldred*