United States District Court
Northern District of Texas
Amarillo Division

| | |
|---|---|
| SPECTRUM WT, BARRETT BRIGHT, AND LAUREN STOVALL,<br>    *Plaintiffs*,<br><br>v.<br><br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University, CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University, JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, AND DEMETRIUS L. HARRELL, JR., in their official capacities as members of the Board of Regents of the Texas A&M University System,<br>    *Defendants*. | Case 2:23-cv-00048-Z |

## DEFENDANTS' NOTICE OF APPEARANCE OF LEAD AND CO-COUNSEL

Defendants Christopher Thomas, in his official capacity as Vice President for Student Affairs at West Texas A&M University, John Sharp, in his official capacity as Chancellor of the Texas A&M University System, and Robert L. Albritton, James R. Brooks, Jay Graham, Michael A. Hernandez III, Tim Leach, Bill Mahomes, Elaine

Mendoza, Michael J. Plank, Cliff Thomas, and Demetrius L. Harrell, Jr. , in their official capacities as members of the Board of Regents of the Texas A&M University System, by and through the Office of the Attorney General for the State of Texas, file this Notice of Appearance of lead and co-counsel in connection with the above-referenced case. The Office of the Attorney General gives this Court notice that Assistant Attorneys General Heather L. Dyer and Drew Beglau, as lead and co-counsel respectively, are appearing in this case and all notifications of filings in this matter should be addressed to them. Amy S. Hilton and Christopher D. Hilton will remain attorneys to be noticed.

Dated June 5, 2023.

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

Respectfully submitted.

RYAN KERCHER
Deputy Chief, General Litigation Division

/s/ Heather L. Dyer
HEATHER L. DYER
Assistant Attorney General
Texas Bar No. 24123044
heather.dyer@oag.texas.gov

/s/ Drew A. Beglau
DREW A. BEGLAU
Assistant Attorney General
Texas Bar No. 24117938
Drew.beglau@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager on this the 6th day of June 2023.

/s/ Heather L. Dyer
HEATHER L. DYER
Assistant Attorney General