IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-048-Z |
| WALTER WENDLER, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Defendant Walter Wendler's Unopposed Motion to Withdraw Aaron Reitz as Counsel ("Motion") (ECF No. 47), filed on June 1, 2023. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** that Aaron Reitz is withdrawn as counsel of record and that Charles K. Eldred is lead counsel for Defendant Walter Wendler.

**SO ORDERED.**

June 6, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE