UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, BARRETT BRIGHT, AND LAUREN STOVALL, <br>    *Plaintiffs*, <br> v. <br> WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University, CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University, JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, AND DEMETRIUS L. HARRELL, JR., in their official capacities as members of the Board of Regents of the Texas A&M University System, <br>    *Defendants*. | Case 2:23-cv-00048-Z |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE
REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' COMPLAINT AND MOTION FOR PRELIMINARY
INJUNCTION**

Defendants Christopher Thomas, in his official capacity as Vice President for

Student Affairs at West Texas A&M University, John Sharp, in his official capacity

as Chancellor of the Texas A&M University System, and Robert L. Albritton, James

1

R. Brooks, Jay Graham, Michael A. Hernandez III, Tim Leach, Bill Mahomes, Elaine Mendoza, Michael J. Plank, Cliff Thomas, and Demetrius L. Harrell, Jr., in their official capacities as members of the Board of Regents of the Texas A&M University System ("Defendants"), by and through the Office of the Attorney General for the State of Texas, move this Court to extend by two weeks the deadline for Defendants to file their reply to Plaintiff's Response to Defendants' Motion to Dismiss Plaintiffs' Complaint and Preliminary Injunction motion:

1.      Defendants counsel was recently administratively reassigned to undersigned and while they are diligently working to familiarize themselves with this case, additional time to research and analyze the issues raised in Plaintiff's response and supplemental authority would allow for a thorough and helpful reply.

2.      Further, Plaintiffs submitted a notice of supplemental briefing on June 7, 2023, [ECF No. 50] granting Defendants a two-week extension would allow them to incorporate any response they have to that supplemental authority into one concise reply for the Court.

3.      Plaintiffs were contacted on June 8, 2023, and they indicated they are unopposed to such an extension.

4.      This extension is not sought for delay, instead it is sought to provide efficient briefing before the Court in the interest of judicial economy.

For these reasons, the parties ask the Court to grant this unopposed motion and extend their current deadline to reply by two-weeks. Making their new deadline to reply June 23, 2023. A proposed order is attached.

Dated June 8, 2023.

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney
General

SHAWN COWLES
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation
Division

Respectfully submitted.

RYAN KERCHER
Deputy Chief, General Litigation Division

/s/ Heather L. Dyer
HEATHER L. DYER
ATTORNEY-IN-CHARGE
Assistant Attorney General
Texas Bar No. 24123044
heather.dyer@oag.texas.gov

/s/ Drew A. Beglau
DREW A. BEGLAU
Assistant Attorney General
Texas Bar No. 24117938
Drew.beglau@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120

**Counsel for Defendants**

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

s/ Heather L. Dyer
HEATHER L. DYER
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 8, 2023, undersigned communicated with Plaintiffs' counsel via email. They indicated they are unopposed to the relief sought herein.

s/ Heather L. Dyer
HEATHER L. DYER
Assistant Attorney General