UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>    *Plaintiffs*,<br>v.<br>WALTER WENDLER, *et al.*,<br>    *Defendants*. | Case 2:23-cv-00048-Z |

## ORDER ON DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY

On this day the Court considered Defendants' Unopposed Motion to Extend Deadline to File Reply to Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' Complaint and Motion for Preliminary Injunction. The Court finds the motion is meritorious and should be **GRANTED**. It is therefore **ORDERED** that Defendants' Motion to Extend Deadline to Reply shall be, and is hereby, **GRANTED**. The new deadline to reply is June 23, 2023 .

SIGNED this ____ day of _____2023.

_____
HONORABLE MATTHEW J. KACSMARYK