IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,

    Plaintiffs,

v.

WALTER WENDLER, *et al.*,

    Defendants.

2:23-CV-048-Z

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Deadline to File Reply to Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' Complaint and Motion for Preliminary Injunction ("Motion") (ECF No. 51), filed on June 8, 2023. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** that Defendants' new deadline to reply is June 23, 2023.

**SO ORDERED**.

June 9, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE