UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,
   Plaintiffs,

v.

WALTER WENDLER, *et al.*,
   Defendants.

No. 2:23-cv-00048

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

On this date, the Court considered Plaintiffs' Unopposed Motion to Withdraw Leif A. Olson as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Leif A. Olson is withdrawn as counsel of record and Charles K. Eldred as lead counsel for the Plaintiffs.

SO ORDERED and SIGNED this _____ day of _____, 2023.

_____
United States District Judge