AUG 2 2023 PM5:01
FILED - USDC - NDTX - AM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-048-Z |
| WALTER WENDLER, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Defendant Walter Wendler's Unopposed Motion for Withdrawal of Counsel ("Motion") (ECF No. 57), filed on July 28, 2023. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** that Leif A. Olson is withdrawn as counsel of record and Charles K. Eldred is lead counsel for Defendant.

**SO ORDERED.**

August 2, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE