UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>　　　　　Plaintiffs,<br>　　v.<br>WALTER WENDLER, *et al.*,<br>　　　　　Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

## ORDER AND RULE 54(B) FINAL JUDGMENT

Having fully considered Plaintiffs' Unopposed Motion for Rule 54(b) Certification of Final Judgment On the Fourth Cause of Action in Plaintiffs' First Amended Complaint [Dkt. 60], the Court finds good cause to grant the motion, and thus GRANTS the same.

Further, for the reasons stated in its September 21, 2023 Memorandum Opinion and Order [Dkt. 59], the Court dismisses the Fourth Cause of Action of Plaintiffs' First Amended Complaint [Dkt. 28] and ENTERS final judgment on Plaintiffs' Fourth Cause of Action in favor of Defendant Walter Wendler under Federal Rule of Civil Procedure 54(b). The Court determines that there is no just reason to delay entering judgment on that cause of action.

**SO ORDERED.**

September \_\_\_\_\_, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE