# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, <br>     Plaintiffs, <br> v. <br> WALTER WENDLER, *et al.*, <br>     Defendants. | Case No.: 2:23-cv-00048-Z <br><br> Hon. Matthew J. Kacsmaryk |

**PLAINTIFFS' MOTION TO RECONSIDER DENIAL OF PLAINTIFFS' UNOPPOSED MOTION FOR RULE 54(B) CERTIFICATION FOR FINAL JUDGMENT ON THE FOURTH CAUSE OF ACTION IN <u>PLAINTIFFS' FIRST AMENDED COMPLAINT</u>**

Under Fed. R. Civ. P. 54(b), Plaintiffs respectfully move the Court to reconsider its October 3, 2023 Order (ECF 63) denying entry of final judgment on Plaintiffs' Fourth Cause of Action, and certify Rule 54(b) final judgment on that cause of action.

Plaintiffs' supporting brief and a proposed order accompany this motion.

Dated: October 10, 2023

Respectfully submitted,

<u>/s/ JT Morris</u>                    .
JT Morris
TX Bar No. 24094444
Conor T. Fitzpatrick*
MI Bar No. P78981
Foundation for Individual Rights
and Expression
700 Pennsylvania Ave., SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

Adam B. Steinbaugh*
CA Bar No. 304829
Jeffrey D. Zeman*
MI Bar No. P76610
Foundation for Individual Rights
and Expression
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
adam@thefire.org
jeff.zeman@thefire.org

* Admitted *Pro Hac Vice*

Counsel for Plaintiffs

**CERTIFICATE OF CONFERENCE**

Under Local Rule 7.1, I certify that between October 6 and October 10, 2023, I conferred by email with Charles Eldred, attorney for Defendant Wendler, and Heather Dyer, attorney for the other Defendants, about this motion. Mr. Eldred indicated the motion is opposed.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION