UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>WALTER WENDLER, *et al.*,<br><br>          Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

### ORDER AND RULE 54(B) FINAL JUDGMENT

The Court has fully considered Plaintiffs' Motion to Reconsider Plaintiffs' Unopposed Motion for Rule 54(b) Certification of Final Judgment On the Fourth Cause of Action in Plaintiffs' First Amended Complaint [Dkt. 65]. Under Fed. R. Civ. P. 54(b), the Court finds good cause to revise its October 3, 2023 order denying Plaintiffs' motion for Rule 54(b) certification [Dkt. 63], and thus GRANTS the Plaintiffs' motion to reconsider.

On that basis, the Court hereby:

(1) VACATES its October 3, 2023 order denying Plaintiffs' motion for Rule 54(b) certification [Dkt. 63];

(2) GRANTS Plaintiffs' Unopposed Motion for Rule 54(b) Certification of Final Judgment On the Fourth Cause of Action in Plaintiffs' First Amended Complaint [Dkt. 60]; and

(3)  For reasons stated in its September 21, 2023 Memorandum Opinion and Order [Dkt. 59], the Court dismisses the Fourth Cause of Action of Plaintiffs' First Amended Complaint [Dkt. 28] and ENTERS final judgment on Plaintiffs' Fourth Cause of Action in favor of Defendant Walter Wendler under Federal Rule of Civil Procedure 54(b).

The Court determines that there is no just reason to delay entering judgment on that cause of action.

**SO ORDERED.**

October \_\_\_\_\_, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE