IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WALTER WENDLER, *et al.*,<br><br>    Defendants. | 2:23-CV-048-Z |

## ORDER

Before the Court is Plaintiffs' Motion to Reconsider Denial of Plaintiffs' Unopposed Motion For Rule 54(b) Certification For Final Judgment on the Fourth Cause of Action in Plaintiffs' First Amended Complaint ("Motion") (ECF No. 65), filed on October 10, 2023. Seven days prior to this filing, this Court issued an order finding, *inter alia*, that the analyses concerning Plaintiffs' Fourth Cause of Action remain fact-intensive and underdeveloped. ECF No. 63 at 2. And because those analyses merit further exploration, this Court denied Plaintiffs' motion. *Id.* Finding today that no circumstances have changed, the Court declines to alter its decision. Accordingly, Plaintiffs' Motion is **DENIED**.

**SO ORDERED**.

October 13, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE