IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL,<br>    *Plaintiffs*,<br><br>v.<br><br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University,<br><br>CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University,<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System,<br><br>ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, and DEMETRIUS L. HARRELL, JR., in their official capacities as members of the Board of Regents of the Texas A&M University System,<br>    *Defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | Civil Action No. 2:23-cv-00048-Z<br><br><br>VERIFIED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS<br><br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

Defendants Christopher Thomas, in his official capacity as Vice President for Student Affairs at West Texas A&M University, John Sharp, in his official capacity as Chancellor of the West Texas A&M University System, and Robert L. Albritton, James R. Brooks, Jay Graham,

Michael A. Hernandez III, Tim Leach, Bill Mahomes, Elaine Mendoza, Michael J. Plank, Cliff Thomas, and Demetrius L. Harrell, Jr. , in their official capacities as members of the Board of Regents of the Texas A&M University System, by and through the Office of the Attorney General for the State of Texas, file this Unopposed Motion for Substitution of Counsel and respectfully shows:

1. Assistant Attorney General Heather L. Dyer and Amy S. Hilton are Defendants' current counsel of record.

2. This case is being administratively re-assigned to :

   **Allison M. Collins**
   State Bar No. 24127467
   Assistant Attorney General
   General Litigation Division
   P.O. Box 12548, Capitol Station
   Austin, Texas 78711-2548
   Telephone: (512) 463-2120
   Facsimile: (512) 320-0667
   Allison.Collins@oag.texas.gov

3. Ms. Collins is licensed to practice law in the State of Texas and is a member in good standing of the State Bar of Texas.

4. Defendants designate Allison M. Collins as their new attorney-in-charge, and respectfully request that this Court withdraw Amy S. Hilton and Heather L. Dyer as their attorney-in-charge.

5. Defendants further request that the parties and the Court include Ms. Collins in all future correspondence and service.

Respectfully submitted.

**KEN PAXTON**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Acting Chief, General Litigation Division

*/s/ Allison M. Collins*
**ALLISON M. COLLINS**
Texas Bar No. 24127467
Assistant Attorney General


Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Allison.Collins@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiff's counsel has been contacted regarding this motion via email and has advised that he is unopposed.

*/s/ Allison M. Collins*
**ALLISON M. COLLINS**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager on this the 26th day of October, 2023, to:

JT Morris
Foundation for Individual Rights and Expression
700 Pennsylvania Avenue, SE, Suite 340
Washingon, DC 20003
215-717-3473
Email: jt.morris@thefire.org

                                              */s/ Allison M. Collins*
                                              **ALLISON M. COLLINS**
                                              Assistant Attorney General