UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,
  *Plaintiffs*,
v.
WALTER WENDLER, *et al.*,
  *Defendants*.

Case 2:23-cv-00048-Z

## **ORDER**

Came on to be heard Defendants' Unopposed Motion to Withdraw and Substitute Counsel, and the Court after considering the pleading, is of the opinion that the motion is meritorious.

IT IS THEREFORE ORDERED that HEATHER L. DYER and AMY S. HILTON be withdrawn as Counsel of Record, and that ALLISON M. COLLINS be entered as Attorney in Charge for Defendants in this cause. The Clerk is directed to withdraw HEATHER L. DYER and AMY S. HILTON from filing notifications and send all filing notices to ALLISON M. COLLINS.

SIGNED this ____ day of _____2023.

_____
HONORABLE MATTHEW J. KACSMARYK