IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-048-Z |
| WALTER WENDLER, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Substitution of Counsel ("Motion") (ECF No. 69), filed on October 26, 2023. Assistant Attorney General Heather L. Dyer and Amy S. Hilton are Defendants' current counsel of record. *Id.* at 2. Defendants inform the Court that their case "is being administratively re-assigned" to Allison M. Collins, Assistant Attorney General in the General Litigation Division. *Id.* Hence, they request that this Court "withdraw Amy S. Hilton and Heather L. Dyer as their attorney-in-charge" and that "the parties and the Court include Ms. Collins in all future correspondence and service." *Id.*

Substitutions of counsel are governed by Northern District of Texas Local Civil Rule 83.12. Having found the requirements of that Rule satisfied, the Court **GRANTS** the Motion and **DIRECTS** the Clerk that Heather L. Dyer and Amy S. Hilton should be withdrawn as counsel of record and that Allison M. Collins should be entered as attorney-in-charge for Defendants in this case.

**SO ORDERED.**

October 30, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE