UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>    Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>    Defendants. | No. 2:23-cv-00048 |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Walter Wendler, in his official and individual capacities, files this Notice of Appearance of Counsel and herby notifies the Court that Special Counsel Zachary W. Berg will appear as counsel for Defendant Walter Wendler in the above-captioned case. Mr. Berg is a member in good standing with the State Bar of Texas. His contact information is as follows:

Zachary W. Berg
Special Counsel
Texas Bar No. 24107706
P.O. Box 12548, MC 009
Austin, Texas 78711-2548
Tel:    (512) 936-1808
Fax:    (512) 457-4410
Email: zachary.berg@oag.texas.gov

Defendant respectfully requests that the parties and the Court copy Mr. Berg on all future papers filed or served in this action.

| | |
|---|---|
| Dated December 14, 2023 | Respectfully submitted.<br><br>KEN PAXTON<br>Attorney General<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br><br>RALPH MOLINA<br>Deputy Attorney General for Legal Strategy<br><br>CHARLES K. ELDRED<br>Chief, Legal Strategy<br>Texas Bar No.00793681<br><br>RYAN D. WALTERS<br>Chief, Special Litigation Division<br><br>/s/ *ZacharyW. Berg*<br>ZACHARY W. BERG<br>Special Counsel<br>Texas Bar No.24107706<br><br>Office of the Attorney General<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Phone: 512-463-2100<br>Charles.eldred@oag.texas.gov<br>Zachary.berg@oag.texas.gov<br><br>***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ *ZacharyW. Berg*
ZACHARY W. BERG