UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,
 Plaintiffs,
v.

WALTER WENDLER, *et al.*,
 Defendants.

No. 2:23-cv-00048

### NOTICE OF APPEARANCE OF COUNSEL

Defendant, Walter Wendler, in his official and individual capacities, files this Notice of Appearance of Counsel and hereby notifies the Court that Special Counsel Munera Al-Fuhaid will appear as counsel for Defendant Walter Wendler in the above-captioned case. Ms. Al-Fuhaid is a member in good standing with the State Bar of Texas. Her contact information is as follows:

 Munera Al-Fuhaid
 Special Counsel
 Texas Bar No. 24094501
 P.O. Box 12548, MC 009
 Austin, Texas 78711-2548
 Tel: (512) 936-1808
 Fax: (512) 457-4410
 Email: Munera.al-fuhaid@oag.texas.gov

Defendant respectfully requests that the parties and the Court copy Ms. Al-Fuhaid on all future papers filed or served in this action.

Dated December 14, 2023

Respectfully submitted.

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

CHARLES K. ELDRED
Chief, Legal Strategy
Texas Bar No.00793681

RYAN D. WALTERS
Chief, Special Litigation Division

/s/ *Munera Al-Fuhaid*
Munera Al-Fuhaid
Special Counsel
Texas Bar No. 24094501

ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone:  512-463-2100
Charles.eldred@oag.texas.gov
Munera.al-fuhaid@oag.texas.gov
Zachary.berg@oag.texas.gov

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ *Munera Al-Fuhaid*
Munera Al-Fuhaid