UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>    Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>    Defendants. | No. 2:23-cv-00048 |

## DEFENDANT WALTER WENDLER'S UNOPPOSED MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE

Defendant, Walter Wendler, in his official and individual capacities, files this Unopposed Motion to Withdraw and Designation of Attorney in Charge and in support shows the following:

1. Current lead counsel of record is Charles K. Eldred, formerly Special Counsel for the Special Litigation Division. Mr. Eldred has accepted the position of Chief of Legal Strategy for the Attorney General of Texas.

2. David Bryant, Special Counsel with the Special Litigation Division, has been assigned as Attorney in Charge to represent Walter Wendler in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant Wendler respectfully requests that this Court permit Charles K. Eldred to withdraw as Counsel of Record and designate David Bryant as Attorney in Charge.

1


Dated December 15, 2023

Respectfully submitted.

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

CHARLES K. ELDRED
Chief, Legal Strategy
Texas Bar No.00793681

RYAN D. WALTERS
Chief, Special Litigation Division

/s/ *David Bryant*
DAVID BRYANT
Special Counsel
Texas Bar No. 03281500

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone:  512-463-2100
Charles.eldred@oag.texas.gov
David.bryant@oag.texas.gov
Munera.al-fuhaid@oag.texas.gov
Zachary.berg@oag.texas.gov

***Attorneys for Defendants***

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1(b), on December 14, 2023, I conferred with counsel for Plaintiffs regarding the relief sought in this motion. Plaintiffs are unopposed to this motion.

/s/ *David Bryant*
DAVID BRYANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ *David Bryant*
DAVID BRYANT