UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>    Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>    Defendants. | No. 2:23-cv-00048 |

# ORDER GRANTING
## MOTION FOR WITHDRAWAL AND DESIGNATION OF COUNSEL

On this date, the Court considered Plaintiff's Motion to Withdraw Charles K. Eldred as Counsel and Designate David Bryant as Lead Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that Charles K. Eldred is hereby withdrawn as counsel of record and David Bryant is listed as lead counsel for the Plaintiff.

SO ORDERED and SIGNED this ____ day of _____, 2023.

_____
MATTHEW J. KACSMARYK
United States District Judge