IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WALTER WENDLER, *et al.*, <br><br> Defendants. | 2:23-CV-048-Z |

## ORDER

Before the Court is Defendant Walter Wendler's Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge ("Motion") (ECF No. 75), filed on December 15, 2023. In support, Defendant shows that current lead counsel of record is Charles K. Eldred, "formerly Special Counsel for the Special Litigation Division," and that "Mr. Eldred has accepted the position of Chief of Legal Strategy for the Attorney General of Texas." *Id.* at 1. Simultaneously, "David Bryant, Special Counsel with the Special Litigation Division, has been assigned as Attorney in Charge to represent Walter Wendler in this matter." *Id.*

Withdrawal and substitution of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk that Charles K. Eldred be withdrawn as Counsel of Record and David Bryant be designated as Attorney in Charge in the above-styled case.

**SO ORDERED**.

December 19, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE