IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL,<br>      *Plaintiffs*,<br><br>v.<br><br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University,<br><br>CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University,<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System,<br><br>ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, and DEMETRIUS L. HARRELL, JR., in their official capacities as members of the Board of Regents of the Texas A&M University System,<br>      *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:23-cv-00048-Z |

### DEFENDANTS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Defendants Christopher Thomas, in his official capacity as Vice President for Student Affairs at West Texas A&M University, John Sharp, in his official capacity as Chancellor of the West Texas A&M University System, and Robert L. Albritton, James R. Brooks, Jay Graham,

Michael A. Hernandez III, Tim Leach, Bill Mahomes, Elaine Mendoza, Michael J. Plank, Cliff Thomas, and Demetrius L. Harrell, Jr. , in their official capacities as members of the Board of Regents of the Texas A&M University System, by and through the Office of the Attorney General for the State of Texas, file this Unopposed Motion for Substitution of Counsel and respectfully show:

1. Counsel on behalf of Defendants in this matter are Christopher D. Hilton and Allison M. Collins.  Mr. Hilton is no longer employed by the Office of the Attorney General of Texas and will no longer be representing Defendants in this matter.

2. Defendants' lead counsel, Assistant Attorney General Allison M. Collins, will remain counsel of record in this matter and will continue to represent Defendants' interests. There will be no inconvenience to the Court as a result of this withdrawal.

3. For the reasons stated above, Defendants ask the Court to grant this motion to withdraw **Mr. Christopher D. Hilton** as counsel for Defendants and *remove* Mr. Hilton from all further electronic notifications regarding this case.

Respectfully submitted.

**KEN PAXTON**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**James Lloyd**
Deputy Attorney General for Civil Litigation

**Kimberly Gdula**
Chief, General Litigation Division

*/s/ Allison M. Collins*
**Allison M. Collins**
Texas Bar No. 24127467
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Allison.Collins@oag.texas.gov
**Counsel for Defendants**

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiff's counsel has been contacted regarding this motion via email and has advised that he is unopposed.

*/s/ Allison M. Collins*
**ALLISON M. COLLINS**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically on all counsel of record through the electronic-filing manager on this the 14th day of December, 2023.

*/s/ Allison M. Collins*
**ALLISON M. COLLINS**
Assistant Attorney General