IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL,<br>    *Plaintiffs*,<br><br>v.<br><br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University,<br><br>CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University,<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System,<br><br>ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, and DEMETRIUS L. HARRELL, JR., in their official capacities as members of the Board of Regents of the Texas A&M University System,<br>    *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:23-cv-00048-Z |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR WITHDRAWAL OF COUNSEL**

On this date, the Court considered Defendants' Unopposed Motion for Withdrawal of Counsel, and for good cause having been demonstrated, the Court finds that the request should be GRANTED.

IT IS THEREFORE ORDERED by the Court that Christopher D. Hilton be withdrawn as counsel of record for the Defendants in this matter.

Signed this the _____ day of _____, 2023.

_____
HON. MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE