IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-048-Z |
| WALTER WENDLER, *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is Defendants' Unopposed Motion For Withdrawal of Counsel ("Motion") (ECF No. 77), filed on December 20, 2023. In support, Defendants show that current counsel of record is Christopher D. Hilton and Allison M. Collins. *Id.* at 2. Mr. Hilton "is no longer employed by the Office of the Attorney General of Texas and will no longer be representing Defendants in this matter." *Id.* However, "Defendants' lead counsel, Assistant Attorney General Allison M. Collins, will remain counsel of record in this matter and will continue to represent Defendants' interests." *Id.*

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk that Christopher D. Hilton be withdrawn as counsel for Defendants and removed from all further electronic notifications regarding the above-style case.

**SO ORDERED.**

December 22, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE