IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SPECTRUM WT, *et al.*, | § | |
| Plaintiffs, | § | |
| v. | § | 2:23-CV-048-Z |
| WALTER WENDLER, *et al.*, | § | |
| Defendants. | § | |

# NOTICE

On January 31, 2024, Plaintiffs moved for an injunction pending appeal ("Plaintiffs' Motion") (ECF No. 82). And they further requested that the Court "expedite consideration of this motion for resolution by February 9, 2024." *Id.* at 2. Defendants oppose the motion and its request for expedited consideration. ECF No. 84.

Pursuant to the Northern District of Texas's Local Civil Rule 7.1(e), "[a] response and brief to an opposed motion must be filed *within 21 days* from the date the motion is filed." (emphasis added). That is a longstanding norm and the Court declines to alter it here. Accordingly, Defendants shall respond to Plaintiffs' Motion **on or before February 21, 2024**.

The Court issues notice accordingly.

February 5, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE