## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br><br>                Plaintiffs,<br><br>      v.<br><br>WALTER WENDLER, *et al.*,<br><br>                Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF
## MOTION FOR INJUNCTION PENDING APPEAL [ECF 82]

Plaintiffs Spectrum WT, Barrett Bright, and Lauren Stovall, have filed a motion for injunction pending appeal in the U.S. Court of Appeals for the Fifth Circuit (Case No. 23-10994) upon the Court declining to expedite consideration of Plaintiffs' Motion for Injunction Pending Appeal [ECF 82, 85]. For that reason, and to avoid an inconsistent outcome between the district and circuit courts, Plaintiffs withdraw their Motion for Injunction Pending Appeal [ECF 82].


Dated: February 16, 2024          Respectfully submitted,

                                 /s/ JT Morris                .
                                 JT Morris
                                 TX Bar No. 24094444
                                 Conor T. Fitzpatrick*
                                 MI Bar No. P78981
                                 Foundation for Individual Rights
                                 and Expression
                                 700 Pennsylvania Ave., SE; Ste. 340
                                 Washington, DC 20003
                                 Tel: (215) 717-3473
                                 Fax: (267) 573-3073
                                 jt.morris@thefire.org
                                 conor.fitzpatrick@thefire.org

Adam B. Steinbaugh*
CA Bar No. 304829
Jeffrey D. Zeman*
PA Bar No. 328570
Foundation for Individual Rights
and Expression
510 Walnut St., Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
adam@thefire.org
jeff.zeman@thefire.org

* Admitted *Pro Hac Vice*

Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2024, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION