IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WALTER WENDLER, *et al.*, <br><br> Defendants. | 2:23-CV-048-Z |

## ORDER

Before the Court is Plaintiffs' Opposed Rule 62(d) Motion for Injunction Pending Appeal ("Motion") (ECF No. 82), filed January 31, 2024. On February 16, 2024, Plaintiffs submitted a notice withdrawing the Motion, due to the Court "declining to expedite consideration of Plaintiffs' Motion" and to "avoid an inconsistent outcome between the district and circuit courts." ECF No. 86 at 1. In light of the foregoing, the Court **DENIES** Plaintiffs' Motion as moot.

**SO ORDERED**.

February 20, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE