UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,
    Plaintiffs,

v.

WALTER WENDLER, *et al.*,
    Defendants.

No. 2:23-cv-00048

## DEFENDANT WALTER WENDLER'S NOTICE OF ATTORNEY APPEARANCE AND DESIGNATION OF ATTORNEY-IN-CHARGE

Defendant, Walter Wendler, in his official and individual capacities, files this Notice of Attorney Appearance and Designation of Attorney-in-Charge, and in support thereof respectfully shows the Court the following:

Special Counsel Johnathan Stone has been assigned as lead counsel in this case and represents Defendant Wendler along with counsel listed below. Mr. Stone is licensed to practice law in the state of Texas, is a member in good standing with the State Bar of Texas, and is authorized to practice in the Northern District of Texas. His contact information is as follows:

> Johnathan Stone
> Texas Bar No. 24071779
> Special Counsel
> Special Litigation Division
> Office of the Attorney General
> P.O. Box 12548, Capitol Station
> Austin, Texas 78711-2548
> Johnathan.Stone@oag.texas.gov

Please add Mr. Stone to all future correspondence and notifications of filings in this matter.

Date: April 15, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

Respectfully submitted.

*/s/ JOHNATHAN STONE*

JOHNATHAN STONE
Special Counsel
Tex. State Bar No. 24071779

MONROE "DAVID" BRYANT
Special Counsel
Tex. State Bar No. 03281500

MUNERA AL-FUHAID
Special Counsel
Tex. State Bar No. 24094501

ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
johnathan.stone@oag.texas.gov
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, this document was electronically filed using the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ JOHNATHAN STONE*
JOHNATHAN STONE