## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>WALTER WENDLER, *et al.*,<br><br>                    Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be or has been drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be or has been checked for accuracy, using print reporters or traditional legal databases, by a human being before submission to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: April 24, 2024

Respectfully submitted,

/s/ Jeffrey D. Zeman
Jeffrey D. Zeman

Counsel for Plaintiffs Spectrum WT, Barrett
Bright, and Lauren Stovall

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 24, 2024, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Jeffrey D. Zeman
Jeffrey D. Zeman
FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION