UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>     Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>     Defendants. | No. 2:23-cv-00048 |

**CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court.  I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Date: April 24, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

Respectfully submitted.

*/s/ MUNERA AL-FUHAID*
MUNERA AL-FUHAID
Special Counsel
Tex. State Bar No. 24094501

JOHNATHAN STONE
Special Counsel
Tex. State Bar No. 24071779

MONROE "DAVID" BRYANT
Special Counsel
Tex. State Bar No. 03281500

ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
johnathan.stone@oag.texas.gov
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
***Counsel for Defendant Walter Wendler***

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024, this document was electronically filed using the Court's CM/ECF system, which automatically serves all counsel of record.

*/s/ MUNERA AL-FUHAID*
MUNERA AL-FUHAID