UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>    Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>    Defendants. | No. 2:23-cv-00048 |

**CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

| | |
|---|---|
| Date: April 24, 2024 | Respectfully submitted. |
| | |
| KEN PAXTON | /S/ ZACHARY BERG |
| Attorney General of Texas | ZACHARY BERG |
| | Special Counsel |
| BRENT WEBSTER | Tex. State Bar No. 24107706 |
| First Assistant Attorney General | |
| | JOHNATHAN STONE |
| RALPH MOLINA | Special Counsel |
| Deputy Attorney General for Legal Strategy | Tex. State Bar No. 24071779 |
| | |
| RYAN D. WALTERS | MONROE "DAVID" BRYANT |
| Chief, Special Litigation Division | Special Counsel |
| | Tex. State Bar No. 03281500 |
| | |
| | MUNERA AL-FUHAID |
| | Special Counsel |
| | Tex. State Bar No. 24094501 |

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
johnathan.stone@oag.texas.gov
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
***Counsel for Defendant Walter Wendler***

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024, this document was electronically filed using the Court's CM/ECF system, which automatically serves all counsel of record.

/S/ ZACHARY BERG
ZACHARY BERG