IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SPECTRUM WT, BARRETT BRIGHT, and LAUREN STOVALL,<br> *Plaintiffs*,<br><br>v.<br><br>WALTER WENDLER, in his individual capacity and his official capacity as the President of West Texas A&M University,<br><br>CHRISTOPHER THOMAS, in his official capacity as Vice President for Student Affairs at West Texas A&M University,<br><br>JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System,<br><br>ROBERT L. ALBRITTON, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, TIM LEACH, BILL MAHOMES, ELAINE MENDOZA, MICHAEL J. PLANK, CLIFF THOMAS, and DEMETRIUS L. HARRELL, JR., in their official capacities as members of the Board of Regents of the Texas A&M University System,<br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:23-cv-00048-Z |

---

### DEFENDANTS SHARP AND THOMAS' CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

---

  I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence- including quotations, citations, paraphrased assertions, and legal analysis- will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Respectfully submitted.

**KEN PAXTON**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Allison M. Collins*
**ALLISON M. COLLINS**
Texas Bar No. 24127467
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Allison.Collins@oag.texas.gov
**COUNSEL FOR DEFENDANTS THOMAS AND SHARP**

Page 2

Case 2:23-cv-00048-Z   Document 97   Filed 04/26/24   Page 3 of 3   PageID 1151

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically on all counsel of record through the electronic-filing manager on this the 26th day of April, 2024.

                                                */s/ Allison M. Collins*
                                                **ALLISON M. COLLINS**
                                                Assistant Attorney General