IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WALTER WENDLER, et al., <br><br> Defendants. | 2:23-CV-048-Z |

## NOTICE

The Court **DIRECTS** the Clerk to administratively close this case, as of this Order's date, for statistical purposes only. The Court will reopen this case upon resolution of Plaintiffs' appeal.

The Court issues notice accordingly.

May 2, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE