**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| **SPECTRUM WT, et al.,** | |
| *Plaintiffs*, | |
| v. | Civil Action No. 2:23-cv-00048-Z |
| **WALTER WENDLER, et al.,** | |
| *Defendants.* | |

---

**DEFENDANT WALTER WENDLER'S UNOPPOSED MOTION
TO WITHDRAW JOHNATHAN STONE AS COUNSEL**

---

Defendant Walter Wendler files this Unopposed Motion to Withdraw Johnathan Stone as counsel of record in this matter.

Mr. Stone has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation, and Defendant Wendler respectfully requests that he be withdrawn as his counsel. Defendant Wendler will continue to be represented by co-counsel listed below. This withdrawal is unopposed and will not delay any proceedings.

Dated: October 2, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

Respectfully submitted,

*/s/ Johnathan Stone*
JOHNATHAN STONE
Chief, Consumer Protection Division
Tex. State Bar No. 24071779

MONROE "DAVID" BRYANT
Special Counsel
Tex. State Bar No. 03281500

MUNERA AL-FUHAID
Special Counsel
Tex. State Bar No. 24094501

ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
johnathan.stone@oag.texas.gov
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov

**Counsel for Walter Wendler**

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 30, 2024, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Johnathan Stone*
JOHNATHAN STONE
Chief, Consumer Protection Division

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2024, a true and correct copy of the above and foregoing document was filed and served electronically via CM/ECF, which automatically serves all counsel of record.

/s/ Johnathan Stone
JOHNATHAN STONE
Chief, Consumer Protection Division