## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| **SPECTRUM WT, et al.,** | |
| *Plaintiffs*, | |
| v. | Civil Action No. 2:23-cv-00048-Z |
| **WALTER WENDLER, et al.,** | |
| *Defendants.* | |

## ORDER GRANTING DEFENDANT WALTER WENDLER'S UNOPPOSED MOTION TO WITHDRAW JOHNATHAN STONE AS COUNSEL

On this date, the Court considered Defendant Walter Wendler's Unopposed Motion to Withdraw Johnathan Stone as counsel of record. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that Johnathan Stone is hereby withdrawn as counsel of record for Defendant Walter Wendler.

SO ORDERED and SIGNED this _____ day of _____, 2024.

_____
MATTHEW J. KACSMARYK
United States District Judge