IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-048-Z |
| WALTER WENDLER, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Defendant Walter Wendler's Motion to Withdraw Counsel ("Motion") (ECF No. 99), filed on October 2, 2024. Mr. Wendler requests that Johnathan Stone be withdrawn as counsel of record because he "has accepted a position within the Office of the Attorney General of Texas." *Id.* at 1. The Motion is unopposed.

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Johnathan Stone should be withdrawn as counsel of record in this case.

**SO ORDERED**.

October 3, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE