UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SPECTRUM WT, ET AL., *Plaintiffs*, | § § § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00048-Z |
| WALTER WENDLER, ET AL., *Defendants*. | § § § § | |

## DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF LEAD COUNSEL

Defendants Christopher Thomas, in his official capacity as Vice President for Student Affairs at West Texas A&M University, and John Sharp, in his official capacity as Chancellor of the West Texas A&M University System, files this Notice of Withdrawal and Substitution of Lead Counsel, and would show the Court the following:

1. The current lead counsel on behalf of Defendants is Allison M. Collins. Ms. Collins hereby requests that she be allowed to withdraw as counsel for Defendants in this case.

2. David Bryant will represent these Defendants' interest and should be designated as lead counsel for all Defendants.

3. Notice of intention of the undersigned attorney to withdraw from this case will be provided to all counsel of record.

4. There will be no inconvenience to the Court as a result of this withdrawal.

5. Defendants respectfully request that the Court designate Mr. Bryant as lead counsel for Defendants and remove Ms. Collins from all further electronic notifications regarding this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ Allison M. Collins*
**ALLISON M. COLLINS**
Deputy Chief, General Litigation Division
Texas Bar No. 24127467

**DAVID BRYANT**
Special Counsel, Special Litigation Division
Texas Bar No. 03281500

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 463-2120/ Fax: (512) 320-0667
Allison.Collins@oag.texas.gov
David.Bryant@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the electronic filing system and served on all attorneys of record.

*/s/ Allison M. Collins*
**ALLISON M. COLLINS**
Deputy Chief