IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WALTER WENDLER, *et al.*, <br><br> Defendants. | 2:23-CV-048-Z |

## ORDER

Before the Court is Defendants Christopher Thomas's and John Sharp's Notice of Withdrawal and Substitution of Lead Counsel ("Motion") (ECF No. 101), filed April 23, 2025. The Court construes the Notice as a Motion to Withdraw. Defendants Thomas and Sharp request that Allison M. Collins be withdrawn as lead counsel. ECF No. 101 at 1. In her place, Defendants Thomas and Sharp request that David Bryant be designated as lead counsel for all Defendants.

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Allison M. Collins should be withdrawn as lead counsel in this case and David Bryant be designated as lead counsel for Defendants.

**SO ORDERED.**

April 25, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE