UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>　　　　　Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>　　　　　Defendants. | No. 2:23-cv-00048 |

## DEFENDANTS' PRIORITY MOTION TO DISMISS
## FOR LACK OF SUBJECT MATTER JURISDICTION

　　　Defendants Walter Wendler and Christopher Thomas, in their official and individual capacities, hereby move on a priority basis to dismiss (a) the remaining claims of Plaintiffs Barrett Bright and Lauren Stovall in this action; and (b) this action as to all parties and claims, for mootness, lack of standing, lack of ripeness, and lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. As set forth more fully in the brief filed in support of the motion, priority dismissal is warranted by reason of the Court's lack of subject matter jurisdiction.

| | |
|---|---|
| Date: September 5, 2025 | Respectfully submitted. |

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | /s/ David Bryant<br>DAVID BRYANT<br>Special Counsel<br>Tex. State Bar No. 03281500 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| | MUNERA AL-FUHAID<br>Special Counsel<br>Tex. State Bar No. 24094501 |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | ZACHARY BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| RYAN G. KERCHER<br>Chief, Special Litigation Division | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2120<br>Fax: (512) 320-0667<br>david.bryant@oag.texas.gov<br>munera.al-fuhaid@oag.texas.gov<br>zachary.berg@oag.texas.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ David Bryant
DAVID BRYANT