UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>    Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>    Defendants. | No. 2:23-cv-00048 |

## [PROPOSED] ORDER OF DISMISSAL

Before the Court is Defendants' Priority Motion to Dismiss for Lack of Subject Matter Jurisdiction. After due consideration, the Court concludes that the Court now lacks subject matter jurisdiction; GRANTS such motion to dismiss; and DISMISSES this action as to all parties and claims without prejudice.

SIGNED this _____ day of _____, 2025.

_____
HON. MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE