# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, et al., <br><br>      Plaintiffs, <br><br>v. <br><br>WALTER WENDLER, *et al.*, <br><br>      Defendants. | Case No.: 2:23-cv-00048-Z <br><br> Hon. Matthew J. Kacsmaryk <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' PRIORITY MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** |

Under L.R. 7.1(d), Plaintiffs respond to Defendants' Priority Motion to Dismiss for Lack of Subject Matter Jurisdiction. For the reasons set forth in the accompanying brief, the Court should deny Defendants' motion, including as to Plaintiff Spectrum WT's and Plaintiff Barrett Bright's claims for injunctive and declaratory relief.

Dated: September 9, 2025

Respectfully submitted,

/s/ JT Morris                              .
JT Morris
TX Bar No. 24094444
Conor T. Fitzpatrick*
MI Bar No. P78981
Foundation for Individual
  Rights and Expression
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

Adam B. Steinbaugh*
CA Bar No. 304829
Jeffrey D. Zeman*
MI Bar No. P76610

Foundation for Individual
  Rights and Expression
510 Walnut St., Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
adam@thefire.org
jeff.zeman@thefire.org

\* Admitted *Pro Hac Vice*

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2025, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION