# EXHIBIT A

## PLAINTIFFS' EXHIBIT LIST

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SPECTRUM WT, *et al.*, | § § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § § | CASE NO. 2:23-CV-048-Z |
| WALTER WENDLER, *et al.*, | | |
| Defendants. | | |

**PLAINTIFFS' EXHIBIT LIST**

| Judge Matthew J. Kacsmaryk | PLAINTIFFS' ATTORNEYS: <br> JT Morris (lead counsel) <br> Conor Fitzpatrick <br> Adam Steinbaugh | DEFENDANTS' ATTORNEYS: <br> David Bryant (lead counsel) <br> Munera Al-Fuhaid |
|---|---|---|
| HEARING DATE: <br> Sept. 10, 2025 | COURT REPORTER: | COURTROOM DEPUTY: |

| EXHIBIT NUMBER | DATE OFFERED | ADMITTED | DESCRIPTION (INCLUDING BATES NUMBER IF APPLICABLE) |
|---|---|---|---|
| 1 | | | First Amended Verified Complaint |
| 2 | | | Defendant Walter Wendler's Answer to Plaintiffs' Amended Complaint |
| 3 | | | Defendant Sharp and Thomas' Answer to Plaintiffs' First Amended Complaint |
| 4 | | | West Texas A&M University Pol'y 24.01.01.W0.01 Facility Use Request Procedure |
| 5 | | | West Texas A&M University Pol'y 08.99.99.W1 Expressive Activity on Campus |
| 6 | | | West Texas A&M University Student Handbook 2025-2026 |
| 7 | | | West Texas A&M University Student Handbook 2023-2024 |
| 8 | | | West Texas A&M University Student Handbook (rev. August 2022) |
| 9 | | | Spectrum GSA webpage |
| 10 | | | Walter V. Wendler March 20, 2023 email: "Message from President Wendler: A Harmless Drag Show? No Such Thing." |
| 11 | | | Walter V. Wendler, March 18, 2024 email: "Spectrum WT Application for On-Campus Drag Show" |
| 12 | | | Tex. A&M Univ. Sys. Pol'y 08.99.99.S1 "Expressive Activity on Campus" (June 25, 2024) |

| Exhibit Number | Date Offered | Admitted | Description (including Bates number if applicable) |
|---|---|---|---|
| 13 | | | West Texas A&M University Campus Organizations Handbook |
| 14 | | | West Texas A&M Univ., Jack B. Kelley Student Ctr. |
| 15 | | | West Texas A&M Univ., Jack B. Kelley Student Center, About Us (Mission Statement) |
| 16 | | | West Texas A&M Univ., Jack B. Kelley Student Center, "Event Venues at WTAMU" |
| 17 | | | West Texas A&M Univ., Jack B. Kelley Student Center, "Production Services" |
| 18 | | | West Texas A&M Univ., 25Live Reservations |
| 19 | | | Oct. 17, 2022 "Big Man on Campus male beauty pageant" Facebook post by Zeta Tau Alpha at West Texas A&M |
| 20 | | | Jan. 27, 2017 Facebook post about the "Miss Black & Gold Scholarship Pageant 2017" held in Legacy Hall |
| 21 | | | March 20, 2012 article entitled "Men in dresses work to cure cancer in style" in the West Texas A&M student newspaper, *The Prairie* |
| 22 | | | March 27, 2012 article entitled "Herdsmen Hearts hosts Buff-A-Whoa drag show" in *The Prairie* |
| 23 | | | Facebook event page for Apr. 18, 2019 "3rd consecutive Mr & Ms West Texas Drag Show" at Legacy Hall hosted by Kappa Kappa Psi and Tau Beta Sigma |
| 24 | | | Photo posted by Alpha Psi Chapter of Kappa Kappa Psi on Apr. 21, 2019 |
| 25 | | | Apr. 30, 2017 Facebook post by Alpha Psi Chapter of Kappa Kappa Psi about "Miss West Texas" |
| 26 | | | Apr. 27, 2020 article in West Texas A&M's yearbook, *Eternal Flame*, about the "University SING" event held in Legacy Hall |
| 27 | | | Facebook event page for May 5, 2019 "Community Night of Worship and Prayer ... at the WTAMU Legacy Hall" |
| 28 | | | West Texas A&M University Facebook event page for Sept. 28, 2020 "forum in Legacy Hall" featuring Dr. Ronny Jackson |
| 29 | | | West Texas A&M University Event Page for Sept. 24, 2020 "Congressional Candidate Forum" featuring "Congressional Candidate Gus Trujilo ... in Legacy Hall" |
| 30 | | | West Texas A&M JBK Student Center Facebook post on Aug. 17, 2022 promoting a "FREE concert in Legacy Hall" featuring "The Band Monarch" |
| 31 | | | Jan. 13, 2023 article by KAMR about an "upcoming fundraising gala" with "a performer with the Metropolitan Opera . . . in Legacy Hall at the Jack B. Kelley Student Center" |
| 32 | | | March 3, 2023 article from KAMR about a "'Shine for Autism' Sapphire Gala" held "at the Jack B. Kelley Legacy Hall" |
| 33 | | | Jan. 8, 2022 article from KAMR about the 74th Randall County Junior Livestock Show "with a premium sale" at "WTAMU Legacy Hall in Canyon" |

| Exhibit Number | Date Offered | Admitted | Description (including Bates number if applicable) |
|---|---|---|---|
| 34 | | | March 21, 2025 WTGetInvolved Instagram post promoting "UNIVERSITY SING" in Legacy Hall on March 22, 2025 |
| 35 | | | Feb. 6, 2024 WTGetInvolved Instagram post promoting February 13 hypnotist at Legacy Hall |
| 36 | | | Oct. 30, 2023 WTGetInvolved Instagram post promoting Oct. 31, 2023 "Trunk or Treat" event, encouraging students to wear "creative costumes" to Legacy Hall |
| 37 | | | West Texas A&M Univ., Student Event Calendar, Movie Night: "Friday the 13th" (Sept. 13, 2024) |
| 38 | | | Common Sense Media, Parents' Guide to Friday the 13th (1980) |
| 39 | | | The Story Tour - Oct. 22, 2025 performance at Legacy Hall |
| 40 | | | WTAMU Opera Facebook Event page for Jan. 24, 2025 "Divas and Disguises" gala at Legacy Hall |
| 41 | | | Jan. 6–11, 2025 77th Annual Randall County Junior Livestock Show - Meal, Awards Presentations and Premium Sale in Legacy Hall |
| 42 | | | Jan. 29, 2025 MyHighPlains.com article, "Brayden's Gift is set to host 3rd annual Shine for Autism Ruby Masquerade Gala" |
| 43 | | | Oct. 27, 2023 KFDA article, "Canyon Chamber of Commerce to host Jingle and Mingle show in November," promoting Nov. 8, 2023 show at Legacy Hall |
| 44 | | | Nov. 9, 2023 "Jingle Mingle" model at Legacy Hall (screenshot) |
| 45 | | | Nov. 9, 2023 "Jingle Mingle" model at Legacy Hall (video) |
| 46 | | | Nov. 16, 2024 "Models and Mimosas Style Show" by Canyon Chamber of Commerce at Legacy Hall |
| 47 | | | March 31, 2023 Eventbrite Announcement |
| 48 | | | Feb. 21, 2023 to March 9, 2023 emails concerning "Fool's Day Drag Race Marketing" |
| 49 | | | Feb. 27–28, 2023 email and "Tentative Confirmation" concerning "Reservation #134325 for A Fool's Drag Race" |
| 50 | | | March 14, 2023 email from Dr. Shawn M. Fouts, Sr. Dir. of Campus Community, Jack B. Kelley Student Center, W. Tex. A&M Univ., concerning "A Fool's Drag Race 03.31.2023" |