IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*, | |
|     Plaintiffs, | |
| v. | 2:23-CV-048-Z |
| WALTER WENDLER, *et al.*, | |
|     Defendants. | |

## ORDER

Before the Court is Defendants' Request for Leave to File a Reply to Plaintiffs' Response to Defendants' Motion to Dismiss. ECF Nos. 109, 105. Defendants made this request verbally during a Status Conference held on September 10, 2025.

The Court **GRANTS** Defendants leave to file a Reply due by **5:00 p.m. (CDT) on September 11, 2025**. That Reply shall not exceed five double-spaced pages.

**SO ORDERED.**

September 10, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE