IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT,<br><br>  Plaintiff,<br><br>v.<br><br>WALTER WENDLER, *et al.*,<br><br>  Defendants. | 2:23-CV-048-Z |

**NOTICE**

This case was administratively closed on May 2, 2024, pending resolution of Plaintiffs' appeal. *See* ECF No. 98. Today, the Court issued a Scheduling Order setting this case for trial in February 2026. *See* ECF No. 120. The Clerk of the Court is therefore **DIRECTED** to administratively reopen this case.

The Court issues notice accordingly.

October 8, 2025

                  _____
                  MATTHEW J. KACSMARYK
                  UNITED STATES DISTRICT JUDGE