# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT,<br><br>       Plaintiff,<br>v.<br>WALTER WENDLER, *et al.*,<br>       Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Spectrum WT ("Plaintiff") and Defendants Walter Wendler, Christopher Thomas, and Glenn Hegar[1] in their respective official capacities ("Defendants") (together, the "Parties") jointly stipulate to the dismissal without prejudice of Plaintiff's claims against Defendant Glenn Hegar in his official capacity as Chancellor of the Texas A&M University System pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiff's claims against Defendants Wendler and Thomas in their respective official capacities remain pending.

Dated: November 3, 2025

/s/ JT Morris
JT Morris
TX Bar No. 24094444
Conor T. Fitzpatrick*
MI Bar No. P78981
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION

Respectfully submitted,

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

---

[1] John Sharp retired from his role as Chancellor on June 30, 2025. His successor in office, Glenn Hegar, was automatically substituted as a party by operation of Fed. R. Civ. P. 25(d).

1

<div style="display: flex;">

<div>

700 Pennsylvania Ave., SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
conor.fitzpatrick@thefire.org
jt.morris@thefire.org

Adam B. Steinbaugh*
CA Bar No. 304829
Jeffrey D. Zeman*
MI Bar No. P76610
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
510 Walnut St.; Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
adam@thefire.org
jeff.zeman@thefire.org

* Admitted *Pro Hac Vice*

Counsel for Plaintiff

</div>

<div>

Ralph Molina
Deputy First Assistant Attorney
General

Ryan D. Walters
Deputy Attorney General for Legal
Strategy

Ryan G. Kercher
Chief, Special Litigation Division


/s/ David Bryant
DAVID BRYANT
Senior Special Counsel
Tex. State Bar No. 03281500

MUNERA AL-FUHAID
Special Counsel
Tex. State Bar No. 24094501

ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706


OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov

Counsel for Defendants Wendler,
Thomas, and Hegar in their respective
Official capacities

</div>

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION