UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>   *Plaintiffs*,<br>v.<br>WALTER WENDLER, *et al.*,<br>   *Defendants*. | No. 2:23-cv-00048-Z<br><br>**Hon. Matthew J. Kacsmaryk** |

[PROPOSED] MODIFICATION OF
AMENDED CIVIL SCHEDULING ORDER

Plaintiff Spectrum WT ("Plaintiff") and Defendants Walter Wendler and Christopher Thomas, in their official capacities ("Defendants") (together, the "Parties"), filed a Joint Motion for Modification of Amended Scheduling Order (ECF No. 123) and the Court, having considered the same, determines that there is good cause for modification of the Amended Civil Scheduling Order (ECF No. 122). It is therefore

**ORDERED** that the Amended Civil Scheduling Order (ECF No. 122) be and it is hereby modified as follows:

1. The date for Completion of Discovery (¶ 16) is modified to provide: "Thirty (30) days after final resolution of Case No. 23-10994 now pending in the Fifth Circuit Court of Appeals."

2. All other dates set forth in the Amended Civil Scheduling Order after December 26, 2025, are extended for a like period after a date thirty (30) days after final resolution of Case No. 23-10994 now pending in the Fifth Circuit Court of Appeals. For example, the date in the Amended Civil Scheduling Order for the Parties to make Pretrial Disclosures (¶ 22) is January 9, 2026, fourteen days after the date of December 26, 2025, for Completion of Discovery (¶ 16) in the Amended Civil Scheduling Order. The

date for the Parties to make Pretrial Disclosures therefore is modified to a date fourteen days after the modified date for Completion of Discovery set forth in Paragraph 1 above

3. The parties may continue discovery during all periods prior to the modified date for Completion of Discovery, unless otherwise ordered by this Court.

4. Except as modified above, the Amended Civil Scheduling Order remains in full force and effect.

Signed this _____ day of November 2025.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE