## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, | |
| Plaintiff, | Case No.: 2:23-cv-00048-Z |
| v. | |
| WALTER WENDLER, *et al.*, | Hon. Matthew J. Kacsmaryk |
| Defendants. | |

## [PROPOSED] MODIFICATION OF
## SECOND AMENDED SCHEDULING ORDER

The Court has fully considered Plaintiff's Unopposed Motion to Partially Reconsider Amending the Scheduling Order (ECF No. 127) and finds good cause to for modification of the Second Amended Scheduling Order (ECF No. 126) and thus GRANTS Plaintiff's motion to reconsider. It is therefore

ORDERED that the Second Amended Civil Scheduling Order (ECF No. 126) be modified to reset trial for the three-week docket starting February 3, 2026, as set in the Court's First Amended Scheduling Order (ECF No. 122).

**SO ORDERED.**

November _____, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE