IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALTER WENDLER, *et al.*,<br><br>　　　　Defendants. | 2:23-CV-048-Z |

**NOTICE**

Before the Court is the parties' Stipulation of Dismissal as to Defendant Glenn Hegar, filed November 3, 2025. ECF No. 123. The parties "jointly stipulate to the dismissal without prejudice of Plaintiff's claims against Defendant Glenn Hegar in his official capacity as Chancellor of the Texas A&M University System pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)." *Id.* at 1.

"Except in special circumstances . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004). Thus, an order of this Court "approving the dismissal is of no consequence." *Meinecke v. H & R Block of Hous.*, 66 F.3d 77, 82 (5th Cir. 1995); *see also Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018) ("A stipulation of dismissal . . . strips the district court of subject-matter jurisdiction."). The Court therefore **DIRECTS** the United States District Clerk to dismiss Defendant Glenn Hegar from this case.

The Court issues notice accordingly.

**SO ORDERED.**

November 14, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE