UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT,<br><br>        Plaintiff,<br><br>v.<br><br>WALTER WENDLER, *et al.*,<br><br>        Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL**

Upon consideration of Plaintiff's Motion to Compel Further Responses to Interrogatories and the Production of Documents (ECF No. 130),

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Compel is GRANTED.

2. Defendants Walter Wendler and Christopher Thomas shall provide to Plaintiff a privilege log consistent with Fed. R. Civ. P. 26(b)(5)(A).

3. Defendants Wendler and Thomas shall complete their production of records responsive to Plaintiff's First Set of Requests for Production.

4. Defendant Wendler shall provide further responses to the Requests for Production. His amended responses to Request Nos. 18, 23, 22, and 23, shall omit objections to producing information prepared for or in anticipation of litigation, except information subject to the work-product doctrine and adequately disclosed on the privilege log.

5. Defendant Thomas shall provide further responses to the Requests for Production. His amended response to Request No. 14 shall omit objections to producing

      information prepared for or in anticipation of litigation, except that which is subject to the attorney work-product doctrine and adequately disclosed on the privilege log.

6. Defendants Wendler and Thomas shall provide further responses to the Requests for Production, omitting objections founded on the legislative privilege (Tex. Gov't Code § 323.017) or the deliberative process privilege.

7. Defendants' amended responses to the Requests for Production shall conform the definition of relevance to that set forth by Fed. R. Civ. P. 26(b)(1).

8. Defendant Wendler shall conduct a comprehensive search for records responsive to the Requests for Production.

9. Defendant Wendler shall provide further responses to Interrogatories. In response to Interrogatories 4–9 and 12–14, Wendler shall state with particularity all of the bases for his decisions, including the identification of the facts, statutes, policies, rules, regulations, and customs he relied or relies on.

10. Defendant Wendler's further responses to Interrogatories 1 and 2 shall omit his qualification the information provided is limited to his "best … recollection."

11. Defendant Wendler shall provide a verification of his amended responses to the Interrogatories.

12. Defendants shall fully comply with this order at least seven days before Defendants' depositions.

**SO ORDERED.**

November \_\_\_\_\_, 2025

                                                      _____
                                                      MATTHEW J. KACSMARYK
                                                      UNITED STATES DISTRICT JUDGE