UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>        Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>        Defendants. | No. 2:23-cv-00048 |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants, Walter Wendler and Christopher Thomas, in their official and individual capacities, files this Notice of Appearance of Counsel and herby notifies the Court that Assistant Attorney General Alexia Baker will appear as counsel for Defendants Walter Wendler and Christopher Thomas in the above-captioned case. Ms. Baker is a member in good standing with the State Bar of Texas. Her contact information is as follows:

Alexia K. Baker
Assistant Attorney General
Texas Bar No. 24149596
P.O. Box 12548, MC 009
Austin, Texas 78711-2548
Tel:    (512) 936-2669
Fax:    (512) 457-4410
Email: alexia.baker@oag.texas.gov

Defendant respectfully requests that the parties and the Court copy Ms. Baker on all future papers filed or served in this action.

| | |
|---|---|
| Date: December 3, 2025 | Respectfully submitted. |
| | |
| KEN PAXTON<br>Attorney General of Texas | DAVID BRYANT<br>Special Counsel<br>Tex. State Bar No. 03281500 |
| BRENT WEBSTER<br>First Assistant Attorney General | MUNERA AL-FUHAID<br>Special Counsel<br>Tex. State Bar No. 24094501 |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | ZACHARY BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | |
| RYAN G. KERCHER<br>Chief, Special Litigation Division | /s/ *Alexia K. Baker*<br>ALEXIA K. BAKER<br>Assistant Attorney General<br>Tex. State Bar No. 24149596 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2120<br>Fax: (512) 320-0667<br>david.bryant@oag.texas.gov<br>munera.al-fuhaid@oag.texas.gov<br>zachary.berg@oag.texas.gov<br>alexia.baker@oag.texas.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ *Alexia K. Baker*
ALEXIA K. BAKER