UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>    Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>    Defendants. | No. 2:23-cv-00048 |

**CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

| | |
|---|---|
| Date: December 3, 2025 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | DAVID BRYANT<br>Special Counsel<br>Tex. State Bar No. 03281500 |
| BRENT WEBSTER<br>First Assistant Attorney General | MUNERA AL-FUHAID<br>Special Counsel<br>Tex. State Bar No. 24094501 |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | ZACHARY BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | |
| RYAN G. KERCHER<br>Chief, Special Litigation Division | /s/ *Alexia K. Baker*<br>ALEXIA K. BAKER<br>Assistant Attorney General<br>Tex. State Bar No. 24149596 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2120<br>Fax: (512) 320-0667<br>david.bryant@oag.texas.gov<br>munera.al-fuhaid@oag.texas.gov<br>zachary.berg@oag.texas.gov<br>alexia.baker@oag.texas.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ *Alexia K. Baker*
ALEXIA K. BAKER