UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT,
Plaintiffs,
v.
WALTER WENDLER, *et al.*,
Defendants.

No. 2:23-cv-00048

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), and Federal Rule of Evidence 502(d), and for the good cause explained below and in the respective attachments, the parties respectfully submit this joint motion for entry of agreed upon protective order, attached hereto as Exhibit A.

In support of their joint motion, the Parties state as follows:

1. The parties have conferred and agree that the terms and conditions of the attached proposed protective order are appropriate to protect information produced in discovery in this case and regarded by one or more parties as confidential and/or proprietary, and to limit the use of such information to that necessary for the purposes of this case.

2. The parties therefore request that and/or proprietary court enter the attached proposed protective order.

Date: December 9, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

*/s/ David Bryant*
DAVID BRYANT
Special Counsel
Tex. State Bar No. 03281500

MUNERA AL-FUHAID
Special Counsel
Tex. State Bar No. 24094501

ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706

ALEXIA K. BAKER
Assistant Attorney General
Tex. State Bar No. 24149596

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
alexia.baker@oag.texas.gov

***COUNSEL FOR DEFENDANTS***

Respectfully submitted.

*/s/ JT Morris*
JT Morris
TX Bar No. 24094444
Conor T. Fitzpatrick*
MI Bar No. P78981
Foundation for Individual Rights
and Expression
700 Pennsylvania Ave., SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

Adam B. Steinbaugh*
CA Bar No. 304829
Jeffrey D. Zeman*
MI Bar No. P76610
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut St.; Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
adam@thefire.org
jeff.zeman@thefire.org

* Admitted *Pro Hac Vice*

***COUNSEL FOR PLAINITFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ David Bryant*
DAVID BRYANT