IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT,

      Plaintiff,

v.                                                                                    2:23-CV-048-Z

WALTER WENDLER, *et al.*,

      Defendants.

## ORDER

The discovery deadline in this case is Friday, December 19, 2025. *See* ECF No. 126 at 7 ("By Friday, December 19, 2025, all discovery must be completed."). The Court does not intend to grant any extensions to that deadline. The parties are accordingly **ORDERED** to file a Joint Status Report about their progress in discovery **on or before December 10, 2025**.

**SO ORDERED**.

December 9, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE