UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT,

          Plaintiffs,

v.

WALTER WENDLER, *et al.*,

          Defendants.

No. 2:23-cv-00048-K

## JOINT STATUS REPORT ON DISCOVERY

Pursuant to the Court's December 9, 2026 Order [Dkt. 139], Plaintiff Spectrum WT and Defendants Walter Wendler and Christopher Thomas submit this joint status report on the parties' progress in discovery.

The parties intend to complete discovery by the Court's ordered deadline of December 19, 2026. The parties have finished serving written requests for production. Defendant Wendler will serve his responses to Plaintiff's second sets of requests for production and interrogatories on December 10, which are the only outstanding responses to written discovery.

Both sides have substantially completed document production. The parties will finish depositions by December 19.

The parties have cooperated in good faith throughout the discovery process, worked out several discovery issues without the Court's intervention, and do not anticipate any future discovery disputes requiring the Court's intervention.

<div style="display: flex;">

<div>

Date: December 10, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

/s/ David Bryant
DAVID BRYANT
Special Counsel
Tex. State Bar No. 03281500

MUNERA AL-FUHAID
Special Counsel
Tex. State Bar No. 24094501

ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706

ALEXIA K. BAKER
Assistant Attorney General
Tex. State Bar No. 24149596

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
alexia.baker@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

</div>

<div>

Respectfully submitted.

/s/ *JT Morris*
JT Morris
TX Bar No. 24094444
Conor T. Fitzpatrick*
MI Bar No. P78981
Foundation for Individual Rights
and Expression
700 Pennsylvania Ave., SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@thefire.org
conor.fitzpatrick@thefire.org

Adam B. Steinbaugh*
CA Bar No. 304829
Jeffrey D. Zeman*
MI Bar No. P76610
FOUNDATION FOR INDIVIDUAL RIGHTS AND
EXPRESSION
510 Walnut St.; Ste. 900
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
adam@thefire.org
jeff.zeman@thefire.org

* Admitted *Pro Hac Vice*

**COUNSEL FOR PLAINTIFF**

</div>

</div>

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

                                              /s/ JT Morris
                                              JT Morris