# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 12, 2025

Ms. Karen S. Mitchell  
Northern District of Texas, Amarillo  
United States District Court  
205 E. 5th Street  
Room F-13240  
Amarillo, TX 79101

    No. 23-10994   Spectrum WT v. Wendler  
                         USDC No. 2:23-CV-48

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate as to parties Barrett Bright, Lauren Stoval, John Sharp, Robert L. Albritton, James R. Brooks, Jay Graham, Tim Leach, Bill Mahomes, Elaine Mendoza, Michael J. Plank, Cliff Thomas, Demetrius L. Harrell, Jr., and Michael A. Hernandez, III ONLY.

The appeal remains open as to appellant Spectrum WT and appellees Walter Wendler and Dr. Christopher Thomas.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      *Lisa E. Ferrara*  
                         By: _____  
                         Lisa E. Ferrara, Deputy Clerk  
                         504-310-7675

cc w/encl:  
    Mr. Jacob C. Beach  
    Mr. Joshua J. Bennett  
    Mr. Zachary Berg  
    Ms. Sara Berinhout  
    Mr. Monroe David Bryant Jr.  
    Mr. William Francis Cole  
    Mrs. Allison Marie Collins  
    Mr. Conor T. Fitzpatrick  
    Mr. Samuel Troxell Grover  
    Mr. Brian Klosterboer  
    Mr. Michael Lambert  
    Mr. Thomas S. Leatherbury

```
Mr. JT Morris
Mr. William R. Peterson
Ms. Laura Lee Prather
Ms. Catherine Lewis Robb
Mr. Martin Jonathan Siegel
Mr. Peter Steffensen
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman
```

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

_____

Case No. 23-10994

_____

Spectrum WT,

                Plaintiff - Appellant

v.

Walter Wendler; Dr. Christopher Thomas,

                Defendants - Appellees