UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>          Plaintiff,<br>     v.<br>WALTER WENDLER, *et al.*,<br>          Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Spectrum WT ("Plaintiff") and Defendants Walter Wendler and Christopher Thomas in their official capacities ("Defendants") (together, the "Parties") jointly stipulate as follows:

1. If (a) an injunction is entered by the Court in the final judgment in this action against Defendant Wendler (which Defendant Wendler denies would be lawful or appropriate) or (b) an injunction is entered by the District Court against Defendant Wendler in compliance with a mandate of the Fifth Circuit Court of Appeals, then Christopher Thomas in his official capacity will be deemed an officer, agent, or employee of Defendant Wendler in his official capacity for purposes of Federal Rule of Civil Procedure 65(d)(2).

2. The Parties hereby stipulate to the dismissal without prejudice of all of Plaintiff's claims against Defendant Christopher Thomas in his official capacity under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiff's claims against Defendant Wendler in his official capacity remain pending.

| | |
|---|---|
| Dated: December 30, 2025 | Respectfully submitted, |
| /s/ *JT Morris* | |
| JT Morris | Ken Paxton |
| TX Bar No. 24094444 | Attorney General of Texas |
| Conor T. Fitzpatrick* | |
| MI Bar No. P78981 | Brent Webster |
| Foundation for Individual Rights and Expression | First Assistant Attorney General |
| 700 Pennsylvania Ave., SE; Ste. 340 | Ralph Molina |
| Washington, DC 20003 | Deputy First Assistant Attorney |
| Tel: (215) 717-3473 | General |
| Fax: (267) 573-3073 | |
| conor.fitzpatrick@thefire.org | Ryan D. Walters |
| jt.morris@thefire.org | Deputy Attorney General for Legal Strategy |
| Adam B. Steinbaugh* | |
| CA Bar No. 304829 | Ryan G. Kercher |
| Jeffrey D. Zeman* | Chief, Special Litigation Division |
| MI Bar No. P76610 | |
| FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION | /s/ *David Bryant* |
| 510 Walnut St.; Ste. 900 | |
| Philadelphia, PA 19106 | DAVID BRYANT |
| Tel: (215) 717-3473 | Senior Special Counsel |
| Fax: (267) 573-3073 | Tex. State Bar No. 03281500 |
| adam@thefire.org | |
| jeff.zeman@thefire.org | MUNERA AL-FUHAID |
| | Special Counsel |
| * Admitted *Pro Hac Vice* | Tex. State Bar No. 24094501 |
| Counsel for Plaintiff | ZACHARY BERG |
| | Special Counsel |
| | Tex. State Bar No. 24107706 |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2120 |
| | Fax: (512) 320-0667 |
| | david.bryant@oag.texas.gov |
| | munera.al-fuhaid@oag.texas.gov |

zachary.berg@oag.texas.gov

Counsel for Defendants Wendler and Thomas in their official capacities

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025 a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
