# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT,<br><br>          Plaintiff,<br><br>   v.<br><br>WALTER WENDLER, in his official capacity as the President of West Texas A&M University,<br><br>          Defendant. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

JT MORRIS
TX Bar No. 24094444
CONOR T. FITZPATRICK*
MI Bar No. P78981
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
700 Pennsylvania Ave., SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@fire.org
conor.fitzpatrick@fire.org

ADAM B. STEINBAUGH*
CA Bar No. 304829
JEFFREY D. ZEMAN*
MI Bar No. P76610
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
adam@fire.org
jeff.zeman@fire.org
* Admitted *Pro Hac Vice*

*Counsel for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7.1 and 56.1–56.7, Plaintiff Spectrum WT files its Motion for Summary Judgment, requesting the Court grant judgment on each claim alleged against Defendant Walter Wendler in his official capacity, and would respectfully show the Court as follows:

## I.     Summary.

Under Local Rule 56.3, Plaintiff is seeking summary judgment on Causes of Action 1-3 in its First Amended Complaint (ECF No. 28) for a permanent injunction and declaratory relief. Plaintiff sues for First Amendment violations under 42 U.S.C. § 1983, which requires Plaintiff to show that Defendant acted under color of state law to deprive Plaintiff of rights secured under the First Amendment. Plaintiff seeks summary judgment on three distinct First Amendment violations: unconstitutional viewpoint discrimination, unconstitutional prior restraint of speech, and an unconstitutional content-based restriction of speech.

As authorized by Local Rule 56.3(b), each of the matters required in Local Rule 56.3(a) are detailed in Plaintiff's Brief in Support of its Motion for Summary Judgment, which also sets out the requirements for permanent injunctive relief and declaratory relief.

## II.     Request for Relief.

Plaintiff respectfully requests the Court grant its Motion for Summary Judgment, enter judgment granting permanent injunctive and declaratory relief on each of Plaintiff's First, Second, and Third Causes of Action in its First Amended Complaint, award Plaintiff its attorney fees and costs, and grant all other relief to which Plaintiff may be justly entitled. A proposed order is attached.

| | |
|---|---|
| Dated: December 30, 2025 | Respectfully submitted,<br><br>/s/ JT Morris<br>JT MORRIS<br>TX Bar No. 24094444<br>CONOR T. FITZPATRICK*<br>MI Bar No. P78981<br>FOUNDATION FOR INDIVIDUAL<br>   RIGHTS AND EXPRESSION<br>700 Pennsylvania Ave., SE<br>Ste. 340<br>Washington, DC 20003<br>Tel: (215) 717-3473<br>Fax: (267) 573-3073<br>jt.morris@fire.org<br>conor.fitzpatrick@fire.org<br><br>ADAM B. STEINBAUGH*<br>PA Bar No. 326475<br>JEFFREY D. ZEMAN*<br>Pa. Bar No. 328570<br>FOUNDATION FOR INDIVIDUAL<br>   RIGHTS AND EXPRESSION<br>510 Walnut St.; Ste. 1250<br>Philadelphia, PA 19106<br>Tel: (215) 717-3473<br>Fax: (267) 573-3073<br>adam@fire.org<br>jeff.zeman@fire.org<br><br>* Admitted *Pro Hac Vice*<br><br>*Attorneys for Plaintiff Spectrum WT* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025, a true and correct copy of the foregoing document was transmitted via using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
