IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT,

    Plaintiff,

v.                                                                                    2:23-CV-048-Z

WALTER WENDLER, *et al.*,

    Defendants.

**NOTICE**

Before the Court is the parties' Stipulation of Dismissal as to Defendant Christopher Thomas, filed December 30, 2025. ECF No. 142. The parties jointly "stipulate to the dismissal without prejudice of all of Plaintiff's claims against Defendant Christopher Thomas in his official capacity under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)." *Id.* at 1. The parties also note the following:

> If (a) an injunction is entered by the Court in the final judgment in this action against Defendant Wendler (which Defendant Wendler denies would be lawful or appropriate) or (b) an injunction is entered by the District Court against Defendant Wendler in compliance with a mandate of the Fifth Circuit Court of Appeals, then Christopher Thomas in his official capacity will be deemed an officer, agent, or employee of Defendant Wendler in his official capacity for purposes of Federal Rule of Civil Procedure 65(d)(2).

*Id.*

"Except in special circumstances . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004). Thus, an order of this Court "approving the dismissal is of no consequence." *Meinecke v. H & R Block of Hous.*, 66 F.3d 77, 82 (5th Cir. 1995); *see also Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018) ("A stipulation of dismissal . . . strips the district court of subject-matter

jurisdiction."). The Court therefore **DIRECTS** the United States District Clerk to dismiss Defendant Christopher Thomas from this case.

The Court issues notice accordingly.

December 31, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE