December 30, 2025

**Sent *via* UPS**
Clerk of Court
U.S. District Court
    for the Northern District of Texas
205 SE 5th Avenue, Room 133
Amarillo, Texas 79101-1559

    Re:    Spectrum WT v. Wendler, No. 2:23-cv-00048-Z

To Whom It May Concern:

    Please find enclosed a flash drive containing Exhibit 63 to Plaintiff Spectrum WT's Appendix in Support of its Motion for Summary Judgment, filed on December 30, 2025, in the above-styled action. This matter is pending before Judge Matthew Kacsmaryk.

    Please let me know if you have any questions. I may be reached on my cell phone at 562-686-6990.

Sincerely,

Adam Steinbaugh *
Attorney
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
510 Walnut Street; Ste. 900
Philadelphia, PA 19106
adam@thefire.org

* This attorney is admitted in California and Pennsylvania

