UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT,<br><br>        Plaintiff,<br><br>v.<br><br>WALTER WENDLER,<br><br>        Defendant. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

## JOINT ADVISORY

Under this Court's Second Amended Scheduling Order (ECF No. 126 at ¶ 24) Plaintiff Spectrum WT and Defendant Walter Wendler jointly advise the Court that the parties will not file motions in limine. The parties confirm that they have engaged in a Rule 7.1 conference in good faith, no disputed topics appropriate for a motion in limine exist, and motions in limine are unnecessary.

Dated: January 5, 2026

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

Ryan D. Walters
Deputy Attorney General for Legal Strategy

Ryan G. Kercher
Chief, Special Litigation Division

Respectfully submitted,

/s/ JT Morris
JT Morris
TX Bar No. 24094444
Conor T. Fitzpatrick*
MI Bar No. P78981
Foundation for Individual Rights and
    Expression
700 Pennsylvania Ave., SE
Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@fire.org
conor.fitzpatrick@fire.org

1

*/s/* David Bryant (with permission)
David Bryant
Special Counsel
Tex. State Bar No. 03281500

Munera Al-Fuhaid
Special Counsel
Tex. State Bar No. 24094501

Zachary Berg
Special Counsel
Tex. State Bar No. 24107706

Alexia K. Baker
Assistant Attorney General
Tex. State Bar No. 24149596

Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
alexia.baker@oag.texas.gov

***Counsel for Defendant Wendler***

Adam B. Steinbaugh*
PA Bar No. 326475
Jeffrey D. Zeman*
Pa. Bar No. 328570
Foundation for Individual Rights and Expression
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
adam@fire.org
jeff.zeman@fire.org

\* Admitted *Pro Hac Vice*

***Attorneys for Plaintiff Spectrum WT***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2026, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
