IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, | |
| Plaintiff, | |
| v. | 2:23-CV-048-Z |
| WALTER WENDLER, | |
| Defendant. | |

## ORDER

Before the Court is Plaintiff Spectrum WT's Application for Admission *Pro Hac Vice*, filed January 5, 2026 (ECF No. 148) ("Application"). Samuel Rudovsky ("Applicant") is a member in good standing of the bar of the highest court in the state of Pennsylvania. Applicant represents that he has read—and will comply with—both *Dondi Props. Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988), and the Local Rules for the Northern District of Texas. The Court has also waived the local counsel requirement under Local Rule 83.10. *See* ECF No. 12. Accordingly, the Application is **GRANTED**.

**SO ORDERED.**

January 6, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE