# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT,<br><br>        Plaintiff,<br><br>v.<br><br>WALTER WENDLER,<br><br>        Defendant. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

## NOTICE OF INTENT TO FILE A REPLY BRIEF

Plaintiff SPECTRUM WT respectfully advises the Court of its intent to file a Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment (ECF No. 151) by the deadline imposed under the Court's Second Amended Scheduling Order (ECF No. 126 at ¶ 13).

Dated: January 7, 2026

Respectfully submitted,

/s/ JT Morris
JT MORRIS
TX Bar No. 24094444
CONOR T. FITZPATRICK*
MI Bar No. P78981
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
700 Pennsylvania Ave., SE
Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@fire.org
conor.fitzpatrick@fire.org

ADAM B. STEINBAUGH*
PA Bar No. 326475
JEFFREY D. ZEMAN*

Pa. Bar No. 328570
SAMUEL RUDOVSKY*
Pa. Bar No. 335724

FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
adam@fire.org
jeff.zeman@fire.org
sam.rudovsky@fire.org

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff Spectrum WT*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 7, 2026, a true and correct copy of the foregoing document was transmitted via the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                                                       /s/ JT Morris
                                                       JT Morris
                                                       FOUNDATION FOR INDIVIDUAL
                                                          RIGHTS AND EXPRESSION