UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,
    *Plaintiffs,*

v.

WALTER WENDLER, *et al.*,
    *Defendant.*

No. 2:23-cv-00048

**DEFENDANT WALTER WENDLER'S
PRETRIAL DISCLOSURES AND OBJECTIONS**

Defendant, Walter Wendler, in his official and individual capacities, submit the following Pretrial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Pretrial Scheduling Order (Dkt. 126). Defendant reserves the right to amend and supplement these Pretrial Disclosures, and to respond to Plaintiff's Pretrial Disclosures.

## I.   WITNESSES

Defendant's Witness List is set forth in **Exhibit A** attached hereto. Defendant reserves the right to modify, amend, or supplement this witness list leading up to and through trial based on case developments, including without limitation the right to: (1) call its witnesses in any order; (2) not call one or more witnesses; (3) call live or by deposition any witness identified on Defendant's witness list and any witness necessary to rebut Defendant's case, arguments, and/or evidence, and/or to authenticate or lay the foundation for the introduction of documents to which Plaintiff objects; (4) reasonably supplement or amend this Witness List through and including the time of trial to the extent permitted by the Court; (5) introduce deposition testimony as impeachment evidence; or (6) change a witness from a live witness to a witness testifying by deposition, and vice versa. Defendant also reserve the right to supplement or modify this witness list in response to rulings made by the Court. Defendant's identification of any witness listed herein is not an admission that the witness's testimony would be admissible if proffered by Plaintiff.

## II. EXHIBITS

Defendant's Preliminary Trial Exhibit List is set forth in **Exhibit B** attached hereto. Defendant reserves the right to introduce in evidence any documents identified by Plaintiff in its Pretrial Disclosures and to introduce additional documents as rebuttal or impeachment evidence.

## III. RULE 26(a)(3)(A) DISCLOSURES

The parties agreed to file a joint notice of deposition designations, which Plaintiff will file along with the Joint Pretrial Order. Defendant's Rule 26(a)(3)(A)(ii) Pretrial Deposition Disclosures List are set forth in the joint notice, filed separately.

## IV. OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES

Defendant does not object to Plaintiff's Rule 26(a)(3)(A)(ii) Pretrial Deposition Disclosures or the admissibility of the exhibits on Plaintiff's Exhibit List.

| | |
|---|---|
| Date: January 7, 2026 | Respectfully submitted. |
| | |
| **KEN PAXTON** | /S/ *David Bryant* |
| Attorney General of Texas | **DAVID BRYANT** |
| | Special Counsel |
| **BRENT WEBSTER** | Tex. State Bar No. 03281500 |
| First Assistant Attorney General | |
| | **MUNERA AL-FUHAID** |
| **RALPH MOLINA** | Special Counsel |
| Deputy First Assistant Attorney General | Tex. State Bar No. 24094501 |
| | |
| **RYAN D. WALTERS** | **ZACHARY BERG** |
| Deputy Attorney General for Legal Strategy | Special Counsel |
| | Tex. State Bar No. 24107706 |
| **RYAN G. KERCHER** | |
| Chief, Special Litigation Division | **ALEXIA K. BAKER** |
| | Assistant Attorney General |
| | Tex. State Bar No. 24149596 |

**OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
alexia.baker@oag.texas.gov

**Counsel for Defendant**

### CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/S/ *David Bryant*
**DAVID BRYANT**