# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,
    Plaintiffs,

v.                                              No. 2:23-cv-00048

WALTER WENDLER, *et al.*,
    Defendants.

### DEFENDANT'S WITNESS LIST

| Judge Matthew J. Kacsmaryk | Plaintiff's Attorneys: | Defendant's Attorneys: |
|---|---|---|
| Trial Date: January 14, 2026 | JT Morris | David Bryant |
| | Adam Steinbaugh | Munera Al-Fuhaid |
| | Sam Rudovsky | Alexia Baker |

| | Witness Name / Topic of Testimony | Will Call (W) / May Call (M) / Unlikely to Call (U) | Expected Testimony Duration |
|---|---|---|---|
| 1. | Walter Wendler, President West Texas A&M University<br><br>Cancellation of Plaintiff's past proposed drag performances; West Texas A&M University's mission and values. This witness was deposed and will offer testimony as a fact witness and record custodian. | W | 2.0 |
| 2. | Christopher Thomas<br><br>Cancellation of Plaintiff's proposed 2023/2024 drag performance, West Texas A&M University policies and procedures, including those regarding minor students. This witness was deposed and if called, will offer testimony as a record custodian and fact witness. | U | |
| 3. | Chip Chandler, West Texas A&M University<br><br>Plaintiff's planned and actual 2023 drag performance, marketing of those events. This witness was deposed, and if called, will offer | U | |

1

| | | | |
|---|---|---|---|
| | testimony as a record custodian and fact witness. | | |
| 4. | Todd Rasberry<br><br>President Wendler's communications and decision regarding the cancellation of Plaintiff's proposed 2023 drag performance. This witness was deposed, and if called, will offer testimony as a record custodian and fact witness. | U | |
| 5. | Shawn Fouts<br><br>West Texas A&M University's policies and procedures regarding use and reservation of campus facilities, including Legacy Hall. | U | |
| 6. | Marcus Stovall<br><br>Plaintiff's proposed 2023 and 2024 drag performances, and the 2023 drag performance that took place. This witness was deposed, and may offer testimony as a record custodian and fact witness. | M | |
| 7. | Barrett Bright<br><br>Plaintiff's proposed 2023 and 2024 drag performances and the 2023 drag performance that took place. This witness was deposed, and may offer testimony as a record custodian and fact witness. | M | 1.0 |
| 8. | Johnathan-Jayce Fanelli<br><br>Spectrum WT's activities, including its proposed 2026 drag performance. This witness was deposed, and will offer testimony as a record custodian and fact witness. | W | 1.0 |

Defendant's witness list reflects live witnesses only; deposition designations submitted separately per the Court's operative scheduling order.

| | |
|---|---|
| Date: January 7, 2026 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ David Bryant<br>DAVID BRYANT<br>Special Counsel<br>Tex. State Bar No. 03281500 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | MUNERA AL-FUHAID<br>Special Counsel<br>Tex. State Bar No. 24094501 |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | ZACHARY BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| RYAN G. KERCHER<br>Chief, Special Litigation Division | ALEXIA K. BAKER<br>Assistant Attorney General<br>Tex. State Bar No. 24149596 |

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
alexia.baker@oag.texas.gov

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ David Bryant
DAVID BRYANT

3