**Exhibit B**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT,

              Plaintiff,

v.

WALTER WENDLER, *et al.*,

              Defendant.

No. 2:23-cv-00048

### DEFENDANT'S EXHIBIT LIST

Defendant submits his exhibit list as follows. Any highlighted exhibit denotes confidential material pursuant to the Protective Order in this matter.

| DX No. | Bates No. | Description | Date Offered | Admitted | Objected |
|---|---|---|---|---|---|
| 1 | Def_000109 | WT Campus Organizations Handbook | | | |
| 2 | Def_000131 | JBK Student Center Policies Manual 2012 | | | |
| 3 | Def_000154 | JBK Student Center Procedures and Guidelines 2023 | | | |
| 4 | Def_000173 | JBK Student Center Procedures and Guidelines 2025 0305 | | | |
| 5 | Def_000193 | WT Campus Organizations Handbook | | | |
| 6 | Def_000227 | Resolution Regarding Certain Public Events on the Campus of Universities in the Texas A&M University System 2025 0228 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7 | Def_000230 | TAMUS Policy 8.01 Civil Rights Protections and Compliance 2025 0529 | | | |
| 8 | Def_000234 | TAMUS Policy 13.02 Student Rights and Obligations 2024 0315 | | | |
| 9 | Def_000235 | TAMUS Policy 8.01.01 Civil Rights Compliance 2022 0815 | | | |
| 10 | Def_000264 | WTAMU Code of Student Life 2020 | | | |
| 11 | Def_000309 | JBK Student Center Procedures and Guidelines 2017 | | | |
| 12 | Def_000328 | WTAMU Student Handbook 2025-2026 | | | |
| 13 | Def_000412 | WT Policy 24.01.01.W0.01 Facility Use Request Procedure 2017 0301 | | | |
| 14 | Def_000414 | WTAMU Rule 08.01.01.W1 Civil Rights Compliance 2023 0210 | | | |
| 15 | Def_000450 | WTAMU Rule 08.99.99.W1 Expressive Activity on Campus 2024 0625 | | | |
| 16 | Def_000456 | WTAMU Student Handbook 2022 | | | |
| 17 | Def_000507 | WTAMU Student Handbook 2023-2024 | | | |
| 18 | Def_000569 | WTAMU Student Handbook 2024-2025 | | | |
| 19 | Def_000647 | TAMUS Policy 08.01 Civil Rights Protections and Compliance | | | |
| 20 | Def_000651 | TAMUS Policy 13.02 Student Rights and Obligations 2024 0315 | | | |
| 21 | Def_000652 | TAMUS Regulation 08.01.01 Civil Rights Compliance 2022 0815 | | | |
| 22 | Def_000681 | WTAMU Code of Student Life Updated 2020 | | | |
| 23 | Def_000853 | WTAMU Rule 08.99.99.W1 Expressive Activity on Campus Finalized 2025 0728___Awaiting of Chancellor Signature | | | |

| 26 | Def_008501 | JBK Student Center Policies Manual 2012 | | | |
|---|---|---|---|---|---|
| 27 | Def_090209 | TAMUS Chancellor Statement on Commitment to Equal Opportunity 2024 1024 | | | |
| 28 | Def_091914 | Wendler Statement Civil Rights Protection and Compliance 2023 0102 | | | |
| 29 | Def_094063 | TAMUS Board of Regents Resolution Regarding Certain Public Events on the Campus of Universities 2025 0228 | | | |
| 30 | Def_034719 | Wendler Radio Interview Talking Points Predatory Online Gambling at WTAMU 2024 17 | | | |
| 31 | Def_101156 | WTAMU Core Values from Faculty Handbook | | | |
| 32 | Def_039666 | 24 CFR Part 106 Nondiscrimination on the Basis of Sex in Education Programs | | | |
| 33 | Def_076613 | WTAMU Engaged Citizenship Proposal 2023 0712 | | | |
| 34 | Def_086690 | WTAMU Faculty Handbook 2024 | | | |
| 35 | Def_128136 | Governor Abbott Executive Order GA 44 Antisemitism 2024 0327 | | | |
| 36 | Def_128432 | Title IX Final Rule | | | |
| 37 | Def_138865 | WTAMU Student Code of Conduct Rules Concerning Disorderly Conduct and Community Standards | | | |
| 38 | Def_000854 | Large Compilation of Policies | | | |
| 39 | SPECTRUM 0000348 | Spectrum WT President's Bible | | | |
| 40 | SPECTRUM 0003824 | JBK Student Center Mission Statement and Goals | | | |

| | | | | | |
|---|---|---|---|---|---|
| 41 | Def-181895 | TAMUS Policy 08.02 Expressive Activity on Campus 2025 1113 | | | |
| 42 | SPECTRUM 0002220 | The Constitution of Spectrum WT | | | |
| 43 | | WTAMU Rule 07.03.01.W1 Political Campaign Events in Facilities Under the Control of West Texas A&M University 2018 0322 - *See* Fouts Deposition Ex 7 | | | |
| 44 | SPECTRUM 0000348 | Spectrum WT  President's Bible | | | |
| 45 | SPECTRUM 0000378 | TAMUS Policy 02.05 Presidents of System Member Universities | | | |
| 46 | SPECTRUM 0000393 | WTAMU Student Handbook Rules and Procedures for Students Screen Capture 2021 0927 | | | |
| 47 | SPECTRUM 0001949 | JBK Student Center Reservation Portal Terms and Conditions | | | |
| 48 | SPECTRUM 0001957 | WTAMU Tuition & Fees | | | |
| 49 | SPECTRUM 0003011 | President Trump Executive Order Defending Women from Gender Ideology Extremism 2025 0120 | | | |
| 50 | SPECTRUM 0003026 | President Trump Executive Order Ending Radical Indoctrination in K-12 Schooling 2025 0129 | | | |
| 51 | SPECTRUM 0003032 | Governor Abbott Letter to State Agencies Regarding Gender Ideologies 2025 0130 | | | |
| 52 | SPECTRUM 0003888 | TAMUS Regulation 08.02.01 Expressive Activity on Campus 2025 1113 | | | |
| 53 | SPECTRUM 0004817 | Letter from Governor Abbott to University Systems Regarding Title IX 2024 0508 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 54 | SPECTRUM 0004825 | S.B. 12 Concerning Instruction on Gender Identity | | | |
| 55 | SPECTRUM 0004893 | WTAMU Equal Opportunity Nondiscrimination Statement | | | |
| 56 | Def_182324 | WTAMU University Mission, Vision, and Core Values | | | |
| 57 | Def_182346 | WTAMU Student Organizations All-Comers Policy | | | |
| 58 | Def_000047 | 2023 Drag Show Risk Management and Insurance Matrix | | | |
| 59 | Def_00048 | 2024 Drag Show Risk Management and Insurance Matrix | | | |
| 60 | Def_000056 | Bright Reservation Form 2024 Drag Show 2024 0205 | | | |
| 61 | Def_000075 | Reservation Form 2023 Drag Show | | | |
| 62 | Def_000087 | JBK Event Confirmation Form | | | |
| 63 | Def_000089 | JBK Event Confirmation Form | | | |
| 64 | Def_000093 | WT Risk Management Assessment Form | | | |
| 65 | | Blank WTAMU Risk Assessment Form | | | |
| 66 | Def_001185 | Informational Forms Concerning WTAMU PUP Program | | | |
| 67 | Def_182274 | Spectrum WT Valentine's Lip Sync Variety Show Sign-up Form | | | |
| 68 | Def_182280 | 2026 Drag Show Event Registration Form A | | | |
| 69 | Def_182281 | 2026 Drag Show Reservation Form B | | | |
| 70 | SPECTRUM 0000776 | Spectrum WT 2023 Drag Show Risk Management and Insurance Matrix | | | |
| 71 | SPECTRUM 0000098 | WTAMU Campus Organization Risk Management Statement Form | | | |

| | | | | | |
|---|---|---|---|---|---|
| 72 | SPECTRUM 0002616 | 2024 Drag Show Performer Interest Form | | | |
| 74 | Def_000051 | Wendler's Statement Concerning Spectrum WT Application for On-Campus Drag Show 2024 0318 | | | |
| 75 | Def_000053 | Wendler's Statement A Harmless Drag Show No Such Thing 2024 0320 | | | |
| 76 | Def_000065 | Email from Fouts to Bright Regarding 2024 Drag Show 2024 0220 | | | |
| 77 | Def_000067 | Email from Fouts to Bright Concerning 2024 Drag Show Reservation | | | |
| 78 | Def_000091 | Comments from WT Risk Assessment Team Regarding 2024 Drag Show | | | |
| 79 | Def_000102 | Reservation form for Carni-Ball 2023 0420 | | | |
| 87 | Def_006757 | Email Conversation Between Rasberry to Fairly Concerning Hill Institute Campaign 2022 0902 | | | |
| 88 | Def_107374 | Email from Chandler to Post Regarding Wendler Predatory Gambling News Interview 2024 0923 | | | |
| 90 | | Wendler Op-ed Public Cynicism Regarding Higher Education Is Up 2025 0606 | | | |
| 91 | Def_182282 | Email to Haugen Regarding 2026 Drag Show | | | |
| 92 | SPECTRUM 0000786 | Email from Fouts Concerning Risk Assessment for 2023 Drag Show Containing Event Reservation Information | | | |
| 93 | SPECTRUM 0000983 | Email from Bright to Fouts Concerning 2023 Drag Show Music List 2023 0317 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 94 | | Email from Fouts to Bright Following Up on Marketing Material 2023 0221 - See Chandler Deposition Ex 42 | | | |
| 95 | SPECTRUM 0000860 | Email from Fouts to Bright Performance Verification and Music 2023 0314 | | | |
| 96 | SPECTRUM 0000792 | Email from Chandler to Colette Concerning 2023 Drag Race Flyer Revisions | | | |
| 97 | | Email from Fouts to Haugen Concerning Denial of Reservation for Kevin Gates Concert 2024 0326 - *See* Fouts Deposition Ex 75 | | | |
| 98 | | Fouts Worries 2023 Drag Show Marketing Material is Sexually Suggestive 2023 0214 - See Fouts Deposition Ex 79 | | | |
| 99 | | Email from Montoya to Bright Regarding 2024 Drag Show Marketing Materials Minors 2024 0305 - See Fouts Deposition Ex 91 | | | |
| 100 | SPECTRUM 0000545 | Email from Bright to Chandler Concerning 2023 Drag Show Judging Criteria 2022 0914 | | | |
| 101 | SPECTRUM 0000755 | Email from Fouts to Bright Requesting Risk Assessment for 2023 Drag Show Because of Minors | | | |
| 102 | SPECTRUM 0000822 | Email from Chandler to Bright 2023 Drag Show Promotional Language 2023 0227 | | | |
| 103 | SPECTRUM 0000996 | Email from WT Employee to Wendler Supporting Wendler's Decision 2023 0320 | | | |
| 104 | SPECTRUM 0000999 | Email from WT Student Advisor to Wendler Supporting Wendler's Decision 2023 0320 | | | |
| 105 | SPECTRUM 0001002 | Email from WT Instructor to Wendler Supporting Wendler's Decision 2023 0320 | | | |

| 106 | SPECTRUM 0001006 | Email from Wendler to Bonilla Concerning March 20 Statement 2023 0320 | | | |
|---|---|---|---|---|---|
| 107 | SPECTRUM 0001170 | Email from Local Business Owner to Spectrum Concerning Alternative Venue for 2023 Drag Show 2023 0321 | | | |
| 108 | SPECTRUM 0001233 | Email from Bright to Local Business Owner Concerning Alternative Venue for 2023 Drag Show 2023 0322 | | | |
| 109 | SPECTRUM 0001450 | Email from Buffs for Drag to Spectrum WT About Big Smile Texas Assistance 2023 0325 | | | |
| 110 | SPECTRUM 0001453 | Email from Bright to NCAC Regarding Spectrum Fundraising for Sam Houston Drag Show 2023 0325 | | | |
| 111 | SPECTRUM 0001486 | Email from Buffs for Drag to WTAMU Professor Concerning Dance Practice Room 2023 0326 | | | |
| 112 | SPECTRUM 0001507 | Email from Bright to Medlock Regarding Drag Show Costumes 2023 0325 | | | |
| 113 | SPECTRUM 0001513 | Email from Bright to National Coalition Against Censorship Regarding Campus Protests 20230328 | | | |
| 114 | SPECTRUM 0001633 | Stovall Freedom From Religion Foundation Application Cover Letter and Email 2023 0330 | | | |
| 115 | SPECTRUM 0001636 | Email from JBK to Bright Confirming Buffs for Drag Picnic Event Reservation 2023 0330 | | | |
| 116 | SPECTRUM 0001892 | Email from Buffs for Drag Student Responding to WT Student Government Statement 2023 0403 | | | |
| 117 | SPECTRUM 0001982 | Email from Freedom from Religion Foundation to Stovall Extending Student Activist Award 2023 0419 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 118 | SPECTRUM 0002296 | Email from WT Secular Student Alliance to Bright regarding Seidel Speaking Event 2023 1116 | | | |
| 119 | SPECTRUM 0002350 | Email from Trevor Project to Spectrum WT Including Donation Receipt 2023 0130 | | | |
| 120 | SPECTRUM 0002387 | Email Thread Between Drumheller, Fouts, and Risk Management Concerning Liability Insurance for 2024 Drag Show 2024 0220- Educational Mission | | | |
| 121 | SPECTRUM 0002573 | Email from 2024 Drag Show Attendee to Bright Requesting Ticket Roll Over 2024 0321 | | | |
| 122 | SPECTRUM 0002587 | Email from 2024 Drag Show Attendee to Bright Requesting Ticket Refund 2024 0321 | | | |
| 123 | SPECTRUM 0002606 | Email from Gender Studies Staff to Drumheller 2024 0322 | | | |
| 124 | SPECTRUM 0003061 | Email from Spectrum WT  to Drumheller Concerning Spectrum Funds 2025 0219 | | | |
| 125 | SPECTRUM 0003070 | Email from Drumheller to Spectrum WT Concerning University Bank Account 2025 0220 | | | |
| 126 | SPECTRUM 0003403 | Email from Spectrum WT Historian to WTAMU Theatre Professor Regarding Allies Training | | | |
| 127 | SPECTRUM 0003718 | Email from USITT Officer to Spectrum WT to Regarding Plans for Another On-Campus Drag Show 2025 0910 | | | |
| 128 | SPECTRUM 0000876 | Email from Rasberry to Wendler regarding Draft March 2023 Statement 2023 0314 | | | |
| 129 | SPECTRUM 0000877 | Wendler Email to Winningham Requesting Edits on Draft Statement 2023 0314 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 130 | Def_000749 | Publications Reviewed by Wendler 2023 | | | |
| 131 | W_000163 | Wendler Op-ed Ists, Isms and Free Will 2022 0712 | | | |
| 132 | Def_008084 | Compilation of Articles, Letters, and Statements Opposing Wendler's Decision | | | |
| 133 | Def_020391 | Wendler Op-ed Draft Conservativism Is Constructive Continuity 2025 0806 | | | |
| 134 | Def_072259 | Wendler Conservativism is Constructive Continuity Op-ed 2025 0810 | | | |
| 135 | Def_072261 | Wendler Conservativism is Constructive Continuity Op-ed Draft 2025 0810 | | | |
| 136 | Def_102949 | Wendler Op-ed Draft Conservatism Is Constructive Continuity | | | |
| 137 | Def_014601 | WTAMU Engaged Citizenship Proposal 2023 0114 | | | |
| 138 | Def_014619 | WTAMU Engaged Citizenship Proposal Diversity The Responsibility of Us All 2023 0114 | | | |
| 139 | | Publication West Texas A&M University An Emblem of Innovation, Excellence, and Values - *See* Fanelli Deposition Ex 3 | | | |
| 140 | | WTAMU University Statements - See Fanelli Deposition Ex 5 | | | |
| 141 | W_000101 | Dr. Em How Drag Denigrates Women 2022 0225 | | | |
| 142 | W_000110 | Kleiman Drag Blackface | | | |
| 143 | | Sylvester Drag Shows ARE Blackface 2023 0405 - See Fanelli Deposition Ex 11 | | | |
| 144 | W_000132 | Publications Concerning Drag and Misogyny | | | |

| 145 | SPECTRUM 0000381 | Wendler Op-ed Faith on the University Campus 2021 0829 | | | |
|-----|------------------|--------------------------------------------------------|---|---|---|
| 146 | SPECTRUM 0000957 | Save the WTAMU Drag Show Petition | | | |
| 147 | SPECTRUM 0001207 | Spectrum WT Official Statement 2023 0321 | | | |
| 148 | SPECTRUM 0000887 | Wendler Draft March 23 2023 Statement with Rasberry's Edits 2023 0314 | | | |
| 149 | SPECTRUM 0000910 | Wendler Draft Statement Rasberry Edits 2023 0315 | | | |
| 150 | SPECTRUM 0001787 | Wendler Draft March 23 2023 Statement 2023 | | | |
| 151 | SPECTRUM 0001797 | Wendler Draft  March 23 2023 Statement Rasberry Edits | | | |
| 152 | SPECTRUM 0001815 | Wendler Draft March 23 2023 Statement discussing hate crimes | | | |
| 153 | Def_182084 | Stovall FFRF Speech Transcript 2023 | | | |
| 154 | Def_182089 | Spectrum WT GoFundMe Page 2023 | | | |
| 155 | Def_182292 | NBC News Article RuPaul's Remarks 2018 0306 | | | |
| 156 | Def_182341 | MPAA Ratings Guide PG13 Nudity | | | |
| 157 | Def_182348 | Film Rating System Chart | | | |
| 164 | Def_000001 | Civil Rights Report Regarding Wendler's March 2023 Statement | | | |
| 165 | Def_000003 | Civil Right Report Concerning Wendler's March 2023 Statement | | | |
| 166 | Def_000006 | Civil Rights Report Concerning Wendler's March 2023 Statement | | | |
| 167 | Def_000009 | Civil Rights Report Concerning Wendler's March 2023 Statement | | | |

| 168 | Def_000011 | Civil Rights Report Concerning Wendler's March 2023 Statement | | | |
|-----|------------|------------------------------------------------------------|---|---|---|
| 169 | Def_000013 | Stovall Civil Rights Report 2023 0505 | | | |
| 170 | Def_000015 | Stovall Civil Rights Report 2023 0610 | | | |
| 171 | Def_000017 | Stovall Civil Rights Report 2023 0721 | | | |
| 172 | Def_000019 | Stovall Civil Rights Report 2023 0802 | | | |
| 173 | Def_000021 | Stovall Civil Rights Report 2023 0829 | | | |
| 174 | Def_000023 | Stovall Civil Rights Report 2024 0303 | | | |
| 175 | Def_007569 | The Hill Institute Discussion Documents 2022 0422 | | | |
| 176 | Def_024606 | Wendler Publications Thoughts from a Conservative Outpost 2024 | | | |
| 177 | Def_153129 | WTAMU Diversity & Inclusion Survey 2019 0215 | | | |
| 178 | Def_001215 | Draft Version of The Hill Institute Booklet 2022 | | | |
| 179 | Def_182093 | MPA Film Classification and Ratings Rules | | | |
| 180 | Def_182115 | Nielsen Parents' Film Ratings Advisory Study 2018 | | | |
| 181 | Def_182146 | WT125 From the Panhandle to the World | | | |
| 182 | Def_181906 | WTAMU PUP Enrollment Data | | | |
| 183 | | Figures on Legacy Hall Usage - *See* Fouts Deposition Ex 55 | | | |
| 184 | Def_000030 | Letter Praising Wendler and WT 125 Campaign 2023 0419 | | | |
| 185 | Def_000031 | Letter to TAMU Board of Regents from member of Public Regarding Minors and Drag Shows | | | |
| 186 | Def_000063 | Spectrum WT Catering Exemption Form 2024 0207 | | | |

| 187 | Def_000082 | 2024 Drag Show Reservation System Screenshot | | | |
|---|---|---|---|---|---|
| 188 | Def_000083 | 2024 Drag Show Reservation System Screenshot | | | |
| 189 | Def_000084 | Buff-a-Woah Drag Show Reservation System Screenshot Containing Event Details 2024 0322 | | | |
| 190 | Def_000728 | TAMUS Presentation on  Federal Law, System Regulation 08.01.01, Civil Rights, and Working with the LGBTQ+ Communities | | | |
| 191 | Def_000842 | Spectrum 2023 Drag Show Flyer Coversheet | | | |
| 192 | Def_000848 | Excel Spreadsheet of Spectrum WT Event Confirmations 2016 through 2024 Coversheet | | | |
| 193 | | Reservation Information for 2023 Drag Show Practices 2023 0328 | | | |
| 194 | Def_000850 | Reservation Information for Spectrum WT Rocky Horror Picture Show | | | |
| 196 | Def_000852 | Excel Spreadsheet Reflecting Past Events in JBK Student Center 2021 through 2025 Coversheet | | | |
| 197 | Def_007937 | Facilities Use Agreement Kevin Gates Concert  2024 0321 | | | |
| 198 | Def_017577 | WTAMU Student Guidelines for the Dual Credit Program | | | |
| 199 | Def_086907 | TCCSAO Conference 2025 Legal and Legislative Update Presentation 2025 0605 | | | |
| 200 | Def_130216 | TCCSAO Higher Education Legal Update Presentation 2024 0530 | | | |
| 201 | Def_003197 | Messages from Public Disagreeing with Wendler's Decision Concerning the Drag Shows | | | |

| 202 | Def_003252 | Messages from Public Agreeing with Wendler's Decision Concerning the Drag Shows | | | |
|---|---|---|---|---|---|
| 203 | Def_182036 | WTAMU Campus Map | | | |
| 204 | Def_182275 | Spectrum WT 2026 Drag Show Risk Assessment Review | | | |
| 205 | Def_182279 | Spectrum WT 2026 Drag Show Reservation Details | | | |
| 206 | SPECTRUM 0000753 | Spectrum WT A Fool's Drag Race Meeting Notes | | | |
| 207 | | Plaintiff's Amended Responses to Defendants' First Set of Interrogatories - *See* Fanelli Deposition Ex 2 | | | |
| 208 | | Fouts Notes Concerning 2023 Drag Show - See Fouts Deposition Ex 81 | | | |
| 209 | | Fouts Briefing with Thomas and Haugen Concerning 2023 Drag Show 2023 0221 - See Fouts Deposition Ex 83 | | | |
| 210 | Def_000049 | West Texas A&M University Risk Management & Insurance Matrix - Don't be a Drag, Drag Show | | | |
| 211 | SPECTRUM 0000655 | Spectrum WT Officer Elections 2022 1027 | | | |
| 212 | SPECTRUM 0000753 | Notes from 2023 Drag Show Meeting with Co-Sponsoring Student Organizations | | | |
| 213 | SPECTRUM 0001292 | Screenshot of Spectrum WT Event Reservations Made by Bright 2023 0323 | | | |
| 214 | SPECTRUM 0001560 | Bright Off Duty Management Receipt Sam Houston Drag Show | | | |
| 215 | SPECTRUM 0001563 | Off Duty Management Receipt Bright 2023 0329 | | | |

| 216 | SPECTRUM 0001834 | Map of Legacy Hall Space for 2023 Drag Show | | | |
|---|---|---|---|---|---|
| 217 | SPECTRUM 0001888 | Stovall Secular Student Alliance Student Activist Scholarship Application 2023 0403 | | | |
| 218 | SPECTRUM 0001889 | Stovall Secular Student Alliance Student Activist Scholarship Application 2023 0403 | | | |
| 219 | SPECTRUM 0001890 | Stovall Secular Student Alliance Student Activist Scholarship Application 2023 0403 | | | |
| 220 | SPECTRUM 0001947 | JBK Student Center Reservation Portal Rocky Horror Picture Show | | | |
| 221 | SPECTRUM 0003960 | Spectrum WT Homepage | | | |
| 222 | SPECTRUM 0004798 | S.B. 12 Concerning Sexually Oriented Performances | | | |
| 223 | SPECTRUM 0004842 | Spectrum WT Membership Roll 2025 1202 | | | |
| 224 | SPECTRUM 0004887 | WTAMU Pre-University Program Student Approval Forms | | | |
| 225 | SPECTRUM 0004890 | WTAMU PUP Frequently Asked Questions | | | |
| 226 | SPECTRUM 0004895 | Spectrum WT Regular Attendees | | | |
| 227 | Def_182326 | MPAA Ratings Webpage | | | |
| 228 | Def_182333 | 2023 Drag Show Eventbrite | | | |
| 229 | Def_182350 | 2023 Drag Show Participant Sign-Up Form | | | |

| 230 | SPECTRUM 0001533 | Text Message from Drumheller to Bright Concerning Media Interview Inquiry 2023 0330 | | | |
|---|---|---|---|---|---|
| 231 | SPECTRUM 0001458 | Text Message from Chandler to Bright Concerning Help from Community Members Sam Houston Drag Show 2025 0325 | | | |
| 232 | SPECTRUM 0001458 | Direct Message from Myka to Spectrum WT Officer Concerning 2024 Drag Show 2024 0313 | | | |
| 233 | SPECTRUM 0002647 | Text Message from Chandler to Bright Concerning Alternative Venues for 2024 Drag Show 2024 0328 | | | |
| 234 | SPECTRUM 0000611 | SmORGasbord Message Thread Regarding Planning of 2023 and Sam Houston Drag Shows | | | |
| 235 | SPECTRUM 0000775 | Text Message from Bright to Drumheller Concerning 2023 Drag Show Risk Assessment 2023 0213 | | | |
| 236 | SPECTRUM 0000829 | Text Message from Bright to Chandler Requesting Names of Drag Show Judges 2023 0321 | | | |
| 237 | SPECTRUM 0000830 | Text from Chandler to Bright Regarding Alternative Venues for 2023 Drag Show 2023 0320 | | | |
| 238 | SPECTRUM 0001261 | Text Message from Bright to Drumheller Regarding Next Steps for 2023 Drag Show 2023 0322 | | | |
| 239 | SPECTRUM 0001262 | Text Message from Chandler to Bright Regarding Allies and Spectrum Meetings 2023 0322 | | | |
| 240 | SPECTRUM 0001499 | GroupMe Message Thread Sam Houston Drag Show Performers 2023 0327 | | | |
| 241 | SPECTRUM 0001506 | Text Message from Bright to Chandler Concerning Logistics of Sam Houston Drag Show 2023 0028 | | | |

| 242 | SPECTRUM 0002377 | Text Message from Bright to Chandler Concerning 2024 Drag Show Eventbrite 2024 0215 | | | |
|---|---|---|---|---|---|
| 243 | SPECTRUM 0002397 | Text Messages from Local Drag Performers to Bright Concerning 2024 Drag Show Routines | | | |
| 244 | SPECTRUM 0002399 | Text Message from Local Drag Performer Inquiring About Venue for 2024 Drag Show 2024 0228 | | | |
| 245 | SPECTRUM 0002403 | Text Message from Bright to Drumheller About Expense Reimbursement from OSEL 2024 0314 | | | |
| 246 | SPECTRUM 0002405 | Text Message Thread Between 2024 Drag Show Performers About On-Campus Practices | | | |
| 247 | SPECTRUM 0002406 | Text Message Thread Between 2024 Drag Show Performers About On-Campus Practice Location | | | |
| 248 | SPECTRUM 0002453 | Social Media Direct Message Inviting Myka to 2024 Drag Show Performance Practices 2024 0313 | | | |
| 249 | SPECTRUM 0002495 | Text Message from Bright to 2024 Drag Show Performers Regarding Alternative Venues 2024 0315 | | | |
| 250 | SPECTRUM 0002557 | Text Message from Local Drag Performer Concerning Denial of 2024 Drag Show Reservation Application | | | |
| 251 | SPECTRUM 0002562 | Text Message from Chandler to Stovall 2024 | | | |
| 252 | SPECTRUM 0002563 | Text Message from Chandler to Stovall 2024 | | | |
| 253 | SPECTRUM 0002168 | Text from Chandler to Drumheller Showing Spectrum's Fall 2023 Events Poster | | | |
| 254 | SPECTRUM 0004780 | Social Media Message Very Vocal Minority 2023 0323 | | | |

| 255 | SPECTRUM 0004791 | Message from Joel HollyWood Inquiring About Drag Show 2023 0329 | | | |
|---|---|---|---|---|---|
| 256 | SPECTRUM 0004793 | Message from Spectrum Officer to Joel HollyWood Regarding Drag Show 2023 0330 | | | |
| 257 | SPECTRUM 0004794 | Message to Myss Myka Concerning Sam Houston Drag Show Closing Performance 2023 0331 | | | |
| 258 | SPECTRUM 0004795 | Instagram Conversation Between Myka and Stovall Regarding Sam Houston Drag Show 2023 0401 | | | |
| 259 | SPECTRUM 0004796 | Conversation Between Myka and Spectrum Member Concerning Drag Performance Lessons 2023 | | | |
| 260 | SPECTRUM 0004803 | Direct Message to Spectrum Member Concerning Planning of 2024 Drag Show 2023 1114 | | | |
| 261 | SPECTRUM 0004806 | Direct Message to Spectrum Member Concerning Graduation 2024 | | | |
| 262 | SPECTRUM 0004807 | Group Chat Between Spectrum Members Regarding Queer History Night 2024 0214 | | | |
| 263 | SPECTRUM 0004808 | Direct Message Asking Myka to Emcee the 2024 Drag Show 2024 0215 | | | |
| 264 | SPECTRUM 0004809 | Direct Message to Stovall Inquiring About Drag Performance Concept 2024 0226 | | | |
| 265 | SPECTRUM 0004814 | Direct Message About Risks of Performing in 2024 Drag Show 2024 0312 | | | |
| 266 | SPECTRUM 0004815 | Direct Message About Risks of Performing in 2024 Drag Show Continued 2024 0312 | | | |
| 267 | SPECTRUM 0004816 | Direct Message from Stovall Concerning Resources at WT | | | |

| 268 | SPECTRUM 0004819 | Direct Message Concerning Drag Character | | | |
|---|---|---|---|---|---|
| 269 | SPECTRUM 0004898 | Direct Message Between Evan Curtis and Marcus Stovall | | | |
| 270 | SPECTRUM 0004899 | Direct Message Between Curtis and Stovall | | | |
| 271 | SPECTRUM 0004901 | Direct Message Between Curtis and Stovall Drag Mother | | | |
| 272 | SPECTRUM 0004902 | Direct Message Between Curtis and Stovall Drag Queen Trump Universe | | | |
| 273 | SPECTRUM 0004905 | Direct Message Between Johnson and Stovall Concerning Wendler's 2023 Statement | | | |
| 274 | SPECTRUM 0001443 | Spectrum WT Instagram Post GoFundMe 2023 0325 | | | |
| 275 | SPECTRUM 0000834 | A Fool's Drag Race Recruitment | | | |
| 276 | SPECTRUM 0001183 | Spectrum WT Instagram Post Official Statement Concerning 2023 Drag Show 2023 0321 | | | |
| 277 | SPECTRUM 0001186 | Spectrum WT Instagram Post Official Statement Concerning 2023 Drag Show 2023 0321 | | | |
| 278 | SPECTRUM 0000760 | Spectrum WT Instagram Spectrum Spring 2023 Events Calendar 2023 0208 | | | |
| 279 | SPECTRUM 0001174 | Instagram Direct Message from Spectrum WT to Coco Peru 2023 0321 | | | |
| 280 | SPECTRUM 0001242 | Instagram Direct Message from Club Luxor Concerning Alternative Venue for 2023 Drag Show 2023 0322 | | | |

| 281 | SPECTRUM 0001521 | Instagram Direct Message from Women's March to Spectrum WT 2023 0321 | | | |
|---|---|---|---|---|---|
| 282 | SPECTRUM 0001572 | Instagram Direct Message from NPR to Spectrum Inquiring About Radio Interview 2023 0329 | | | |
| 283 | SPECTRUM 0001615 | Spectrum WT Instagram Sam Houston Drag Race Flyer Inquiry About Minors 2023 0330 | | | |
| 284 | SPECTRUM 0002383 | Spectrum WT Facebook Post Welcoming Sign-Ups 2024 0217 | | | |
| 285 | SPECTRUM 0002496 | Governor Abbott X Post Praising Wendler's Decision Regarding the Drag Shows 2024 0316 | | | |
| 286 | SPECTRUM 0000401 | Spectrum WT  Instagram Post Meeting Reminder 2021 1014 | | | |
| 287 | SPECTRUM 0000402 | Spectrum WT Instagram Post Halloween Party 2021 1028 | | | |
| 288 | SPECTRUM 0001846 | Chandler Facebook Post Sam Houston Drag Show | | | |
| 289 | SPECTRUM 0002137 | Spectrum Instagram Post Fall 2023 Meetings 2024 0824 | | | |
| 290 | SPECTRUM 0004810 | Direct Message to Stovall Inquiring About Drag Performance Concept Judas 2024 0226 | | | |
| 291 | Def_181910 | Myss Myka Instagram Post Tell Me Why | | | |
| 292 | Def_181922 | Myss Myka Instagram Post Save a Horse 2024 1216 | | | |
| 293 | Def_181926 | Myss Myka Instagram Post Closer to You 2024 0901 | | | |
| 294 | Def_181932 | Myss Myka Instagram Post After Hours 2024 0529 | | | |
| 295 | Def_181935 | Myss Myka Instagram Post My Blonde Ambition 2024 0522 | | | |

| 296 | Def_181939 | Myss Myka Instagram Post You Rang 2023 1126 | | | |
| 297 | Def_181943 | Myss Myka Instagram Post Bearded Version of Elvira 2023 1029 | | | |
| 298 | Def_181946 | Myss Myka Instagram Post Like a Restaurant | | | |
| 299 | Def_181949 | Myss Myka Instagram Post Promoting Not for Kids Drag Story Time at The 806 Coffee 2023 0423 | | | |
| 300 | Def_181951 | Myss Myka Instagram Post Drag Queen Story Time 2023 0601 | | | |
| 301 | Def_181953 | Myss Myka Instagram Post Performance Clip 2023 0314 | | | |
| 302 | Def_181956 | Myss Myka Instagram Post Club Kid Performance Clip 2023 0302 | | | |
| 303 | Def_181959 | Myss Myka Instagram Post Gender Bender Drag Queen 2023 0123 | | | |
| 304 | Def_181962 | Myss Myka Instagram Post Depicting Myka and Valentine Van Buren 2023 0113 | | | |
| 305 | Def_181967 | Myss Myka Instagram Post Myka in Drag 2022 1106 | | | |
| 306 | Def_181969 | Myss Myka Instagram Post Treat Me Like a Slut 2022 1006 | | | |
| 307 | Def_181972 | Myss Myka Instagram Post When the Boys Get Boobs 2022 0927 | | | |
| 308 | Def_181978 | Myss Myka Instagram Post I Felt Smexy 2022 0606 | | | |
| 309 | Def_181981 | Myss Myka Instagram Post Just Me in my Natural Hooker Form 2022 0606 | | | |
| 310 | Def_181989 | Myss Myka Instagram Post Peter the Penis 2022 0503 | | | |
| 311 | Def_181992 | Myss Myka Instagram Post Go-Go Slutty Rangers Featuring Van Buren 2022 0501 | | | |
| 312 | Def_181994 | Myss Myka Instagram Post Taking the Pups for a Walk 2022 0426 | | | |

| 313 | Def_181997 | Myss Myka Instagram Post Sometimes Girls Just Wanna Have Fun 2020 0828 | | | |
|---|---|---|---|---|---|
| 314 | Def_182000 | Myss Myka Instagram Post Video Collage & Hump Day Flashback 2020 0708 | | | |
| 315 | Def_182003 | Myss Myka Instagram Post Back to a Simpler Time 2020 0428 | | | |
| 316 | Def_182006 | Myss Myka Instagram Post Sans Makeup or Glitter Burlesque 2019 1017 | | | |
| 317 | Def_182008 | Myss Myka Instagram Post Hit Us With Your Best Shot 2019 1003 | | | |
| 318 | Def_182011 | Myss Myka Instagram Post You Don't Own Me 2019 0621 | | | |
| 319 | Def_182037 | Gender Studies WTAMU Instagram Rainbow Graduation Stoles 2024 0324 | | | |
| 320 | Def_182039 | Gender Studies WTAMU Instagram Drag is Freedom 2023 1102 | | | |
| 321 | Def_182041 | Gender Studies WTAMU Instagram Freedom of Speech 2023 1106 | | | |
| 322 | Def_182043 | Gender Studies Instagram 2024 Drag Show Flyer 2024 0312 | | | |
| 323 | Def_182047 | Gender Studies Program Separation of Church and State Lectures 2023 1109 | | | |
| 324 | Def_182056 | Gender Studies Instagram Marcus Stovall FRFF National Convention Speech 2023 1023 | | | |
| 325 | Def_182058 | Gender Studies WTAMU Instagram National Coming Out Day 2023 1011 | | | |
| 326 | Def_182060 | Gender Studies WTAMU Instagram Spectrum Fall 2023 Events Calendar 2023 0828 | | | |
| 327 | Def_182064 | Gender Studies WTAMU Instagram Drag is Back | | | |

| 328 | Def_182070 | Gender Studies WTAMU Instagram Graduates with Rainbow Stoles | | | |
| 329 | Def_182072 | Gender Studies WTAMU Instagram Faculty with Rainbow Stoles 2023 0515 | | | |
| 330 | Def_182076 | Gender Studies WTAMU Graduation Filled with Rainbows 2023 0515 | | | |
| 331 | Def_182284 | Stovall Instagram Post 2023 Drag Show Flyer 2023 0329 | | | |
| 332 | Def_182286 | Stovall Instagram Sam Houston Drag Show Photo 2023 0401 | | | |
| 333 | Def_182288 | Stovall Instagram Post 2024 Drag Show Student Inquiry 0315 2024 | | | |
| 334 | Def_182290 | Stovall Instagram Freedom From Religion Foundation National Convention Photo 2023 1014 | | | |
| 335 | Def_182309 | Spectrum WT Instagram Queer-tions for You 2024 0118 | | | |
| 336 | Def_182311 | Spectrum WT Instagram Allies Workshop 2024 1001 | | | |
| 337 | Def_182313 | Spectrum WT Instagram Semester Events Calendar 2024 0923 | | | |
| 338 | Def_182315 | Spectrum WT Instagram Trans Lunch and Learn 2022 0317 | | | |
| 339 | Def_182317 | The 806 Coffee Instagram Drag Show Flyer 2023 0701 | | | |
| 340 | Def_182319 | Haus of Mysfits Facebook Post | | | |
| 341 | Def_182321 | Haus of Mysfits Facebook Post Superstar Showcase Flyer 2024 0919 | | | |
| 342 | Def_182323 | Haus of Mysfits Facebook Post Myka and Van Buren 2024 0909 | | | |
| 343 | Def_000027 | Secular Student Alliance Christian Nationalism Flyer | | | |
| 344 | Def_000028 | Secular Student Alliance Freedom of Religion Flyer | | | |

| 345 | Def_000029 | Secular Student Alliance Freedom of Speech Flyer | | | |
|---|---|---|---|---|---|
| 346 | Def_000096 | Spectrum 2024 Drag Show Flyer | | | |
| 347 | Def_000097 | Spectrum 2023 Drag Show Flyer | | | |
| 348 | Def_000098 | Spectrum 2023 Drag Show Flyer-Finalized Version | | | |
| 349 | | Spectrum WT 2024 Drag Show Flyer | | | |
| 350 | | Spectrum 2023 Drag Show Rejected Draft Flyer-Split | | | |
| 351 | | Spectrum 2023 Drag Show Flyer | | | |
| 352 | SPECTRUM 0001782 | Spectrum WT 2023 Drag Show Rejected Draft Flyer-Bent | | | |
| 353 | SPECTRUM 0000427 | Spectrum WT Lavender Prom Flyer | | | |
| 354 | SPECTRUM 0001782 | 2023 Drag Show Draft Flyer-Bending Over | | | |
| 355 | SPECTRUM 0001786 | 2023 Drag Show Draft Flyer-Split | | | |
| 356 | SPECTRUM 0001666 | Buffs for Drag Social Media Post Promoting Sam Houston Drag Show | | | |
| 357 | SPECTRUM 0003042 | Spectrum WT Valentine's Lip Sync Variety Show Flyers Drag 2025 0221 | | | |
| 358 | SPECTRUM 0003053 | Spectrum WT Valentine's Lip Sync Variety Show Flyer 2025 0221 | | | |
| 359 | | Voicemail from Parent of Minor Supporting Wendler's Decision | | | |
| 360 | | Excel Spreadsheet of Spectrum WT Event Confirmations 2016 through 2024 | | | |

| 361 | | Excel Spreadsheet Reflecting Student Organization Reservation Requests 2020 through 2025 | | | |
|-----|--------------------|-----------------------------------------------------------------------------------------|---|---|---|
| 362 | | Excel Spreadsheet Reflecting Past Events in JBK Student Center 2021 through 2025 | | | |
| 363 | | Video of Myka Performing at Club Luxor 2023 0224 | | | |
| 364 | | Spectrum WT NPR Radio Interview | | | |
| 365 | | Video of Bright Speech Freedom from Religion Foundation National Convention 2023 | | | |
| 366 | SPECTRUM 0000001 | Video of Drag Performance from Reagan Film | | | |
| 367 | SPECTRUM 0001129 | Video of Buffs for Drag Protest | | | |
| 368 | SPECTRUM 0001638 | News Clip About Sam Houston Drag Show Featuring Stovall | | | |
| 369 | SPECTRUM 0001694 | Video of Sam Houston Drag Show Performance-Closing Remarks from Myka | | | |
| 370 | SPECTRUM 0001728 | Video of Myka Announcing Sam Houston Drag Show Judges | | | |
| 371 | SPECTRUM 0001769 | Video of Valentine Van Buren Performing During Sam Houston Drag Show | | | |
| 372 | SPECTRUM 0001771 | Video of Myka  Emceeing Sam Houston Drag Show | | | |
| 373 | SPECTRUM 0001776 | Video of Bright Performing Sam Houston Drag Show | | | |
| 374 | SPECTRUM 0001777 | Video of Henry Sam Houston Drag Performance | | | |
| 375 | SPECTRUM 0001840 | Video of Drag and Burlesque Performances During Sam Houston Drag Show Minors Present | | | |
| 376 | SPECTRUM 0001842 | Video of Closing Remarks Sam Houston Drag Show | | | |

| 377 | SPECTRUM 0002143 | Wendler Fox News Interview | | | |
|---|---|---|---|---|---|
| 378 | SPECTRUM 0002238 | Full Video of Stovall and Bright Student Activist Award Speeches | | | |
| 379 | SPECTRUM 0002324 | Video of Wendler Discussing WT values on The Chat | | | |
| 380 | SPECTRUM 0002427 | Video of Wendler on Texas Home School Conventions Show | | | |
| 381 | Def_181977 | Myss Myka Instagram Video She's Got a New Look | | | |
| 382 | Def_181934 | Myss Myka Instagram Post Performance Video | | | |
| 383 | Def_181971 | Myss Myka Instagram Video Treat Me Like a Slut 2022 1006 | | | |
| 384 | Def_181945 | Myss Myka Instagram Video Dancing in Drag | | | |
| 385 | Def_182010 | Myss Myka Instagram Video Hit Us With Your Best Shot 2019 1003 | | | |
| 386 | Def_181912 | Myss Myka Instagram Video Breast Exposed | | | |
| 387 | Def_182005 | Myss Myka Instagram Video Back to a Simpler Time 2020 0428 | | | |
| 388 | Def_181948 | Myss Myka Instagram Video Performance with Jump Rope | | | |
| 389 | Def_181966 | Myss Myka Instagram Video Selfie 2022 1119 | | | |
| 390 | Def_181983 | Myss Myka Instagram Video Just Me in my Natural Hooker Form 2022 0606 | | | |
| 391 | Def_181931 | Myss Myka Instagram Video Little Bit Closer 2024 0724 | | | |
| 392 | Def_181999 | Myss Myka Instagram Video Sometimes Girls Just Wanna Have Fun 2020 0828 | | | |
| 393 | Def_181980 | Myss Myka Instagram Video I Felt Smexy 2022 0606 | | | |
| 394 | Def_182013 | Myss Myka Instagram Video You Don't Own Me 2019 0621 | | | |

| 395 | Def_181961 | Myss Myka Instagram Video Performance 2023 0123 | | | |
|-----|------------|--------------------------------------------------|---|---|---|
| 396 | Def_181988 | Myss Myka Instagram Video Peter the Penis Continued | | | |
| 397 | Def_181974 | Myss Myka Instagram Video When the Boys Get Boobs 2022 0927 | | | |
| 398 | Def_182002 | Myss Myka Instagram Video Collage & Hump Day Flashback 2020 0708 | | | |
| 399 | Def_181928 | Myss Myka Instagram Video Closer to You 2024 0901 | | | |
| 400 | Def_181958 | Myss Myka Instagram Video Club Kid Performance Clip 2023 0302 | | | |
| 401 | Def_181991 | Myss Myka Instagram Video Peter the Penis 2022 0503 | | | |
| 402 | Def_181909 | Vice Review Interview with Myss Myka (Michael Arredondo) | | | |
| 403 | Def_181955 | Myss Myka Instagram Video Performance Clip 2023 0314 | | | |
| 404 | Def_181996 | Myss Myka Instagram Video Taking the Pups for a Walk 2022 0426 | | | |
| 405 | Def_182049 | Secular Student Alliance Lecture | | | |
| 406 | Def_182353 | Wendler YouTube Video on Respect as WTAMU Value | | | |
| 407 | SPECTRUM 0002066 | Photo of Stovall, Bright, and Myka at Pride Parade | | | |
| 408 | | Video of Myka Performing at Club Luxor 2023 0224 - See Dkt. 37-3 | | | |
| 409 | SPECTRUM 0001918 | Photo of Stovall with Local Drag Performers | | | |
| 410 | SPECTRUM 0001675 | Photo of Sam Houston Drag Performers Giving Closing Remarks | | | |
| 411 | SPECTRUM 0001675 | Photo of Sam Houston Drag Performers Giving Closing Remarks | | | |

| 412 | SPECTRUM 0001716 | Photo of Stovall and Bright in Drag Sam Houston Drag Show | | | |
| 413 | SPECTRUM 0001751 | Photo of Stovall Sam Houston Drag Show | | | |
| 414 | SPECTRUM 0001710 | Photo of Van Buren Helping Stovall with Makeup During Sam Houston Drag Show | | | |
| 415 | SPECTRUM 0001765 | Photo of Myka, Van Buren, and Another Drag Performer During Sam Houston Drag Show | | | |
| 416 | SPECTRUM 0001820 | Photo of Bright, Stovall, and Other Spectrum WT Members with Local Drag Performers | | | |
| 417 | SPECTRUM 0001431 | Photo of WTAMU Campus Protester Dressed in Drag | | | |
| 418 | SPECTRUM 0001687 | Photo of Bright and Stovall Sam Houston Drag Show 2023 | | | |
| 419 | SPECTRUM 0001695 | Photo of Bright, Stovall, and other performers Sam Houston Drag Show 2024 | | | |
| 420 | SPECTRUM 0001710 | Photo of Drag Performer Van Buren helping Stovall get ready Sam Houston Drag Show 2023 | | | |
| 421 | SPECTRUM 0001714 | Photo of Bright and Stovall Sam Houston Drag Show Photo | | | |
| 422 | SPECTRUM 0001722 | Photo of Bright and Stovall in drag at Sam Houston Park Show | | | |
| 423 | SPECTRUM 0001736 | Photo of Bright and Stovall during Sam Houston Drag Show 2023 | | | |
| 424 | SPECTRUM 0001820 | Photo of Bright, Stovall, Myka, and other drag performers unknown location | | | |

| | | | | | |
|---|---|---|---|---|---|
| 425 | SPECTRUM 0001847 | Photo of Audience at Sam Houston Drag Show | | | |
| 426 | SPECTRUM 0001848 | Myss Myka dancing with audience member Sam Houston Drag Show | | | |
| 427 | SPECTRUM 0001849 | Photo of Chandler, Bright, Stovall and other performers Sam Houston Drag Show 2023 | | | |
| 428 | SPECTRUM 0002449 | Photo of Stovall from 2024 Drag Show Practice | | | |
| 429 | SPECTRUM 0003113 | Photo of performer during Spectrum Valentine's Lip Sync Variety Show 2025 0221 | | | |
| 430 | SPECTRUM 0003153 | Photo of performance from Spectrum Valentine's Lip Sync Variety Show no top | | | |
| 431 | SPECTRUM 0003164 | Photo from Spectrum Valentine's Lip Sync Variety Show 2025 0221 | | | |
| 432 | SPECTRUM 0003166 | Photo of performance from Valentine's Lip Sync Variety Show 2025 0221 | | | |
| 433 | Def_181929 | Myss Myka Instagram Post Little Bit Closer 2024 0724 | | | |
| 434 | Def_181941 | Myss Myka Instagram Post 1800 Myss Myka Now 2023 1126 | | | |
| 435 | Def_181964 | Myss Myka Instagram Post Selfie 2022 1119 | | | |
| 436 | Def_181975 | Myss Myka Instagram Post She's Got a New Look 2022 0924 | | | |
| 437 | Def_000851 | Excel Spreadsheet Reflecting Student Organization Reservation Requests 2020 through 2025 Coversheet | | | |
| 438 | SPECTRUM 0003822 | JB Kelley Student Center-The Heart of Campus Life | | | |

| 439 | SPECTRUM 0002007 | Spectrum WT Facebook Post Buff Expressions Flyer 2024 0425 | | | |
|---|---|---|---|---|---|
| 440 | SPECTRUM 0002041 | Wendler Op-ed Our Regional Strength: Who We Are 2023 0603 | | | |
| 441 | SPECTRUM 0002065 | Photo of Stovall and Myka Pride Parade | | | |
| 442 | SPECTRUM 0002132 | Bright Letter | | | |
| 443 | SPECTRUM 0002134 | Spectrum WT Instagram Direct Message Inquiry about The 806 Coffee + Lounge 2023 0823 | | | |
| 444 | SPECTRUM 0002135 | Stovall Instagram Message Promoting The 806 Not for Kids Drag Story Time 2023 0823 | | | |
| 445 | SPECTRUM 0002795 | Instagram Message Pride on The Plains Amarillo Thompson Park 2024 0626 | | | |

Date: January 7, 2026                                 Respectfully submitted.

**KEN PAXTON**                                        */s/ David Bryant*
Attorney General of Texas                             _____

                                                      **DAVID BRYANT**
**BRENT WEBSTER**                                     Special Counsel
First Assistant Attorney General                      Tex. State Bar No. 03281500

**RALPH MOLINA**                                      **MUNERA AL-FUHAID**
Deputy First Assistant Attorney General               Special Counsel
                                                      Tex. State Bar No. 24094501
**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy            **ZACHARY BERG**
                                                      Special Counsel
**RYAN G. KERCHER**                                   Tex. State Bar No. 24107706
Chief, Special Litigation Division
                                                      **ALEXIA K. BAKER**
                                                      Assistant Attorney General
                                                      Tex. State Bar No. 24149596

                                                      **OFFICE OF THE ATTORNEY GENERAL**
                                                      P.O. Box 12548 (MC-009)
                                                      Austin, Texas 78711-2548
                                                      Tel.: (512) 463-2120
                                                      Fax: (512) 320-0667
                                                      david.bryant@oag.texas.gov
                                                      munera.al-fuhaid@oag.texas.gov
                                                      zachary.berg@oag.texas.gov
                                                      alexia.baker@oag.texas.gov

                                                      **COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

                                 */s/ David Bryant*
                                 _____
                                 **DAVID BRYANT**