**Exhibit C**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| SPECTRUM WT, *et al.*,<br>        Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>        Defendants. | | No. 2:23-cv-00048 |

**DEFENDANTS' RULE 26(a)(3)(A)(ii) DEPOSITION DESIGNATIONS**

| 1. | Deposition of Johnathan Jayce-Fanelli (Spectrum 30(b)(6)) | 9:14-22; 11:13-25; 12:1-25; 13:1-20; 14:6-21; 17:1-6; 21:1-25; 22:1-19; 22:24-25; 23:1-16; 26:4-7; 26:17-24; 28:13-25; 29:6-24; 30:5-25; 31:1-5; 32:6-11; 34:8-22; 35:18-25; 36:1-18; 37:1-25: 38:1-5; 39:15-25; 40:1-8; 40:10-25: 41:1-4; 41:13-25: 42:1-3; 44:25; 45:1-7;  48:6-25; 49:1-10: 49:18-25; 50:1-20; 52:15-17; 53:5-6; 53:18-23; 54:1-25; 55:1-25; 56:1-3; 57:4-7; 57:24-25; 58:1-10; 60:12-25; 61:12-18; 62:8-14; 63:5-18; 65:4-7; 65:20-25; 66:15; 67:9-14; 68:11-18; 72:11-25; 73:1-25; 74:1-25; 75:1-25; 76:1-6; 76:21-25; 77:1; 77:5-19; 78:16-21; 79:16-21; 80:1-2; 86:7-14; 87:5-23; 88:5-25; 89:1-10; 91:12-25; 92:1-4; 92:12-17; 93:22-25; 94:22-25; 95:1-25; 96:1-8; 100:7-16; 103:3-16; 104:2-15; 105:4-25; 106:1-25; 107:1-25; 108:19-25; 111:1-10; 115:1-25; 116:3-25; 117:1-7; 117:15-25; 118:1-25; 119:1-25; 120:1-3; 121:20-23; 122:2-7; 126:24-25; 127:1-5; 128:12-24; 129:2; 131:1-25; 132:2-24; 134:15-25; 135:1-2; 136:17-24; 137:2-5; 137:24-35; 138:1-9; 140:7-25; 141:1-25; 142:1-7;  144:2-20;  145:9-25;  146:1-25;  147:1-18; 148:6-10; 148:18-25; 149:1-2 |
|---|---|---|
| 2. | Deposition of Marcus Stovall | 10:4 - 10:7; 10:20 – 10:24(starting at word "Please "); 11:6 – 11:17; 12:23 – 13:1; 13:23 – 14:15; 15:4 –15; 15:22– 17:20; 19:11 – 20:19; 21:4 – 22:6; 25:20 – 26:1; 28:15 – 28:13; 28:15 – 28:23; 29:3 – 29:13; 29:3 – 29:13; 29:16; 36:5 – 36:10; 36:19 – 36:24; 37: 1 – 37:5; 37:14 – 37:17; 41:4 – 41:15; 42:7 – 42:13; 43:20 – 44:8; 44:11 – |

|   |   |   |
|---|---|---|
|   |   | 44:12; 56:23 – 57:16; 59:2 – 59:25; 65:25 – 66:3; 73:9 – 73:20; 78:18 – 79:4; 84:15 – 86:5; 86:13 – 86:20; 86:23; 88:10 – 88:15; 89:16 – 90:7; 90:25 – 91:4; 92:21 – 93:8; 93:18 – 93:21; 96:18 – 97:7; 97:20 – 97:24; 98:2 – 98:14; 99:8 – 99:25; 100:9 – 100:24; 101:5 – 101:8; 101:16 – 101:17; 101:19; 102:2 – 102:9; 102:12 – 102:16; 103:18 – 103:22; 105:11 – 106:11; 106:15 – 106:17; 107:19 – 108:5; 108:8 – 108:17; 115:4 – 115:11; 115:25 – 116:21; 118:25 – 116:21; 118:25 – 119:8; 120:6 – 121:11; 133:23 – 134:10; 142:4 – 142:6 |
| 3. | Deposition of Christopher Thomas | 5:5 – 11; 9:24 – 11:19; 12:9 – 16; 20:11 – 12 ; 20:18-19 ; 20:21-23; 21:2 – 24; 28:1-21; 42:10 – 43:18; 44:14 – 45:22; 48:12 – 14; 54:6 – 11; 54:22 – 61:1; 61:5 – 23; 64:16 – 65:3; 65:11 – 66:13; 66:25 – 68:20; 71:16 – 76:20; 81:13 – 82:7; 88:20 – 89:4; 106:5 – 15 |
| 4. | Deposition of Todd Rasberry | 4:5 – 9; 6:15 - 7:1-13; 8:12 – 9:12; 15:23 – 16:7; 19:2 – 17; 22:14 – 23:4; 29:5 – 17 |
| 5. | Deposition of Barrett Bright | 14:24 – 15:6; 18:10 – 18:25; 19:8 – 19:16; 22:21 – 23:11; 23:25 – 25:16; 27:11 – 28:25; 39:16 – 39:24; 41:4 – 41:17; 41:20 – 41:23; 43:6 – 45:17; 50:17 – 50:21; 51:8 – 51:20; 55:7 – 55:24; 59:1 – 59:12; 59:25 – 61:7; 63:15 – 64:10; 75:22 – 75:25; 76:12 – 77:5; 79:15 – 80:8; 85:25 – 86:12; 88:5 – 90:6; 94:13 – 94:25; 95:3 – 95:24; 97:14 – 99:16; 100:6 – 101:12; 109:15 – 110:15; 116:13 – 116:25; 119:25 – 120:25; 130:1 – 130:5; 130:8 – 130:14; 131:1 – 131:12; 132:2 – 133:8; 135:5 – 135:23; 136:7 – 136:16; 137:13 – 137:18; 138:6 – 139:4; 156:8 – 156:11; 160:12 – 160:25; 161:13 – 161:23; 162:2 – 162:16 |
| 6. | Deposition of Dr. Shawn Fouts | 10:14-22; 13:9-23; 14:14-25; 15:1-2; 25:1-8; 26:13-25; 41:10-24; 42:15-25; 43:18-25; 44:1-3: 44:12-23; 46:12-24; 50:8-24; 54:3-25; 55:1-6; 61:17-24; 66:7-8; 96:3-20; 98:9-15; 100:12-25; |

|    |                              |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|----|------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                              | 101:1-9; 103:1-5; 103:7-25; 104:1-9; 108:3-25; 109:1-4: 110:8-12; 111:1—12; 112:7-9; 112:21-23; 113:1-5; 113:14-25; 114:1-8; 114:12-16; 118:24-25; 119:1-23; 127:12-13; 128: 3-12; 128:20-25; 129:1; 129:12-20; 131:22-25; 132:1-23; 135:17-25; 136:1-4; 142:18-25; 143:20-22; 144:7-24; 145:21-23; 145:25; 146:1-25; 147:9-25; 155:1-11; 155:17-25; 156:1; 156: 18-25; 157:1-22; 158:7-25; 161:1-16; 161:14-25; 162:1-6; 166:18-25; 167:1-22 |
| 7. | Deposition of Chip Chandler  | 7:16-25; 8:1; 8:5-17; 10:19-25; 11:1-10; 11:22-25; 12:1-5; 14:19-20; 19:4-6; 21:20-25; 22:1-9; 23:17-25; 46:12-24; 49:13-22; 55:7-22; 56:7-25; 57:1; 57:12-16; 60:7-13; 61:20-22; 62:17-25; 63:1-25; 64:1-25; 65:1-10; 65:14-25; 66:1-8; 66:13-25; 67:1-17                                                                                                                                                                                                                                       |

3

| | |
|---|---|
| Date: January 7, 2026 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General of Texas | */s/ David Bryant*<br>**DAVID BRYANT**<br>Special Counsel<br>Tex. State Bar No. 03281500 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | **MUNERA AL-FUHAID**<br>Special Counsel<br>Tex. State Bar No. 24094501 |
| **RYAN D. WALTERS**<br>Deputy Attorney General for Legal Strategy | **ZACHARY BERG**<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| **RYAN G. KERCHER**<br>Chief, Special Litigation Division | **ALEXIA K. BAKER**<br>Assistant Attorney General<br>Tex. State Bar No. 24149596 |
| | **OFFICE OF THE ATTORNEY GENERAL**<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2120<br>Fax: (512) 320-0667<br>david.bryant@oag.texas.gov<br>munera.al-fuhaid@oag.texas.gov<br>zachary.berg@oag.texas.gov<br>alexia.baker@oag.texas.gov |
| | **COUNSEL FOR DEFENDANTS** |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ David Bryant*
**DAVID BRYANT**

4