**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| SPECTRUM WT, | |
|---|---|
| Plaintiff, | |
| v. | Case No.: 2:23-cv-00048-Z |
| WALTER WENDLER, | |
| Defendant. | Hon. Matthew J. Kacsmaryk |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff SPECTRUM WT submits the following Exhibit List in accordance with the Federal Rules of Civil Procedure and the Court's Second Amended Scheduling Order (ECF No. 126 at ¶ 28).

**I.    Exhibits Plaintiff expects to offer at trial.**

| Ex. No. | Description (incl. Bates number if applicable) | Date Offered | Admitted | Objected |
|---|---|---|---|---|
| PL 1 | Wendler Depo. Ex. 3 – Email 3-20-23 from President Wendler to Students, Faculty, and Staff (W_000085 – 000087). | | | No |
| PL 2 | Wendler Depo. Ex. 4 – Email 3-18-24 from President Wendler to Students, Faculty, and Staff (W_000088). | | | No |
| PL 3 | Wendler Depo. Ex. 5 – Talking Points 4-26-23 Fox News Lubbock Radio 95.9 FM (DEF_028052 – 028054) (*See* p. 4 [DEF_028055]). | | | No |
| PL 4 | Wendler Depo. Ex. 12 – A Fool's Drag Race Advertisement (DEF_000098). | | | No |
| PL 5 | Wendler Depo. Ex. 16 – WTAMU Student Event Calendar for Friday the 13th film, 9-13-24 (SPECTRUM 0002865). | | | No |

| Ex. No. | Description (incl. Bates number if applicable) | Date Offered | Admitted | Objected |
|---|---|---|---|---|
| PL 6 | Wendler Depo. Ex. 17 – West Texas A&M University Expressive Activity on Campus Policy 08.99.99.W1 Revised 6-25-24 (DEF_000450 – 000455) (*See* p. 1 at Rule Summary; p. 1 at § 1.1; p. 2 at § 1.3 & 1.1.1; p.2 at fn.1; p. 4 (definitions of "Benefit," "Campus," "Expressive Activity," "Illegal Harassment"). | | | No |
| PL 7 | Wendler Depo. Ex. 18 – Texas A&M University System Civil Rights Compliance Policy 08.01.01 (DEF_000235 – 000263) (*See* pages 4–6 [definitions of "Objectively offensive," "Offensive," "Persistent," "Pervasive," "Severe," and "Sexual harassment"] [DEF_000238–000240]; p. 11–12 at §§ 4.1.1 [DEF_000245–000246]; p. 14 at §§ 4.2.5, 4.2.6 [DEF_000249], 17–22 at §§ 4.2.10(b)–(c), (h)–(p) [DEF_000251–000256]). | | | No |
| PL 8 | Wendler Depo. Ex. 19 – West Texas A&M University Expressive Activity on Campus Policy 08.99.99.W1 Revised 7-28-25 (redline) (*See* p. 1 at Rule Summary; p. 2 at §§ 1.1, 1.3, 1.3.1; pp. 4–5 at §§ 2, 2.1, 3, 3.1, 3.2; p. 5 at § 3.4.5, pp. 8–9 [definitions of "Benefit," "Campus," "Designated public forums," "Expressive Activity," "Illegal Harassment"]). | | | No |
| PL 9 | Wendler Depo. Ex. 20 – Texas A&M University System Expressive Activity on Campus Policy 08.02.01 Approved 11-13-25. (*See* pp. 1–3 [definitions of "Benefit," "Campus," "Designated public forums," "Expressive activity," "Unlawful harassment"]; p. 3 at §§ 1.1, 1.4). | | | No |
| PL 10 | Wendler Depo. Ex. 21 – Defendant Wendler's Second Amended Responses and Objections to Plaintiff's First Set of Interrogatories (*See* Responses to Interrogatory Nos. 3 [at p. 4], 14 [at pp. 24–28]). | | | No |

2

| Ex. No. | Description (incl. Bates number if applicable) | Date Offered | Admitted | Objected |
|---|---|---|---|---|
| PL 11 | Wendler Depo. Ex. 23 – WT Spectrum Official Statement 3-21-23 (*See* pp. 1–2). | | | No |
| PL 12 | Wendler Depo. Ex. 29 – Wendler's research on drag (W_000090 – 000162) (*See, e.g.*, pp. W_000129). | | | No |
| PL 13 | Chandler Depo. Ex. 39 – Email Chain 2-16-23 with Chip Chandler and Colette Ransom (SPECTRUM 0000792 – 0000793). | | | No |
| PL 14 | Chandler Depo. Ex. 42 – Email Chain 2-21-23 Through 3-9-23. | | | No |
| PL 15 | Chandler Depo. Ex. 44 – WT Newsroom Article Double-Cast, Self-Aware Musical to Close Season for WT Theater (SPECTRUM 0000368 – 0000370). | | | No |
| PL 16 | Chandler Depo. Ex. 45 – WT Newsroom Article WT Theater to Bring Classic, Modern Touches to Shakespeare's As You Like It (SPECTRUM 0000417 – 0000418). | | | No |
| PL 17 | Chandler Depo. Ex. 46 – WT Newsroom Article WT Theater Hopes for Big Laughs with "Forum" Musical (SPECTRUM 0003369 – 0003370). | | | No |
| PL 18 | Chandler Depo. Ex. 47 – WT Newsroom Article "Outside the Box" Bodies to be Focus of New WT Art Exhibition (SPECTRUM 0003858 – 0003859). | | | No |
| PL 19 | Fouts Depo. Ex. 52 – Texas A&M University System Expressive Activity on Campus Policy 08.02: Approved 11-13-25 (*See* Policy No. 1 at p. 1). | | | No |
| PL 20 | Fouts Depo. Ex. 54 – West Texas A&M University Expressive Activity on Campus Policy 08.99.99.W1 Revised 7-28-25 [Marked Defendants' Exhibit 4 from September 10, 2025 status conference] (*See* p. 1 [Rule Summary]; p. 2 at §§ 1.1, 1.3, 1.3.1; p.3 at fn.1; pp. 4–5 at §§ 2, 2.1, 3, 3.1, 3.2; p. 6 at § 3.4.5; pp. 8–9 [definitions of "Benefit," "Campus," "Designated public forums," "Expressive Activity," "Illegal Harassment"]). | | | No |

| Ex. No. | Description (incl. Bates number if applicable) | Date Offered | Admitted | Objected |
|---|---|---|---|---|
| PL 21 | Fouts Depo. Ex. 55 – Events Listing for Various Years (*See* pp. 1, 7). | | | No |
| PL 22 | Fouts Depo. Ex. 56 – Facility Use Request Procedure Policy 24.01.01.WO.01 Revised 3-1-17 (DEF_000412 – 000413) | | | No |
| PL 23 | Fouts Depo. Ex. 58 – West Texas A&M Mission Statement (SPECTRUM 0003824 – 0003826) (*See* p. 1 ["Mission Statement" and "History of the JBK"]). | | | No |
| PL 24 | Fouts Depo. Ex. 59 – West Texas A&M Venues at WTAMU (SPECTRUM 0003827 – 0003830) (*See* p. 1 ["Event Venues at WTAMU"] & p. 2 ["Jack B. Kelley Student Center- Legacy Hall"]). | | | No |
| PL 25 | Fouts Depo. Ex. 64 – Video of University Sing (produced at SPECTRUM0003004) [Flash drive] | | | No |
| PL 26 | Fouts Depo. Ex. 65 – First Amended Verified Complaint for Civil Rights Violations (*See, e.g.*, ¶¶ 10–11, 32, 40–41). | | | No |
| PL 27 | Fouts Depo. Ex. 66 – Defendant's Answer to Plaintiffs' Amended Complaint (*See, e.g.*, ¶¶ 10–11, 32, 40–41). | | | No |
| PL 28 | Fouts Depo. Ex. 71 – Video of Jingle Mingle (produced at SPECTRUM0002282) [Flash drive] | | | No |
| PL 29 | Fouts Depo. Ex. 77 – A Fool's Drag Show Reservation Comments (SPECTRUM 0000762 – 0000770) | | | No |
| PL 30 | Fouts Depo. Ex. 78 – WTAMU Risk Management and Insurance Matrix Form for A Fool's Drag Race (SPECTRUM 0000776 – 0000777) | | | No |
| PL 31 | Fouts Depo. Ex. 82 – Email Chain 2-13-23 through 2-16-23 with Shawn Fouts and Kris Drumheller (SPECTRUM 0000786 – 0000791) | | | No |
| PL 32 | Fouts Depo. Ex. 83 – Briefing with Dr. Thomas and Chance Haugen 2-21-23 (*See* pp. 7–8). | | | No |

| Ex. No. | Description (incl. Bates number if applicable) | Date Offered | Admitted | Objected |
|---|---|---|---|---|
| PL 33 | Fouts Depo. Ex. 89 – WTAMU Risk Management and Insurance Matrix Form for Don't Be a Drag Drag Show (DEF_000049 – 000050) | | | No |
| PL 34 | Fouts Depo. Ex. 92 – Don't Be a Drag Drag Show Flier (DEF_000096) | | | No |
| PL 35 | Fouts Depo. Ex. 93 – Outlook Post 3-12-24 Confirm Final Details for Reservation Scheduled 3-22-24 (SPECTRUM 0002436 – 0002437) | | | No |
| PL 36 | Thomas Depo. Ex. 97 – Dear Colleague Letter 7-28-03 | | | No |
| PL 37 | Thomas Depo. Ex. 98 – WTAMU Student Handbook 2025-2026 (DEF_000328 – 000411) (*See* pp. 45–46 [DEF_000372–000373] at §§ 2.18.B, 2.18.E). | | | No |
| PL 38 | Thomas Depo. Ex. 100 – Civil Rights Protections and Compliance Policy 08.01 Revised 11-13-25 (DEF_181891 – 181894) | | | No |
| PL 39 | Stovall Depo. Ex. 7 – Wtamuspectrum Instagram Screenshot [SPECTRUM 834] | | | No |
| PL 40 | 2026 Drag Show Application | | | No |
| PL 41 | 2026 Drag Show Risk Assessment Submission | | | No |
| PL 42 | KAMR, Walter Wendler Full Interview (Apr. 27, 2023, at 16:28 CT) [SPECTRUM0002019] [Flash drive] (*See* 25:11–26:36). | | | No |
| PL 43 | WTAMU Rule 08.01.01.W1 ("Civil Rights Compliance") (*See* p. 2 at § 2.5; pp. 3–10 at §§ 4.2, 4.2.2, 4.2.3, 4.2.6, 4.2.7(b)–(c), (i)–(k), (m)–(p), (x)–(xi)). | | | No |

II. **Exhibits Plaintiff may offer if the need arises.**

| Ex. No. | Description (incl. Bates number if applicable) | Date Offered | Admitted | Objected |
|---|---|---|---|---|
| PL 44 | Wendler Depo. Ex. 22 – The Heart and Soul of the Texas Panhandle Minority Points of View 11-17-14. | | | No |

5

| Ex. No. | Description (incl. Bates number if applicable) | Date Offered | Admitted | Objected |
|---|---|---|---|---|
| PL 45 | Wendler Depo. Ex. 25 – The Heart and Soul of the Texas Panhandle Ists, Isms, and Free Will 6-12-22 (W_000163 – 000167) (*See* pp. 2–3). | | | No |
| PL 46 | Wendler Depo. Ex. 26 – Jingle Mingle Instagram Post 11-9-23 (SPECTRUM 0002280) | | | No |
| PL 47 | Wendler Depo. Ex. 31 – Presidential Actions Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government (SPECTRUM 0003012 – 0003015) | | | No |
| PL 48 | Chandler Depo. Ex. 37 – Email Chain 9-14-22 with Barrett Bright, Chip Chandler, Echo Sibley (SPECTRUM 0000545 – 0000546) | | | No |
| PL 49 | Chandler Depo. Ex. 38 – A Fool's Drag Race Meeting January 26 (SPECTRUM 0000753 – 0000754) | | | No |
| PL 50 | Chandler Depo. Ex. 40 – Email 2-27-23 from Chip Chandler to Barrett Bright (SPECTRUM 0000822) | | | No |
| PL 51 | Fouts Depo. Ex. 61 – 25 Live Screenshots (SPECTRUM 0003909 – 0003914) (*See* pp. 3–5). | | | No |
| PL 52 | Fouts Depo. Ex. 62 – Jack B. Kelly Student Center Procedures and Guidelines Revised 3-5-25 | | | No |
| PL 53 | Fouts Depo. Ex. 63 – WT Campus Organizations Handbook (DEF_000109 – 000130) | | | No |
| PL 54 | Fouts Depo. Ex. 72 – WT Get Involved Instagram Post for Gabriel Holmes "Get Hypnotized" Event (SPECTRUM 0002365) | | | No |
| PL 55 | Fouts Depo. Ex. 73 – WT Get Involved Instagram Post for "Battle of the Buffs" Talent Show (SPECTRUM 0002663) | | | No |
| PL 56 | Fouts Depo. Ex. 75 – Email Chain 3-21-24 through 3-27-24 With Chari Hill, Shawn Fouts, and Chris Thomas | | | No |

| Ex. No. | Description (incl. Bates number if applicable) | Date Offered | Admitted | Objected |
|---|---|---|---|---|
| PL 57 | Fouts Depo. Ex. 88 – Email Chain 3-17-23 through 3-20-23 with Shawn Fouts, Barrett Bright, Andrew Mangum (SPECTRUM 0000983 – 0000988) | | | No |
| PL 58 | Fouts Depo. Ex. 91 – Outlook Post 3-8-24 Re: Please Proof Drag Show | | | No |
| PL 59 | Thomas Depo. Ex. 103 – WTAMU PUP Frequently Asked Questions | | | No |
| PL 60 | Thomas Depo. Ex. 104 – Pre-University Program Agreement for Independent School Districts on Dual/Concurrent Enrollment Courses (DEF_000858 – 000860) | | | No |
| PL 61 | Thomas Depo. Ex. 105 – Pre-University Program Student Approval Form (DEF_017571 – 017573) | | | No |
| PL 62 | Thomas Depo. Ex. 106 – PUP Enrollment Count by Semester (DEF_181906) | | | No |
| PL 63 | Bright Depo. Ex. 12 – WTAMU Spectrum Instagram screenshot: Help Fund Spectrum WT's Drag Show [SPECTRUM 0001443– 0001446] | | | No |
| PL 64 | List of Events [DEF_083069.xlsx] (*See* p. 5). | | | No |
| PL 65 | Bright Depo. Ex. 1 – The Constitution of Spectrum WT [SPECTRUM 0002220– 00022226] | | | No |
| PL 66 | Chip Chandler text messages, March 25, 2023 to April 1, 2023 (SPECTRUM0001458) | | | No |
| PL 67 | GoFundMe Pricing (SPECTRUM0003948–0003950) | | | No |
| PL 68 | Off Duty Management Receipt, March 28, 2023 (SPECTRUM0001511) | | | No |
| PL 69 | Off Duty Management Receipt, March 29, 2023 (SPECTRUM0001560) | | | No |
| PL 70 | Amarillo Parks and Rec Receipt, March 29, 2023 (SPECTRUM 0001561–0001562) | | | No |
| PL 71 | Trevor Project Donation Receipt (SPECTRUM 0002360) | | | No |

| Ex. No. | Description (incl. Bates number if applicable) | Date Offered | Admitted | Objected |
|---|---|---|---|---|
| PL 72 | Texas A&M Univ. Sys. Ofc. of the Bd. of Regents Adoption of a Resolution Regarding Certain Public Events on the Campuses of Universities in the Texas A&M University System (SPECTRUM0004821–0004822) | | | No |
| PL 73 | S.B. 12 (88th Leg. Session) (SPECTRUM0004798–0004800) | | | No |
| PL 74 | S.B. 12 (8th Leg. Session) (SPECTRUM0004825–0004840) | | | No |
| PL 75 | Exec. Order No. 14190, "Ending Radical Indoctrination in K-12 Schooling," 90 Fed. Reg. 8853 (Feb. 3, 2025) (SPECTRUM0003026–0003031) | | | No |
| PL 76 | Letter from Governor Abbott to University Systems rejecting Biden Title IX regulations (May 8, 2024) (DEF_000855) | | | No |
| PL 77 | Letter from Governor Abbott to State Agencies concerning "Gender Ideology" Executive Order (Jan. 30, 2025) (DEF_000854) | | | No |
| PL 78 | GoFundMe Screenshot (SPECTRUM0001460–0001463) (*See* p. 1) | | | No |

Plaintiff may also offer other documents at trial as impeachment evidence.

### III. Defendant's objections to Plaintiff's exhibits.

Plaintiff provided Defendant's counsel with a draft of this list on January 5, 2026. In a virtual meeting on January 7, 2026, Defendant's counsel indicated Defendant will not object to the listed exhibits.

Dated: January 7, 2026               Respectfully submitted,

/s/ JT Morris
JT MORRIS
TX Bar No. 24094444
CONOR T. FITZPATRICK*

8

MI Bar No. P78981
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
700 Pennsylvania Ave., SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@fire.org
conor.fitzpatrick@fire.org

ADAM B. STEINBAUGH*
PA Bar No. 326475
JEFFREY D. ZEMAN*
Pa. Bar No. 328570
Samuel Rudovsky*
Pa. Bar No. 335724
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
adam@fire.org
jeff.zeman@fire.org
sam.rudovsky@fire.org

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff Spectrum WT*

**FED. R. CIV. P. 37(a)(1) CERTIFICATION**
**AND CERTIFICATE OF CONFERENCE**

I certify that on January 5, 2026, and January 7, 2026, Plaintiff's counsel conferred with Defendant's counsel and that Defendant's counsel indicated that Defendant will not object to the listed exhibits.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, a true and correct copy of the foregoing document was transmitted via the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
