UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT,<br>    Plaintiff,<br>v.<br>WALTER WENDLER, *et al.*,<br>    Defendants. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

**PLAINTIFF'S OBJECTIONS
TO DEFENDANT'S DESIGNATED TRIAL EXHIBITS**

Under this Court's Second Amended Scheduling Order (ECF No. 126 at ¶ 23), Plaintiff Spectrum WT submits the below objections to the admissibility of materials identified on Defendant's trial exhibit list.

| Ex. No. | Description | Bates | Basis for Objection |
|---|---|---|---|
| 30 | Wendler Radio Interview Talking Points Predatory Online Gambling at WTAMU 2024 17 | | Defendant did not produce this document during discovery, including in light of the Court's order compelling the production of responsive documents |
| 37 | WTAMU Student Code of Conduct Rules Concerning Disorderly Conduct and Community Standards | | FRE 1002: This document appears to include cut, paste, and highlighted portions of certain university polices, without information about authorship or date. If Defendant wants to introduce these policy provision, he can do so by introducing the full policies and specifying the relevant sections |
| 38 | Large Compilation of Policies | Def_000854 | FRE 1002: This document appears to include cut, paste, and highlighted portions of certain university polices, without information about authorship or date. If Defendant wants to introduce these policy provision, he can do so by introducing the full policies and specifying the relevant sections |

1

| Ex. No. | Description | Bates | Basis for Objection |
|---|---|---|---|
| 80 | Email from Fay Stovall to Wendler | | FRE 401/402 - This email is not relevant and has no probative value, as it relates to Stovall's personal life only. FRE 802, only to the extent Defendant is using the email to prove the truth of any matter asserted. |
| 81 | Email from Fay Stovall to Thomas | | FRE 401/402 - This email is not relevant and has no probative value, as it relates to Stovall's personal life only. FRE 802, only to the extent Defendant is using the email to prove the truth of any matter asserted. |
| 84 | Email from Thomas to Fay Stovall | | FRE 401/402 - This email is not relevant and has no probative value, as it relates to Stovall's personal life only. FRE 802, only to the extent Defendant is using the email to prove the truth of any matter asserted. |
| 98 | Fouts Worries 2023 Drag Show Marketing Material is Sexually Suggestive 2023 0214 | | FRE 802, only to the extent Defendant is using this to prove that Plaintiff's flyer was "sexually suggestive" |
| 123 | Email from Gender Studies Staff to Drumheller Concerning Fay Stovall Messages 2024 0322 | SPECTRUM 0002606 | FRE 401/402 - This email is not relevant and has no probative value, as it relates to Stovall's personal life only. FRE 802, only to the extent Defendant is using the email to prove the truth of any matter asserted. |
| 130 | Publications Reviewed by Wendler 2023 | Def_000749 | FRE 802, only to the extent Defendant is using this to prove the truth of any matter asserted. FRE 705 and FRCP 26(a)(2), only to the extent Defendant is using any material in this compilation as expert opinion, as Defendant disclosed no experts by the Court-ordered deadline. |
| 141 | Dr. Em How Drag Denigrates Women 2022 0225 | W_000101 | FRE 802, only to the extent Defendant is using this to prove the truth of any matter asserted. FRE 705 and FRCP 26(a)(2), only to the extent Defendant is using this article as expert opinion, as Defendant disclosed no experts by the Court-ordered deadline. |

2

| Ex. No. | Description | Bates | Basis for Objection |
|---|---|---|---|
| 142 | Kleiman Drag Blackface | W_000110 | FRE 802, only to the extent Defendant is using this to prove the truth of any matter asserted. FRE 705 and FRCP 26(a)(2), only to the extent Defendant is using this article as expert opinion, as Defendant disclosed no experts by the Court-ordered deadline. |
| 143 | Sylvester Drag Shows ARE Blackface 2023 0405 | | FRE 802, only to the extent Defendant is using this to prove the truth of any matter asserted. FRE 705 and FRCP 26(a)(2), only to the extent Defendant is using this article as expert opinion, as Defendant disclosed no experts by the Court-ordered deadline. |
| 144 | Publications Concerning Drag and Misogyny | W_000132 | FRE 802, only to the extent Defendant is using this to prove the truth of any matter asserted. FRE 705 and FRCP 26(a)(2), only to the extent Defendant is using this article as expert opinion, as Defendant disclosed no experts by the Court-ordered deadline. |
| 155 | NBC News Article RuPaul's Remarks 2018 0306 | | FRE 802, only to the extent Defendant is using this to prove the truth of any matter asserted. |
| 156 | MPAA Ratings Guide PG13 Nudity | | FRE 802, only to the extent Defendant is using this to prove the truth of any matter asserted. FRE 705 and FRCP 26(a)(2), only to the extent Defendant is using this document as expert opinion, as Defendant disclosed no experts by the Court-ordered deadline. |
| 157 | Film Rating System Chart | | FRE 802, only to the extent Defendant is using this to prove the truth of any matter asserted. FRE 705 and FRCP 26(a)(2), only to the extent Defendant is using this document as expert opinion, as Defendant disclosed no experts by the Court-ordered deadline. |
| 158 | Lungariello Video of Drag Queen Gyrating in Front of Child Has Texas Pols Pushing for Legislative Action 2022 1018 | | FRE 401/402, a Plano drag show in 2022 is irrelevant to the issues in this case. FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. In addition, Defendant did not produce this responsive document during discovery (see document capture time-stamp of January 4, 2026). |

| Ex. No. | Description | Bates | Basis for Objection |
|---|---|---|---|
| 159 | Rice Sara Gonzales Calls on Plano City Council to Protect Children 2022 1115 | | FRE 401/402, a Plano drag show in 2022 is irrelevant to the issues in this case. FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. In addition, Defendant did not produce this responsive document during discovery (see document capture time-stamp of January 4, 2026) |
| 160 | Rice Shocking 'Family-Friendly' Drag Show 2022 1219 | | FRE 401/402, an Austin drag show in 2022 is irrelevant to the issues in this case. FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. In addition, Defendant did not produce this responsive document during discovery (see document capture time-stamp of January 4, 2026). |
| 161 | Rice 'All-ages' Drag Shows Plague Texas 2022 1227 | | FRE 401/402, drag shows in other areas in 2022 are irrelevant to the issues in this case. FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. In addition, Defendant did not produce this responsive document during discovery (see document capture time-stamp of January 4, 2026). |
| 162 | Rice Explicit Performers at 'Family-friendly' Drag Show 2023 0413 | | FRE 401/402, a Fort Worth drag show in 2023 is irrelevant to the issues in this case. FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. In addition, Defendant did not produce this responsive document during discovery (see document capture time-stamp of January 4, 2026). |
| 179 | MPA Film Classification and Ratings Rules | | FRE 802, only to the extent Defendant is using this to prove the truth of any matter asserted. FRE 705 and FRCP 26(a)(2), only to the extent Defendant is using this document as expert opinion, as Defendant disclosed no experts by the Court-ordered deadline. |
| 180 | Nielsen Parents' Film Ratings Advisory Study 2018 | | FRE 802, only to the extent Defendant is using this to prove the truth of any matter asserted. FRE 705 and FRCP 26(a)(2), only to the extent Defendant is using this document as expert opinion, as Defendant disclosed no experts by the Court-ordered deadline. |

4

| Ex. No. | Description | Bates | Basis for Objection |
|---|---|---|---|
| 185 | Letter to TAMU Board of Regents from member of Public Regarding Minors and Drag Shows | | FRE 401/402 - The letter's cut and paste collage of social media posts and similar material is not relevant and has no probative value. And FRE 802, only to the extent Defendant is using this to prove the truth of any matter asserted. |
| 227 | MPAA Ratings Webpage | | FRE 802, only to the extent Defendant is using this to prove the truth of any matter asserted. FRE 705 and FRCP 26(a)(2), only to the extent Defendant is using this document as expert opinion, as Defendant disclosed no experts by the Court-ordered deadline |
| 251 | Text Message from Chandler to Stovall | | FRE 401/402 - This text message is not relevant and has no probative value, as it relates to Stovall's personal life only. FRE 802, to the extent Defendant is using the email to prove the truth of any matter asserted. |
| 252 | Text Message from Chandler to Stovall | | FRE 401/402 - This text message is not relevant and has no probative value, as it relates to Stovall's personal life only. FRE 802, to the extent Defendant is using the email to prove the truth of any matter asserted. |
| 291 | Myss Myka Instagram Post Tell Me Why | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 292 | Myss Myka Instagram Post Save a Horse 2024 1216 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 293 | Myss Myka Instagram Post Closer to You 2024 0901 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. In addition, this document does not appear to have been produced during discovery, despite being responsive and subject to Court's order on motion to compel. |
| 294 | Myss Myka Instagram Post After Hours 2024 0529 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |

| Ex. No. | Description | Bates | Basis for Objection |
|---|---|---|---|
| 295 | Myss Myka Instagram Post My Blonde Ambition 2024 0522 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 296 | Myss Myka Instagram Post You Rang 2023 1126 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 297 | Myss Myka Instagram Post Bearded Version of Elvira 2023 1029 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. In addition, this document does not appear to have been produced during discovery, despite being responsive and subject to Court's order on motion to compel |
| 298 | Myss Myka Instagram Post Like a Restaurant | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 299 | Myss Myka Instagram Post Promoting Not for Kids Drag Story Time at The 806 Coffee 2023 0423 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 300 | Myss Myka Instagram Post Drag Queen Story Time 2023 0601 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 301 | Myss Myka Instagram Post Performance Clip 2023 0314 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 302 | Myss Myka Instagram Post Club Kid Performance Clip 2023 0302 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 303 | Myss Myka Instagram Post Gender Bender Drag Queen 2023 0123 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |

| Ex. No. | Description | Bates | Basis for Objection |
|---|---|---|---|
| 304 | Myss Myka Instagram Post Depicting Myka and Valentine Van Buren 2023 0113 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 305 | Myss Myka Instagram Post Myka in Drag 2022 1106 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 306 | Myss Myka Instagram Post Treat Me Like a Slut 2022 1006 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. In addition, this document does not appear to have been produced during discovery, despite being responsive and subject to Court's order on motion to compel |
| 307 | Myss Myka Instagram Post When the Boys Get Boobs 2022 0927 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 308 | Myss Myka Instagram Post I Felt Smexy 2022 0606 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 309 | Myss Myka Instagram Post Just Me in my Natural Hooker Form 2022 0606 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 310 | Myss Myka Instagram Post Peter the Penis 2022 0503 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 311 | Myss Myka Instagram Post Go-Go Slutty Rangers Featuring Van Buren 2022 0501 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 312 | Myss Myka Instagram Post Taking the Pups for a Walk 2022 0426 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |

| Ex. No. | Description | Bates | Basis for Objection |
|---|---|---|---|
| 313 | Myss Myka Instagram Post Sometimes Girls Just Wanna Have Fun 2020 0828 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 314 | Myss Myka Instagram Post Video Collage & Hump Day Flashback 2020 0708 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 315 | Myss Myka Instagram Post Back to a Simpler Time 2020 0428 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 316 | Myss Myka Instagram Post Sans Makeup or Glitter Burlesque 2019 1017 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 317 | Myss Myka Instagram Post Hit Us With Your Best Shot 2019 1003 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 318 | Myss Myka Instagram Post You Don't Own Me 2019 0621 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 339 | The 806 Coffee Instagram Drag Show Flyer 2023 0701 | | FRE 401/402 - This Instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 340 | Haus of Mysfits Facebook Post | | FRE 401/402 - This Facebook post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 341 | Haus of Mysfits Facebook Post Superstar Showcase Flyer 2024 0919 | | FRE 401/402 - This Facebook post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 342 | Haus of Mysfits Facebook Post Myka and Van Buren 2024 0909 | | FRE 401/402 - This Facebook post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |

| Ex. No. | Description | Bates | Basis for Objection |
|---|---|---|---|
| 363 | Video of Myka Performing at Club Luxor 2023 0224 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 381 | Myss Myka Instagram Video She's Got a New Look | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 382 | Myss Myka Instagram Post Performance Video | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 383 | Myss Myka Instagram Video Treat Me Like a Slut 2022 1006 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 384 | Myss Myka Instagram Video Dancing in Drag | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 385 | Myss Myka Instagram Video Hit Us With Your Best Shot 2019 1003 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 386 | Myss Myka Instagram Video Breast Exposed | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 387 | Myss Myka Instagram Video Back to a Simpler Time 2020 0428 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 388 | Myss Myka Instagram Video Performance with Jump Rope | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 389 | Myss Myka Instagram Video Selfie 2022 1119 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |

| Ex. No. | Description | Bates | Basis for Objection |
|---|---|---|---|
| 390 | Myss Myka Instagram Video Just Me in my Natural Hooker Form 2022 0606 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 391 | Myss Myka Instagram Video Little Bit Closer 2024 0724 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 392 | Myss Myka Instagram Video Sometimes Girls Just Wanna Have Fun 2020 0828 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 393 | Myss Myka Instagram Video I Felt Smexy 2022 0606 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 394 | Myss Myka Instagram Video You Don't Own Me 2019 0621 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 395 | Myss Myka Instagram Video Performance 2023 0123 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 396 | Myss Myka Instagram Video Peter the Penis Continued | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 397 | Myss Myka Instagram Video When the Boys Get Boobs 2022 0927 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 398 | Myss Myka Instagram Video Collage & Hump Day Flashback 2020 0708 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 399 | Myss Myka Instagram Video Closer to You 2024 0901 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |

| Ex. No. | Description | Bates | Basis for Objection |
|---|---|---|---|
| 400 | Myss Myka Instagram Video Club Kid Performance Clip 2023 0302 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 401 | Myss Myka Instagram Video Peter the Penis 2022 0503 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 402 | Vice Review Interview with Myss Myka (Michael Arredondo) | | FRE 401/402 - This Myss Myka interview is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 403 | Myss Myka Instagram Video Performance Clip 2023 0314 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 404 | Myss Myka Instagram Video Taking the Pups for a Walk 2022 0426 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 408 | Video of Myka Performing at Club Luxor 2023 0224 | | FRE 401/402 - This video is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 433 | Myss Myka Instagram Post Little Bit Closer 2024 0724 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 434 | Myss Myka Instagram Post 1800 Myss Myka Now 2023 1126 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 435 | Myss Myka Instagram Post Selfie 2022 1119 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |
| 436 | Myss Myka Instagram Post She's Got a New Look 2022 0924 | | FRE 401/402 - This Myss Myka instagram post is not relevant and has no probative value. And FRE 802, to the extent Defendant is using this to prove the truth of any matter asserted. |

| Ex. No. | Description | Bates | Basis for Objection |
|---|---|---|---|
| 442 | Bright Letter | | FRE 401/402 - This letter is not relevant and has no probative value, as it relates to Stovall's personal life only. |

Dated: January 7, 2026

Respectfully submitted,

/s/ JT Morris
JT MORRIS
TX Bar No. 24094444
CONOR T. FITZPATRICK*
MI BAR NO. P78981
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
700 Pennsylvania Ave., SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@fire.org
conor.fitzpatrick@fire.org

ADAM B. STEINBAUGH*
PA Bar No. 326475
JEFFREY D. ZEMAN*
Pa. Bar No. 328570
Samuel Rudovsky*
Pa. Bar No. 335724
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
adam@fire.org
jeff.zeman@fire.org
sam.rudovsky@fire.org

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff Spectrum WT*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, a true and correct copy of the foregoing document was transmitted via the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris
JT Morris
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION