UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WALTER WENDLER,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

**JOINT DEPOSITION-TESTIMONY DESIGNATIONS**

Plaintiff SPECTRUM WT and Defendant WALTER WENDLER jointly submit the following Deposition-Testimony Designations and Counter-Designations in accordance with the Federal Rules of Civil Procedure and the Court's Second Amended Scheduling Order (ECF No. 126 at ¶ 28).

By agreement of the parties, Plaintiff will lodge highlighted excerpts of the deposition transcripts at or before the Pretrial Conference. Plaintiff's designations will be highlighted in yellow, Defendant's in blue, and mutual designations in green.

The parties do not intend to file separate objections to the below designations.

I.   **PLAINTIFF'S DESIGNATIONS AND COUNTER-DESIGNATIONS**

　　A.   **Christopher Thomas**

| START PAGE | START LINE | END PAGE | END LINE |
|---|---|---|---|
| 5 | 1 | 5 | 2 |
| 6 | 24 | 7 | 25 |
| 8 | 3 | 8 | 7 |
| 9 | 24 | 10 | 8 |
| 12 | 9 | 12 | 25 |
| 16 | 19 | 17 | 2 |
| 17 | 6 | 17 | 24 |
| 18 | 15 | 18 | 17 |
| 18 | 20 | 19 | 4 |

| START PAGE | START LINE | END PAGE | END LINE |
|---:|---:|---:|---:|
| 19 | 24 | 19 | 25 |
| 20 | 3 | 20 | 4 |
| 20 | 24 | 21 | 24 |
| 23 | 1 | 23 | 2 |
| 23 | 4 | 24 | 2 |
| 25 | 15 | 26 | 8 |
| 29 | 18 | 29 | 20 |
| 36 | 14 | 36 | 18 |
| 36 | 24 | 36 | 25 |
| 37 | 4 | 37 | 21 |
| 38 | 4 | 38 | 22 |
| 42 | 19 | 44 | 1 |
| 44 | 14 | 44 | 20 |
| 45 | 25 | 47 | 2 |
| 47 | 14 | 47 | 16 |
| 47 | 19 | 47 | 25 |
| 48 | 4 | 48 | 5 |
| 48 | 10 | 48 | 19 |
| 50 | 7 | 50 | 9 |
| 50 | 13 | 50 | 18 |
| 51 | 7 | 51 | 15 |
| 52 | 4 | 52 | 10 |
| 52 | 25 | 53 | 11 |
| 54 | 22 | 54 | 23 |
| 54 | 2 | 54 | 3 |
| 54 | 6 | 54 | 11 |
| 56 | 4 | 56 | 8 |
| 56 | 17 | 56 | 25 |
| 61 | 24 | 62 | 3 |
| 62 | 4 | 63 | 10 |
| 65 | 11 | 66 | 4 |
| 67 | 8 | 67 | 13 |
| 69 | 9 | 69 | 24 |
| 70 | 10 | 70 | 12 |
| 71 | 16 | 71 | 20 |
| 74 | 7 | 74 | 16 |
| 88 | 2 | 88 | 9 |
| 108 | 9 | 108 | 16 |
| 109 | 21 | 110 | 13 |

**B.    Shawn Fouts**

| START PAGE | START LINE | END PAGE | END LINE |
|---|---|---|---|
| 6 | 1 | 6 | 2 |
| 8 | 5 | 8 | 16 |
| 8 | 22 | 9 | 10 |
| 9 | 15 | 11 | 23 |
| 12 | 4 | 13 | 11 |
| 14 | 2 | 14 | 7 |
| 14 | 14 | 14 | 24 |
| 15 | 11 | 17 | 12 |
| 18 | 7 | 18 | 18 |
| 18 | 20 | 18 | 21 |
| 19 | 4 | 19 | 9 |
| 20 | 14 | 20 | 15 |
| 21 | 9 | 21 | 14 |
| 21 | 24 | 22 | 1 |
| 22 | 9 | 22 | 11 |
| 25 | 9 | 25 | 17 |
| 25 | 21 | 25 | 23 |
| 26 | 20 | 27 | 2 |
| 27 | 8 | 27 | 13 |
| 27 | 20 | 28 | 5 |
| 28 | 10 | 28 | 11 |
| 28 | 14 | 29 | 22 |
| 29 | 25 | 30 | 1 |
| 30 | 8 | 30 | 13 |
| 30 | 17 | 30 | 20 |
| 31 | 6 | 31 | 8 |
| 31 | 10 | 31 | 11 |
| 31 | 18 | 31 | 21 |
| 32 | 1 | 32 | 8 |
| 32 | 12 | 32 | 23 |
| 33 | 25 | 34 | 5 |
| 34 | 9 | 35 | 2 |
| 35 | 11 | 35 | 14 |
| 35 | 16 | 35 | 16 |
| 36 | 5 | 36 | 13 |
| 36 | 15 | 37 | 17 |
| 37 | 24 | 38 | 10 |
| 38 | 19 | 38 | 23 |
| 39 | 20 | 39 | 21 |
| 39 | 25 | 41 | 6 |

| START PAGE | START LINE | END PAGE | END LINE |
|---|---|---|---|
| 44 | 8 | 44 | 11 |
| 44 | 17 | 45 | 5 |
| 45 | 12 | 45 | 14 |
| 45 | 20 | 45 | 24 |
| 47 | 17 | 47 | 21 |
| 48 | 2 | 48 | 20 |
| 54 | 3 | 54 | 9 |
| 55 | 11 | 55 | 20 |
| 55 | 23 | 55 | 23 |
| 58 | 8 | 58 | 13 |
| 59 | 4 | 59 | 24 |
| 60 | 4 | 60 | 18 |
| 65 | 16 | 65 | 25 |
| 66 | 9 | 66 | 11 |
| 66 | 13 | 66 | 21 |
| 67 | 2 | 67 | 5 |
| 67 | 7 | 67 | 8 |
| 67 | 23 | 67 | 24 |
| 79 | 4 | 79 | 12 |
| 80 | 22 | 80 | 25 |
| 81 | 13 | 81 | 15 |
| 81 | 17 | 81 | 24 |
| 88 | 17 | 91 | 10 |
| 95 | 24 | 97 | 7 |
| 97 | 14 | 97 | 16 |
| 97 | 17 | 98 | 4 |
| 98 | 25 | 99 | 3 |
| 99 | 7 | 99 | 13 |
| 99 | 15 | 99 | 21 |
| 100 | 9 | 100 | 23 |
| 103 | 7 | 104 | 3 |
| 104 | 14 | 104 | 23 |
| 107 | 17 | 108 | 2 |
| 110 | 2 | 110 | 4 |
| 110 | 8 | 110 | 11 |
| 116 | 19 | 116 | 20 |
| 117 | 14 | 118 | 2 |
| 121 | 2 | 121 | 8 |
| 121 | 13 | 121 | 20 |
| 128 | 13 | 129 | 5 |
| 129 | 21 | 130 | 2 |
| 134 | 5 | 134 | 22 |

Case 2:23-cv-00048-Z    Document 156-3    Filed 01/07/26    Page 4 of 14    PageID 3363

| START PAGE | START LINE | END PAGE | END LINE |
|---|---|---|---|
| 137 | 20 | 138 | 3 |
| 140 | 13 | 140 | 22 |
| 141 | 17 | 141 | 19 |
| 144 | 2 | 144 | 16 |
| 145 | 11 | 145 | 18 |
| 145 | 19 | 145 | 21 |
| 145 | 24 | 145 | 24 |
| 146 | 6 | 147 | 5 |
| 148 | 22 | 149 | 1 |
| 149 | 4 | 149 | 5 |
| 149 | 8 | 150 | 17 |
| 150 | 21 | 151 | 1 |
| 151 | 9 | 151 | 19 |
| 151 | 22 | 151 | 25 |
| 162 | 19 | 163 | 4 |
| 163 | 8 | 163 | 15 |

C.  **Chip Chandler**

| START PAGE | START LINE | END PAGE | END LINE |
|---|---|---|---|
| 5 | 5 | 5 | 6 |
| 8 | 5 | 8 | 10 |
| 9 | 3 | 9 | 10 |
| 10 | 8 | 10 | 18 |
| 12 | 6 | 12 | 9 |
| 14 | 11 | 14 | 18 |
| 15 | 20 | 15 | 22 |
| 16 | 1 | 16 | 6 |
| 16 | 13 | 16 | 20 |
| 18 | 14 | 18 | 15 |
| 18 | 21 | 19 | 6 |
| 19 | 15 | 20 | 17 |
| 21 | 7 | 21 | 23 |
| 22 | 3 | 22 | 9 |
| 27 | 25 | 28 | 1 |
| 28 | 9 | 29 | 18 |
| 29 | 23 | 30 | 8 |
| 32 | 10 | 33 | 3 |
| 33 | 21 | 34 | 15 |
| 35 | 25 | 36 | 14 |
| 36 | 16 | 36 | 18 |

| START PAGE | START LINE | END PAGE | END LINE |
|---|---|---|---|
| 36 | 24 | 37 | 13 |
| 37 | 23 | 38 | 14 |
| 39 | 6 | 40 | 24 |
| 42 | 2 | 42 | 3 |
| 42 | 6 | 42 | 22 |
| 42 | 25 | 43 | 4 |
| 43 | 15 | 44 | 4 |
| 44 | 6 | 44 | 9 |
| 44 | 17 | 44 | 18 |
| 44 | 23 | 45 | 8 |
| 45 | 16 | 46 | 2 |
| 46 | 16 | 47 | 7 |
| 47 | 9 | 47 | 14 |
| 55 | 12 | 55 | 19 |
| 56 | 15 | 56 | 19 |
| 57 | 17 | 57 | 19 |
| 57 | 20 | 58 | 5 |
| 58 | 6 | 59 | 1 |
| 60 | 1 | 60 | 19 |
| 67 | 24 | 68 | 19 |

### D.   Barrett Bright

| START PAGE | START LINE | END PAGE | END LINE |
|---|---|---|---|
| 10 | 3 | 10 | 6 |
| 13 | 24 | 14 | 2 |
| 14 | 10 | 14 | 23 |
| 15 | 14 | 15 | 25 |
| 17 | 14 | 17 | 17 |
| 18 | 22 | 18 | 25 |
| 19 | 8 | 19 | 16 |
| 20 | 23 | 21 | 9 |
| 21 | 19 | 22 | 4 |
| 25 | 22 | 26 | 1 |
| 27 | 9 | 27 | 16 |
| 28 | 5 | 28 | 22 |
| 32 | 24 | 33 | 8 |
| 43 | 13 | 43 | 24 |
| 49 | 5 | 49 | 18 |
| 51 | 8 | 52 | 2 |
| 53 | 15 | 53 | 25 |

| START PAGE | START LINE | END PAGE | END LINE |
|---|---|---|---|
| 54 | 10 | 54 | 13 |
| 57 | 24 | 58 | 4 |
| 60 | 20 | 61 | 7 |
| 61 | 12 | 62 | 4 |
| 62 | 16 | 62 | 24 |
| 63 | 9 | 63 | 14 |
| 65 | 11 | 65 | 13 |
| 65 | 17 | 65 | 21 |
| 66 | 15 | 66 | 24 |
| 67 | 21 | 68 | 4 |
| 69 | 24 | 70 | 2 |
| 70 | 16 | 70 | 22 |
| 71 | 12 | 71 | 25 |
| 72 | 9 | 73 | 15 |
| 77 | 6 | 77 | 9 |
| 86 | 17 | 86 | 21 |
| 87 | 1 | 87 | 3 |
| 88 | 8 | 88 | 10 |
| 88 | 18 | 88 | 25 |
| 91 | 23 | 91 | 25 |
| 92 | 4 | 92 | 10 |
| 92 | 18 | 92 | 20 |
| 92 | 23 | 95 | 2 |
| 96 | 7 | 97 | 13 |
| 98 | 5 | 98 | 8 |
| 103 | 8 | 103 | 22 |
| 104 | 9 | 104 | 21 |
| 104 | 24 | 105 | 15 |
| 105 | 18 | 106 | 3 |
| 107 | 3 | 107 | 16 |
| 107 | 22 | 108 | 10 |
| 108 | 20 | 109 | 10 |
| 116 | 16 | 116 | 24 |
| 117 | 17 | 117 | 23 |
| 122 | 13 | 122 | 23 |
| 123 | 4 | 123 | 8 |
| 125 | 16 | 126 | 4 |
| 126 | 12 | 126 | 20 |
| 138 | 6 | 138 | 12 |
| 139 | 20 | 140 | 3 |
| 141 | 5 | 141 | 10 |
| 141 | 12 | 142 | 8 |

| START PAGE | START LINE | END PAGE | END LINE |
|---|---|---|---|
| 146 | 1 | 146 | 9 |
| 152 | 23 | 153 | 7 |
| 156 | 22 | 157 | 5 |
| 157 | 19 | 159 | 5 |
| 159 | 14 | 160 | 1 |

### E.    Marcus Stovall

| START PAGE | START LINE | END PAGE | END LINE |
|---|---|---|---|
| 5 | 1 | 5 | 2 |
| 9 | 16 | 9 | 19 |
| 10 | 4 | 10 | 17 |
| 11 | 6 | 11 | 17 |
| 14 | 7 | 14 | 15 |
| 17 | 21 | 17 | 25 |
| 18 | 5 | 18 | 19 |
| 20 | 2 | 20 | 15 |
| 25 | 8 | 25 | 14 |
| 25 | 17 | 25 | 19 |
| 26 | 2 | 26 | 5 |
| 27 | 1 | 27 | 5 |
| 38 | 1 | 38 | 6 |
| 38 | 17 | 38 | 21 |
| 50 | 17 | 51 | 1 |
| 51 | 7 | 51 | 12 |
| 57 | 17 | 57 | 18 |
| 57 | 20 | 58 | 5 |
| 60 | 6 | 60 | 9 |
| 62 | 14 | 63 | 11 |
| 65 | 12 | 65 | 20 |
| 70 | 18 | 70 | 21 |
| 71 | 8 | 71 | 23 |
| 71 | 25 | 72 | 11 |
| 72 | 19 | 72 | 25 |
| 73 | 21 | 73 | 24 |
| 76 | 4 | 76 | 22 |
| 85 | 19 | 85 | 25 |
| 86 | 6 | 86 | 8 |
| 86 | 11 | 86 | 12 |
| 116 | 22 | 117 | 1 |
| 118 | 1 | 118 | 3 |

| START PAGE | START LINE | END PAGE | END LINE |
|---|---|---|---|
| 118 | 9 | 120 | 10 |
| 130 | 16 | 131 | 11 |
| 135 | 4 | 135 | 11 |
| 137 | 12 | 137 | 18 |
| 137 | 23 | 138 | 5 |
| 138 | 14 | 138 | 22 |
| 139 | 8 | 140 | 1 |

### F.    Johnathan-Jayce Fanelli-Walker

| START PAGE | START LINE | END PAGE | END LINE |
|---|---|---|---|
| 52 | 18 | 53 | 4 |
| 57 | 8 | 57 | 23 |
| 58 | 11 | 58 | 11 |
| 65 | 8 | 65 | 17 |
| 77 | 1 | 77 | 4 |
| 87 | 24 | 88 | 4 |
| 91 | 12 | 91 | 25 |
| 96 | 6 | 96 | 7 |
| 104 | 16 | 104 | 25 |
| 108 | 1 | 109 | 1 |
| 121 | 23 | 122 | 1 |
| 127 | 10 | 127 | 11 |
| 127 | 19 | 127 | 19 |
| 128 | 25 | 129 | 1 |
| 142 | 2 | 142 | 7 |
| 142 | 8 | 142 | 9 |
| 142 | 10 | 142 | 13 |
| 152 | 2 | 152 | 13 |
| 152 | 20 | 154 | 16 |
| 154 | 17 | 155 | 5 |
| 156 | 6 | 156 | 15 |
| 156 | 19 | 156 | 24 |
| 157 | 2 | 157 | 4 |
| 157 | 6 | 157 | 21 |

## II.    **DEFENDANT'S DESIGNATIONS**

| 1. | Deposition of Johnathan Jayce-Fanelli (Spectrum 30(b)(6)) | 9:14-22; 11:13-25; 12:1-25; 13:1-20; 14:6-21; 17:1-6; 21:1-25; 22:1-19; |
|---|---|---|

9

|   |   |   |
|---|---|---|
|   |   | 22:24-25; 23:1-16; 26:4-7; 26:17-24; 28:13-25; 29:6-24; 30:5-25; 31:1-5; 32:6-11; 34:8-22; 35:18-25; 36:1-18; 37:1- 25: 38:1-5; 39:15-25; 40:1-8; 40:10-25: 41:1-4; 41:13-25: 42:1-3; 44:25; 45:1-7; 48:6-25; 49:1- 10: 49:18-25; 50:1-20; 52:15-17; 53:5-6; 53:18- 23; 54:1-25; 55:1-25; 56:1-3; 57:4-7; 57:24-25; 58:1-10; 60:12-25; 61:12-18; 62:8-14; 63:5-18; 65:4-7; 65:20-25; 66:15; 67:9-14; 68:11-18; 72:11-25; 73:1-25; 74:1-25; 75:1-25; 76:1-6; 76:21-25; 77:1; 77:5-19; 78:16-21; 79:16-21; 80:1-2; 86:7-14; 87:5-23; 88:5-25; 89:1-10; 91:12-25; 92:1-4; 92:12-17; 93:22-25; 94:22-25; 95:1-25; 96:1-8; 100:7-16; 103:3-16; 104:2-15; 105:4-25; 106:1-25; 107:1-25; 108:19-25; 111:1- 10; 115:1-25; 116:3-25; 117:1-7; 117:15-25; 118:1-25; 119:1-25; 120:1-3; 121:20-23; 122:2-7; 126:24-25; 127:1-5; 128:12-24; 129:2; 131:1-25; 132:2-24; 134:15-25; 135:1-2; 136:17-24; 137:2-5; 137:24-35; 138:1-9; 140:7-25; 141:1-25; 142:1- 7; 144:2-20; 145:9-25; 146:1-25; 147:1-18; 148:6-10; 148:18-25; 149:1-2 |
| 2. | Deposition of Marcus Stovall | 10:4 - 10:7; 10:20 – 10:24(starting at word "Please "); 11:6 – 11:17; 12:23 – 13:1; 13:23 – 14:15; 15:4 –15; 15:22– 17:20; 19:11 – 20:19; 21:4 – 22:6; 25:20 – 26:1; 28:15 – 28:13; 28:15 – 28:23; 29:3 – 29:13; 29:3 – 29:13; 29:16; 36:5 – 36:10; 36:19 – 36:24; 37: 1 – 37:5; 37:14 – 37:17; 41:4 – 41:15; 42:7 – 42:13; 43:20 – 44:8; 44:11 – 44:12; 56:23 – 57:16; 59:2 – 59:25; 65:25 – 66:3; 73:9 – 73:20; 78:18 – 79:4; 84:15 – 86:5; 86:13 – 86:20; 86:23; 88:10 – 88:15; 89:16 – 90:7; 90:25 – 91:4; 92:21 – 93:8; 93:18 – 93:21; 96:18 – 97:7; 97:20 – 97:24; 98:2 – 98:14; 99:8 – 99:25; |

|   |   |   |
|---|---|---|
|   |   | 100:9 – 100:24; 101:5 – 101:8; 101:16 – 101:17; 101:19; 102:2 – 102:9; 102:12 – 102:16; 103:18 – 103:22; 105:11 – 106:11; 106:15 – 106:17; 107:19 – 108:5; 108:8 – 108:17; 115:4 – 115:11; 115:25 – 116:21; 118:25 – 116:21; 118:25 – 119:8; 120:6 – 121:11; 133:23 – 134:10; 142:4 – 142:6 |
| 3. | Deposition of Christopher Thomas | 5:5 – 11; 9:24 – 11:19; 12:9 – 16; 20:11 – 12 ; 20:18-19 ; 20:21-23; 21:2 – 24; 28:1-21; 42:10 – 43:18; 44:14 – 45:22; 48:12 – 14; 54:6 – 11; 54:22 – 61:1; 61:5 – 23; 64:16 – 65:3; 65:11 – 66:13; 66:25 – 68:20; 71:16 – 76:20; 81:13 – 82:7; 88:20 – 89:4; 106:5 – 15 |
| 4. | Deposition of Todd Rasberry | 4:5 – 9; 6:15 - 7:1-13; 8:12 – 9:12; 15:23 – 16:7; 19:2 – 17; 22:14 – 23:4; 29:5 – 17 |
| 5. | Deposition of Barrett Bright | 14:24 – 15:6; 18:10 – 18:25; 19:8 – 19:16; 22:21 – 23:11; 23:25 – 25:16; 27:11 – 28:25; 39:16 – 39:24; 41:4 – 41:17; 41:20 – 41:23; 43:6 – 45:17; 50:17 – 50:21; 51:8 – 51:20; 55:7 – 55:24; 59:1 – 59:12; 59:25 – 61:7; 63:15 – 64:10; 75:22 – 75:25; 76:12 – 77:5; 79:15 – 80:8; 85:25 – 86:12; 88:5 – 90:6; 94:13 – 94:25; 95:3 – 95:24; 97:14 – 99:16; 100:6 – 101:12; 109:15 – 110:15; 116:13 – 116:25; 119:25 – 120:25; 130:1 – 130:5; 130:8 – 130:14; 131:1 – 131:12; 132:2 – 133:8; 135:5 – 135:23; 136:7 – 136:16; 137:13 – 137:18; 138:6 – 139:4; 156:8 – 156:11; 160:12 – 160:25; 161:13 – 161:23; 162:2 – 162:16 |
| 6. | Deposition of Dr. Shawn Fouts | 10:14-22; 13:9-23; 14:14-25; 15:1-2; 25:1-8; 26:13-25; 41:10-24; 42:15-25; 43:18-25; 44:1-3: 44:12-23; 46:12-24; 50:8-24; 54:3-25; 55:1-6; 61:17-24; 66:7-8; 96:3-20; 98:9-15; 100:12-25; 101:1-9; 103:1-5; 103:7-25; 104:1-9; 108:3-25; 109:1-4: 110:8-12; 111:1— |

| | | |
|---|---|---|
| | | 12; 112:7-9; 112:21-23; 113:1-5; 113:14-25; 114:1-8; 114:12-16; 118:24-25; 119:1-23; 127:12-13; 128:3-12; 128:20-25; 129:1; 129:12-20; 131:22-25; 132:1-23; 135:17-25; 136:1-4; 142:18-25; 143:20-22; 144:7-24; 145:21-23; 145:25; 146:1-25; 147:9-25; 155:1-11; 155:17-25; 156:1; 156:18-25; 157:1-22; 158:7-25; 161:1-16; 161:14-25; 162:1-6; 166:18-25; 167:1-22 |
| 7. | Deposition of Chip Chandler | 7:16-25; 8:1; 8:5-17; 10:19-25; 11:1-10; 11:22-25; 12:1-5; 14:19-20; 19:4-6; 21:20-25; 22:1-9; 23:17-25; 46:12-24; 49:13-22; 55:7-22; 56:7-25; 57:1; 57:12-16; 60:7-13; 61:20-22; 62:17-25; 63:1-25; 64:1-25; 65:1-10; 65:14-25; 66:1-8; 66:13-25; 67:1-17 |

Dated: January 7, 2026                                      Respectfully submitted,

Ken Paxton                                                        /s/ JT Morris
Attorney General of Texas                              JT Morris
                                                                           TX Bar No. 24094444
Brent Webster                                                 Conor T. Fitzpatrick*
First Assistant Attorney General                  MI Bar No. P78981
                                                                           Foundation for Individual Rights and
Ralph Molina                                                       Expression
Deputy First Assistant Attorney General   700 Pennsylvania Ave., SE
                                                                           Ste. 340
Ryan D. Walters                                              Washington, DC 20003
Deputy Attorney General for Legal            Tel: (215) 717-3473
Strategy                                                             Fax: (267) 573-3073
                                                                           jt.morris@fire.org
Ryan G. Kercher                                             conor.fitzpatrick@fire.org
Chief, Special Litigation Division
                                                                           Adam B. Steinbaugh*
*/s/* David Bryant                                              PA Bar No. 326475
David Bryant                                                    Jeffrey D. Zeman*
Special Counsel                                               Pa. Bar No. 328570
Tex. State Bar No. 03281500                        Samuel Rudovsky*

12

Munera Al-Fuhaid
Special Counsel
Tex. State Bar No. 24094501

Zachary Berg
Special Counsel
Tex. State Bar No. 24107706

Alexia K. Baker
Assistant Attorney General
Tex. State Bar No. 24149596

Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
alexia.baker@oag.texas.gov

***Counsel for Defendant Wendler***

Pa. Bar No. 335724
Foundation for Individual Rights and Expression
510 Walnut St.; Ste. 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (267) 573-3073
adam@fire.org
jeff.zeman@fire.org

\* Admitted *Pro Hac Vice*

***Attorneys for Plaintiff Spectrum WT***

13

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 7, 2026, a true and correct copy of the foregoing document was transmitted via the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                                               /s/ JT Morris
                                               JT Morris
                                               FOUNDATION FOR INDIVIDUAL
                                                   RIGHTS AND EXPRESSION