UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT,<br><br>                Plaintiff,<br><br>   v.<br><br>WALTER WENDLER,<br><br>                Defendant. | Case No.: 2:23-cv-00048-Z<br><br>Hon. Matthew J. Kacsmaryk |

**PLAINTIFF'S WITNESS LIST**

| Judge Matthew J. Kacsmaryk | PLAINTIFF'S ATTORNEY:<br>JT Morris | DEFENDANT'S ATTORNEY:<br>David Bryant |
|---|---|---|
| TRIAL DATE(S): | COURT REPORTER: | COURTROOM DEPUTY: |

| | WITNESS NAME<br>EMPLOYER<br>TOPIC OF TESTIMONY | WILL CALL ("W")<br>MAY CALL ("M")<br>UNLIKELY TO CALL ("U") | EXPECTED TESTIMONY DURATION |
|---|---|---|---|
| 1. | **Walter Wendler**<br>West Texas A&M University<br>Cancellation of Plaintiff's events and the reasons for their cancellation; absence of complaints (including Title IX complaints) concerning drag shows; Plaintiff's April 2026 event. Wendler was deposed. Wendler will offer testimony as a fact witness and record custodian. | W | 2.0 hrs |
| 2. | **Christopher Thomas**<br>West Texas A&M University<br>Cancellation of Plaintiff's proposed 2023 performance; West Texas A&M University's policies, procedures, practices, and customs concerning dual-enrollment students; West Texas A&M University's policies, procedures, practices, and customs concerning "sexualized" speech. Thomas was deposed. Thomas will offer testimony as a fact witness and record custodian. | W<br><br>(by deposition designations) | N/A |

|   | WITNESS NAME<br>EMPLOYER<br>TOPIC OF TESTIMONY | WILL CALL ("W")<br>MAY CALL ("M")<br>UNLIKELY TO CALL ("U") | EXPECTED TESTIMONY DURATION |
|---|---|---|---|
| 3. | **Shawn Fouts**<br>West Texas A&M University<br>Plaintiff's proposed 2023 and 2024 performances; other uses and proposed uses of Legacy Hall; West Texas A&M University's policies, procedures, and customs concerning the reservation or use of Legacy Hall; West Texas A&M University's efforts to promote the availability of Legacy Hall for use, reservation, or rental by students, student organizations, faculty, or the public; West Texas A&M University's policies, rules, and practices for student expression and use of campus facilities; President Wendler's decisions to cancel events on campus he believes will include offensive expression. Fouts was deposed. Fouts will offer testimony as a fact witness and record custodian. | W<br><br>(by deposition designations) | N/A |
| 4. | **Chip Chandler**<br>West Texas A&M University<br>Plaintiff's 2023 performance. Chandler was deposed. Chandler will offer testimony as a fact witness. | W<br><br>(by deposition designations) | N/A |
| 5. | **Todd Rasberry**<br>West Texas A&M University<br>President Wendler's decision to prohibit drag performances; West Texas A&M University's mission and values. Rasberry was deposed. Rasberry will offer testimony as a fact witness. | U | N/A |
| 6. | **Barrett Bright**<br>N/A<br>Plaintiff's 2023 and 2024 planned performances. Bright was deposed. Bright will offer testimony as a fact witness and record custodian. Bright resides in Wisconsin. | W<br><br>(Plaintiff intends to call Mr. Bright in person, but subject to his availability, reserves the right to offer his testimony by deposition designations) | 1.0 hours |

|   | WITNESS NAME<br>EMPLOYER<br>TOPIC OF TESTIMONY | WILL CALL ("W")<br>MAY CALL ("M")<br>UNLIKELY TO CALL ("U") | EXPECTED TESTIMONY DURATION |
|---|---|---|---|
| 7. | **Johnathan-Jayce Fanelli-Burnett**<br>N/A<br>Plaintiff's planned April 2026 performance. Fanelli-Burnett was deposed as Plaintiff Spectrum WT's corporate representative. Fanelli-Burnett will offer testimony as a fact witness and record custodian. | W | 1.0 hours |
| 8. | **Marcus Stovall**<br>N/A<br>Plaintiff's 2023 and 2024 planned performances. Stovall was deposed. Stovall will offer testimony as a fact witness and record custodian. Stovall resides in Albuquerque, New Mexico. | M<br><br>(by deposition designations, but reserve the right to offer in person testimony if Defendant secures this witness's live testimony) | N/A |

Dated: January 7, 2026

Respectfully submitted,

/s/ JT Morris
JT MORRIS
TX Bar No. 24094444
CONOR T. FITZPATRICK*
MI BAR NO. P78981
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
700 Pennsylvania Ave., SE; Ste. 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (267) 573-3073
jt.morris@fire.org
conor.fitzpatrick@fire.org

ADAM B. STEINBAUGH*
PA Bar No. 326475
JEFFREY D. ZEMAN*
Pa. Bar No. 328570
Samuel Rudovsky*
Pa. Bar No. 335724

3

        FOUNDATION FOR INDIVIDUAL RIGHTS
          AND EXPRESSION
        510 Walnut St.; Ste. 1250
        Philadelphia, PA 19106
        Tel: (215) 717-3473
        Fax: (267) 573-3073
        adam@fire.org
        jeff.zeman@fire.org
        sam.rudovsky@fire.org

        \* Admitted *Pro Hac Vice*

        *Attorneys for Plaintiff Spectrum WT*

5

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 7, 2026, a true and correct copy of the foregoing document was transmitted via the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ JT Morris  
JT Morris  
FOUNDATION FOR INDIVIDUAL  
   RIGHTS AND EXPRESSION
