IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

Civil Action Number 2:23-cv-00048


SPECTRUM WT, et al.,          )

     Plaintiffs,              )

vs.                           )

WALTER WENDLER, et al.,       )

     Defendants.              )


REMOTE VIDEOTAPED DEPOSITION

BARRETT BRIGHT

FRIDAY, DECEMBER 19, 2025


Reported by:

Rebecca Callow, RMR, CRR, RPR

Job No. BB121925

1

2              REMOTE VIDEOTAPED DEPOSITION OF

3    BARRETT BRIGHT, produced as a witness at the

4    instance of the Plaintiffs and duly sworn, was taken

5    in the above-styled and numbered cause on the

6    19th day of December, 2025, from 10:03 a.m. to

7    3:22 p.m., before Rebecca J. Callow, Texas CSR-8925,

8    Registered Merit Reporter, Certified Realtime

9    Reporter, Registered Professional Reporter and

10   Notary Public for the State of Florida, reported by

11   computerized stenotype machine via Zoom

12   videoconference pursuant to the Federal Rules of

13   Civil Procedure.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          APPEARANCES

 2

 3   FOR PLAINTIFFS:

 4        FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION

 5        501 Walnut Street

 6        Suite 900

 7        Philadelphia, Pennsylvania 19106

 8        (215) 717-3473

 9             By:  Mr. J.T. Morris

10                  jt.morris@fire.org

11                  Mr. Adam B. Steinbaugh

12

13   FOR DEFENDANTS:

14        OFFICE OF THE ATTORNEY GENERAL - STATE OF TEXAS

15        P.O. Box 12548 (MC-009)

16        Austin, Texas 78711

17        (512) 463-2120

18             By:  Ms. Alexia Baker

19                  alexia.baker@oag.texas.gov

20                  Mr. David Bryant

21

22   ALSO PRESENT:

23        Mr. Brian Christopher, Videographer

24        Mr. Marc Rietvelt, Texas A&M General Counsel

25
```

```
 1                          INDEX

 2                                              PAGE

 3  BARRETT BRIGHT

 4  Examination by Ms. Baker ........................10

 5  Examination by Mr. Morris ......................156

 6  Further Examination by Ms. Baker ...............160

 7

 8

 9

10  Changes and corrections  .......................163

11  Signature Page  ................................164

12  Court Reporter's Certificate ...................165

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                         EXHIBITS

2    NO.              DESCRIPTION                   PAGE

3    Exhibit 1       The Constitution of Spectrum    27

4                    WT (Bates SPECTRUM 0002220

5                    through SPECTRUM 0002226)

6    Exhibit 2       Campus Organizations            32

7                    Handbook (Bates SPECTRUM

8                    0000565 through SPECTRUM

9                    0000587)

10   Exhibit 3       The President's Bible (Bates    42

11                   SPECTRUM 0000348 through

12                   SPECTRUM 0000362)

13   Exhibit 4       3/24/2023 email: Spectrum WT    46

14                   to Noel Fitchett, Re: Media

15                   Inquiry (Bates SPECTRUM

16                   0001380 through SPECTRUM

17                   0001381)

18   Exhibit 5       JBK Event Request Form;         56

19                   2/26/2023 email chain, Re:

20                   Risk Assessment for: A

21                   Fool's Drag Show?on March

22                   31st (REDACTED) (Bates

23                   SPECTRUM 0000786 through

24                   SPECTRUM 0000791)

25
```

```
 1                    EXHIBITS (cont.)

 2   NO.             DESCRIPTION                    PAGE

 3   Exhibit 6       West Texas A&M University       65

 4                   Risk Management and

 5                   Insurance Matrix - A Fool's

 6                   Drag Race (Bates SPECTRUM

 7                   0000776 through SPECTRUM

 8                   0000777)

 9   Exhibit 7       3/21/2023 text message chain    73

10                   (Bates SPECTRUM 0000829)

11   Exhibit 8       3/14/2023 email:  Fouts to      79

12                   Bright, et al., Re: A Fool's

13                   Drag Race 03.31.2023 (Bates

14                   SPECTRUM 0000860)

15   Exhibit 9       A Fool's Drag Race flier        82

16                   mock-up (Bates SPECTRUM

17                   0001782)

18   Exhibit 10      A Fool's Drag Race mock-up      85

19                   (Bates Def_000843)

20   Exhibit 11      3/22/2023 text message          90

21                   thread: Drumheller (Bates

22                   SPECTRUM 0001261)

23

24

25
```

```
 1                    EXHIBITS (cont.)

 2   NO.             DESCRIPTION                 PAGE

 3   Exhibit 12      WTAMU Spectrum Instagram     92

 4                   screenshot: Help Fund

 5                   Spectrum WT's Drag Show

 6                   (Bates SPECTRUM 0001444

 7                   through SPECTRUM 0001446)

 8   Exhibit 13      3/28/2023 text message       92

 9                   thread:  Drumheller (Bates

10                   SPECTRUM 0001533)

11   Exhibit 14      3/25/2023 text message       96

12                   thread: Chandler (Bates

13                   SPECTRUM 0001458)

14   Exhibit 15      Instagram screenshot:       103

15                   Spectrum WT official

16                   statement regarding

17                   cancellation of A Fool's

18                   Drag Show (Bates SPECTRUM

19                   0001183)

20   Exhibit 16      3/20/2026 email:  Wendler to 112

21                   CURRENT_STUDENT@LISTS.WTAMU.

22                   EDU, Re: A Harmless Drag

23                   Show? No Such Thing. (Bates

24                   Def_000053 through

25                   Def_000055)
```

EXHIBITS (cont.)

NO.              DESCRIPTION                      PAGE

Exhibit 17    3/20/2023 email thread:          121

              Fouts to Bright, et al, Re:

              Music list for A Fool's Drag

              Race (Bates SPECTRUM 0000983

              through SPECTRUM 0000988)

Exhibit 18    West Texas A&M Jack B.           127

              Kelley Student Center

              Procedures and Guidelines

              (Bates Def_000154 through

              Def_000172)

Exhibit 19    Screenshot:  West Texas A&M     131

              University website:  Mission

              Statement (Bates SPECTRUM

              0003824 through SPECTRUM

              0003826)

Exhibit 20    West Texas A&M University -     135

              Campus Directory (Bates

              Def_182036)

Exhibit 21    3/13/2024 text message          147

              thread: Myss Myka (Bates

              SPECTRUM 0002453SPECTRUM

              0002453

```
 1                    EXHIBITS (cont.)

 2  NO.              DESCRIPTION                    PAGE

 3  Exhibit 22       3/1/2024 text message            149

 4                   thread:  Acrylica (Bates

 5                   SPECTRUM 0002405)

 6  Exhibit 23       3/28/2024 text message           153

 7                   thread: Chandler (Bates

 8                   SPECTRUM 0002647)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              P R O C E E D I N G S
 2                   - - - - - -
 3              BARRETT BRIGHT,
 4        called as a witness herein, having
 5      been first duly sworn by a Notary Public,
 6      was examined and testified as follows:
 7                   EXAMINATION
 8      BY MS. BAKER:
 9      Q.    Where are you joining us from?
10      A.    I'm joining y'all from Madison, Wisconsin.
11      Q.    Okay.  Well, my name is Alexia Baker.  I
12 represent defendants Walter Wendler and Chris Thomas
13 in this litigation, and I'll be deposing you today.
14              So before I get into the questions, I'm
15 just going to go over some basic rules to ensure that
16 today's deposition flows as seamlessly as possible.
17              Do you understand that you are
18 testifying under oath today and that you're legally
19 obligated to tell the truth?
20      A.    I understand.
21      Q.    You must provide verbal responses to my
22 questions, so no head nodding or anything like that.
23 This is particularly important because we are on
24 Zoom.  Does that make sense?
25      A.    Yes.  I understand.
```

1    BY MS. BAKER:

2    **Q.    How long did you meet with an attorney?**

3    A.    For about an hour-ish.

4    **Q.    Are you accompanied by legal counsel at**

5    **your location?**

6    A.    No, I am not.

7    **Q.    Did you speak with any non-attorneys to**

8    **prepare for the deposition?**

9    A.    No, I did not.

10    **Q.    Have you been deposed before?**

11    A.    No, I have not.

12    **Q.    Have you ever testified in court?**

13    A.    No, I have not.

14    **Q.    Do you intend to testify in this case's**

15    **trial?**

16    A.    Yes.

17    **Q.    Have you ever been a party to a lawsuit,**

18    **aside from this action?**

19    A.    No.  This is my first lawsuit.

20    **Q.    Okay.  So I am about to proceed to the next**

21    **set of questions, but I'm just going to clarify a**

22    **few terms to ensure that we are completely on the**

23    **same page.**

24        **I am going to use the term "WT" or "the**

25    **university" to refer to West Texas A&M University.**

1    Does that make sense?

2        A.    Yes, it does.

3        Q.    Whenever you hear me use the term

4    "communication" or any derivative of that word, I'm

5    speaking of any and all exchanges of information,

6    any dialogues, discussions, text messages, social

7    media posting, or messages, interviews and such.

8    Does that make sense?

9        A.    Yes.

10       Q.    I will mention "A Fool's Drag Race," or

11   "the 2023 drag show" to refer to the drag show that

12   Spectrum WT planned to host on WT's campus in 2023.

13   Does that make sense?

14       A.    Yes.

15       Q.    When I mention "the Sam Houston drag show,"

16   I'm referring to the off-campus drag show that

17   Spectrum WT hosted in 2023.    Do you understand?

18       A.    Yes, I do.

19       Q.    And, finally, when I mention "Don't Be a

20   Drag" drag show, or "the 2024 drag show," I'm

21   referring to the drag show that Spectrum WT planned

22   to host on campus in 2024.    Does that make sense?

23       A.    Yes, it does.

24       Q.    So I'm interested to hear a little bit more

25   about you and your background, so please state your

1  **full name for the record.**

2      A.    May name is Barrett Alexander Bright.

3      **Q.    Do you have any aliases?**

4      A.    I also go by "Bear."

5      **Q.    What is your date of birth?**

6      A.    January 14th, 2002.

7      **Q.    Where were you born?**

8      A.    Houston, Texas.

9      **Q.    Where were you raised?**

10     A.    Border, Texas.

11     **Q.    What part of Texas is that?**

12     A.    It is in the panhandle, about an hour north

13  of Amarillo.

14     **Q.    What is your highest level of educational**

15  **attainment?**

16     A.    I have graduated with my bachelor's, and

17  I'm currently in grad school.

18     **Q.    What degree did you receive for your**

19  **undergraduate education?**

20     A.    A bachelor's of science in civil

21  engineering.

22     **Q.    And what are you in graduate school**

23  **studying?**

24     A.    I'm getting my master's in civil

25  engineering with a focus on structural.

1      A.   Yes, I did.

2      **Q.   And you maintained your participation in**

3  **that scholarship program throughout the duration of**

4  **your time at WT?**

5      A.   Well, it wasn't a scholarship program; it

6  was an honors program.  And, yes, I did.

7      **Q.   An honors program.  Okay.**

8            **Aside from Spectrum WT, were you**

9  **involved with any other student organizations?**

10     A.   Yes.  I was involved with ASCE student

11  chapter at West Texas A&M.

12     **Q.   What does "ASCE" stand for?**

13     A.   American Society for Civil Engineers.

14     **Q.   And you graduated from WT.   Correct?**

15     A.   Correct.

16     **Q.   When did you graduate?**

17     A.   May of 2024.

18     **Q.   When you graduated, did you wear, like, any**

19  **special graduation stoles reflecting your membership**

20  **in Spectrum, or any of the other orgs that you were**

21  **involved?**

22     A.   I did have -- it wasn't a stole; it was

23  like a braided cord for ASCE.  And I did receive a

24  stole, not for -- or through Spectrum but through

25  Buff Allies.

1    Q.    Is that a rainbow stole?

2    A.    That is correct.

3    Q.    Okay.  Do you have any mental or physical

4  disabilities?

5    A.    No, I do not have.

6    Q.    Are you currently under a doctor's care for

7  anything?

8    A.    No.

9          I do have a prescription for PrEP.

10    Q.    So I'm curious about your involvement in

11  Spectrum while you were at WT.  When did you first

12  get engaged with Spectrum?

13    A.    It was during the fall of 2020.  I -- I

14  don't remember how exactly I got into contact with

15  them.

16          I do know that I started attending

17  their meetings and enjoyed the meetings at the club,

18  and decided to join.

19    Q.    So you would say you joined because you

20  found a sense of community within the organization?

21    A.    That is correct.

22    Q.    When did you become president of Spectrum?

23    A.    That was in the fall of 2022.

24    Q.    Were you elected to your role?

25    A.    Yes, I was.

1    Q.    How did you meet Marcus Stovall?

2    A.    I met Marcus during a -- Join the Heard, a

3  student org event, where new students come in and

4  see all the student orgs on campus.

5              He stopped by our table and asked if

6  we were LGBTQ friendly.  We said yes, and he started

7  joining our meetings after that.

8    Q.    And what -- how would you describe your

9  duties as president?

10   A.    I would describe them as leading the

11  officer corps, ensuring that we put on events that

12  are helpful to the LGBTQ community and outreach

13  programs -- outreach out there for LGBTQ+ students

14  and allied members, and -- as well as create a place

15  that is -- feels safe and belonging to LGBTQ members

16  of the WT campus.

17   Q.    So you mentioned part of the

18  organization's -- I'm sorry.

19              You mentioned part of your role was

20  creating events that would help the LGBTQ+ community.

21  Is that correct?

22   A.    Yes.

23   Q.    What do you mean by that?

24   A.    We would put on charity events; we would

25  help post outreach programs, like coming out day

1  events type of thing, to show engagement and

2  involvement on campus.

3      Q.   In your observation as the president of

4  Spectrum, did you have a lot of upper classmen

5  members, underclassmen, or was it kind of just a mix

6  of both?

7      A.   I would describe it as a mix.

8      Q.   Would you say that you knew all of the

9  members well, or were you constantly seeing new

10 faces at events?

11     A.   We would have repeat members who would come

12 in every -- at every event, and we'd have a few new

13 faces every once in a while for certain events.

14     Q.   So a few new faces every once in a while

15 would show up?

16     A.   Um-hmm.

17     Q.   Do you recall how many members Spectrum had

18 when you first became president of the organization?

19     A.   I would not be able to recall that number.

20     Q.   Do you -- would you agree that Spectrum's

21 membership increased under your leadership?

22     A.   I believe so.  Yes.

23     Q.   And Dr. Kristina Drumheller was the

24 organization's faculty advisor.  Correct?

25     A.   That is correct.

1    Q.    Was she the faculty advisor throughout the

2    duration of your presidency?

3    A.    Yes.

4    Q.    And what role did she play as Spectrum's

5    faculty advisor?

6    A.    As a sort of support and helpline where we

7    would be able to ask her questions and get help with

8    navigating the university systems, as well as

9    financial help dealing with the banks.

10    Q.    So you were the main -- would you say that

11    you were the main officer who was interacting with

12    her, or were there others too?

13    A.    There were others.  All the officers were

14    able to meet with her, if they needed to, for

15    anything.

16            I know a few of them did meet with her

17    without me being involved, and I have also met with

18    her without them being involved.

19    Q.    Chip Chandler was involved with Spectrum

20    too.  Right?

21    A.    That is correct.

22    Q.    In what capacity?

23    A.    Chip Chandler was one of the leaders of

24    Buff Allies while I was president, which is the

25    faculty LGBTQ+ support group.  And so we would be in

1  contact with him for some of the same reasons as

2  Kristina Drumheller.  But we would also, as just

3  another, like, outreach-type thing for support with

4  Buff Allies specifically.

5      Q.   So Buff Allies offered support to Spectrum.

6  Is that correct?

7      A.   Yes.

8      Q.   How did Buff Allies support Spectrum?

9      A.   Buff Allies would allow us to use their

10  table and table decorations for tabling events, as

11  well as help provide rides for when we did the

12  Palo Duro Canyon hike.

13      Q.   Would they offer any financial support to

14  you-all?

15      A.   Not as an organization.

16      Q.   But as individuals?

17           Would individuals within the

18  organization offer financial support?

19      A.   They did during the GoFundMe fundraising

20  for the 2023 drag show at Sam Houston Park.

21      Q.   And Spectrum participated in on-campus

22  activities like student org fairs.  Right?

23      A.   That is correct.

24      Q.   What did you do during those student org

25  fairs?

Barrett Bright - 12/19/2025

```
 1    A.   The student org fair was a way for student
 2  orgs to get reregistered with the university every
 3  year and so --
 4    Q.   So you had to --
 5              I'm sorry.  Go on.
 6    A.   I lost my train of thought.
 7    Q.   You were saying the student org fairs were
 8  something that student organizations had to
 9  participate to register with the university.
10  Correct?
11    A.   That is correct.
12    Q.   Would you say that participating in those
13  student org fairs was a way for the organization to
14  recruit new members?
15    A.   No.
16    Q.   What was the benefit, aside from it being
17  mandatory, of participating in the student org fair?
18    A.   To make sure that all of your documents and
19  all of the risk requirements were completed before,
20  so your org could be reregistered.
21    Q.   So the student org fair wasn't necessarily
22  a tabling-type event; it's more about actual
23  completing registration forms.  Is that right?
24    A.   That is correct.
25    Q.   Were there any events or programs that
```

1    you-all participated in that allowed you to recruit

2    and interface with members of the campus community

3    and tell them about what Spectrum does and their

4    mission and values?

5         A.    Yes.   That would be the Join the Herd

6    student org thing.   I can't remember the exact term.

7    It was called Join the Herd, and that would be part

8    of new student orientation.

9         Q.    New student orientation.   And that's

10   something that happens on a yearly basis.   Right?

11        A.    That is correct.

12        Q.    Or did it happen -- did it happen each

13   semester?

14        A.    I can't remember.

15             I know specifically it always happened

16   in the fall.

17        Q.    And Spectrum participated in new student

18   orientation while you were the president.   Correct?

19        A.    That is correct.

20        Q.    After the controversy surrounding the drag

21   show events that Spectrum wanted to host on campus,

22   did you-all continue to participate in the new

23   student orientation?

24        A.    That is correct.

25        Q.    What was the main method through which

1  **Spectrum recruited new members?**

2      A.    It was mainly through new student

3  orientation.

4      **Q.    Where did Spectrum typically hold its**

5  **meetings?**

6      A.    We typically held our meetings in the

7  Classroom Center.

8      **Q.    Where is that on campus?**

9              **I don't have a map in front of me, but**

10  **how would you describe that?**

11      A.    I would describe the Classroom Center as

12  being near the Buffalo fountain, near the

13  central-ish part of campus and attached to the JBK.

14      **Q.    And you met as an organization on a weekly**

15  **basis.    Right?**

16      A.    That is correct.

17      **Q.    And why was it important to meet on a**

18  **weekly basis?**

19      A.    It allowed us to touch base with members,

20  propose and talk about upcoming events, and plan for

21  future fundraising possibilities.

22      **Q.    And in your view, what was Spectrum's**

23  **primary mission?**

24      A.    Spectrum's primary mission was to help and

25  support LGBTQ+ members and other students on campus,

1    as well as do outreach with the campus community.

2        Q.    And with that outreach, you -- Spectrum

3    collaborated with a lot of other student

4    organizations.  Right?

5        A.    That is correct.

6        Q.    In what way would you collaborate with

7    other student organizations?

8        A.    We would help cohost or support other

9    student org's events, as well as, like, split up

10   certain tasks for other events.  And, finally, we

11   would also table -- sort of.  It's not truly

12   tabling; it was more like we would table with items

13   that were free for said event.

14       Q.    So if you -- if Spectrum collaborated with

15   another student organization for an event, would it

16   typically be the case that they would use their

17   social media accounts to promote Spectrum's events

18   and you-all might use your social media accounts to

19   promote that org's event?  Is that how that would

20   work?

21       A.    Yes.

22       Q.    And would you say collaborating with other

23   student organizations allowed Spectrum to reach

24   members of the campus community that might not

25   otherwise come to Spectrum events?

```
 1      A.   That is correct.

 2                MS. BAKER:  I'm going to

 3      introduce what I'll call Exhibit 1.  This

 4      is the constitution of Spectrum, and it is

 5      marked SPECTRUM 2220.

 6                (Deposition Exhibit 1

 7                marked for identification.)

 8      BY MS. BAKER:

 9      Q.   Do you recognize this document, Barrett?

10      A.   Yes.

11      Q.   What is this document?

12      A.   This document is the constitution of

13  Spectrum WT.

14      Q.   And this is a governing document for the

15  organization.  Right?

16      A.   That is correct.

17      Q.   And you're somewhat familiar with its

18  provisions.  Right?

19      A.   That is correct.

20      Q.   So I'm going to zero in on Article II

21  entitled "Purpose."  The first line reads:

22                "The purpose of this organization is to

23  promote diversity support and acceptance on campus,

24  and in the surrounding community."

25                How, in your opinion, did Spectrum
```

1  promote acceptance on campus?

2      A.    That would be through our tabling events

3  for outreach, and through our collaboration with

4  other student organizations.

5      Q.    And how did the organization understand the

6  term "acceptance" as it is used in this document to

7  mean?

8      A.    More so in the sense of tolerance.  As in

9  people know that we exist and that we are here, and

10  that we were also students of West Texas A&M

11  University.

12      Q.    And according to this provision, another

13  one of Spectrum's goals is to educate members of the

14  WT community about LGBTQ+ issues.  Correct?

15      A.    That is correct.

16      Q.    What are some platforms of how Spectrum WT

17  educated members of the WT community concerning

18  these issues?

19      A.    We had a National Coming Out Day panel that

20  we were part of that helped show light to LGBTQ+

21  issues on campus, as well as the queer history

22  nights that we hosted.

23      Q.    Would you say that there are resources and

24  support for members of the LGBTQ+ community at WT?

25      A.    Yes.

1    **was sufficiently accepting such that you would be**

2    **willing to work with them?**

3        A.    That would be either they are already an

4    LGBTQ+ support group, like PASO, or like the Trevor

5    Project; or in the case of the Ukrainian Bakery

6    service project.  The president at that time,

7    London Hughes, contacted her at that time and

8    confirmed with her that she was accepting of LGBTQ+

9    community people.

10       **Q.    So sometimes you could determine whether**

11   **that organization was accepting by just simply**

12   **asking them.  Right?**

13       A.    That is correct.

14       **Q.    And you would look at the kinds of**

15   **activities that they were involved with.  Right?**

16       A.    That is correct.

17           MS. BAKER:  I'm going to

18       introduce as Exhibit 2, a document called

19       SPECTRUM 565, is the WT Campus

20       Organizations Handbook.

21           (Deposition Exhibit 2

22           marked for identification.)

23       BY MS. BAKER:

24       **Q.    So, Bear, while you were president,**

25   **Spectrum was a registered student organization.  Is**

1    that correct?

2        A.    That is correct.

3        Q.    And what does it mean to be a registered

4    student organization?

5        A.    As a registered student organization, the

6    student org will have access to WT campus venues to

7    host events, as well as apply for their support

8    programs to student orgs.

9        Q.    Are you familiar with this handbook?

10       A.    I am familiar of it.

11       Q.    So you don't recall reading its provisions?

12       A.    I don't remember what are in the

13   provisions.

14       Q.    To your knowledge, is this a legal

15   document?

16            MR. MORRIS:  Objection.  Calls

17       for a legal conclusion.

18       BY MS. BAKER:

19       Q.    Is this something that was available to

20   students?

21       A.    That is correct.

22       Q.    So I want to draw your attention to the

23   section entitled "Privileges."

24            The second bullet under that section

25   says:  "Access to Campus Organization Funds,"

1    Leadership.  Do you have any recollection of what

2    that office is and how they help students?

3        A.   I know that outside of the student orgs, if

4    you had a -- what's it called? -- an emergency that

5    has happened, that -- like, your laptop broke, you

6    could apply for an emergency loan that you didn't

7    have to pay back, so it wasn't really a loan, from

8    the Office of Student Engagement and Leadership.

9    And they would help you with funds to procure broken

10   items, or if you had, like, your family member in

11   the hospital, they would help you with how to

12   navigate classes, and et cetera.

13       Q.   Did Spectrum ever work with that office in

14   any way?

15       A.   Not that I can recall.

16       Q.   Was there any office or department at the

17   university that Spectrum worked with?

18       A.   Yes.

19                We worked with the JBK help staff for

20   helping set up events and rent venues, as well as --

21   I can't remember her name.  She might have been with

22   the Office of Student Engagement and Leadership.

23   She would help us with our poster requests and

24   printouts for banners.

25       Q.   I'm going to keep scrolling down to another

1    A.    I do not know the university policy on the

2    accepting or refusing of requests to host an event.

3    BY MS. BAKER:

4    Q.    The first section of this chart indicates

5    that the university will have to keep certain

6    reservations on hold to ensure that there are no

7    other conflicting events in the space that a student

8    is seeking.    Correct?

9    A.    Yes.    That is correct.

10    Q.    And according to this chart, after a

11    tentative confirmation has been sent, a group can

12    start advertising for their event.    Correct?

13    A.    That is what the document says.    Yes.

14    Q.    And after the event details are confirmed

15    and the event receives a confirmed status, a student

16    group could still receive emails concerning the

17    status of the event after the fact.    Correct?

18                MR. MORRIS:    Objection.

19    Mischaracterizes the document.

20    A.    I would say, based off of this document,

21    that it -- they would be able to give updates or

22    questions regarding the event that the staff may

23    have.

24    BY MS. BAKER:

25    Q.    So you were -- so you agree that there

1    Q.   And is the individual identified on this

2    page the person whom you followed as president?  Did

3    you take leadership from this individual?

4    A.   Yes.  I took leadership from London Hughes

5    before I became president.

6    Q.   So I'm going to keep scrolling down here to

7    the table of contents.  And it appears to me that

8    this page lists out some events that Spectrum has

9    historically had.  Is that correct?

10   A.   As far as I know, yes.

11   Q.   Were any of those events on -- let me

12   rephrase.

13        Did Spectrum host any of the events

14   under this list called "The Gay Calendar"?

15   A.   Are you referring to my -- under my time as

16   leadership?

17   Q.   Yes.

18   A.   Yes.

19   Q.   Which events?

20   A.   We did the National Coming Out Day.  We

21   helped with PASO Turnabout.  We have done bake

22   sales.  And it wasn't under my leadership.  It was

23   when I was under London's leadership.  We also did a

24   Halloween party, a Holi"gay" Party and The Gay Prom.

25   Q.   The PASO Turnabout, what is that?

1      A.    That is a fundraising event for PASO,

2  Panhandle AIDS Support Organization, where they run

3  a charity drag show to raise funds.

4      Q.    **And would you agree that these events**

5  **helped members of WT's LGBTQ+ community feel welcome**

6  **and accepted on campus.   Right?**

7      A.    I would say for most of these events, yes.

8            PASO was more of a charity event, and

9  it was not hosted on campus.

10     Q.    **But most of these events occurred on**

11  **campus.   Correct?**

12     A.    That is correct.

13     Q.    **Did any of these events take place in the**

14  **JBK Student Center?**

15     A.    Yes.

16     Q.    **Which ones?**

17     A.    That would be the bake sale and the

18  National Coming Out Day.

19     Q.    **And the National Coming Out Day, what was**

20  **that like?**

21     A.    So we would -- as Spectrum, we would host

22  different events on National Coming Out Day.   One

23  was -- you could get, like, your headshot taken with

24  the "I'm gay," "I'm lesbian," "I'm queer," like,

25  sticker attached to it, like as if it was a Polaroid

1    type of photo.

2                    And the other one we worked with, I

3    believe, Buff Allies.  And that was for, like, the

4    National Coming Out Day panel and party.

5        Q.    So would you agree -- excuse me.

6                    Would you agree that several Spectrum

7    events took place in the JBK student center while you

8    were president?

9        A.    Yes.  I would agree.

10       Q.    And at these events, Spectrum was able to

11   table and interact with students.  Correct?

12       A.    Yes.  That's correct.

13       Q.    Would you agree that tabling was a good way

14   for Spectrum to recruit new members and gauge

15   students' interest in the organization and its

16   mission?

17       A.    I would say yes.

18       Q.    I'm going to now scroll down to page 13 of

19   this document.  I guess there is a faster way of

20   doing this.

21                   Okay.  This section entitled "Drag

22   Queen."  It says:  We tend to go with Ivy Tran for

23   all things drag queen.  She's great."

24                   I'm not going to read the rest of that.

25                   Are you familiar with Ivy Tran?

Barrett Bright - 12/19/2025

49

1      A.   Not about that event, I do not believe.

2              MS. BAKER:   I'm going to stop

3      sharing.

4      BY MS. BAKER:

5      **Q.   Spectrum started planning its 2023 drag**

6  **show in 2022.   Right?**

7      A.   That's correct.

8      **Q.   Who came up with the idea?**

9      A.   That would be me.   I came up with the idea.

10     **Q.   And why was it important in your mind that**

11  **the event would be a drag show?**

12     A.   I believed it would be important, because

13  drag shows are, like, inherently a part of LGBTQ+,

14  like, culture.   And it would be a great way for

15  showing LGBTQ+ support on campus by hosting the

16  student drag show, as well as raising money for a

17  charity project, which is what our members wanted to

18  see a little bit more of.

19     **Q.   You just mentioned that drag shows are**

20  **inherently a part of LGBTQ+ culture.   What do you**

21  **mean by that?**

22     A.   That as far as I was raised and informed of

23  LGBTQ+ and gay culture before I realized I was gay

24  and I immersed myself inside the culture, it was --

25  it, kind of, started with Marsha P. Johnson and,

1   like, Stonewall, and she was a trans woman.  But it

2   was like that idea with drag being kind of, like, a

3   counterculture movement to standard straightness, if

4   that makes sense.

5       **Q.   So would you say that your perspective of**

6   **drag changed once you became immersed in the culture**

7   **of it, as you -- as you mentioned?**

8       A.   I didn't know much about drag until after I

9   realized I was gay and started looking stuff up that

10  dealt with gay culture.

11      **Q.   Do you ever -- do you believe that there's**

12  **ever a time when drag is not inherently -- or is not**

13  **a part of LGBTQ+ culture?**

14      A.   I would say that I don't really know about

15  that.  I could take a guess, but I don't think that

16  would be very accurate.

17      **Q.   Do you agree that there could be people who**

18  **dress in drag or perform drag in a way to ridicule**

19  **members of the LGBTQ community?**

20      A.   This would also be speculation, but I am

21  sure there probably are.

22      **Q.   But it's your opinion that drag is**

23  **inseparable from the LGBTQ community.  Is that what**

24  **you believe?**

25               MR. MORRIS:  Objection.

1          Mischaracterizes prior testimony.

2          A.    I believe that drag is a very important

3     part of LGBTQ+ culture.

4                     I'm not sure about what the greater

5     community thinks about it being separated from

6     LGBTQ+ culture.

7          BY MS. BAKER:

8          Q.    Concerning the 2023 drag show and in

9     planning it, what was the message of the show?

10         A.    The message of the show was -- well, it

11    depends on each of the performers' own personal

12    message, because they are performing on stage and

13    they all have their own ideas of what they want to

14    say.

15                    But the overall purpose of the show

16    was to show support for the LGBTQ+ students on

17    campus and to raise funds for The Trevor Project.

18         Q.    So there was a message that the individual

19    performers are trying to convey.  Correct?

20         A.    Yes.  That's correct.

21         Q.    And there's also -- are you saying there's

22    also a collective message as well?

23         A.    I would say that the collective message of

24    the drag show was to -- like I said, to show support

25    for the LGBTQ+ community and as a way to, like, mess

1    with and bend gender norms, as well as raise money

2    for The Trevor Project.

3        Q.    So if the message is determined by what the

4    performer is trying to convey, how does the audience

5    know what's in the performer's mind?  What --

6                MR. MORRIS:  Objection.  Calls

7        for speculation.

8                I'm sorry, Ms. Baker.  Finish

9        your question.

10               MS. BAKER:  Let me rephrase.

11       BY MS. BAKER:

12       Q.    Have you ever been to a drag show?

13       A.    Yes, I have.

14       Q.    And it's your view that those individual

15    performers have a unique message that they're trying

16    to convey.  Is that correct?

17       A.    Yes.

18       Q.    How do you, as a member of the audience

19    viewing a drag performer, know what message they are

20    trying to convey?

21       A.    That's kind of hard to answer.  It's kind

22    of like saying you're looking at an art piece and

23    you're saying what did the artist intend with this.

24    And sometimes it's hard to tell.  I know that --

25       Q.    So just --

```
1        A.    Oh, sorry.

2              MR. MORRIS:  Go ahead and finish.

3              Let Mr. Bright finish his answer.

4        A.    I have seen drag shows where one person's

5   message was, kind of, like TV and the idea of

6   communication being distorted, and they had really

7   big blocky hair and it was colored as if it was a TV

8   screen.  And I have seen others that was a

9   performance to Taylor Swift with backup dancers, and

10  that one was more of, like, breaking gender norms.

11             But I can't specifically say exactly

12  what was going through their head while they're were

13  performing.

14  BY MS. BAKER:

15       Q.    Why the JBK?

16       A.    The JBK would allow Spectrum a large enough

17  venue on campus to be able to put on an event.  We

18  would have been able to, like, control, in a sense,

19  who was coming in because we had the age requirement

20  with parental consent.

21                 It was -- we were going to be able and

22  allowed to use it for the sense of the student org

23  funds allowing us to host it at the JBK, and it's

24  quite central.  So it would allow a lot of campus to

25  easily be able to reach it.
```

1    Q.    Were there any alternative venues

2    considered in the planning process?

3        A.    We also considered a -- the alumni banquet

4    hall room.  We were worried that it might be a bit

5    too small.  And that was also on campus.

6                And we also considered -- what's it

7    called? -- one of the spaces in the VHAC, the Virgil

8    Henson Activity Center.  I don't remember what it

9    was called at the Virgil Henson Activity Center.

10    Q.    And you worked -- you worked very closely

11    with Dr. Shawn Fouts during the reservation process.

12    Correct?

13        A.    I believe so.  Yes.

14    Q.    How would you describe the reservation

15    process?

16        A.    It starts with requesting the space and the

17    name of the event that you would like to use it for.

18    And then you would need to fill out a hazard matrix

19    and request in that -- or the -- what's it called?

20    It's been a bit.  I'm trying to remember the terms

21    of the documents.

22                The hazard matrix and the risk

23    request -- or not "request" -- the risk form.

24                And then once you've submitted that

25    and are -- or get tentative approval, you can start

1    marketing.  And then you would start sending in

2    posters and poster designs for approval, and cement

3    any other final documents, like the food request

4    form, the catering exemption form, and, I guess,

5    anything else required by the JBK before you get

6    full confirmation.

7        Q.   **And all the marketing materials have to**

8    **receive university approval.  Right?**

9        A.   Based on what the university requires, yes.

10       Q.   **So how does that work?  Spectrum creates a**

11   **document, a flier, and then what happens?**

12       A.   So specifically with the 2023 drag show, we

13   were working with a bunch of other orgs, and another

14   org was handling the marketing side.  So they

15   forwarded their poster ideas to us and we forwarded

16   it to the JBK.

17            And then the JBK went through those

18   documents, the posters, and then they said that some

19   of these documents are -- some of these posters have

20   kind of risky looking, like, injury-prone type of

21   activities, like doing the splits, and that we

22   weren't allowed to have those type of images on our

23   poster, and sent them back to us.  And we started

24   the review/rework process.

25       Q.   **What is the review/rework process?**

1      A.    Are you referring to the -- is it the

2    questionnaire, answer, response things?

3      **Q.    Yes.  Yes.**

4      A.    Yes.  I do recognize those.

5      **Q.    And at what -- at which point in the**

6    **process would you have completed this?  At the very**

7    **beginning or toward the end?**

8      A.    This would be near the beginning with the

9    risk form.

10     **Q.    So here under the estimated attendance, you**

11   **indicated that you expected up to 100 or even more**

12   **attendees.  Correct?**

13     A.    That is correct.

14     **Q.    Had Spectrum ever had an event with that**

15   **many people?**

16     A.    Not in the past, as far as I remember.

17     **Q.    So why so -- why so many -- why did you**

18   **expect so many people to be there?**

19     A.    We were overestimating the amount of

20   people, just in case.

21          But we were also promoting it to,

22   like, family members of performers and the greater

23   LGBTQ+ population outside of WT.

24     **Q.    And this form also says "All ages are**

25   **welcome, 18 and under with a guardian."  Correct?**

1    A.    Yes.

2    Q.    So only minors with a parent or guardian

3 present could attend.  Right?

4    A.    That is correct.

5    Q.    And part of this form indicates that there

6 were event or activity waivers.  Correct?

7    A.    Yes.  That would be correct.

8    Q.    And what were these waivers?

9    A.    They would have been a waiver release form

10 in case -- if you got injured while performing.

11    Q.    And who created those forms?

12    A.    We never finished those forms.  The event

13 got canceled before we could print them out.

14    Q.    But you --

15    A.    I believe you were going -- oh, sorry.

16    Q.    I was just going to ask whether Spectrum

17 would have created those forms.

18    A.    We had asked Drumheller what we needed to

19 do about that.  And Drumheller, I believe, directed

20 us to -- oh, my gosh.  I can't remember.

21         It was some type of site, and we would

22 have either typed them up ourselves for the purpose

23 of risk release, or it was -- we would ask the JBK

24 what type of risk release.  I can't remember which

25 one it was, though.

1    Q.    So a 17-year-old would have had to be

2    accompanied by a parent or guardian to attend this

3    event.    Correct?

4    A.    Correct.

5    Q.    And how did Spectrum plan to confirm

6    whether attendees were truly accompanied by a parent

7    and not someone else, like a neighbor or friend?

8    A.    Well, we would have checked IDs at the

9    door.

10                However, I am not too sure how we

11    would have reacted to the situation you have

12    mentioned.

13    Q.    So if a 17-year-old student is

14    unaccompanied by a parent or guardian, they just

15    wouldn't be able to attend this event.    Right?

16    A.    I don't believe they would have been able

17    to attend the event.

18    Q.    While you were at -- while you were a

19    student at WT, did you ever meet any other students

20    whose families lived far away?

21    A.    Yes.    I have met a lot of students whose

22    families lived far away.

23    Q.    So, potentially, some students wouldn't be

24    able to be there --

25    A.    I need to correct something.    I know -- I'm

1   not sure if we've mentioned it yet.

2            We were also checking student IDs at

3   the door, besides just, like, regular legal IDs.

4   And I know that the student org at Spectrum talked

5   with Drumheller about allowing university students

6   with -- access with their student ID.  But I'm not

7   sure if that has been brought up on any of the

8   documents.

9       Q.   So you're saying that all the student

10  needed was their student ID to get in?  Is that a

11  what you're explaining?

12      A.   Yes.

13           And then if you were a nonstudent, you

14  would have needed your legal guardian with you if

15  you were a minor.

16      Q.   So if you were a student, you didn't need

17  to be accompanied by a parent or guardian.  Right?

18      A.   That is correct, if you had your WT student

19  ID.

20      Q.   Why did -- why did Spectrum create -- why

21  did Spectrum decide to limit the event -- why did

22  Spectrum decide to require minors to attend with

23  parents or guardian?

24      A.   That would be within the realm of, like,

25  context.

1          At that time, there was a lot of

2    outrage nationwide -- or not really outrage.  There

3    was a lot of news coverage nationwide about drag

4    shows.  And -- as such, and we were worried that we

5    would cause either a large protest or cancellation

6    if we didn't set requirements that restricted minors

7    from attending the event.

8        Q.   So Spectrum -- was Spectrum instructed to

9    do that by -- hold on.

10                (Pause in proceedings.)

11       BY MS. BAKER:

12       Q.   Was Spectrum instructed to do that by

13   administrators, or did it make that decision on its

14   own?

15       A.   We -- it made that decision on its own to

16   be extra cautious.

17       Q.   Now, this form also says that you

18   identified the event or activity as posing a risk of

19   impairment, humiliation, coercion, physical assault,

20   et cetera.  Right?

21       A.   Yes, initially.  And then the JBK informed

22   us that it wasn't -- it didn't -- it wasn't in that

23   realm of risk.

24       Q.   Why did you say "yes"?

25       A.   Once again, we were being extra cautious

1    because -- we were worried, being in a fairly

2    conservative area, about, like, protests and angry

3    people trying to shut down the event; a much bigger

4    risk than we thought was actually there.

5         Q.   So you were concerned about the risk to the

6    performers.  Correct?

7         A.   Yes.

8         Q.   And you were concerned that the performers

9    may feel embarrassed or harassed from other students

10   after the event.  Correct?

11        A.   Yes.

12        Q.   Did you ever consider whether attendees or

13   other students would feel embarrassed or harassed by

14   the event?

15        A.   No.

16        Q.   I'm going to -- here at the top of the

17   page, it says -- there's a question asking whether

18   minors are specifically invited to attend the

19   activity.  What does "specifically invited" mean?

20        A.   I interpreted that as if we reached out to

21   them and they wanted to come.

22             Like my siblings.  I reached out to

23   them and asked if they wanted to come, and they said

24   yes.  And so that was my personal belief of that's

25   what it was asking.  I'm not too sure if it was

1    referring to something else.

2        Q.   Are you aware of any other events that have

3    happened in Legacy Hall that were limited to

4    individuals 18 and above?

5        A.   I do not know the name of the events.

6             I do know that there have been events

7    where alcohol has been served in Legacy Hall, and

8    those were restricted to 18 and up.

9        Q.   Would you agree, in your dealings with

10   Dr. Shawn Fouts during the reservation process, that

11   he was concerned about risk that the drag show may

12   pose to minors during that process?

13       A.   He did not inform me of risk imposed to

14   minors during that time.

15       Q.   I am going to scroll up in this document

16   marked SPECTRUM 788.

17             Have you ever seen this email

18   communication at all?

19       A.   I believe I have seen this.

20       Q.   And this is from Dr. Shawn Fouts.  Correct?

21       A.   Yes.

22       Q.   And here, he's asking whether participants

23   need to get prior approval for their dress and

24   performance before the event.  Correct?

25       A.   Yes.  That is what he is asking.

1      Q.   **And he also asked whether the event is**

2  **going to need any warning labels concerning minors.**

3  **Correct?**

4      A.   That is what he's asking.   Yes.

5      Q.   **And as part of the reservation process, you**

6  **also had to complete a separate risk assessment**

7  **form.   Right?**

8      A.   Are you referring to the hazard matrix?

9      Q.   **Yes.**

10      A.   Yes.

11      Q.   **What is -- is there a distinction between**

12  **the hazard matrix and the risk assessment?**

13             MR. MORRIS:  Objection to the

14      extent it calls for speculation.

15      A.   I know there is a physical difference with

16  the hazard matrix where there -- you were labeling

17  how risky your event will be on a scale, but I don't

18  know about any other differences between the two

19  documents.  I don't remember any difference -- any

20  other differences between the two documents.

21             MS. BAKER:  I am going to

22      introduce Exhibit 6.

23             MR. MORRIS:  Ms. Baker, before we

24      do that, we've been going for almost an

25      hour and a half.  Can we take a break?

1              MS. BAKER:  Sure.  How long of a

2      break do y'all need?

3              MR. MORRIS:  Five, ten minutes.

4      Whatever works for you.

5              MS. BAKER:  Okay.  Let's do ten

6      minutes.

7              MR. MORRIS:  Okay.  Come back at

8      11:40.

9              MS. BAKER:  Sounds good.

10             (Off record:  11:29 a.m. to 11:44 a.m.)

11             MS. BAKER:  So Exhibit 6 is the

12     WT risk management and insurance matrix,

13     marked SPECTRUM 776.

14             (Deposition Exhibit 6

15             marked for identification.)

16     BY MS. BAKER:

17     Q.    You completed this form.  Correct, Barrett?

18     A.    Yes.  That is correct.

19     Q.    And what exactly is this document?

20     A.    This document is the West Texas A&M

21     University Risk Management and Insurance Matrix.

22     Q.    And which part of the res- -- during which

23     part of the reservation process would you have

24     completed this form?

25     A.    Near the beginning.

1    Q.    Concerning the drag race, you mention

2    "performing in drag, possible bad press."

3              What do you mean by "bad press"?

4    A.    That was where we, as Spectrum, was worried

5    about, like, large negative protests on campus

6    against the show.

7    Q.    Against the show.

8              What -- what gave you reason to believe

9    that those protests would be against the show?

10   A.    Because, at the time, there was a lot of

11   news coverage about drag shows and a lot of protests

12   against those drag shows nationwide, from what I

13   remember.  And so that made us, as Spectrum, worried

14   that that might happen at our drag show.

15   Q.    And the method to manage the risk -- let me

16   zoom in -- is not allowing minors entry without a

17   legal guardian.  How does that help to manage the

18   risk of possible bad press?

19   A.    That would be because a lot of the news

20   coverage we saw about the drag stuff was the drag

21   reading at libraries and people worried about their

22   kids seeing drag.  And so we thought the best way to

23   mitigate that risk was to -- as best as we can --

24   reduce the number of minors at the show.

25   Q.    Now, earlier, you mentioned that you have

 1  siblings.  Right?

 2      A.   That is correct.

 3      Q.   Are those younger or older?

 4      A.   Younger siblings.

 5      Q.   Younger siblings.  How old would they have

 6  been around the time that all this was going on that

 7  you would have completed this form?

 8      A.   I believe around in the range between,

 9  like, 12 and 16-ish.

10      Q.   So you would have wanted this to be an

11  event that they could attend.  Right?

12      A.   That is correct.

13      Q.   Now, you have identified the performing in

14  drag, possible bad press, and the possible

15  protestors as being medium risk -- well, actually,

16  strike that.  I misspoke.

17           The drag race, performing in drag,

18  possible bad press is identified as medium risk.

19  Correct?

20      A.   Yes.  That is correct.

21      Q.   And the possible protestors is identified

22  as being low risk.  Correct?

23      A.   That is correct.

24      Q.   Why did you say possible protestors was a

25  low-risk concern?

1     A.    If I remember right, this was while

2  consulting with either Drumheller or the JBK help

3  desk what I needed to put for that.  And I was

4  recommended to place it at low risk.

5     **Q.    And then what about the possible bad press,**

6  **medium risk?  Were you filling that out under --**

7  **with the assistance of your advisor as well?**

8     A.    That, I do not remember.

9              I might have had that already filled

10 out by the time I went for help.

11    **Q.    Now, on that other form we looked at a**

12 **little bit earlier, you also identified**

13 **embarrassment, humiliation, coercion, and physical**

14 **assault as potential risks.  Right?**

15    A.    Um-hmm.

16    **Q.    And why -- why doesn't that appear on this**

17 **form?**

18    A.    I believe that fell under the "performing

19 in drag" section.

20    **Q.    Do you remember how you planned to**

21 **alleviate the risk posed by the embarrassment, the**

22 **humiliation, and coercion?  How did you plan to**

23 **mitigate that risk?**

24    A.    We informed the performers that there --

25 that might be a risk involved when performing.  And

1  that we would use the drag and stage names, and not

2  use real names during the performance.

3      Q.   **So the stage names are what the drag**

4  **performers create themselves.  Right?**

5      A.   That is correct.

6      Q.   **And everybody gets to create their own**

7  **stage name.**

8      A.   That is correct.

9              MS. BAKER:  I am going to ...

10             (Pause in proceedings.)

11  BY MS. BAKER:

12      Q.   **Excuse me.  My mistake.  I was looking at**

13  **the wrong page.**

14             **So who was going to participate in the**

15  **2023 drag show?**

16             MR. MORRIS:  Objection.

17  Ambiguous.

18      A.   From what I can remember, it was going to

19  be me, Marcus, Henry, and there were a few -- Kim.

20  And there were a few others.  I can't remember their

21  names at the moment.

22             But I do know --

23  BY MS. BAKER:

24      Q.   **So was it --**

25      A.   -- we submitted -- oh.  Sorry.

1          I do know that we submitted a list of

2     the performers and their stage names to the JBK.

3          Q.   So was this an event that members of the

4     public could participate in as performers, or only

5     students?

6          A.   The main purpose was for student

7     performers.

8               However, we did have available the

9     option for either the judges of the drag show or the

10    emcee to perform a number.

11         Q.   So the emcee could perform?

12         A.   If needed.  Yes.

13         Q.   What do you mean by "if needed"?

14         A.   If we did not have enough student

15    performers to fill out the time slots.

16         Q.   So if everything with the 2023 drag show

17    had gone -- proceeded as Spectrum initially planned,

18    would there have been only student performers, or

19    would there have been additional performers,

20    nonstudents?

21         A.   There was -- there would have been only

22    been student performers.

23         Q.   Were there any judges for the performance?

24         A.   Yes.  There were some people we had reached

25    out to be judges.

1     Q.    Who were those people?

2     A.    You had -- we had drag queens from the

3  local Amarillo area, like -- oh, my gosh.  What's

4  their name?  Van Buren -- Valentine Van Buren.  And

5  I can't remember who we asked to be the other judge.

6     Q.    So you asked local drag queens to be judges

7  for the on-campus show.  Correct?

8     A.    That is correct.

9     Q.    Why?

10    A.    Who better to judge a drag race than drag

11 queens themselves.

12    Q.    Did you define any criteria that they would

13 use in judging student participants?

14    A.    We were going to have a planned list

15 dealing with makeup, character creation, like,

16 design of their clothes.  And then it was floated to

17 have, like, a questionnaire to ask -- for all the

18 performers to answer in character.

19    Q.    Can you discuss that questionnaire?

20    A.    It would have been along the lines of like

21 a beauty pageant style of the questions.  Like, what

22 do you plan to do in the future, this, that,

23 et cetera.

24    Q.    And would the judges select a winner?

25    A.    That is correct.

1    Q.    Would there be one winner?

2    A.    I believe so.  That was the initial plan.

3    Q.    And would each of the judges have a vote?

4          How would they go about selecting the

5    winner?

6    A.    We hadn't decided on that just yet.

7          I believe we were going to leave it up

8    to the judges.

9    Q.    And can you describe those categories that

10    the judges were going to consider again?

11    A.    It was going to be the performance, like

12    makeup, clothing design, and, like, how well they

13    created the character they're performing as.

14    Q.    And can you explain what you mean when you

15    say "the character they're performing as"?

16    A.    Sure.  Some performances will have, like, a

17    character who is like, quote, unquote, crazy

18    obsessed type of personality.  And so showing that

19    obsession in the performance would be part of, like,

20    that character creation.

21          Other performances are more about,

22    like, elegance.  And so showing off, like, elegance

23    in the performance would be part of the character

24    creation.

25          So you'd -- during the questions,

1    asking when you're asking in character -- or

2    responding in character.  There would be, like,

3    moments where, does this person respond in the way

4    that they're presenting their character to be?

5        Q.   So the performer -- the performer decides

6    who their character is, and then the judges evaluate

7    whether that performer is sufficiently embodying

8    that character.  Right?

9        A.   Um-hmm -- yes.

10       Q.   So what kinds of characters have you seen?

11       A.   Like I mentioned, there was the crazy

12   obsessed.  The, like, super-elegant, almost like

13   royalty style of drag queen.  I've seen, like, goth

14   punk style of characters, and I've also seen like

15   raunchy comedic characters.

16              MS. BAKER:  Let's go off the

17       record for a moment.  I'm having

18       notification issues here.  I don't want it

19       to disrupt me from being able to hear.

20              (Pause in proceedings.)

21              MS. BAKER:  I'm going to

22       introduce Exhibit 7, marked SPECTRUM 829.

23              (Deposition Exhibit 7

24              marked for identification.)

25       BY MS. BAKER:

```
 1   the judges.
 2       Q.   And the drag queens were going to be the
 3   judges.  Correct?
 4       A.   Yes.
 5            And Myss Myka was going to be the
 6   emcee.
 7       Q.   So Lindsey Adams -- Lindsey Adams is a drag
 8   queen?
 9       A.   Yes, I believe.
10            I do know when Chip sent me this, I
11   did not know the names of these drag queens that
12   were going to judge.  Those were on Chip's side.
13       Q.   So he suggested these drag queens.
14   Correct?
15       A.   As the ones to judge.  Yes.
16       Q.   At that time, were you looking for judges?
17       A.   I believe this is -- I think this was after
18   the cancellation.  So we were going to have them,
19   possibly, as judges, and then this might lead to --
20   to our referenced conversations that are
21   attorney-client priveledged.
22       Q.   Chip Chandler recommended Lindsey Adams and
23   Azariah as potential judges for the on-campus drag
24   show.  Right?
25       A.   I believe so.  Yes.
```

1     Q.    Were you familiar with Lindsay Adams or

2 Azariah?

3     A.    I believe that I recognize those names; I

4 just can't put the faces to the names.

5     Q.    So you don't recall whether, at -- at that

6 time, during the planning process, whether you were

7 already familiar with them?

8     A.    I don't remember about Lindsey Adams.  I

9 have seen Azariah before.

10     Q.    You've seen Azariah in drag performance?

11     A.    That is correct.

12     Q.    And when Chip Chandler recommended these

13 performers, did you have any alternatives in mind?

14     A.    I don't remember, at the time, if we were

15 set on those two being judges, or if we had

16 alternatives that we had asked that we were waiting

17 on responses for.   I don't fully remember.

18     Q.    And Myss Myka was going to emcee.   Right?

19     A.    That is correct.

20     Q.    And did Chip recommended Myss Myka to be

21 the emcee as well?

22     A.    I believe so.

23     Q.    So at some point in the planning process,

24 did you have a conversation with Chip and ask him to

25 help identify local drag performers who might be

1   **willing to help?**

2       A.    That is correct.

3       Q.    **Was the participation of these local drag**

4   **queens identified in the risk assessment anywhere?**

5       A.    I don't believe so.

6       Q.    **Was the participation of local drag queens**

7   **something that the JBK center staff was aware of at**

8   **any point?**

9       A.    I do believe so.  Yes.

10      Q.    **What is the basis of your belief?**

11      A.    I remember talking with both Chip and --

12  with both Chip and Dr. Drumheller about this as part

13  of the process.  And then I remember confirming with

14  them -- oh.  I'm sorry.  Give me a moment.  I'm

15  wracking my brain.

16              Maybe not confirming.  I remember

17  confirming that we were going to have local drag

18  queens at the show with them in total.  And I don't

19  believe I ever sent an email out to the JBK about

20  them.

21              However, I do believe I remember

22  having a conversation with the help desk about them

23  being -- emceeing and judging.

24      Q.    **Did you have a conversation with Dr. Shawn**

25  **Fouts about them emceeing and judging?**

1    in planning this event?

2        A.    That is correct.  I did have to complete

3    that.

4                MS. BAKER:  I'm going to

5        introduce as Exhibit 8 an email which is

6        stamped SPECTRUM 860.

7                (Deposition Exhibit 8

8                marked for identification.)

9    BY MS. BAKER:

10       Q.    Once I pull this up, I will give you a

11   moment to read the email in its entirety.

12               (Document review.)

13       A.    All right.  I've read the email.

14   BY MS. BAKER:

15       Q.    You and Dr. Fouts communicated a lot during

16   the reservation process.   Right?

17       A.    That is correct.

18       Q.    Would you say that you-all had -- you and

19   Dr. Fouts had a pretty positive working relationship

20   throughout this process?

21       A.    I would believe so.   Yes.

22       Q.    Now, in this email, he mentions on -- in

23   the second paragraph on the second line, he asks

24   that Spectrum send us the music to make sure it is

25   not on a prohibited JBK playlist.

1              **What is the prohibited JBK playlist?**

2         A.    I do not know what the prohibited JBK

3    playlist is.

4         **Q.    Would you agree that in this email**

5    **Dr. Fouts is asking you to send him music for JBK to**

6    **review in advance of the performance?**

7         A.    Yes.    I would agree that that is what he's

8    asking.

9         Q.    But you don't know what the prohibited JBK

10   playlist is.    Correct?

11        A.    That is correct.

12             My guess is it would be music that the

13   JBK has already marked as not allowed to be played.

14        Q.    Are you familiar with any policies or rules

15   that the JBK center has concerning acceptable music

16   lyrics at all?

17        A.    No.    I do not have any knowledge of what

18   they deem as acceptable or not.

19        Q.    So in your -- in your knowledge of working

20   with the JBK center, they have to approve music for

21   events.    Is that accurate?

22        A.    As far as I can tell, yes.

23        Q.    Did anything in your dealings with

24   Dr. Fouts lead you to believe that your event could

25   move forward if it had music on the prohibited

1      A.   This was prepared after the event was

2   designated PG-13.

3      **Q.   And had this flier been approved by the**

4   **JBK, where would Spectrum post it?  Where does it**

5   **usually post its fliers?**

6              MR. MORRIS:  Objection.

7   Compound.

8   BY MS. BAKER:

9      **Q.   Where does Spectrum typically post its**

10  **fliers on campus?**

11     A.   That would be in the campus -- or as many

12  campus buildings as we can.

13              Most often it will be on the JBK.

14  There are a lot of spots to place student org

15  posters there.  And then in the specific college

16  buildings, they have designated spots to put posters

17  for campus events.

18              MS. BAKER:  So I would like to

19        take a look at another poster; the

20        finalized poster.  I will mark as

21        Exhibit 10, the flyer labeled Def 843.

22              (Deposition Exhibit 10

23              marked for identification.)

24  BY MS. BAKER:

25     **Q.   This was the official flier for the 2023**

Barrett Bright - 12/19/2025

1    drag show.  Right?

2        A.   Yes.

3        Q.   Is there any mention of minors on the

4    flyer?

5        A.   No, there are not.

6        Q.   It does say that it's PG-13.  Right?

7        A.   That is correct.

8        Q.   In your experience and your knowledge of

9    the PG-13 rating, do minors typically need a parent

10   or guardian to be present to attend a PG-13 movie?

11       A.   As long as they are above the age of 13,

12   they do not require one, based off of my knowledge.

13       Q.   And this event -- this poster also says

14   that the event was sponsored by several different

15   organizations.  Right?

16       A.   That is correct.

17       Q.   What exactly does a sponsor do?

18       A.   The sponsors were the ones who helped set

19   up, create, and form the event.

20            So that was including F1rstGen, RHA,

21   us, Buff Allies, and K-Pop.

22       Q.   Do the sponsors share any of the costs that

23   are associated with putting the event together?

24       A.   I believe spectrum was the one who would

25   handle the costs for the event.

1    Q.   And as far as you're aware, these

2    organizations promoted the event.   Right?

3    A.   That's correct.

4    Q.   And that helps to draw a wider audience of

5    students.   Right?

6    A.   That is correct.

7    Q.   And Spectrum wanted to draw a large

8    audience of students.   Right?

9    A.   That is correct.

10    Q.   And individuals who were planning to

11    purchase tickets, how would they do that?

12    A.   They could either use the QR code to go to

13    the website that we -- event space -- event -- I

14    can't remember its name.

15          But it would go to the website and

16    they would could purchase tickets there, or they

17    could purchase tickets at the door.

18    Q.   And are you aware, or do you recall, anyone

19    purchasing a lot of tickets at once?

20    A.   I -- oh.

21          MR. MORRIS:   Objection.

22          Go ahead.

23    A.   I remember there was someone who bought, I

24    believe, a table of tickets.   But I don't remember

25    their name or how much that was at the time.

```
 1        BY MS. BAKER:

 2        Q.    Do you remember any other individuals

 3   purchasing a table?

 4        A.    I do not remember.

 5        Q.    So I'd like to discuss President Wendler's

 6   decision in 2023 to not -- to prohibit the 2023 drag

 7   show from going forward in Legacy Hall.

 8              After President Wendler's decision, did

 9   he speak to you personally?

10        A.    No, he did not.

11        Q.    Did you speak with any WT staff or

12   administrators concerning the decision?

13        A.    I remember speaking to -- I believe it was

14   the vice chancellor of student affairs where he

15   informed me of the cancellation decision.

16        Q.    Was that Chris Thomas who you spoke with?

17        A.    Yes.

18        Q.    And do you remember what Chris Thomas said

19   during that conversation?

20        A.    This was before the email went out.

21              But he informed me that Dr. Wendler

22   was canceling the drag show.  And when I asked him

23   why, he said that Dr. Wendler believes that the drag

24   show is degrading towards women and that's why he

25   canceled it.
```

1    Q.    Did you have any conversation with

2  Dr. Thomas about finding an alternative venue for

3  the event?

4    A.    No, I did not.

5    Q.    Do you recall at any point Dr. Thomas

6  offering to help cover any expenses associated with

7  finding an alternative venue?

8    A.    I believe he mentioned along the lines of

9  offering support for Spectrum for the event that

10  happened, but not for finding an alternative venue.

11    Q.    What do you mean by "the event that

12  happened"?

13    A.    Or that got canceled.

14          Because we mentioned, like, the cost

15  for printing fliers and the -- like, fees for

16  Eventbrite -- that was the name of the ticket

17  site -- and I believe he said that he would be open

18  to helping Spectrum with those fees, but I don't

19  remember exactly.

20    Q.    And he said he would be open to helping

21  them -- helping Spectrum with those fees?

22    A.    Yes.  But the fees --

23    Q.    After --

24    A.    -- after the cancellation.  Yes.

25    Q.    So Dr. Thomas said he was willing to help

1  **cover the Eventbrite fees after the event had been**

2  **canceled?**

3      A.    I don't believe it was specifically the

4  Eventbrite fees; it was just, like, the printing

5  fees through the university.  But then we didn't get

6  charged for the printing fees.

7                  MS. BAKER:  I'd like to introduce

8      as Exhibit 11 a document marked

9      SPECTRUM 1261.

10                 (Deposition Exhibit 11

11                 marked for identification.)

12     BY MS. BAKER:

13     **Q.   Were you at all involved in this**

14  **conversation?**

15                 **Let me let you read it.**

16                 (Document review.)

17     A.   All right.

18                 Oh --

19     BY MS. BAKER:

20     **Q.   Sorry.  I didn't start from the top.**

21                 (Document review.)

22     A.   All right.

23     BY MS. BAKER:

24     **Q.   Do you know what this conversation was**

25  **about?**

1      A.   This was after the cancellation notice went

2  out, and I believe it was when we were in the middle

3  of doing the turnaround to find an alternative

4  campus to still host a charity drag show.  And we

5  were talking with Chris and a few of the other

6  advisors for the orgs we were working with, and

7  Buff Allies, to see what we could do about -- in

8  setting of a plan to be able to put on the drag show

9  still.

10     **Q.   So who is this -- do you know who this**

11 **Chris she's mentioning?**

12     A.   I don't remember.  I think that's -- that

13 might be Chris Thomas.

14     **Q.   And to clarify, you said he offered to pay**

15 **for the printing of the fliers before Spectrum moved**

16 **to an alternative venue.  Correct?**

17     A.   Correct.

18     **Q.   Shortly after -- shortly after**

19 **President Wendler released his statement, Spectrum**

20 **created a GoFundMe account.  Right?**

21     A.   I wouldn't say immediately after.  I think

22 it took a little bit of time, but yes.

23          MS. BAKER:   I'd like to introduce

24     as Exhibit 12 a document marked

25     SPECTRUM 1443.

Barrett Bright - 12/19/2025

92

```
 1                    (Deposition Exhibit 12
 2                    marked for identification.)
 3      BY MS. BAKER:
 4      Q.   Is this Spectrum's Instagram page?
 5      A.   I believe so.  Yes.
 6      Q.   And it's dated March 25th, 2023.  Correct?
 7      A.   Yes.
 8      Q.   And that's just a few days after
 9 President Wendler's statement.  Right?
10      A.   Yes.
11      Q.   Did any of the sponsoring organizations
12 also share this information, to your recollection?
13      A.   I do not know.
14      Q.   Do you recall whether Spectrum received any
15 inquiries from the local media -- individuals from
16 the local media trying to assist with fundraising?
17      A.   I don't think so.
18                    MS. BAKER:  I'm going to
19          introduce as Exhibit 13 a screenshot
20          stamped SPECTRUM 1533.
21                    (Deposition Exhibit 13
22                    marked for identification.)
23      BY MS. BAKER:
24      Q.   I will start from the top -- actually, I'm
25 going to drop this in the chat.  That may make it
```

1    easier.

2                I'll also continue to share it on my

3    screen.

4                Were you a part of this conversation,

5    Barrett?

6        A.    Yes.   I believe so.

7                Yes.

8        Q.    Take a moment to read it if you need.

9                (Document review.)

10       A.    All right.

11       BY MS. BAKER:

12       Q.    Do you remember the context of this

13   exchange between you and Dr. Drumheller?

14       A.    We were needing to go and pay for the park

15   reservation to be able to -- that was the

16   alternative venue we found was possibly through the

17   parks, so we needed to go to the park office and pay

18   them for the reservation, and we needed to have a

19   check.

20                We didn't have the -- it needed to be

21   a banker's check and not through the checkbook, so

22   we had to go to a nearby branch of Wells Fargo to

23   get the banker's check.

24       Q.    I'm going to scroll down to a message that

25   I think he sent on March 30th.  And it says -- this

1    top message says:   "Trayvon Gay from ABC, trying to

2    find a Spectrum student to interview about show and

3    fundraising, if anyone wants to talk to him."

4              Did you receive -- do you recall

5    receiving inquiries from local media offering to help

6    spread the word about Spectrum and its fundraising

7    efforts?

8    A.   I do remember this conversation, and I

9    would say yes.

10             But all of it had to go through either

11   Drumheller first, and then to, as the message says,

12   to vet.

13   Q.   Are you aware if Spectrum received any

14   large donations from outside organizations or news

15   associations or affiliates?

16   A.   I don't remember specifics.

17             I know that a lot of the donations

18   went through GoFundMe, and our officer, Kay, was in

19   charge of that.

20   Q.   Do you recall how much you made through the

21   GoFundMe?

22   A.   I remember it was a large amount.  I can't

23   tell you the exact amount.

24             My ballpark guess was around

25   $9,000-ish.

Barrett Bright - 12/19/2025

95

1    Q.    Was that a lot more than you expected?

2    A.    To the GoFundMe?    Yes.

3    Q.    Do you recall whether any local businesses

4    or organizations offered to provide donations to

5    support Spectrum as it was finding and transitioning

6    to an alternative venue?

7    A.    I'm not too positive about specifically

8    donations.

9              I do know that we received offers for

10   certain places to act as venues for us.

11   Q.    Can you tell me a little bit more about

12   that?

13   A.    Sure.    There is the 806 Coffee Bar in

14   Amarillo.    And they offered to be a venue for the

15   show, but it was too small of a space for us to be

16   able to host everyone who had informed us they

17   wanted to go.

18              And I believe there was the 212, which

19   is the gay drag bar.    But that would have restricted

20   it to everyone being over the age of 21, like,

21   regardless; nothing else.    And so that one also

22   didn't suit our purposes.

23              And I believe there was one more, but

24   I can't remember the name of it.

25   Q.    Who helped you-all find the venue that you

1  **ultimately ended up having the show at?**

2      A.   At Sam Houston park?  I don't remember who

3  suggested it, because we were looking at alternative

4  venues.  But someone brought up the idea of renting

5  a public park.  And so we looked into that, and

6  that's what made us decide on Sam Houston.

7                    MS. BAKER:  I will introduce as

8      Exhibit 14, a document labeled

9      SPECTRUM 1458.

10                   (Deposition Exhibit 14

11                   marked for identification.)

12                   MS. BAKER:  I will also drop it

13     in the chat for ease of review.

14     BY MS. BAKER:

15     **Q.   Let me know when you've read enough of it**

16  **to have a sense of context.**

17                   (Document review.)

18     A.   All right.  Is there any more to it?

19                   Could you scroll?  Thank you.

20                   (Document review.)

21     A.   Okay.

22     BY MS. BAKER:

23     **Q.   So I want to ask you about this first**

24  **message from Chip Chandler.  He says the Bad Magic**

25  **folks are donating their sound system and a**

1   technician.

2       A.   Yes.

3       Q.   So for the show, Spectrum was able to make

4   use of a donated sound system and technician --

5   technician services.   Correct?

6       A.   That is correct.

7       Q.   Were there any other pieces of equipment,

8   to your recollection, that were donated for the

9   show?

10      A.   Give me a second.

11           Someone donated their inflatable toy

12  guitar for the show for a performance.   And I don't

13  remember if there are others.

14      Q.   I'm going to scroll down a little here.

15  And he's discussing rehearsal.   Is this rehearsal

16  related to the Sam Houston drag show?

17      A.   Yes.   I think so.

18           Yes.

19      Q.   Can you talk about those rehearsals with

20  me?

21      A.   Sure.   We asked for help with K-Pop, who

22  has a rented dance room in the Virgil Henson

23  Activity center, if we could use their space to

24  practice parts of the drag show.

25           And so we would go up to the room, we

1  would practice with our music and, if we could,

2  walking in heels to get better if we had heels to

3  wear.  And then Chip offered for them to come watch

4  one of our practices and help give pointers.

5      Q.  So during these practices, each performer

6  was prepping for his or her individual routine.  Is

7  that correct?

8      A.  That is correct.

9      Q.  So did you have to review all of the

10  performances before they were set to go before the

11  audiences?

12      A.  All of the ones that were the student

13  performers.  Yes.

14      Q.  So you preapproved the student performers.

15  Correct?

16      A.  Yes.

17      Q.  But you did not preapprove the nonstudent

18  performers.

19      A.  At the Sam Houston show, that is correct.

20      Q.  Why?

21      A.  It was a, like, one-week turnaround is what

22  it felt like.  We were all running on fumes along

23  with our classes, and we were accepting help

24  wherever we could get it.  And so we had a few spots

25  we needed to fill in to make the show longer, and so

1  we accepted them.

2      Q.    So does that mean you didn't -- did

3  Spectrum know what the nonstudent performers were

4  going to do once they got on the stage?

5      A.    Not fully, no.

6      Q.    Did anyone know?

7      A.    The performers that performed their show

8  bit -- or their performances.

9      Q.    And this was an event that was promoted on

10  campus.    Correct?

11      A.    The information about the Sam Houston was

12  distributed on WT campus for the purpose of hosting

13  it at Sam Houston.

14      Q.    And there were WT students in attendance,

15  to your recollection?

16      A.    I believe so.    Yes.

17      Q.    Did Spectrum receive any donations, aside

18  from the funds placed in the GoFundMe account?

19      A.    No.  I don't think so.

20            Well, there was the PASO Turnover

21  event that we helped -- where we did help with them

22  and stuff.  And our -- that was after the drag show,

23  though, I believe.

24            And I do know that because of -- we

25  were able to help them with running their charity

1    drag show, they gave us thanks.  And then when we

2    asked if they had any donations possible for

3    Spectrum -- this was before the 2024 drag show, I

4    believe -- they donated an amount.  And I can't

5    remember the exact amount.

6        **Q.   Was the Sam Houston drag show promoted as**

7    **being a PG-13 event?**

8        A.    I believe that's what we tried to do.  Yes.

9        **Q.   What do you mean by you "tried to do"?**

10       A.    That's what we told people that that's what

11   we were putting on was a PG-13 show, and that it

12   was -- we were going to try and keep the same rating

13   as we were doing it on campus, but we didn't have as

14   much control over it as we did for the on-campus

15   stuff.

16       **Q.   So it was a PG-13 event, even though**

17   **Spectrum wasn't aware what some of the performances**

18   **were going to be.  Right?**

19       A.    That is correct.

20            We did inform the drag help that was

21   going to come and fill in the spots that we would

22   like it to be a 13 -- or a PG-13 show.

23       **Q.   And was this an event where minors were**

24   **permitted to be present?**

25       A.    Well, there wasn't much we could do about

 1  it, being a public park, open to the public.  So we

 2  didn't have control over who came and watched the

 3  show.

 4      Q.   **Why did Spectrum advertise this as a PG-13**

 5  **event with the knowledge that it didn't have control**

 6  **over whether it was going to be able to confirm that**

 7  **information?**

 8      A.   We promoted it as a PG-13 event because

 9  that's what -- at least all of the student

10  performers that were going to be performing knew

11  about and what the drag queens we informed knew

12  about.

13      **Q.   But you also lost --**

14      A.   Sorry.

15      **Q.   Go on.**

16      A.   It was just that that was the information

17  we put out there and believed would be followed.

18      **Q.   And you all lost some performers when you**

19  **made the transition to Sam Houston.  Correct?**

20      A.   That is correct.

21      **Q.   And how did you find replacement**

22  **performers?**

23      A.   We asked through Chip Chandler if he knew

24  if any could come and help fill out spots.  And we

25  also asked Myss Myka if she knew anyone who could

1    I -- I don't know.

2              I don't know why I don't know.

3         Q.   In the aftermath of President Wendler's

4    March 23rd email, Spectrum issued some public

5    statements concerning President Wendler's email.  Is

6    that accurate?

7         A.   Yes.

8              MS. BAKER:   I'm going to

9    introduce as Exhibit 15 a document marked

10   SPECTRUM 1183.

11              (Deposition Exhibit 15

12              marked for identification.)

13   BY MS. BAKER:

14        Q.   Do you recognize this statement, Barrett?

15        A.   Give me a second.

16              (Document review.)

17        A.   Yes.  I believe so.  I do recognize it.

18   BY MS. BAKER:

19        Q.   And this is -- is this Spectrum's official

20   statement -- part of its official statement in

21   response to --

22        A.   Yes.

23        Q.   -- the decision?

24        A.   Also -- sorry.  Real quick.

25              My phone is about to die.  It's at

```
 1   5 percent.  Let me charge it real quick -- or plug
 2   it in.
 3                  (Pause in proceedings.)
 4       BY MS. BAKER:
 5       Q.   Have you had a chance to review this?
 6       A.   Yes, I have.
 7       Q.   And you said you recognize this?
 8       A.   Yes, I do.
 9       Q.   Do you recall whether this was posted on
10   Spectrum's Instagram page?
11       A.   I believe it was.  Kay was in charge of
12   that.
13       Q.   And it would reflect Spectrum's official
14   position on the controversy surrounding the drag
15   show.  Right?
16       A.   Yes.  I believe so.  Yes.
17       Q.   The third sentence in this paragraph says:
18   "Drag is a celebration of many things; queerness
19   gender, acceptance, love, and especially
20   femininity."
21       A.   Yes.
22       Q.   Do you agree with that statement?
23       A.   Yes, I do.
24       Q.   What, in your view, makes drag a
25   celebration of gender?
```

1    A.   So in my view, drag is about, like,

2  breaking gender norms and what we perceive as, like,

3  masculine and feminine, and everything in between.

4            And so the idea is that when you are

5  breaking these gender roles and showing that, like,

6  society, you can see that there is much more beyond

7  just being man or female or in between.  The --

8  we're all just people, if that makes sense.

9    Q.   So is it your view that drag challenges the

10 idea that gender is fixed?

11   A.   Yes.

12   Q.   And drag, in your view, suggests or allows

13 people to express the idea that gender is fluid.  Do

14 you agree with that?

15   A.   Yes.  I do agree with that.

16   Q.   The line immediately -- well, before I move

17 on to that.

18            Do you agree that drag is a celebration

19 of femininity?

20   A.   I believe it can be, yes.

21   Q.   Why do you say it can be?

22   A.   Well, because not every person who is in

23 drag is a drag queen.  We -- there's also the

24 inverse, where you have female performers as drag

25 kings or nonbinary performers as drag royalty.  So

1  it's not -- it's not always specifically femininity;

2  it's just the baseline case of what you expect drag

3  to be is a celebration of femininity.

4      Q.   When fraternities dress up as women for

5  pageants, is that -- would that be considered drag?

6      A.   I would say it can be.  It really depends.

7      Q.   The line immediately above that says:

8  "Drag is not a mockery.  It is a celebration."

9           In your view, are there any times when

10  drag could be used as a mockery?

11           MR. MORRIS:  Objection.  Asked

12  and answered.

13      A.   I'm sorry.  What was that?

14  BY MS. BAKER:

15      Q.   My question to you is, do you believe there

16  are instances in which drag could be used to mock

17  others?

18           MR. MORRIS:  Same objection.

19      A.   I do believe there are instances where drag

20  can be used to mock others.

21  BY MS. BAKER:

22      Q.   What's an example?

23      A.   A drag queen dressing up as Donald Trump.

24      Q.   And what would make that a mockery?

25      A.   In the sense that when they dress up as

1   Donald Trump and start impersonating his ideas for

2   comedic relief.

3       **Q.    Isn't parody part of drag?**

4       A.    Yes.   Parody is part of drag.

5       **Q.    Would you say that reasonable people can**

6   **disagree as to whether drag mocks others?**

7       A.   I would say it depends on the context of

8   the show or the performance itself.

9       **Q.    In what way?**

10      A.    There can be performances that are more

11   along the lines of the -- like being elegant and

12   boisterous and in that sense.   And then there are

13   ones that are Elsa singing along to Frozen, but she

14   has bowel issues.   And that's making fun of both the

15   song "Let It Go" and Frozen, while still being

16   considered drag.

17     **Q.   So you talked about this earlier, and I**

18   **want to clarify.   Drag -- in your understanding, the**

19   **message of drag depends on what the performer is**

20   **trying to convey.   Is that accurate?**

21     A.   Yes.

22       **Q.    So would you agree that there is really no**

23   **inherent message to drag; it's just whatever the**

24   **performer wants?**

25       A.    No.

1              I would say there is still the

2    inherent message of it being, like, gender-bending

3    and breaking the gender norms in that same sense,

4    while also being able to convey the performer's own

5    personal message.

6         Q.    Is it still gender-bending if it is a

7    biological or cisgender woman or man dressed up as a

8    woman or a man --

9         A.    -- as their --

10        Q.    -- is that still gender-bending?

11              MR. MORRIS:  Objection --

12        A.    -- as their drag counterpart?

13              THE STENOGRAPHER:  Excuse me.  We

14        had a little crosstalk.

15              Mr. Morris, go ahead with your

16        objection, and I'm going to have the

17        witness answer.

18              MR. MORRIS:  Yes, ma'am.

19              Objection.  Vague and compound.

20        A.    I -- yes.  I do believe it is still either

21        playing into or breaking the stereotypical gender

22        norms.

23        BY MS. BAKER:

24        Q.    How so?

25        A.    You could have a straight man performing as

1   a drag king.   But instead of it being him as him on

2   stage, he creates a character that personifies what

3   is stereotypically considered male.   He will either

4   be, like, suave and, like, masc- -- extra masculine

5   to the point, or it could bend to the point where

6   it's still male but he has a lot more feminine,

7   like, design attribute character parts, if that

8   makes sense.   Like, wearing earrings, heavily made

9   up both for the super-masculine and the feminine

10  masculine.

11      Q.   So would it be fair to compare a drag show

12  to something like a pageant?

13      A.   Some drag shows are very pageant-like; some

14  are just a string of performances.

15      Q.   Are you aware that -- strike that.

16               Some have compared drag to blackface.

17  Do you think that's a fair comparison?

18      A.   I do not think that is a fair comparison.

19      Q.   Why not?

20      A.   One, which is the blackface compares -- you

21  typically have, from what I know, white men putting

22  on super-inflated stereotypical features, and then

23  playing it out as a mockery of the black race, while

24  I believe that drag is more focused on the what's

25  kind of wrong with society in a sense, at least from

1    our perspective -- my perspective dealing with

2    gender.  And then bending it and breaking it as

3    compared to making fun of and belittling others.

4        Q.   So from what you've just said, would you --

5    is it your position that blackface is inherently

6    mockery, while drag is not inherently mockery?

7        A.   Yes.

8        Q.   And do you think it's unreasonable for

9    people to believe that both drag and blackface are

10   mockery?

11       A.   In my opinion, I do believe that there are

12   people out there who do both believe that they are

13   both mockeries in their entirety.  I also believe

14   that they -- I don't think they have a full

15   understanding of what drag is.

16       Q.   So it sounds to me like sometimes you can't

17   get the full message of drag unless someone kind of

18   explains it to you.  Would you agree with that?

19               MR. MORRIS:  Objection.

20   Mischaracterizes prior testimony.

21       A.   I believe that that can be the case

22   sometimes.

23       BY MS. BAKER:

24       Q.   And when would it not be the case?

25       A.   When you -- art is up to the person when

1    decided to issue any statements.

2        Q.    Does that undermine your belief that the

3    school endeavors to treat all people equally?

4        A.    Yes.

5        Q.    Based on your reading of this letter, if a

6    student group tried to put on a blackface show,

7    would President Wendler allow it?

8                  MR. MORRIS:  Objection.  Calls

9        for speculation.

10       A.    Based on the reading of the letter, that is

11   what he says; that he would not allow it.

12       BY MS. BAKER:

13       Q.    Is there anything in this letter that leads

14   you to believe another student organization with

15   different -- let me put it a different way.

16                  Is there anything in this letter that

17   leads you to believe that if another student

18   organization, aside from Spectrum, tried to host a

19   drag show that President Wendler would allow it to go

20   forward?

21       A.    There is not anything in that letter that I

22   saw that would -- that President Wendler would allow

23   another student org to go through with a drag show.

24   I don't believe he would.

25       Q.    And would you agree that part of the

 1  message of Spectrum's drag show was to show support

 2  for The Trevor Project?

 3      A.   Yes.  That was part of the message.

 4      Q.   And would you agree that that message is

 5  echoed in this letter?

 6              MR. MORRIS:  Objection.  Vague.

 7      A.   I'm sorry?

 8  BY MS. BAKER:

 9      Q.   Do you see anything in this letter that

10  praises the work of The Trevor Project?

11      A.   Yes.  Near the end, it states that "You

12  should still donate to The Trevor Project."

13              And at the beginning, he states that

14  The Trevor Project is an ideal goal to donate to.

15      Q.   So does anything in this -- does anything

16  in this statement ...

17              Does anything in this statement express

18  a disagreement with the message of Spectrum's 2023

19  drag show?

20      A.   I would say yes.  Specifically, him

21  disregarding -- not disregarding -- stating that

22  drag is misogynistic and goes against the principles

23  of women and femininity.

24      Q.   And you say that statement -- that

25  statement contradicts the message of the drag show?

1    putting forward the drag show, it was, like, should

2    it go through and everything gets accepted and fine.

3    And even if there were protests, just the support

4    shown from the community showing that we were

5    accepting and open to the LGBTQ+ community and

6    culture shows that it's -- it will make them feel

7    much safer on campus.

8        **Q.   So is your position that -- is your**

9    **position that -- strike that.**

10            **Is it your position that an**

11    **individual's -- an individual's disagreement with**

12    **drag constitutes a rejection of the LGBTQ+ community**

13    **members?**

14            **I don't want to put words in your**

15    **mouth; I'm asking you to clarify.**

16        A.   I do not believe necessarily that being

17    against drag means that you're against the LGBTQ+

18    community.  But when you use being against drag as

19    the reason to shut down, like, LGBTQ -- or the drag

20    show, then that does feel like an affront to the

21    LGBTQ+ community.  If that makes sense.

22            MS. BAKER:  I'm going to stop

23        sharing.

24    BY MS. BAKER:

25        **Q.   To your recollection, has there been any**

1    other event that Spectrum has hosted that

2    President Wendler has stopped from going forward or

3    in any way -- either President Wendler, WT staff.

4                    Has there ever been an instance where

5    they have prevented Spectrum from carrying on with

6    its events?

7        A.    I will say, yes, kind of.

8                    There was The Rocky Horror Picture

9    Show we were trying to put on and do a -- and have,

10   like, the -- not the, like, shadow cast section, but

11   with, like, the bits and the props with the -- that

12   go along with the movie.  But we weren't able to

13   host it, because to go through the university, we

14   would have to get screening rights for the movie,

15   and that was too expensive.  And that's what the

16   university informed us why we weren't allowed have

17   it, unless we paid for -- the price for the

18   screening, which we weren't able to.

19       Q.    So the -- that event not going forward was

20   about screening rights.  Correct?

21       A.    That is correct.

22       Q.    It wasn't something that the university in

23   any way prohibited you from hosting on campus if you

24   wanted.  Correct?

25       A.    That is correct.

1    A.   Yes.

2              (Document review.)

3    A.   Is it repeating again?

4    BY MS. BAKER:

5    **Q.   Yes.  Okay.  But I just want to make sure**

6    **that you see what's in this entire document.**

7    A.   Got it.

8    **Q.   Do you recall this exchange with Dr. Fouts?**

9    A.   Yes, I do.

10    **Q.   What was the context of this conversation?**

11    A.   To send in the list of music to be approved

12    to go from tentative to final confirmation.

13    **Q.   So the JBK staff was provided with a list**

14    **of songs that Spectrum planned to use for the drag**

15    **show in advance.  Correct?**

16    A.   Correct.

17    **Q.   And you reviewed performances for the 2023**

18    **drag show in advance.  Correct?**

19    A.   Correct.  Yes.

20    **Q.   How did you do that?**

21    A.   That was through the practices.  And then

22    there was no presentation, because we didn't need a

23    PowerPoint running behind the performance.

24    **Q.   So the presentation would have been a**

25    **PowerPoint?**

1      A.   That's what I got away from the email,

2  asking if we needed a presentation to go with the

3  performers.

4      Q.   Did you tell the performers to make sure

5  that they kept it PG-13 --

6      A.   Yes.

7      Q.   -- in terms of their dances?

8      A.   Yes.

9      Q.   And did you-all have a discussion about

10  what that meant?

11      A.   We did not have a specific discussion about

12  what "PG-13" meant.

13      Q.   But you just trusted the performers'

14  judgment.  Right?

15      A.   That is correct.

16      Q.   I'm going to scroll to your email.  Okay.

17  Here it is.

18           It's from March 17th.  You said, "Some

19  of the performers have not sent a specific song yet."

20           Was that because some of the performers

21  were still developing their routine?

22      A.   Some of them still had songs that they were

23  wanting to look at.  Yes.

24      Q.   So they were still developing their routine

25  at that point?

1    to run through.

2        Q.    What do you mean you were waiting on a few

3    of them?

4        A.    For the songs.  Specifically, we got the

5    songs in, and then it was spring break.  And we

6    were -- or just after spring break.  So we were

7    going to start double-checking everything, and that

8    was when the show got canceled.

9        Q.    So the JBK reviewed the songs that Spectrum

10    planned to use, but it didn't review the

11    performances.  Is that correct?

12        A.    That is correct.

13        Q.    Would you agree that the JBK trusted your

14    judgment as to what was considered PG-13?

15        A.    Yes.

16        Q.    And what criteria did you consider?

17        A.    For what is PG-13?

18        Q.    Yes.

19        A.    I considered whether there was cuss words

20    in the music; we were trying to keep it cuss word.

21    Even though that doesn't necessarily fall within the

22    purview of PG-13, we were trying to keep it our --

23    as conservative as possible to avoid backlash where

24    we could.

25                    And so that would include certain

 1    dances, if that makes sense, that might not be

 2    acceptable for the PG-13 rating.  And so we were

 3    looking -- making sure that we didn't have, like,

 4    those types of things.

 5        Q.   So it was more of just -- was it you and

 6    someone else making this -- making these judgment

 7    calls, or was it only you?

 8        A.   It was me and a few others that I

 9    consulted.

10                  And PG-13 was more of a guideline, if

11    that makes sense.

12        Q.   Explain what you mean by "guideline."

13        A.   In the sense that it's kind of hard to

14    define what stands as PG-13.  We were going off of,

15    like, what you would expect for a PG-13-ish movie,

16    but we were trying to keep it where there would be

17    no explicit sex style of scenes or anything like

18    that.  There was going to be no cuss words; it was

19    just going to be dancing and lip syncing in drag to

20    the music.

21        Q.   Were there ever any disagreements among you

22    and the other individuals who helped you make these

23    decisions about whether a performance was kind of on

24    the line and maybe not going to be appropriate?

25        A.   I can't remember exactly.

1     A.    And I would say that is what the document

2   says.

3     Q.    So would you agree that the JBK center is

4   limited to groups and events that comply with the

5   university's mission and policies?

6                MR. MORRIS:  Objection.  Calls

7   for speculation.

8     A.    I would say that is what the document says.

9   BY MS. BAKER:

10    Q.    Do you see anything on this document that

11  suggests that JBK can only cancel an event if they

12  have first received a complaint concerning that

13  event?

14    A.    I do not see that.

15               Is it stated in the document?

16    Q.    It is not plainly stated in the document,

17  but I want you to make your -- I don't want to put

18  words in your mouth.

19    A.    I would not know if -- about that, then; if

20  they're allowed -- if they're allowed to cancel an

21  event based off of a complaint.

22    Q.    But you don't see any language that plainly

23  states that only events that have been complained

24  about can be canceled.  Correct?

25    A.    I do not see that in the document.

1    Q.    Do you see anything -- do you see anything

2    there that suggests events that have received

3    initial approval cannot be interrupted?

4    A.    I do not see that in the document.

5    Q.    Do you see anything in the document to

6    suggest that events that have received initial

7    approval cannot be canceled?

8    A.    I also do not see that in the document.

9    Q.    The document -- the document states that

10   the JBK can cancel events for noncompliance with the

11   university policies.    Correct?

12   A.    That is correct.

13           MS. BAKER:  I'm going to move to

14   introduce Exhibit 19.  Exhibit 19 is a

15   document spanning from SPECTRUM 3824

16   through SPECTRUM 3826.

17           (Deposition Exhibit 19

18           marked for identification.)

19   BY MS. BAKER:

20   Q.    Did you ever visit this website in planning

21   the event?

22   A.    I can't say if I have or haven't.

23           I have seen this website web page

24   before, but I'm not sure if I ever fully read it in

25   the sense of trying to move in to the next, like,

 1  tabs there on the left side.

 2      Q.   Let's take a look at the mission statement.

 3           Based on your reading of the mission

 4  statement, would you agree that the JBK student

 5  center is a gathering place, a place for all WT

 6  students?

 7      A.   That is correct.

 8      Q.   Is there any language in particular there

 9  that makes you say that?

10      A.   "The Jack B. Kelley Student Center is a

11  gathering place for the entire West Texas A&M

12  University."

13      Q.   And in your experience as a WT student,

14  would you say a lot of student activities happen

15  there?

16      A.   Yes.

17      Q.   Like what?

18      A.   I know that a lot of tabling happens in the

19  commons of the JBK, and quite a few student orgs

20  have their meetings in the JBK in rented rooms

21  downstairs.

22      Q.   And you've mentioned that even Spectrum has

23  used the JBK for tabling and speaking to students.

24  Right?

25      A.   That is correct.

1    Q.    Has it used the JBK for any other events?

2    A.    We used the JBK for National Coming Out

3  Day, and we attempted to use it for Rocky Horror

4  before that fell through.

5    Q.    And that falling through was, again,

6  related to the licensing issue --

7    A.    Yeah.  Right.

8    Q.    -- is that correct?

9         And you said you hosted the National

10 Coming Out Day celebration or event in the JBK.

11 Right?

12    A.    That is correct.

13    Q.    What was that like?

14    A.    We had two events that I can remember.  One

15 was headshot day, which was in the commons where we

16 had the big Polaroid printout thing with the "I am

17 gay", "I am queer," "I am lesbian" sticker thing for

18 people to do photos with.

19         And then the other one was we had a

20 coming out day panel in the JBK, I believe it's the

21 Congress room, where the student org- -- the student

22 government organization met and we had a panel of

23 people and we told our coming out day stories.

24    Q.    Are there any other events, aside from the

25 2023 and 2024 drag shows that Spectrum has attempted

1    Def 182036.

2             (Deposition Exhibit 20

3             marked for identification.)

4    BY MS. BAKER:

5    Q.    This document is a map of WT's campus.  Did

6    you see any maps like this while you were a student

7    there?

8    A.    Yes, I have.

9    Q.    Is there any area of campus that you can

10   identify for me that either you as an individual,

11   Spectrum as an organization, or its members, were

12   prohibited from meeting or organizing or

13   experiencing as students as a result of the

14   controversy surrounding the drag shows?

15   A.    I would say that we had the same access to

16   buildings, rooms, et cetera, as we did before the

17   controversy.

18   Q.    And would you agree that Spectrum continued

19   to meet as normal and carry on its business as usual

20   despite the controversy surrounding the drag shows?

21   A.    I would say that there were some issues and

22   hiccups that we hit along the way because of that.

23   But, yes, we were able to keep holding meetings.

24   Q.    What were those issues and hiccups?

25   A.    We had had -- a few members expressed

1    concern about staying in Spectrum because of the

2    controversy, and they didn't want, like, their

3    information or their family to find out about what

4    was happening at WT with possibly their involvement.

5    And a few of our meetings became chaotic because of

6    the controversy dealing with the drag show.

7        Q.    So just to clarify, you say -- you agree

8    that there's no place on this campus that you were

9    prohibited from entering or lost privileges to as a

10   student -- as a registered student organization, as

11   a -- excuse me -- following the drag show

12   controversies?

13       A.    That is correct.

14                As a student and as a student org, we

15   did not lose access to any spaces because of the

16   university's controversy.

17       Q.    But you did say that some members felt

18   very -- they felt very uneasy and somewhat

19   unwelcomed on campus as a result of this decision?

20   Is that -- am I --

21       A.    Yes.

22       Q.    -- am I misunderstanding?

23       A.    No.  That is correct.

24       Q.    And why is that?

25                Why did they feel that way?

1    A.   I -- some of them were worried about their

2  name getting out on the news and their parents

3  finding out that they were part of the LGBTQ

4  community because of the controversy, and was

5  worried about staying in Spectrum because of that.

6            Others said that they felt unsafe.

7  They didn't necessarily tell me the reason why.  And

8  I know another person sent an email to the student

9  body government about their decision, talking about

10  the drag show where they -- the person said the

11  email explained why they felt unsafe.  I don't

12  remember the exact contents of that email.

13    Q.   **Is there any -- are there any privileges**

14  **that other student organizations -- any privileges**

15  **or spaces that other students, student**

16  **organizations, make use of that Spectrum hadn't been**

17  **able to?**

18    A.   Not that I know of.

19    Q.   **And do you have reason to believe that WT**

20  **has selectively enforced its policies, and**

21  **Spectrum -- against Spectrum in a way that it**

22  **wouldn't enforce them against another student**

23  **organization?**

24    A.   I will say that we only got notice about

25  the no drag show stuff after we tried to put it on,

1  but know of other student orgs that have put on

2  similar-ish events or -- in maybe the same kind of

3  vein type of events that didn't get canceled.

4           But that could also just be because of

5  the publicity of our event, but I am not too sure.

6      Q.    Okay.   I want to -- we talked about the

7  Sam Houston drag show earlier, but I do want to jump

8  back to that to get clear on a few points hereby.

9           Did you pay any out-of-pocket expenses

10  to secure the park?

11      A.    Spectrum out-of-pocket, or my personal

12  out-of-pocket?

13      Q.    Personal.

14      A.    No.   Not my -- not that I remember.

15      Q.    And the expenses that Spectrum paid were

16  eventually covered by donations.   Right?

17      A.    That is correct.

18      Q.    Would you agree that the Sam Houston drag

19  show was a successful event?

20      A.    Yes.   I would agree.

21      Q.    And a lot of people turned out to that

22  event.   Right?

23      A.    That is correct.

24      Q.    And you would say it was more people than

25  you even expected.   Right?

1    A.    That is correct.

2    Q.    Would you say it was the largest or best

3    attended Spectrum event that you've ever been to?

4    A.    That is correct.

5    Q.    Were there any admission costs?

6    A.    There were not.

7    Q.    Why not?

8    A.    Because it was an open park and we didn't

9    have a way to restrict people from entering the

10   park.  And so it was -- there was no way to charge

11   an admission cost, so we did not charge an admission

12   cost.

13   Q.    And students just needed their IDs to --

14   did students need their IDs to get in, or could they

15   just walk in with it being an open park?

16   A.    They could just walk in with it being an

17   open park.

18   Q.    And you performed during that show.  Right?

19   A.    That is correct.

20   Q.    And would you say the nature of the

21   performances that happened that evening are similar

22   to what audience members or students would have seen

23   if it had been able to go through at Legacy Hall?

24   A.    Yes.  But the student performers did --

25   would have been similar to what would have happened

1    at Legacy Hall.  We would not have had the

2    professional drag queens and their performances at

3    the one at Legacy Hall.

4        Q.    And I know you mentioned that you all lost

5    some performers; some of the drag queens stepped in

6    and helped.  Did -- did they help in any other

7    capacity during the show?

8        A.    Yes.

9              We -- Buff Allies did our face makeup

10   for me and a few of the other drag performers.  And

11   then we got final touch-ups and help with the makeup

12   at the venue before we put on the show.

13       Q.    And then in the period where you were --

14   where Spectrum was trying to assess how it was going

15   to get enough performers to put on a good show for

16   everyone, did you-all receive different inquiries

17   from various different performers asking to

18   participate?

19       A.    I believe we received some, but I don't

20   remember who asked.  And I also don't remember who

21   was in charge of making -- of checking who asked, if

22   that makes sense.

23       Q.    So are you aware of what criteria was

24   assessed or used in confirming who was -- which of

25   those performers was going to be selected versus

1    which were going to be turned away?

2        A.    I did not -- I don't remember about the

3    criteria, if there was a criteria; and I wasn't in

4    charge of it at that point.

5        Q.    **How would you describe the audience that**

6    **night during the Sam Houston drag show?**

7        A.    From on stage, the audience seemed

8    ecstatic.

9        Q.    **Were the performers very interactive with**

10   **the audience members?**

11               MR. MORRIS:    Objection.    Vague.

12       A.    I would say it was hard to tell from the

13   wings.

14               I know that my performance, I mainly

15   stayed on stage and, at most, like, collected tips

16   from the edge of the stage.

17               And I know that during Henry's

18   performance as Henrietta, there were -- he had a few

19   backup dancers come on stage with him.    But I don't

20   know about the rest, as I was in the wings.

21       BY MS. BAKER:

22       Q.    **And other -- the other performers were**

23   **collecting tips too.    Right?**

24       A.    That is correct.

25       Q.    **And the audience members were going up and**

1    handing them tips.   Right?

2        A.    That is correct.

3        Q.    What became of the tips?

4        A.    They were all collected and counted and

5    then added to the donation pool for The Trevor

6    Project.   And there were a few $2 bills that were

7    kept as, like, little, tiny remembrance things for

8    the show.

9        Q.    Were any of the performers paid?

10       A.    No.

11       Q.    So because it was a public park, Spectrum

12   didn't attempt to really enforce the policy that

13   only -- that only minors with a parent or guardian

14   could attend.   That wasn't really enforced.

15   Correct?

16       A.    We weren't able -- oh.

17            MR. MORRIS:   Objection.

18       A.    We weren't really able to enforce it.   We

19   didn't have the means to block off the park.

20       BY MS. BAKER:

21       Q.    So it would have taken you being -- it

22   would have taken Spectrum being in an enclosed space

23   to verify that information?

24       A.    Yes.

25       Q.    So why did Spectrum attempt to host its

1    Q.    What do you mean by your "run-through"?

2    A.    We would have a run-through with just as --

3    without, like, all of the stuff on as a dry run.

4    And then we'd do another run-through with everyone

5    in makeup and costume or dress and stuff.  Run

6    through it with the music and the heels and make

7    sure everything's going good, and then we'll put on

8    the show after that run-through with people coming

9    in after the second one was done.

10    Q.    And to your remembrance, were there -- and

11    in addition to the student groups, were there also

12    drag performers that were going to be involved in

13    this show?

14    A.    I don't remember.  I can't -- I can't

15    recall.

16         I know the names we received were

17    from -- at least from AC were from AC's LGBTQ+

18    group.

19    Q.    But Spectrum at that point did have some WT

20    students who were signed up to be performers.

21    Correct?

22    A.    Yes.  That is correct.

23    Q.    Do you recall whether some of the

24    professional drag performers were helping or

25    assisting or providing lessons to student

1  communications?

2      A.   It was pertaining to the cancellation of

3  the drag show, how I wasn't sure if we were going to

4  be able to move it off campus because it was my

5  senior year and I was already neck deep in 1 million

6  things.  And I can't remember if we talked about

7  anything else.

8      **Q.   Do you recall whether any faculty or staff**

9  **attempted to help Spectrum find an alternative**

10  **venue?**

11      A.   I believe we probably received some, but I

12  don't remember which venues offered -- or were

13  proposed.

14      **Q.   Did you communicate with Chip Chandler?**

15      A.   Yes.

16      **Q.   Do you recall whether he proposed any**

17  **particular venues or sites?**

18      A.   I don't remember if he proposed one for the

19  2024.

20          I know that he proposed some for the

21  2023 show, but I'm not sure if I remember if he

22  proposed one after the 2024 cancellation.

23      **Q.   So what became of Spectrum's 2024 drag**

24  **show?**

25      A.   After the cancellation, it fell apart.  We

1    weren't able to find an alternative venue.  There

2    was some -- there was poor communication between us

3    and the other performers, and I was too busy trying

4    to graduate to help lead it.  And I know that

5    everyone else was also really, really busy at that

6    same time, so it just fell apart and didn't

7    continue.

8                    MS. BAKER:  I'm going to

9         introduce as Exhibit 23 a document marked

10        SPECTRUM 2647.

11                    (Deposition Exhibit 23

12                    marked for identification.)

13        BY MS. BAKER:

14        Q.   If you'd like to read this entire thing, I

15    can scroll to give you the full context.

16                    (Document review.)

17        A.   Okay.

18        BY MS. BAKER:

19        Q.   Do you now remember the context of this

20    conversation?

21        A.   Yes.  The first half was trying to find

22    alternative venues, asking around for what was

23    available.  And then I asked him about the

24    Sunset Center, which is a down -- or an Amarillo

25    center where PASO has their charity drag show.  And

Barrett Bright - 12/19/2025

156

1    Q.    And what exactly would that have meant?

2  What does the rollover mean?

3    A.    The idea was, on Eventbrite, we would have

4  changed the name, location, and date.  And if anyone

5  wanted to keep their tickets, we would just move

6  that over onto the new Eventbrite.  And anyone who

7  wanted a refund, we would refund.

8    Q.    Are you aware of any future or ongoing

9  plans by Spectrum to host a drag show on campus at

10  WT?

11    A.    Not that I'm currently aware of.

12            MS. BAKER:  Okay.  That's all I

13    have for you.  Thank you.

14            MR. MORRIS:  Just a few questions

15    for you, Mr. Bright, from me.

16                EXAMINATION

17    BY MR. MORRIS:

18    Q.    You testified earlier a little bit about

19  Spectrum losing access to spaces on campus that

20  other RSOs have access to.  Do you recall that?

21    A.    Yes.

22    Q.    Can you explain whether or not Spectrum has

23  ever lost access to Legacy Hall?

24    A.    We did lose access to Legacy Hall for the

25  drag show that we were planning.

1    Q.    Okay.   That was the 2023 drag show?

2    A.    Yes.   That is correct.

3    Q.    Could you explain, would your answer be the

4    same for the 2024 drag show?

5    A.    Yes.   It would be the same.

6    Q.    Okay.  When you were planning the 2023 drag

7    show for Legacy Hall, did anybody -- any staff or

8    administration with WT raise any concerns about WT

9    students who were under the age of 18 attending the

10   show?

11   A.    Yes.  We -- I believe it was -- Drumheller

12   did raise concerns about that.  And that was when we

13   decided to do the access with the student ID card,

14   or you would need to be above the age of 18 with --

15   or have a legal guardian with you.

16   Q.    And did that satisfy Dr. Drumheller's

17   concerns?

18   A.    Yes.

19   Q.    Did anybody from the JBK center staff,

20   including Dr. Fouts, raise any concerns about WT

21   students under the age of 18 attending the show?

22   A.    Not that I can remember.

23   Q.    Okay.  If so, can you explain, would you

24   have worked with them to alleviate their concerns?

25   A.    Yes.  That is correct.

1    Q.    Okay.  During the time you were planning

2    the drag show as Legacy Hall, did any JBK center

3    staff raise concerns about students feeling

4    embarrassed or harassed by the drag show?

5    A.    No, they did not.

6    Q.    Can you explain, did Spectrum reach out to

7    any minors to attend the show, other than siblings

8    or family members?

9    A.    No, we did not.

10   Q.    Okay.  Did JBK staff, or any other employee

11   of WT, ever raise concerns about the 2023 drag show

12   violating any university policy?

13   A.    They did not.

14   Q.    Okay.  What about for the 2024 drag show?

15   A.    They did not, as well.

16   Q.    If -- you testified earlier that you and

17   other members of the officer corps for Spectrum

18   reviewed performances before the planned show at

19   Legacy Hall.  Is that right?

20   A.    That is correct.

21   Q.    Okay.  If after reviewing the performance

22   it didn't meet Spectrum's understanding of what a

23   PG-13 performance would be, what would Spectrum have

24   done?

25   A.    We would have asked them to change it.  If

159

1   it's just the music, then change the music.  If it

2   was part of the performance, we would ask them to

3   either change or tweak that part of the performance

4   to, then, fit within what we believed was

5   acceptable.

6       Q.   Okay.  And you testified earlier you've

7   attended drag shows.  Correct?

8       A.   That is correct.

9       Q.   Okay.  And you explained to Ms. Baker how

10  sometimes you might not readily understand what a

11  performer is trying -- is intending to convey.  Is

12  that right?

13      A.   That is correct.

14      Q.   Can you explain whether or not, as somebody

15  who's been to drag shows, that you understand the

16  performer trying to communicate something?

17      A.   Yes.  They -- I always -- every drag show I

18  attend, I always feel like each and every individual

19  performer is trying to convey something.  If it's

20  impersonating through Disney or, like, doing a

21  Disney song, it's to show how they are embodying the

22  character they're performing.

23           If it's for comedy, it would be trying

24  to make the audience laugh in whatever way they can.

25  And every show I've been to, there is a message to

1   each performance.

2            MR. MORRIS:  Okay.  That's all I

3       have.

4            Thank you, Mr. Bright.

5            (Pause in proceedings.)

6            THE STENOGRAPHER:  Anything else

7       from anyone?

8            MS. BAKER:  I have a few

9       follow-up questions.

10              FURTHER EXAMINATION

11      BY MS. BAKER:

12      **Q.   Following President Wendler's letter in**

13      **March of 2023, did you personally, or Spectrum as an**

14      **organization, communicate with any students or**

15      **groups who agreed with Dr. Wendler's position?**

16      A.   I -- following the email that went out, and

17      particularly during the protests that happened on

18      campus, I did talk to quite a few people who did

19      agree with Wendler, at least on canceling the drag

20      show.

21      **Q.   So you would agree that reasonable**

22      **people -- a reasonable person could believe that a**

23      **drag show is mockery?**

24      A.   I can't say for certain if that was the

25      reason why, but yes.  I do believe that some people

1  can believe that drag is a mockery.

2  **Q.   And you agree that if a student**

3  **organization attempted to host a blackface**

4  **performance on campus, that would not be permitted.**

5  **Correct?**

6              MR. MORRIS:  Objection.  Calls

7      for speculation.

8      A.   I don't believe that Wendler would allow

9  said event to happen.  However, if an event was

10  happening, I do believe the students would have to

11  protest said event happening.

12      BY MS. BAKER:

13      **Q.   And members of Spectrum were very engaged**

14  **with on-campus protests.   Correct?**

15      **A.   That is correct.**

16      **Q.   And some of those protesters were dressed**

17  **in drag.   Correct?**

18      **A.   That is correct.**

19      **Q.   And none of those protestors were prevented**

20  **from exercising that right.   Correct?**

21      **A.   That is correct.**

22      **Q.   And Dr. -- President Wendler nor WT did not**

23  **disrupt those drag demonstrations.   Correct?**

24              MR. MORRIS:  Objection.  Form.

25      Objection.  Calls for speculation.  Lacks

Barrett Bright - 12/19/2025

162

```
 1          foundation.
 2          A.    I don't know if there were any attempts to
 3     cancel the protests.
 4          BY MS. BAKER:
 5          Q.    Were any of the protests that you were
 6     involved in disrupted?
 7          A.    Not through university means.
 8                I know that there were
 9     counter-protesters there and then there were news
10     recordings there as well.    And all of the chalk art
11     we put in and around the building were routinely
12     washed away every night.
13          Q.    And Spectrum has continued to use the JBK
14     despite the controversy surrounding the drag shows.
15     Correct?
16          A.    That is correct.
17                MS. BAKER:   Okay.   No further
18     questions for me.
19                (Pause in proceedings.)
20                THE VIDEOGRAPHER:   Is that it for
21     everyone?
22                MR. MORRIS:   Yes.   Sorry.
23                (Proceedings concluded at 3:22 p.m.)
24
25
```

163

```
 1                  CHANGES AND CORRECTIONS

 2    WITNESS NAME: BARRETT BRIGHT

 3    DATE: FRIDAY, DECEMBER 19, 2025

 4    Reason Codes:  (1) to clarify the record; (2) to
      conform to the facts; (3) to correct a transcription
 5    error; (4) other (please explain).

 6    PAGE LINE  CHANGE                     REASON CODE

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    _____
```

1                          SIGNATURE

2

3

4          I, BARRETT BRIGHT, have read the foregoing

5    deposition or have had it read to me, and hereby

6    affix my signature that same is true and correct,

7    except as noted above.

8

9                    _____

10                          BARRETT BRIGHT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                 IN THE UNITED STATES DISTRICT COURT

2                FOR THE NORTHERN DISTRICT OF TEXAS

3                      AMARILLO DIVISION

4              Civil Action Number 2:23-cv-00048

5    SPECTRUM WT, et al.          )

6         Plaintiffs,             )

7    vs.                          )

8    WALTER WENDLER, et al.       )

9         Defendants.             )

10                    REPORTER'S CERTIFICATE

11      REMOTE VIDEOTAPED DEPOSITION OF BARRETT BRIGHT

12                 FRIDAY, DECEMBER 19, 2025

13

14          I, Rebecca J. Callow, Registered Merit

15   Reporter, Certified Realtime Reporter, Registered

16   Professional Reporter and Notary Public in and for

17   the State of Florida, hereby certify to the

18   following.

19          That the witness, BARRETT BRIGHT, was duly

20   sworn by the officer and that the transcript of the

21   oral deposition is a true record of the testimony

22   given by the witness;

23          That the original deposition was delivered

24   to Alexia Baker.

25          That a copy of this certificate was served

1   on all parties and/or the witness shown herein on

2   December 23, 2025.

3

4          I further certify that pursuant to FRCP

5   Rule 30(f)(1) that the signature of the deponent:

6          [ X ] was requested by the deponent or a

7   party before the completion of the deposition and is

8   to be returned within 30 days from date of receipt

9   of the transcript.  If returned, the attached

10  Changes and Signature Page contains any changes and

11  the reasons therefor;

12         [   ] was not requested by the deponent or

13  a party before the completion of the deposition.

14         I further certify that I am neither

15  counsel for, related to, nor employed by any of the

16  parties or attorneys to the action in which this

17  proceeding was taken.  Further, I am not a relative

18  or employee of any attorney of record in this cause,

19  nor am I financially or otherwise interested in the

20  outcome of the action.

21

22

23

24

25

Barrett Bright - 12/19/2025

1

2          SUBSCRIBED AND SWORN TO under my hand and

3   seal of office on this the 23rd day of

4   December, 2025.

5

6

7   _____
    Rebecca J. Callow, RMR, CRR, RPR
8   Notary Public, Miami-Dade, Florida
    My Commission No. HH 409626
9   Expires:  June 12, 2027
    Integrity Legal Support Solutions
10  9901 Brodie Ln. #160-400
    Austin, Texas 78748
11  (512) 320-8690
    www.integritylegal.support

12

13

14

15

16

17

18

19

20

21

22

23

24

25