1          UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF TEXAS
2                 AMARILLO DIVISION

3   SPECTRUM WT,            )
                            )
4        Plaintiff,         )
                            )
5   v.                      )   Case No. 2:23-cv-00048
                            )
6   WALTER WENDLER, in his  )
    official capacity as the)
7   President of West Texas )
    A&M University, et al., )
8                            )
         Defendants.        )
9

10

11

12

13  ----------------------------------------------------
                ORAL DEPOSITION OF TODD RASBERRY
14              DECEMBER 9, 2025 - CANYON, TEXAS
    ----------------------------------------------------
15

16

17

18

19

20       ORAL DEPOSITION OF TODD RASBERRY, produced as a
    witness at the instance of the PLAINTIFF and duly sworn,
21  was taken in the above styled and numbered cause on
    DECEMBER 9, 2025, from 9:02 a.m. to 9:57 a.m., at the
22  offices of WEST TEXAS A&M UNIVERSITY, Old Main Building,
    Room 317, Canyon, Texas, before SHARON D. LIVINGSTON,
23  CSR-RPR, in and for the State of Texas, reported by
    machine shorthand, and pursuant to the Federal Rules of
24  Civil Procedure.

25

```
1                    A P P E A R A N C E S

2  FOR THE PLAINTIFF:
        Mr. JT Morris
3       FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
        700 Pennsylvania Avenue, SE, Suite 340
4       Washington, DC 20003
        (215) 717-3473
5       Jt.morris@thefire.org
   - and -
6       Mr. Adam Steinbaugh
        FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
7       510 Walnut Street, Suite 900
        Philadelphia, Pennsylvania 19106
8       (215) 717-3473
        Adam@thefire.org
9
   FOR THE DEFENDANTS:
10      Mr. David Bryant
        Ms. Munera Al-Fuhaid
11      OFFICE OF THE TEXAS ATTORNEY GENERAL
        300 West 15th Street
12      Austin, Texas 78701
        (512) 463-2100
13      David.bryant@oag.texas.gov
        Munera.al-fuhaid@oag.texas.gov
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                           INDEX
                                                    PAGE
 2    Appearances ----------------------------------   2

 3    Index --------------------------------------    3

 4    Index of Exhibits --------------------------    3

 5    TODD RASBERRY
           Examination by Mr. Morris --------------    4
 6
      Changes and Signature ----------------------   30
 7
      Reporter's Certification -------------------   32
 8

 9                    INDEX OF EXHIBITS

10    NUMBER      DESCRIPTION                       PAGE

11      32     Email 3-14-23 from Todd Rasberry to
                Walter Wendler ----------------------   13
12
        33     Email 3-20-23 from Todd Rasberry to
13              Walter Wendler ----------------------   16

14      34     Email Chain 4-11-23 from Alex Fairly -------   21

15      35     The Texas Tribune Article In the Panhandle,
                a Conservative Vision for Higher Education
16              Takes Root at West Texas A&M --------------   24

17      36     Email Chain From 4-25-23 Through 5-3-23 ----   26

18

19

20

21

22

23

24

25
```

```
 1                    TODD RASBERRY,
 2  having been first duly sworn, testified as follows:
 3                    EXAMINATION
 4  BY MR. MORRIS:
 5      Q.  All right.  Good morning, Dr. Rasberry.  You
 6  understand we're here to discuss issues surrounding
 7  Spectrum WT's lawsuit challenging Dr. Wendler's decision
 8  to cancel drag performances at West Texas A&M?
 9      A.  Yes.
10      Q.  Okay.  Just want to go over a few ground rules
11  for us before we start today's deposition.
12                  Have you been deposed before?
13      A.  No.
14      Q.  Okay.  So it's just three kind of basic rules
15  for you and I.  Please listen to my question.  If you
16  don't understand it, just say so, and I'll do my best to
17  clarify or rephrase it.  If you don't ask me that
18  question, I'm going to just assume that you understand
19  what I'm asking you.
20                  It's really important that you and I don't
21  talk over each other so the court reporter can take down
22  your answers accurately, take down my questions
23  accurately, and we can make a good record for the court.
24  So just pause a second to let me finish my question,
25  give your lawyer a chance to object, and I'll do my best
```

```
1        Q.   Where did you start?

2        A.   Texas Tech.

3        Q.   What did you do at Tech?

4        A.   I was the senior director for development in

5   the College of Arts and Sciences.

6        Q.   Okay.  And after Tech, where did you go?

7        A.   Went to SMU.

8        Q.   What did you do at SMU?

9        A.   I was the associate dean for development at

10  Perkins School of Theology.

11       Q.   And how about after SMU, where did you go?

12       A.   Went to Georgetown College in Kentucky.

13       Q.   And what did you do at Georgetown?

14       A.   I was the vice president for development.

15       Q.   And then after Georgetown, where did you go?

16       A.   I came here.

17       Q.   What year was that?

18       A.   2018.

19       Q.   Okay.   What's your current role at West Texas

20  A&M?

21       A.   I'm the vice president for Philanthropy and

22  External Relations.

23       Q.   Can you explain what your duties are in that

24  role?

25       A.   In our office, we do alumni relations, the
```

1  marketing communication and branding for the university,
2  the fundraising.  I also serve as executive director of
3  the West Texas A&M University Foundation, and we do all
4  the philanthropy services out of our office as well.
5      Q.   What is the West Texas A&M University
6  Foundation?
7      A.   It is a 501(c)(3) organization that does the
8  fundraising for West Texas A&M University.
9      Q.   Are you familiar with the Hill Institute?
10     A.   I am.
11     Q.   Are you involved with operating and raising
12 funds for that as well?
13     A.   Raising funds, yes.  Operating, no.
14     Q.   Who operates the Hill Institute?
15     A.   I guess the president right now is the one.  I
16 don't think it has any other employees unless something
17 has changed.  I know it doesn't have any other employees
18 at this time.  There are some faculty involved, and
19 there will soon be students as part of that as well.
20     Q.   Okay.  This might be an unfair question because
21 I don't think any of us have typical days, but do your
22 best to take me through your typical working  day here
23 at West Texas A&M.
24     A.   This is going to sound pretty boring probably.
25 I show up at 5:00 a.m. and go through my emails.  My

1  goal is to have that empty before I start the day.  I'll

2  deal with any issues that need to be dealt with.

3          On Mondays we have a leadership meeting.  I

4  have five persons that are over divisions that report to

5  me.  We'll have a meeting for about an hour, hour and a

6  half.  They go to their tasks, I handle my tasks, and

7  they vary.

8          People walk in my office all day long, and

9  we deal with things as they come up, whether they're the

10  marketing, the branding, the fundraising pieces, and all

11  the duties that go along with those.

12     Q.   Okay.  What's your relationship with the Office

13  of the President here at West Texas A&M?

14     A.   I report directly to the president.

15     Q.   Okay.  What do your duties involve in terms of

16  interfacing with Dr. Wendler?

17     A.   Well, obviously, his fundraising portfolio is

18  my portfolio, so I handle those prospects.  Anything

19  that deals with fundraising, obviously, I consult with

20  him and work directly with him.  Issues related to

21  branding and marketing that he needs to be engaged in or

22  know about, I will keep him informed; otherwise, I run

23  the shop that he has hired me to run.

24     Q.   Okay.  Do you also help Dr. Wendler with his

25  weekly writings, whether it's an op-ed or a blog post or

1    a message to the university?

2        A.    I do, for him and others at this institution,

3    what I call "technical editing," so I do that for him as

4    well.

5        Q.    How long have you been doing that for

6    Dr. Wendler?

7        A.    Since the day I arrived.

8        Q.    Okay.   Anything else you help Dr. Wendler with?

9        A.    Anything he tells me to do.

10        Q.    Do you help him with communications from the

11    president's office?

12        A.    On the technical editing side, yes.

13        Q.    Okay.  Now, Dr. Wendler gives interviews to the

14    news here in the Panhandle and elsewhere.

15                    You would agree with that?

16    A.    I'm sorry?

17    Q.    You would agree that he gives interviews here

18    to the news in the Panhandle and elsewhere?

19    A.    Yes.

20    Q.    Do you help prepare for those interviews?

21    A.    I do not, but someone in my office does.

22    Q.    Have you ever attended an interview with him?

23    A.    Yes.

24    Q.    Okay.  We're here to talk about, in part,

25    Dr. Wendler's decision in March 2023 to cancel

1    Wendler, had he already decided whether or not he was

2    going to cancel the 2023 drag performance?

3             MS. AL-FUHAID:  Objection; calls for

4    speculation.

5             MR. MORRIS:  I'm asking just for his

6    knowledge, not for him to speculate.

7        A.  Well, I would assume if he sent it to me, he

8    was certainly thinking about it.

9        Q.  (BY MR. MORRIS)  Okay.  So is there any reason

10   you would have put "or planned but canceled" unless

11   President Wendler was thinking about canceling the drag

12   show at that time?

13       A.  Ask that one more time.

14       Q.  Sure.  Is there any reason you would have

15   suggested this edit, "or planned but canceled," if

16   President Wendler was not planning to cancel the drag

17   show at that time?

18       A.  I don't know.

19       Q.  Would you have put "or planned but canceled" if

20   President Wendler was not considering whether to cancel

21   the drag show?

22       A.  It's possible.

23       Q.  And to be clear, you weren't suggesting to

24   President Wendler that he cancel the drag show based on

25   your view.

```
 1                    Is that true?
 2        A.    That is accurate, yes.
 3        Q.    And to your knowledge, the decision to cancel
 4   Spectrum's 2023 drag show in Legacy Hall was exclusively
 5   President Wendler's.
 6                    Is that fair?
 7        A.    Correct.
 8        Q.    All right.  You can set that aside.
 9              (Exhibit 33 marked.)
10              MR. MORRIS:  I'm going to hand the
11   witness what's been marked as Exhibit 33, Bates stamped
12   SPECTRUM 0001042.
13        Q.    (BY MR. MORRIS)  Let me know when you've had a
14   chance to review this document, Dr. Rasberry.
15        A.    Okay.
16        Q.    This is an email chain between you and
17   Dr. Wendler on March 20th, 2023.
18                    Is that correct?
19        A.    Correct.
20        Q.    And March 20th, 2023 is the same date on
21   Exhibit 3, the final email that President Wendler sent
22   to the university.
23                    Is that right?
24        A.    May I look at that?
25        Q.    You absolutely may.
```

1    be prepared.

2        Q.    Were you prepared for how donors would react to

3    President Wendler's decision?

4        A.    I have to think about that constantly.

5        Q.    Were you concerned that you might lose

6    donations from President Wendler's decision?

7        A.    It can happen any time he makes a decision,

8    yes.   Concerned about it?   Don't know that that's the

9    right phrasing I would use.   It is a possibility

10   always.

11       Q.    Did you have any expectation that you might see

12   an increase in donations because of President Wendler's

13   decision?

14       A.    My experience in fundraising has never been

15   that people run to make major gifts because of a

16   decision a president makes, so I was not anticipating

17   that, no.

18       Q.    Okay.   Do you know who Alex Fairly is?

19       A.    I do.

20       Q.    Fair to say he's an alumni of West Texas A&M?

21       A.    Distinguished alumni, yes.

22       Q.    Very successful businessman in the Panhandle?

23       A.    Yes.

24       Q.    And also, a significant donor to the

25   university?

1    various people, and you're copied on it.

2                    Can you explain to me what this email chain

3    is?

4        A.    It appears that it was an email that I sent to

5    the Campaign Leadership Committee telling them that we

6    had reached the initial public goal to raise

7    $125,000,000.

8        Q.    And this was for the One West Campaign that we

9    discussed?

10        A.    Correct.

11        Q.    And you see this email chain is dated April

12    11th, 2023?

13        A.    Correct.

14        Q.    Do you think Dr. Wendler's decision to cancel

15    the drag performance in Legacy Hall in 2023 played a

16    role in helping WT reach its goal in the One West

17    Campaign?

18        A.    I have no reason to believe that.  My

19    experience in fundraising would tell me that's very

20    unlikely.

21        Q.    After President Wendler canceled the 2023 drag

22    performance on March 20th, did you have any discussions

23    with donors about their reaction to President Wendler's

24    decision?

25        A.    I don't remember any specific conversations.

1    I remember there were people who supported his decision,

2    and I remember there were people who did not support his

3    decision, but I don't remember having a specific

4    conversation, though.

5         Q.   Do you remember receiving any emails or text

6    messages from donors either supporting or criticizing

7    the president's decision?

8         A.   I don't remember that, no.

9         Q.   We talked a little bit earlier about the Hill

10   Institute.  Can you explain a little bit more about what

11   the Hill Institute is?

12        A.   It is an academic institute which is designed

13   to look at ten values that were drawn from works from

14   the second president of West Texas A&M University,

15   Dr. Hill, who served the longest.

16              They're sometimes referred to as

17   "Panhandle values, Texas values, American values, ten

18   specific values," and the idea is to create an institute

19   at the university that allows faculty and students

20   across colleges to engage in conversation and debate

21   about how these values influence and impact education,

22   academic disciplines, life, society.  That's my best

23   description.

24        Q.   (BY MR. MORRIS)  And you mentioned some labels

25   for those values.  Is it also fair to say that in

1      Q.    Okay.  When was the Hill Institute announced?
2  Was that in September of 2023?

3      A.    We made the gift announcement then, yes.

4      Q.    Okay.  You can set that aside.

5              You're aware that Dr. Wendler also canceled
6  a planned drag-show performance at Legacy Hall in 2024?

7      A.    I seem to recall that to be the case, yes.

8      Q.    Did he ask you to help draft an email or
9  announcement of that cancellation?

10     A.    No.

11     Q.    Did he discuss his decision to cancel that show
12  in 2024 with you?

13     A.    No.

14     Q.    After he made that decision, did you hear from
15  any donors whether they disagreed or supported
16  Dr. Wendler's decision?

17     A.    I do not recall hearing from anybody, no.

18              MR. MORRIS:  I have no further questions.
19  Pass the witness.

20              MS. AL-FUHAID:  I don't have any cross.

21              MR. MORRIS:  Okay.  We're done.

22              (Off record 9:57 a.m.)

23

24

25

1
2

CHANGES AND SIGNATURE
ORAL DEPOSITION OF TODD RASBERRY
DECEMBER 9, 2025

3   PAGE/LINE       CHANGE          REASON

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  _____

1      I, TODD RASBERRY, have read the foregoing
deposition and hereby affix my signature that same is
2  true and correct except as noted above.

3

4

5                    _____
                    TODD RASBERRY
6

7  THE STATE OF _____ )

8  COUNTY OF _____ )

9

10      Before me, _____, on this day

11  personally appeared TODD RASBERRY, known to me (or

12  proved to me under oath or through

13  _____) (description of identity card

14  or other document) to be the person whose name is

15  subscribed to the foregoing instrument and acknowledged

16  to me that they executed the same for the purposes and

17  consideration therein expressed.

18      Given under my hand and seal of office this _____

19  day of _____, _____.

20

21

22                    _____
                    NOTARY PUBLIC IN AND FOR
23                    THE STATE OF _____
                    COMMISSION EXPIRES: _____
24

25

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF TEXAS
 2                   AMARILLO DIVISION

 3   SPECTRUM WT,              )
                               )
 4        Plaintiff,           )
                               )
 5   v.                        )  Case No. 2:23-cv-00048
                               )
 6   WALTER WENDLER, in his    )
     official capacity as the  )
 7   President of West Texas    )
     A&M University, et al.,    )
 8                             )
          Defendants.          )
 9
                     REPORTER'S CERTIFICATION
10             ORAL DEPOSITION OF TODD RASBERRY
                 DECEMBER 9, 2025 - CANYON, TEXAS
11

12        I, SHARON D. LIVINGSTON, Certified Shorthand

13   Reporter in and for the State of Texas, hereby certify

14   to the following:

15        That the witness, TODD RASBERRY, was duly sworn by

16   the deposition officer and that the transcript of the

17   deposition is a true record of the testimony given by

18   the witness;

19        That pursuant to information given to the

20   deposition officer at the time said testimony was taken,

21   the following includes counsel for all parties of

22   record:

23        Mr. JT Morris and Mr. Adam Steinbaugh, Attorneys

24   for Plaintiff;

25        Mr. David Bryant and Ms. Munera Al-Fuhaid,
```

1    Attorneys for Defendants;

2        That the amount of time used by each party at the

3    deposition is as follows:

4                    MR. MORRIS - 00 HOURS: 42 MINUTES

5        That the sworn deposition transcript was duly

6    submitted on DECEMBER 20, 2025 to the witness or to the

7    attorney for the witness for examination, signature, and

8    return to the deposition officer by JANUARY 23, 2026;

9        That the original deposition was/was not returned

10   to the deposition officer on JANUARY 23, 2026;

11       If returned, the attached Changes and Signature

12   page contains any changes and the reasons therefor;

13       If returned, the original deposition was delivered

14   to Mr. Adam Steinbaugh, Custodial Attorney, and  $855.00

15   is the deposition officer's charges to the PLAINTIFF for

16   preparing the original deposition and any copies of

17   exhibits;

18       I further certify that I am neither counsel for,

19   related to, nor employed by any of the parties or

20   attorneys in the action in which this proceeding was

21   taken, and further, that I am not financially or

22   otherwise interested in the outcome of the action.

23

24

25

1       Certified to by me this _____ day of _____,

2    2025.

3

4

5

6                             _____
                              SHARON D. LIVINGSTON, TEXAS CSR 3798
7                             Expiration Date:  04-30-26
                              PANHANDLE COURT REPORTERS, LLC
8                             Firm Registration No. 10057
                              P.O. Box 1564
9                             Amarillo, Texas 79105
                              (806) 373-0602
10                            Janice@pcramarillo.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25