IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, et al,            )
                               )
            Plaintiffs,        )
                               )
VS.                            ) CIVIL ACTION
                               )
WALTER WENDLER, et al,         ) NO.: 2:23-cv-00048
                               )
            Defendants.        )
                               )
                               )

-----------------------------------

REMOTE ORAL AND VIDEOTAPED DEPOSITION OF

MARCUS STOVALL

DECEMBER 16, 2025

-----------------------------------

REMOTE ORAL AND VIDEOTAPED DEPOSITION OF MARCUS

STOVALL, produced as a witness at the instance of the

DEFENDANTS, and duly sworn, was taken in the

above-styled and numbered cause on December 16, 2025,

from 9:56 a.m. to 3:19 p.m., via Zoom teleconference,

before Vanessa J. Theisen, CSR in and for the State

of Texas, and RPR, reported by machine shorthand,

pursuant to the Federal Rules of Civil Procedure and

any provisions stated on the record or attached

hereto.

1                  A P P E A R A N C E S

2

3   FOR THE PLAINTIFF:

4        Mr. J.T. Morris
         Mr. Adam B. Steinbaugh
5        FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
         501 Walnut Street, Suite 900
6        Philadelphia, PA 19106
         (215) 717-3473
7        Jt.morris@fire.org
         Adam@fire.org

8

9   FOR THE DEFENDANTS WALTER WENDLER, et al:

10       Ms. Alexia Baker
         Mr. David Bryant
11       Assistant Attorneys General
         OFFICE OF THE ATTORNEY GENERAL
12       P.O. Box 12548 (MC-009)
         Austin, Texas 78711-2548
13       (512) 463-2120
         Alexia.baker@oag.texas.gov
14       David.bryant@oag.texas.gov

15
    ALSO PRESENT:
16
         Mr. Brian Christopher, Videographer
17       Mr. Marc Rietvelt, Texas A & M General Counsel

18

19

20

21

22

23

24

25

```
 1                          INDEX
                                                     PAGE
 2    Appearances.....................................  2

 3    MARCUS STOVALL

 4         EXAMINATION BY MS. BAKER...................   5
           EXAMINATION BY MR. MORRIS................. 135
 5         FURTHER EXAMINATION BY MS. BAKER.......... 141

 6

      Reporter's Certificate......................... 143
 7

 8                        EXHIBITS

 9    NO.        DESCRIPTION                         PAGE

10
      1          Spectrum's Second Amended Complaint
11               ECF 28................................ 19

12    2          Campus Organizations Handbook
                 Spectrum 565.......................... 22
13
      3          The Constitution of Spectrum WT
14               Spectrum 2220 - 2226.................. 31

15    4          Photo
                 Spectrum 2066......................... 43
16
      5          Document ECF37-3 and Video ........... 43
17
      6          Photo
18               Spectrum 1918......................... 53

19    7          Wtamuspectrum Instagram Screenshot
                 Spectrum 834.......................... 57
20
      8          "A Fool's Drag Race" Drag Show Flyer
21               (Draft)
                 DEF 841............................... 63
22    9
                 2023 Drag Show Marketing Flyer
23               DEF 843............................... 64

24

25
```

```
 1                     INDEX (Continued)

 2                         EXHIBITS

 3  NO.        DESCRIPTION                          PAGE
```

```
 4  10         Spectrum's Official Statement Pt. I
               Spectrum 1183.......................... 70
 5
    11         Spectrum's Official Statement Pt. II
 6             Spectrum 1186.......................... 81

 7  12         Statement of Walter V. Wendler,
               March 2023
 8             DEF 53 - DEF 55........................ 84

 9  12(A*)     West Texas A & M University Code of
               Student Life
10             DEF 681 - 725.......................... 88

11  13         WT's Jack B. Kelley Student Center
               Procedure and Guidelines Booklet
12             DEF 154 through 172.................... 96

13  14         Document from Amarillo Parks and Rec
               Spectrum 1561..........................117
14
    15         Photo
15             Spectrum 1675..........................124

16  16         Photo
               Spectrum 1716..........................126
17
    17         Photo
18             Spectrum 1751..........................127

19  18         "Don't Be A Drag" Flyer
               DEF 96.................................131
20
```

```
21  * Please note:  The exhibit Number 12 was used twice.
    The second document marked as Exhibit No. 12 is
22  referred to as 12(A).

23
    REPORTER'S NOTE
24  Quotation marks are used for clarity and do not
    necessarily reflect a direct quote.
25
```

```
 1              MARCUS STOVALL,

 2   having been first duly sworn, testified as follows:

 3                   EXAMINATION

 4   BY MS. BAKER:

 5        Q.  Good morning, Marcus.

 6        A.  Good morning.

 7        Q.  How are you?

 8        A.  Doing all right.  How are you?

 9        Q.  I'm good.  Where are you Zooming in from

10   this morning?

11        A.  Albuquerque, New Mexico.

12        Q.  Okay.  Well, my name is Alexia Baker.  I am

13   -- I represent Defendants Walter Wendler and Chris

14   Thomas in this litigation, and I'll be conducting

15   your deposition today.

16              So before we get into this, I just want

17   to go over some ground rules to make sure that we are

18   clear.

19              Do you understand that you're testifying

20   under oath today and that you are legally obligated

21   to tell the truth?

22        A.  Yes, ma'am.

23        Q.  You must provide verbal responses to my

24   questions.  The court reporter can't record an

25   "huh-uh" or a shaking of the head, a nod.  And this
```

1    intend to consult during the deposition?

2        A.  I do not.

3        Q.  Have you ever been deposed before?

4        A.  I have not.

5        Q.  Do you intend to testify in this case at

6    trial?

7        A.  Yes, I believe so.

8        Q.  Have you ever been a party to a lawsuit

9    aside from this case?

10       A.  I have not.

11       Q.  Before I proceed to the next set of

12   questions, I want to clarify a few terms to make sure

13   that we are on the same page during our discussion.

14   Does that make sense?

15       A.  Yes, ma'am.

16       Q.  If you hear me use the term "WT" or "the

17   university," I'm referring to West Texas A & M

18   University.  Do you understand?

19       A.  Yes, ma'am.

20       Q.  Secondly, when I refer to the term

21   "communication" or any derivative of that word, I'm

22   speaking of any and all exchanges of information.  So

23   that's going to mean any dialogues, discussions, text

24   messages, social media postings, messages,

25   interviews, or consultations.  Those are just a few

1  examples of what I mean by "communication."  Does

2  that make sense?

3       A.  Yes, ma'am.

4       Q.  When I mention "A Fool's Drag Race" or "the

5  2023 drag show," I'm referring to the drag show that

6  Spectrum WT planned to host on WT's campus in 2023.

7  Do you understand?

8       A.  Yes, ma'am.

9       Q.  When I mention "the Sam Houston drag show,"

10  I'm referring to the off-campus drag show that

11  Spectrum WT hosted in 2023.  Does that make sense?

12       A.  Yes, ma'am.

13       Q.  When I mention the "Don't Be a Drag" drag

14  show or "the 2024 drag show," I'm referring to the

15  drag show that Spectrum WT planned to host on WT's

16  campus in 2024.  Does that make sense?

17       A.  Yes, ma'am.

18       Q.  Excellent.  Thank you.

19            So I would like to know a little bit

20  more about your background.  Please state your full

21  name for the record.

22       A.  It is Lauren Elizabeth Stovall.

23       Q.  Do you have any aliases that you go by?

24       A.  I go by Marcus Stovall in day-to-day life.

25       Q.  What is your date of birth?

```
1        A.   December 6th of 2003.

2        Q.   Where were you born?

3        A.   Amarillo, Texas.

4        Q.   Where were you raised?

5        A.   Amarillo, Texas.

6        Q.   What is your highest level of educational

7   attainment?

8        A.   I'm currently working on a bachelor's.

9        Q.   What schools have you attended, universities

10  specifically?

11       A.   I took classes at Amarillo College, West

12  Texas A & M, and now University of New Mexico.

13       Q.   And which degrees are you actively working

14  to attain?

15       A.   Currently I'm working on a Bachelor's of

16  cultural -- sorry, it's a long name -- Cultural

17  Studies and Comparative Literature.

18       Q.   Are you currently employed?

19       A.   I am.

20       Q.   Where?

21       A.   At Nirvana Novelties.

22       Q.   Was WT the first degree-seeking university

23  you ever attended, or did you attend a school before

24  that?

25       A.   I took dual credit classes at Amarillo
```

1  College while in high school.

2    **Q.  So why -- in determining where you were**

3  **going to go to school or go to university, why did**

4  **you select WT?  What was the appeal of that school**

5  **specifically?**

6    A.  Partially the low cost and close distance.

7    **Q.  Aside from your involvement in Spectrum WT,**

8  **were you involved with any other student**

9  **organizations at WT?**

10    A.  Yes.  I was involved in student council, as

11  well as Secular Student Alliance, the West Texas

12  A & M Model United Nations.

13          THE REPORTER:  I'm sorry.  Can you

14  repeat that one, the West Texas A & M --

15          THE WITNESS:  Model United Nations.

16          THE REPORTER:  Okay.

17    A.  And the West Texas A & M orchestra.

18    **Q.  (BY MS. BAKER)  Did you hold any leadership**

19  **positions in those organizations?**

20    A.  As the founder of the Secular Student

21  Alliance and held an officer position in Model United

22  Nations.

23    **Q.  When did you leave WT?**

24    A.  I believe in spring of 2024.

25    **Q.  Why did you leave WT?**

1    A.  Just due to personal issues.

2    Q.  What kind of personal issues?

3    A.  I lost my younger sibling to suicide.

4    Q.  I'm very sorry to hear that.

5        Do you have any mental or physical

6  disabilities?

7        MR. MORRIS:  Objection, compound.

8    Q.  (BY MS. BAKER)  Do you have any mental

9  disabilities?

10   A.  I have been diagnosed with autism, as well

11 as post-traumatic stress disorder.

12   Q.  Do you have any physical disabilities?

13   A.  I do not.

14   Q.  When were you diagnosed with those mental

15 disabilities that you mentioned?

16   A.  Autism at 15.  Post-traumatic stress

17 disorder at, I believe, 19.

18   Q.  Are you currently under a doctor's care for

19 anything?

20   A.  I am.

21   Q.  I would like to discuss your involvement in

22 Spectrum WT at West Texas A & M.

23       When did you first become involved in

24 Spectrum WT?

25   A.  In fall of 2022, 2022.

1      Q.  And why did you join the organization?

2      A.  I was just looking to get involved starting

3  college.

4      Q.  How long were you involved before you held a

5  leadership position?

6      A.  I believe a semester.

7      Q.  And you became vice president of the

8  organization, right?

9      A.  I did.

10     Q.  Were you elected to that role?

11     A.  I was.

12     Q.  What duties did you perform in your capacity

13 as vice president?

14     A.  I would organize and host meetings, as well

15 as help the president with his duties.

16     Q.  And why did you leave your role?

17     A.  I was leaving the university.

18     Q.  While you were involved with Spectrum, would

19 you say that most of the members were upperclassmen

20 or underclassmen at the university?

21     A.  I would say it's a fair mix of both.

22     Q.  Did Spectrum have a faculty advisor?

23     A.  Yes.

24     Q.  Who was that faculty advisor?

25     A.  I believe, Kristina Drumheller.

1    **Q.  Did you have another faculty advisor or just**

2  **her?**

3     A.  Just her officially.

4    **Q.  Do you remember how many members Spectrum**

5  **had when you first became vice president?**

6     A.  I do not.  It varied by meeting and

7  semester.

8    **Q.  Do you have maybe a ballpark thought of how**

9  **many members you had?**

10     A.  Probably 10 to 20.

11    **Q.  And when you left the university in 2024,**

12  **about how many members would you -- if you were to**

13  **take a ballpark estimate, how many members would you**

14  **say Spectrum had?**

15     A.  I would have to guess 20 to 30.

16    **Q.  So you would say that the membership had**

17  **increased by the time you left the university?**

18         MR. MORRIS:  Objection, calls for

19  speculation.

20     A.  I would say we did have an increase in

21  numbers, but it just depended on the meeting.

22    **Q.  (BY MS. BAKER)  So what kind of events did**

23  **Spectrum put together for its members?**

24     A.  We had a variety of craft nights, game

25  nights, movie nights.

1    Q.  How did you all recruit members?

2    A.  We would do tabling through the university,

3  as well as things like flyers.

4    Q.  How frequently would you table at the

5  university?

6    A.  It really just depended on officers'

7  availability.

8    Q.  But there were a lot of other student

9  organizations that tabled as well?

10    A.  Yes.   There would be constantly tables.

11    Q.  Would there ever be like student

12  organization fairs and things like that?

13    A.  Yes, ma'am.

14    Q.  And Spectrum would participate in those

15  student work fairs?

16    A.  Yes.

17    Q.  Were there ever any events where students

18  who were thinking about coming to West Texas A & M,

19  considering it and trying to find out what kind of

20  activities that West Texas has and student works, was

21  there any point where the university put prospective

22  students in contact with Spectrum?

23    A.  We did have tables at new student

24  orientations.

25    Q.  So there were new student orientations, and

1    Spectrum participated in those events?

2        A.   Yes, ma'am.

3        Q.   Do you remember how often those new student

4    orientations occurred?

5        A.   I would have to guess.   Just over the

6    summer, a couple of times a month.

7        Q.   Did Spectrum participate in any of those new

8    student orientations while you were vice president?

9        A.   Yes, we did.

10        Q.   So in 2023 and 2024, Spectrum participated

11    in those events?

12        A.   Yes, I believe so.

13        Q.   Where did Spectrum WT typically hold its

14    meetings?

15        A.   In, I believe it's, the classroom center.

16        Q.   And Spectrum had weekly meetings, right?

17        A.   Yes, ma'am.

18        Q.   Did you all ever host any off-campus events?

19        A.   I believe we went -- did like hiking in the

20    canyon.   I don't think really anything else.

21        Q.   How would you describe Spectrum's overall

22    mission?

23        A.   Just to make students feel accepted and have

24    a community, where they might struggle to find people

25    elsewhere.

Marcus Stovall - 12/16/2025

18

1       Q.  How would you describe its purpose?  Is

2  there a distinction between the organization's

3  purpose and its mission?

4               MR. MORRIS:  Objection, compound.

5       Q.  (BY MS. BAKER)  What was the purpose of

6  Spectrum WT?

7       A.  I would say the purpose was just to make

8  people feel accepted and have a place where they feel

9  free to belong and be themselves without being

10  judged.

11      Q.  Would you agree that Spectrum WT

12  functions -- functions and functioned while you were

13  a leader to provide a sense of community and a safe

14  space for LGBTQ+ students at WT?

15      A.  Yes, ma'am.

16      Q.  Spectrum WT, at least while you were there,

17  served to educate members of the WT student body

18  concerning LGBTQ+ issues.  Would you agree with that?

19      A.  Yes.

20      Q.  So would you agree that the organization has

21  both a social and an educational purpose?

22      A.  I would.

23      Q.  I am going to pull up page 5 of ECF No. 28.

24  This is Spectrum WT's verified second amended

25  complaint, which we'll mark as Exhibit 1.

1              I am going to share my screen.

2    Actually, I am going to pull it up first and then

3    share my screen to make this easy.

4                (Exhibit 1 marked.)

5        Q.  (BY MS. BAKER)  Can you see my screen?

6        A.  Yes.

7        Q.  And you verified this complaint, correct?

8                MR. MORRIS:  Objection, mischaracterizes

9    the document.

10       Q.  (BY MS. BAKER)  Let me rephrase my question.

11               Marcus, can you confirm that you have

12   verified, under penalty of perjury, to have personal

13   knowledge to several of the factual allegations in

14   this complaint?

15       A.  Yes, I believe so.

16       Q.  Okay.  I'm going to read a line from

17   paragraph 13.  It reads, "In furtherance of its

18   mission, Spectrum WT hosts periodic events, including

19   Lavender Prom, Queer History Night, and Queer Movie

20   Night."

21               What is Lavender Prom?

22       A.  It was not an event we hosted while I was on

23   campus, so I can't really provide details on it.

24       Q.  What was that event intended to be?

25       A.  I believe it's just like a formal dance.

1    That would make me guess.

2        Q.  **What about queer history night?  What is**

3    **that?**

4        A.  Where we would put together a slide show and

5    teach facts about queer history in the United States.

6        Q.  **So you-all had queer history nights while**

7    **you were a leader in Spectrum WT, correct?**

8        A.  Yes, ma'am.

9        Q.  **And would you ever lead those discussions?**

10       A.  Yes, I would.

11       Q.  **What about queer movie nights?  What are**

12   **those?**

13       A.  Where we would pick a movie, either one with

14   queer content in it or one just liked by the

15   community, and just have popcorn and watch a movie.

16       Q.  **What do you mean when you say, "one liked by**

17   **the community"?**

18       A.  Things like animated, the Studio Ghibli

19   movies people tend to like.

20       Q.  **So were these events, such as the queer**

21   **history night and the queer movie night, were these**

22   **annual events?**

23       A.  It really just depended on when we needed

24   fillers.

25       Q.  **What do you mean by "fillers"?**

1    A.  For our organized meeting, so sometimes we

2  would do, I think, like one or two movie nights a

3  semester, one or two history nights.

4    Q.  **So you had your weekly meetings, but these**

5  **were meetings that you would have aside from the**

6  **weekly meetings.  Is that correct?**

7    A.  No, ma'am.  These would have been weekly

8  meetings.

9    Q.  **I see.  So were these events hosted in WT**

10 **facilities?**

11    A.  Yes, ma'am.

12    Q.  **Where on campus were these events hosted?**

13    A.  Mostly in the classroom center.  I believe

14  we did a movie night in the computer lab due to

15  technical difficulties.

16    Q.  **And those weekly movie nights happened in WT**

17  **facilities, correct?**

18    A.  Yes, ma'am.

19    Q.  **Did those meetings continue to occur on**

20  **campus after President Wendler's decision not to**

21  **permit Spectrum's drag show in Legacy Hall in 2023?**

22    A.  Yes, ma'am.

23    Q.  **So Spectrum continued to meet in WT**

24  **facilities for its weekly meetings following**

25  **President Wendler's decision in 2023?**

1      A.  Yes, ma'am.

2      Q.  Did those on-campus meetings continue to

3  occur after President Wendler's decision not to

4  permit Spectrum's 2024 drag show in Legacy Hall?

5      A.  I believe so, but I was no longer a student

6  at the time.

7      Q.  While you were vice president of Spectrum,

8  it was a registered student organization, correct?

9      A.  Yes, ma'am.

10      Q.  As a registered student organization, did

11  Spectrum have access to funding from the university?

12      A.  I would have to guess.  I don't know the

13  specifics.

14      Q.  Who would know that information?

15      A.  That is something Barrett would know.

16          THE REPORTER:  I'm sorry.  Can you

17  repeat that?  That was something that --

18          THE WITNESS:  Barrett or Bear.

19      Q.  (BY MS. BAKER)  I'm going to pull up another

20  exhibit.  This is the WT student organizations

21  handbook marked Spectrum 565, and I'm going to mark

22  this Exhibit 2.

23          (Exhibit 2 marked.)

24      Q.  (BY MS. BAKER)  Can you see my screen?

25      A.  Yes.

1    speculation.  It's vague.

2        A.  Can you rephrase the question?

3        **Q.  (BY MS. BAKER)  Based on your reading of**

4    **this document, is access to campus facilities at WT a**

5    **privilege for registered student organizations?**

6              MR. MORRIS:  Same objection, calls for

7    speculation and vague.

8        A.  It is listed as a privilege.

9        **Q.  (BY MS. BAKER)  Do you agree that a**

10   **privilege is not something everyone can exercise?**

11       A.  I would have to speculate.  I don't know the

12   dictionary definition off the top of my head.

13       **Q.  Let me rephrase my question.**

14              **To put it in another way, can a**

15   **privilege be lost?**

16              MR. MORRIS:  Objection, calls for

17   speculation, vague.

18       A.  Yeah.  Again, it depends on the context, I

19   believe.

20       **Q.  (BY MS. BAKER)  Do you agree that registered**

21   **student organizations at WT have a responsibility to**

22   **comply with the university's procedures and policies?**

23       A.  Within reason, yes.

24       **Q.  What do you mean by "within reason"?**

25       A.  For example, if a -- like a conduct or

1    something is in conflict with First Amendment rights.

2        Q.  So it's your position that if a student

3    organization believes that the policy is in conflict

4    with their rights, they can decide not to follow it.

5    Is that your position?

6                MR. MORRIS:  Objection, vague as to

7    which policy.

8        A.  I believe that everyone should be held to

9    the same standard of First Amendment rights.

10       Q.  (BY MS. BAKER)  Do you agree that registered

11   student organizations who fail -- that fail to

12   fulfill their responsibility to comply with

13   university procedures or policies could lose certain

14   privileges?

15               MR. MORRIS:  Objection, calls for

16   speculation.

17       A.  I think it depends on the context.

18       Q.  (BY MS. BAKER)  In what way?

19       A.  I mean, for example, one of the --

20               THE REPORTER:  I'm sorry.  Did you say

21   something, Mr. Morris?

22               MR. MORRIS:  I just said "same

23   objection."  Thank you for asking.

24               THE REPORTER:  And then, what was your

25   answer, Marcus?

1    A.   Yes.   For example, one of the privileges

2    listed is a popcorn machine.   I don't think if the

3    popcorn machine gets dirty that means the student

4    organization no longer has the right to any of the

5    other privileges.

6        Q.   (BY MS. BAKER)   Is this a document that you

7    have ever reviewed before?

8        A.   I believe so.

9        Q.   Do you know whether this is a document that

10   you would have needed to be familiar with in your

11   role as a leader in a student organization?

12       A.   Either this document or a document similar.

13       Q.   Let's turn to another page in this exhibit.

14   The page that I'm turning to is stamped Spectrum 569.

15            At the top of this page, there is a

16   single line that says, "Reminder:  No glitter,

17   confetti, helium tanks, or tape are allowed in WTAMU

18   facilities."

19            So if a registered student organization

20   wanted to use a room in WT facilities to host a

21   glitter arts and crafts night, it wouldn't be

22   permitted to do so.  Is that correct, based on your

23   reading of this document?

24            MR. MORRIS:  Objection, calls for

25   speculation.

1      A.  I would have to guess because I believe

2   other organizations used all three of those

3   materials.

4      Q.  (BY MS. BAKER)  But according to this

5   document, no glitter is allowed in WTAMU facilities.

6   Is that correct?

7      A.  According to this document, yes.

8      Q.  Just beneath that, there is a subsection

9   titled, "Posting Marketing Guidelines."

10          As a student organization, did Spectrum

11   have to have its flyers or marketing materials

12   reviewed by the university before it was able to post

13   them?

14          MR. MORRIS:  Objection, vague.

15      A.  For events or regular meetings?

16      Q.  (BY MS. BAKER)  Both.

17      A.  I know for events we would get it approved.

18   I would have to guess about other materials.

19      Q.  And when you say, "get it approved," what do

20   you mean?

21      A.  I know we would email a copy off to someone,

22   and they would tell us if it was okay, or, if not,

23   what to change.

24      Q.  So someone in the -- strike that.

25          A WT administrator had to review your

1    materials, your marketing materials, right?

2        A.   I believe so.

3        Q.   So the first bullet point under the Posting

4    Marketing Guidelines says, "Materials may not be

5    racist or sexist in content, contain obscene words,

6    promote alcohol or other drug usage or any unlawful

7    activity or violate University rules, Texas A & M

8    University System policies or any local, state, or

9    federal laws."

10               So based on your reading of that first

11   bullet point, would you agree that a registered

12   student organization couldn't post a flyer that had a

13   racial slur on it in any university facility?

14               MR. MORRIS:  Objection, calls for

15   speculation and vague.

16       A.   Yes.

17       Q.   (BY MS. BAKER)  So you agree that a student

18   organization would not be able to post such a flyer,

19   correct?

20               MR. MORRIS:  Objection, asked and

21   answered.

22       A.   I could not post a flyer with a racial slur,

23   no.

24       Q.   (BY MS. BAKER)  What about sexist language?

25   Could a registered student organization post

1    that it would have to get university approval in

2    order to hold that show in a building on campus?

3              MR. MORRIS:  Objection, vague.

4         A.  Can you rephrase the question?

5         Q.  (BY MS. BAKER)  Did Spectrum understand from

6    the outset of the planning process that it was going

7    to need university approval to host a drag show in WT

8    facilities?

9              MR. MORRIS:  Objection, vague.

10        A.  Well, yes.  All events had to be approved.

11        Q.  (BY MS. BAKER)  Did Spectrum WT understand

12   from the outset of its planning to host a drag show

13   on campus that WT rules and procedures and policies

14   would govern whether that drag show would be

15   permitted in WT facilities?

16             MR. MORRIS:  Objection, vague, calls for

17   speculation.

18        A.  Could you rephrase the question?

19        Q.  (BY MS. BAKER)  To your understanding and

20   based on your involvement in the planning of the

21   drag -- of the 2023 drag show, did Spectrum recognize

22   that WT rules, policies, and procedures were going to

23   determine or govern whether the drag show could be

24   hosted on campus?

25             MR. MORRIS:  Objection, vague.

1      A.  Yes, we catered the event to those

2  guidelines.

3      Q.  (BY MS. BAKER)  So Spectrum reviewed the

4  guidelines before planning the drag show?

5      A.  Yes.

6      Q.  Why did you all select Legacy Hall?

7      A.  It was the most suitable venue for the event

8  we were planning.

9      Q.  What do you mean by "most suitable"?

10      A.  With the stage and sound system, as well as

11  the contained format.

12      Q.  What is a contained format?

13      A.  Being in a large central room, instead of

14  somewhere with a bunch of entrances and exits.

15      Q.  Did Spectrum WT ever consider any other

16  venues on campus?

17      A.  I believe we considered the alumni banquet

18  hall.

19      Q.  And why did you choose Legacy Hall over the

20  alumni banquet hall?

21      A.  I believe the stage, the seating, and the

22  sound system.

23      Q.  Did Spectrum WT ever consider any off-campus

24  venues?

25      A.  Not originally.

1    Q.   Why did the organization choose to donate to

2    The Trevor Project specifically?

3    A.   It was a queer support organization for

4    college students, trying to prevent suicide in queer,

5    younger individuals, young adults and teenagers, and

6    something we dealt with very individually.

7    Q.   Whose idea was it to -- who created the idea

8    of the drag show?  How did that come about?

9    A.   I do not know.  I would have to guess.

10    Q.   But it wasn't you who came up with the idea?

11    A.   It was not my original idea.

12    Q.   Was this something that -- let me rephrase.

13         Are you aware if any previous leaders of

14    Spectrum had considered hosting a drag show of this

15    sort on campus previously?

16    A.   Not to my knowledge.

17    Q.   So how would you describe the intended

18    message of the 2023 drag show?

19    A.   The message was just to let people

20    artistically express themselves and have fun and

21    express queer culture.

22    Q.   So self-expression, queer culture, and

23    having fun, is that how you would describe the

24    message of the 2023 drag show, the intended message?

25         MR. MORRIS:  Objection, mischaracterizes

```
 1        A.  Can you repeat the question?

 2        Q.  (BY MS. BAKER)  Based on your knowledge of

 3   Myss Myka's performances -- strike that.

 4               Had you seen any performances by

 5   Myss Myka prior to -- before you -- before Spectrum

 6   selected her as their MC for the 2023 drag show?

 7        A.  I had not.

 8        Q.  Who made the decision to select her as the

 9   MC?

10        A.  I believe it was made as a group.

11        Q.  Did you, in your role as vice president,

12   have a -- any ultimate decision or decisionmaking

13   authority as to whether she would be invited or she

14   would not?

15        A.  No.  We made all decisions as a group.

16        Q.  When you say "as a group," does that mean

17   you voted?

18        A.  Yes.

19        Q.  So you held a vote on who was to be the MC

20   of this event?

21        A.  I don't recall us doing like an official

22   vote, but we decided as a group.

23        Q.  So Myss Myka was selected as the MC because

24   she won in that vote that was conducted, correct?

25        A.  We didn't hold a specific vote.  We just
```

1  knew of her in the community.

2      Q.  **When did you first meet Myss Myka?**

3      A.  I do not recall.

4      Q.  **Had you met her before she was invited to**

5  **serve as the MC for this event?**

6      A.  I do not believe so.

7      **Q.  Had you visited any of Myss Myka's social**

8  **media pages before or while planning this event?**

9      **A.  I believe to get in contact with her.**

10     **Q.  Were you the person that was mainly in**

11 **charge of communicating with her throughout the**

12 **planning process?**

13     **A.  I was.**

14     Q.  **To your knowledge, would you agree that**

15 **Myss Myka is seen as a mentor to many people within**

16 **the Canyon or Amarillo LGBTQ+ community?**

17          MR. MORRIS:  Objection, vague.

18     A.  I would have to guess on other people's

19 experiences.

20     Q.  **(BY MS. BAKER)  Would you consider Myss Myka**

21 **to be a mentor of yours?**

22     A.  I wouldn't consider us to have a mentor

23 relationship, but I do respect her.

24     Q.  **I want to move to introduce Exhibit 4.  This**

25 **is a photo.  I will share my screen momentarily.  I**

1    am pulling it up.  Oh, here it is.

2              (Exhibit 4 marked.)

3         Q.  Marcus, can you identify the people in this

4    photo?

5         A.  Yes, that is myself there and Myss Myka.

6         Q.  When was this photo taken, to your

7    remembrance?

8         A.  June of 2023, I believe.

9         Q.  Where was this taken?

10        A.  At the Amarillo Pride.

11        Q.  As far as you're aware, does Myss Myka ever

12   teach less experienced performers or individuals who

13   are new to drag how to perform?

14        A.  I believe so.

15        Q.  And does she host lessons where she teaches

16   less experienced performers?  How does that work, to

17   your knowledge?

18              MR. MORRIS:  Objection, compound.

19        A.  I do not know.

20        Q.  (BY MS. BAKER)  Let's take a look at the

21   next exhibit, which I'll call Exhibit No. 5.

22              (Exhibit 5 marked.)

23        Q.  This is ECF37-3 on the Court's docket.  This

24   is a video.

25              I will share both the screen of the

1  document that I'm looking at and then I will share

2  the video.  This is, again, ECF37-3, a video from

3  February 2023 of a performance by Myss Myka.  I am

4  going to play the video.

5              (Playing video.)

6      Q.  (BY MS. BAKER)  Marcus, in your opinion, was

7  Myss Myka's performance in the video that we just

8  watched lewd?

9              MR. MORRIS:  Objection, calls for

10  speculation and calls for a legal conclusion.

11      A.  I would say it's catered to an adult

12  audience.

13      Q.  (BY MS. BAKER)  Did you see any nudity in

14  that video?

15      A.  I did not.

16      Q.  Did you see any graphic sexual activity

17  depicted?

18              MR. MORRIS:  Objection, vague.

19      A.  Can you clarify what you mean by "graphic

20  sexual activity"?

21      Q.  (BY MS. BAKER)  There was no sexual activity

22  depicted whereby the individuals participating didn't

23  have clothes on or were nude.

24      A.  Yes, there is no explicit sexual content in

25  the video.

```
1        A.  As it is, the performance at a club, I would
2   not consider PG-13.
3        Q.  What do you mean by "at the club"?  Does it
4   matter where it's being hosted?  Does that change
5   your answer?
6        A.  As far as I'm aware, the only location where
7   that particular performance was held, that specific
8   routine, was at the club.  It was not held in our
9   show.
10       Q.  So you all spoke with Myss Myka in planning
11  to ensure that there would be no lewd performances at
12  the show.  Is that correct?
13       A.  That is correct.
14       Q.  What kind of communications did you have?
15       A.  For sure in-person.  I believe over text as
16  well.
17       Q.  What did you all tell her?
18       A.  The show we're holding is PG-13, so no
19  explicitly vulgar, lewd content.
20       Q.  When you spoke with her, did you clarify
21  what you meant by "lewd"?
22       A.  To my recollection, we just used the
23  umbrella term as "PG-13" for general understanding.
24       Q.  But you specifically told her no lewd
25  conduct.  Is that correct?
```

1    A.  As that would fall under PG-13.

2    Q.  May you repeat what you just said?  I didn't

3  quite capture it.

4    A.  It was our understanding that lewd or

5  graphic content would fall under the umbrella label

6  of PG-13.

7    Q.  So to clarify, you're saying lewd conduct

8  would fall under the umbrella of PG-13 or would not?

9    A.  It would not.  We would consider lewd or

10  sexual content to be an R-rated, while our show was a

11  PG-13 rated.  So it would contain no lewd or sexual

12  content.

13    Q.  I believe you clarified this, but I'm going

14  to ask you again to make sure I am absolutely clear:

15  It is your position -- is it your position that the

16  video of Myss Myka performing in the club is lewd?

17        MR. MORRIS:  Objection, asked and

18  answered.  Objection as to speculation, legal

19  conclusion.

20    A.  Yes, I stand with what I've already said.

21    Q.  (BY MS. BAKER)  And what did you say?

22        MR. MORRIS:  Objection, asked and

23  answered.

24        If you would like to ask the court

25  reporter to go back and repeat Mr. Stovall's answer,

1  the actual rule and the enforced rule is.

2            THE REPORTER:  I'm sorry.  You're not

3  sure what the actual rule --

4            THE WITNESS:  Oh, the actual rule or the

5  enforced rule is.

6            THE REPORTER:  Thank you.

7       Q.  (BY MS. BAKER)  But it's -- but it's true

8  that many student organizations post on these

9  bulletins, correct?

10      A.  It is.

11      Q.  How did Spectrum invite people to perform in

12  the 2023 drag show?

13            MR. MORRIS:  Objection, ambiguous.

14      A.  I believe we just had a form, taking down

15  names.

16      Q.  (BY MS. BAKER)  Was this form posted on

17  social media?

18      A.  I don't recall.

19      Q.  Do you know whether Spectrum WT sent out an

20  email on any lists -- any WT ListServe, to invite

21  students to perform in the drag show?

22      A.  We did not send out email.

23      Q.  And were only WT students eligible to

24  perform, or was it open to all members of the public?

25      A.  For the original 2023 show on campus, it was

1    only students.

2        Q.  And plans changed -- after Spectrum learned

3    that it wouldn't be able to host it in Legacy Hall,

4    was it then open to the public?

5        A.  Yes.

6        Q.  In planning this, the 2023 drag show, did

7    you ever have a thought of how many participants you

8    would have expected to show up at an event like that?

9        A.  I don't recall exactly.  We weren't planning

10   on a very large crowd.

11       Q.  Why?

12       A.  Our original intention was just for it to be

13   a small event, mainly for Spectrum members.

14       Q.  So you initially wanted it to be small.  Is

15   that correct?

16       A.  Yes.

17       Q.  I want to look at a document stamped

18   Spectrum 834, which I will label Exhibit 7.

19                (Exhibit 7 marked.)

20       Q.  (BY MS. BAKER)  Marcus, do you recognize

21   this?

22       A.  Yes, I do.

23       Q.  What is this?

24       A.  It should be a QR code to the Google form we

25   had for sign-ups.

1    Q.  And this was a flyer inviting people to sign

2    up to participate in the on-campus or the planned

3    on-campus drag show.  Is that correct?

4    A.  Yes.  This is one that was a collaborative

5    show with F1rstGen.

6              THE REPORTER:  I'm sorry.  A

7    collaborative show with?

8              THE WITNESS:  F1rstGen.

9    Q.  (BY MS. BAKER)  What do you mean by "a

10   collaborative show"?

11   A.  So Spectrum was not the only organization

12   planning the event.  It was going to be multiple

13   groups at first.

14   Q.  And were there any other groups aside from

15   F1irstGen who were planning to participate?

16   A.  I believe the K-Pop group as well.  There

17   may have been others.  I would have to guess at this

18   moment.

19   Q.  So with those groups collaborating, would

20   you -- would they be considered like co-sponsors?

21   A.  Yes.

22   Q.  And were there ever any discussions with

23   those potential co-sponsors for them to promote this

24   event on their socials as well?

25   A.  I don't specifically remember.  I'm sure

```
 1   there were.
 2        Q.  So I'm going to turn our attention to the
 3   flyer.
 4                In your opinion, Marcus, is there
 5   anything on this flyer that suggests only WT students
 6   were welcome to participate in the 2023 drag show?
 7        A.  In the yellow letters, it says, "A drag show
 8   hosted by WTAMU students."
 9        Q.  So it says the event was hosted by students,
10   correct?
11        A.  Yes, ma'am.
12        Q.  But it doesn't say anything on there about
13   only students being able to perform, correct?
14        A.  It does not.
15        Q.  Is there any mention of minors on this
16   flyer?
17        A.  Not on this flyer.
18        Q.  Is that a scannable QR code on the flyer?
19        A.  I don't know if it is still active, but it
20   was originally.
21        Q.  And what would be -- what would that QR code
22   be used for?
23        A.  It's a link to a Google form where you can
24   leave information and we can get into contact with
25   people.
```

1    Q.  So it's a way to sign up to participate?

2    A.  Yes.

3    Q.  Do you remember anything about that sign-up

4  form?

5    A.  I would have to look at it.

6    Q.  Spectrum told -- Spectrum WT told WT

7  administrators that it was planning to host a PG-13

8  drag show, correct?

9    A.  Yes.

10    Q.  So why did you all feel the need to specify

11  that it was going to be PG-13?

12    A.  To go ahead and set that boundary for all

13  performers right off the bat of what we considered

14  acceptable content for an academic setting.

15    Q.  So it had some usefulness for the performers

16  as well, right?

17    A.  Can you repeat that?

18    Q.  So that PG-13 label had some usefulness for

19  the performers as well, too, right?

20    A.  Yes, to let them know what they can come in

21  and perform and what they cannot.

22    Q.  Earlier during our discussion, you mentioned

23  that sometimes a show -- strike that.

24           Earlier in our discussion, you said that

25  sometimes the message of a performance depends on

1    A.  Yes.

2    Q.  **Do you agree that sometimes the message that**

3    **the audience member receives is different than what**

4    **the performer may have been trying to convey?**

5    A.  It can be, yes.

6    Q.  **But it's not always, right?**

7    A.  It depends on the individual, on their

8    interpretation.

9    Q.  **Did any of the performers reach out to you**

10   **or any of the other Spectrum leaders seeking clarity**

11   **as to what would be permissible under the PG-13**

12   **standard?**

13   A.  Yes.

14   Q.  **Can you explain or maybe provide an example**

15   **of a discussion that you had with a performer who was**

16   **seeking clarity as to what was permissible?**

17   A.  I can't name specifics, but I know we had

18   discussions about particularly song lyrics for the

19   lip syncs.  I'm like if there's any curse words at

20   all, which words?  Like can we use a radio edit.  I

21   think we decided on just like censor it out, use a

22   clean radio edited version if needed.

23   Q.  **Did you look to any MPAA standards in**

24   **determining what constituted PG-13?**

25   A.  You mean like movie rating standards by

1  that?

2      Q.  Yes.

3      A.  Yes, those are the general rules we went by.

4      Q.  So under the MPAA standards, to your

5  understanding, a song with -- a performance with a

6  curse word would not be considered PG-13?

7      A.  To my best recollection, I believe the

8  understanding for PG-13 is like one curse word.

9      Q.  But you all told performers no curse words?

10     A.  Yes.  We decided to just go along, try not

11  to do any curse words just to be safe.

12     Q.  I want us to review another image stamped

13  DEF 841, which I'm going to mark as Exhibit 8.

14             (Exhibit 8 marked.)

15     Q.  (BY MS. BAKER)  Can you see this Marcus?

16     A.  Yes.

17     Q.  Okay.  I forgot that I was still screen

18  sharing.

19             This is an early iteration of the flyer

20  for Spectrum's 2023 drag performance, right?

21     A.  Yes, ma'am.

22     Q.  And are the people on this flyer meant to

23  represent drag performers?

24     A.  Yes.

25     Q.  Is there any mention of PG-13 on this flyer

1    Q.  And there's a QR code on this flyer, right?

2    A.  There is.

3    Q.  Do you know where that QR code leads?

4    A.  I would imagine to ticket sales.  I would be

5  guessing, though.

6    Q.  Do you see any mention of minors on this

7  flyer?

8    A.  Not on this flyer.

9    Q.  But it does clarify that the event would

10  be -- would have a PG-13 rating, right?

11    A.  It does.

12    Q.  Could minors attend the 2023 drag show that

13  you all planned to host in Legacy Hall?

14    A.  Only if accompanied by a parent or guardian.

15    Q.  Why did they have to be accompanied by a

16  parent or guardian?

17    A.  Just because it's an event held at a college

18  campus, and not all parents are okay with their

19  children being exposed to drag shows, that type of

20  performance.

21    Q.  Spectrum would have had to pay some sort of

22  fee to use Legacy Hall for its 2023 drag show,

23  correct?

24    A.  I do not know.

25    Q.  So according to this flyer, any student with

1    a Buff ID didn't need to purchase a ticket to get

2    admitted to the performance, right?

3        A.   Yes.

4        Q.   What is the difference between general

5    admission versus a VIP ticket?

6        A.   I believe the VIP tickets were designated

7    tables.

8        Q.   And then what was -- the general admission

9    was just free seating?

10        A.   Yes.

11        Q.   Why was it free for students if it was a

12    fundraiser?

13        A.   We didn't want to provide a financial

14    barrier for students already paying tuition to the

15    university to get in the door.

16        Q.   So you just -- you all wanted to remove

17    obstacles for students' ability to participate,

18    correct?

19        A.   Yes.

20             MR. MORRIS:  Objection.

21             THE REPORTER:  Mr. Morris, did you

22    object?

23             MR. MORRIS:  I did.

24             THE REPORTER:  Can you repeat it,

25    please?

1          (Exhibit 10 marked.)

2      Q.  (BY MS. BAKER)  Do you recognize this,

3  Marcus?

4      A.  Yes, I do.

5      Q.  What is this?

6      A.  I believe it is our statement from after the

7  email was sent out.

8      Q.  And this clarifies that it was sent from

9  Spectrum WT, correct?

10      A.  Yes.

11      Q.  Was this posted on Spectrum WT's Instagram

12  page?

13      A.  I believe so.

14      Q.  Do you consider Spectrum WT's Instagram page

15  to be part of its advocacy, the organization's

16  advocacy?

17      A.  Can you elaborate what you mean by advocacy?

18      Q.  Yes.  Would you agree that Spectrum's

19  Instagram page is a means through which it advances

20  its purpose and mission?

21      A.  Yes, I would.

22      Q.  Why did Spectrum issue this statement?

23      A.  We were receiving a lot of questions, and we

24  wanted to get our answer in concise, readable form to

25  put out there.

1      Q.  Did you create this statement?

2      A.  I helped with this.

3      Q.  But you would agree that it represents

4  Spectrum's official position on President Wendler's

5  decision not to allow the organization's 2023 drag

6  show to move forward in Legacy Hall?

7      A.  Yes.

8      Q.  I'm going to zero in on a document marked

9  Spectrum 1183, and I'm going to read -- actually, I'm

10  just going to read -- I'll read the first three

11  sentences here.

12          It says, "First, we would like to state

13  that drag is not designed to be offensive.  Drag is

14  not a mockery - it is a celebration.  Drag is a

15  celebration of many things:  queerness, gender,

16  acceptance, love, and especially femininity."

17          Do you agree with that statement, that

18  part of the statement that I just read?

19      A.  I do.

20      Q.  Marcus, how would you define "drag"?  How do

21  you explain it?

22      A.  Can you rephrase?

23      Q.  What is drag?

24          MR. MORRIS:  Objection, vague.

25      Q.  (BY MS. BAKER)  Drag, as it is used in --

1    what is drag as it is used in Spectrum's official

2    statement?

3        A.    As referred to in our statement, drag is a

4    form of artful performance that has a long history in

5    the queer community and queer culture.    It's a form

6    of performance used to bend and break gender roles

7    and ideas of expectation and reclaim individuality.

8        Q.    So you would agree that -- you would agree

9    that drag sometimes uses parody to undermine gender

10   norms, right?

11       A.    It can.

12       Q.    May you repeat that, please?

13       A.    It can.

14       Q.    "It can," was that your answer?

15       A.    Yes, ma'am.

16       Q.    But sometimes it doesn't, right?

17       A.    Yes, it's a very subjective experience.

18       Q.    It's a very subjective experience.

19                Q.    What makes drag, in your opinion, a

20   celebration of gender?

21       A.    I would say just because it's an entire form

22   of art based on playing around with those gender

23   roles and expectations and all of that, either

24   bending it or exaggerating it or just completely

25   deconstructing it.

1    Q.  So drag, in your view, is capable of

2  challenging the idea that gender is a fixed concept.

3  Is that accurate?

4    A.  One of many definitions, but yes.

5            THE REPORTER:  Can you repeat that,

6  please?

7            THE WITNESS:  One of many definitions,

8  but yes.

9    Q.  (BY MS. BAKER)  So you agree that drag is a

10  celebration of gender and femininity, right?

11    A.  It can be, yes.

12    Q.  So when is drag a celebration of femininity?

13    A.  If that's what the performer intended.

14    Q.  So it -- so whether it is a celebration of

15  femininity depends on whether the performer is

16  intending to celebrate femininity.  Is that correct?

17    A.  Yes.  Only I hesitate to say "all" because

18  there are drag kings and people who do drag either

19  way, and that can be a play on more masculine or just

20  neither of the gender roles.

21    Q.  But you would agree that drag challenges the

22  idea that gender is something we can't change.  Would

23  you agree with that?

24    A.  Yes, I would, that it challenges that idea.

25    Q.  Some people have compared drag shows to

```
 1   individual.  There's various different ways.

 2        Q.  Can you provide an example?

 3        A.  Can you rephrase the question?

 4        Q.  I'm trying to get a better understanding of

 5   how drag functions as an art form -- an art form of

 6   self-expression.

 7              So is it that the performers have the

 8   ability to express themselves in new and creative

 9   ways in their costumes or their routines?  That is

10   what I'm trying to understand.

11        A.  Yes.  Performers express themselves through

12   the costumes, through putting together routines,

13   choreographing, audio mixing.  Are you just doing one

14   song?  Are you splicing multiple together?  Are you

15   doing your own song?  Did you write one?  What are

16   you doing with the hair, the make-up, the costumes?

17              There's so much that goes into it that

18   the individual -- it's completely up to them.

19        Q.  So, essentially, a performer can be as

20   creative as they want in coming up with their

21   routines and their costumes and all of that, right?

22        A.  Yes.

23        Q.  And they are exercising this creativity so

24   that they can portray a certain message, whatever

25   message they want to portray to the world, right?
```

1  performance depends on what the performer is

2  intending to convey.  Is that accurate?

3      A.  Yes.

4      Q.  There really is no singular message of drag,

5  right?

6      A.  I would say, just like any art form, it's

7  subjective.

8      Q.  Do you agree that drag doesn't always

9  reflect a message of LGBTQ+ support?

10     A.  Yes.

11     Q.  Can you provide an example that you can

12 think of when it might not?

13     A.  I mean, just like any art form, it can be

14 used in any way the author wants, so it can be used

15 to purposely be offensive.  And I've heard of like

16 fraternities and sororities putting on cross-dressing

17 events that were not handled respectfully.

18     Q.  Do you agree that reasonable people can

19 disagree as to whether drag denigrates people?

20     A.  As long as you're able to hold a reasonable

21 conversation.

22     Q.  So, yes, you agree that reasonable people

23 may disagree as to whether drag denigrates?

24     A.  Yes, I don't think there's anything wrong

25 with disagreeing.

1      Q.  And some members of the LGBTQ+ community may

2    disagree with the position that drag is not

3    demeaning, right?

4      A.  Yes, that is true.

5      Q.  So I'm going to turn back to this exhibit,

6    which I have since forgotten what I named it.

7    Exhibit 10 I think.

8              So all right.  A few lines down from

9    that, it says, "We also find the use of religion by a

10   university official disturbing and unprofessional,

11   and believe that the separation of church and state

12   is essential to our country."

13             Marcus, is it your view that President

14   Wendler's decision not to permit Spectrum WT's drag

15   show in Legacy Hall was because of his religious

16   views?

17     A.  To my recollection, religion was used as a

18   backing.

19             THE REPORTER:  Was used what?

20             THE WITNESS:  As a backing to the

21   argument.  My apologies.

22     Q.  (BY MS. BAKER)  So you do not believe that

23   Wendler was acting under religious pretext in making

24   his decision?

25             MR. MORRIS:  Objection, mischaracterizes

1    Q.  I'm going to turn to our next document,

2  which is President Wendler's March 23rd, 2023,

3  statement in which he articulates his reasons for

4  forbidding drag shows in Legacy Hall.

5              (Exhibit 12 marked.)

6    Q.  (BY MS. BAKER)  Here is that statement.

7            Marcus, would you like a minute to --

8  would you want to review this whole thing before I

9  ask you some questions about it, or would you prefer

10  me to just start asking you questions?

11    A.  I would prefer to read it.

12    Q.  Okay.  So take what time you need.

13    A.  All right.  If you could scroll.

14            All right.  Thank you.

15    Q.  So I'm going to scroll back up to the first

16  page marked DEF 53.  In that first paragraph, Marcus,

17  President Wendler praises Spectrum WT's intentions to

18  raise funds for The Trevor Project through the 2023

19  drag show, right?

20    A.  That is true.

21    Q.  And would you agree that the 2023 drag show

22  was intended to show support for The Trevor Project?

23    A.  It was.

24    Q.  And earlier when we were talking, you shared

25  that, when it comes down to drag, there's many

1    different meanings and messages, right?

2        A.   That is correct.

3        Q.   And the message of a drag show depends on

4    what the performer intends it to mean, right?

5        A.   Yes.

6        Q.   I'm going to read from the first two

7    sentences of the paragraph.   The second paragraph on

8    the page marked DEF 54, it says, "WT endeavors to

9    treat all people equally.   Drag shows are derisive,

10   divisive and demoralizing misogyny, no matter the

11   stated intent."

12               So, Marcus, my question for you is,

13   based on your reading of this letter and that

14   sentence that I just read, is there anything in

15   President Wendler's statement that leads you to

16   believe he would allow a drag show of any kind to be

17   hosted in Legacy Hall?

18       A.   Can you rephrase the question?

19       Q.   Yes.   In other words, can you identify

20   anything in this letter, any statements that leads

21   you to believe that Spectrum -- to believe, excuse

22   me, that President Wendler would allow a drag show if

23   it weren't Spectrum who was intending to host it on

24   campus?

25       A.   I do not.

1    **Q.  Based on your reading of this letter, would**
2    **President Wendler allow a drag show in Legacy Hall if**
3    **its message was to ridicule members of the LGBTQ+**
4    **community?**
5        A.  No.
6        **Q.  President Wendler would not permit any drag**
7    **shows in Legacy Hall regardless of their intended**
8    **message, correct?**
9                MR. MORRIS:  Objection, calls for
10   speculation.
11       A.  Yes, it seems to be an overall ban on any
12   drag, regardless.
13       **Q.  (BY MS. BAKER)  Do you agree, based on your**
14   **reading of -- let me go back up here so you can --**
15   **oh, actually, it is this paragraph.**
16               So this same paragraph where my cursor
17   is circling, the second paragraph, excuse me, based
18   on your reading of that, would President Wendler
19   permit a black-face performance to be hosted in
20   Legacy Hall?
21               MR. MORRIS:  Objection, calls for
22   speculation.
23       A.  Based on the paragraph, no.
24       Q.  (BY MS. BAKER)  Do you agree that WT's
25   mission and values emphasize respect for others?

```
 1        A.  I do not recall.

 2        Q.  I want us to discuss the next exhibit, which

 3   I'll mark as Exhibit 13.  Hopefully I'm not off on my

 4   numbering.  Could be by this point.  This is the

 5   WT --

 6                THE REPORTER:  I think it's 12.

 7                MS. BAKER:  I meant 12.  Thank you,

 8   Court Reporter.

 9                (Exhibit 12 (A*) marked.)

10        Q.  (BY MS. BAKER)  I'll mark this

11   Exhibit 12 (A*), and this is the WT Code of Student

12   Life, which spans from DEF 681 through DEF 725.

13                Okay.  Have you ever seen this document

14   before, Marcus?

15        A.  I believe so.

16        Q.  So I am going to go -- this is quite a large

17   document, so I'm going to make it easy for us here.

18   We'll start by looking at the page marked DEF 683.

19                Let me scan -- zoom in a little bit here

20   so it's easier for us to see, easier for us.  Okay.

21                So, Marcus, just go ahead and take a

22   minute to read this entire statement, and then I'll

23   ask you some questions about it.

24        A.  Would we be able to take a quick break so I

25   can grab a laptop charger?
```

```
 1        Q.   Absolutely.  Would --

 2        A.   All right.  Thank you so much.

 3        Q.   Would five minutes suffice?

 4        A.   Yes.  That will be fine.

 5             MS. BAKER:  Okay.  Great.

 6             THE REPORTER:  Okay.  Off the record at

 7   12:57.

 8             (Recess:  12:57 p.m. to 1:05 p.m.)

 9        Q.  (BY MS. BAKER)  So, Marcus, I'm going to ask

10   you a few questions about this page of the document.

11             MS. BAKER:  And I also want to make sure

12   that no one here starves on my account.  So if I ask

13   a few more questions, I would be happy to pause so

14   that we all can take a lunch break for about 45

15   minutes or so, if that works for everyone.  Okay.

16        Q.  (BY MS. BAKER)  So let me share my screen.

17   Again, we are looking at the WT Code of Student Life.

18             So, Marcus, you can take a moment to

19   read these few paragraphs, and then I'm going to ask

20   you some questions.

21        A.   All right.  All good.

22        Q.   So based on your reading of this page and

23   this statement, WT students have rights and

24   responsibilities, right?

25        A.   Yes.
```

1    **Q.  And WT upholds certain community standards,**
2    **correct?**

3    A.  According to this, yes.

4    **Q.  Those community standards encourage mutual**
5    **respect between students, faculty, and**
6    **administrators, correct?**

7    A.  That is the stated goal.

8              THE REPORTER:  Can you repeat that,
9    please?

10             THE WITNESS:  That is the stated goal.

11   **Q.  I do have a few more questions about -- oh,**
12   **actually, before we pause for a lunch break, one more**
13   **question.**

14             **What do you understand the purpose of**
15   **the code of student life to be?**

16   A.  To keep the enrolled students safe, as well
17   as foster a positive academic environment.

18   **Q.  Would you agree that part of its purpose is**
19   **to provide expectations -- what -- strike that.**

20             **Would you agree that part of the purpose**
21   **of a code of student life is to ensure that students,**
22   **as members of the university community, have a clear**
23   **idea of what their responsibilities and rights are?**

24   A.  Can you repeat that one more time?

25   **Q.  Yes.  Would you agree that the purpose of a**

 1   code of student life is to provide students with some

 2   clarity on what conduct is appropriate and acceptable

 3   within the university environment?

 4        A.   Yes.

 5             MS. BAKER:  On that note, let's take a

 6   pause so that we all can take a lunch break, unless

 7   folks here would prefer to keep powering through.

 8   But I definitely want to make sure that you all can

 9   have lunch if you would like.

10             MR. MORRIS:  Let's go off the record

11   real quick.

12             THE VIDEOGRAPHER:  Off the record at

13   1:10 p.m.

14             (Recess: 1:10 p.m. to 1:39 p.m.)

15        Q.  (BY MS. BAKER)  I'm now going to turn to a

16   page marked DEF 684.  I'm going to scroll there.  And

17   so we are looking at the forward in the WT Code of

18   Student Life.

19             Marcus, I want to bring your attention

20   to the section entitled, "West Texas A & M University

21   Mission Statement."  You can go ahead and read that

22   section.  It's very short, so it shouldn't take much

23   time.

24        A.  All good.

25        Q.  Okay.  So based on your reading of -- based

1    on your reading of that section, West Texas A & M is

2    a student-centered community of learners, correct?

3        A.  Yes, that is what it says.

4        Q.  I want to direct your attention to this

5    General Purpose section.  Go ahead and -- go ahead

6    and read this section, these four paragraphs, and

7    then I'll ask you a few questions about it.

8        A.  All good.

9        Q.  So according to this -- according to your

10   reading of this section, these standards exist -- the

11   standards in this document exist to provide -- excuse

12   me.

13           The standards in this section exist to

14   ensure that order can be maintained on the university

15   campus, right?

16           MR. MORRIS:  Objection, calls for

17   speculation.

18       Q.  (BY MS. BAKER)  Look at that second

19   paragraph here.

20       A.  That is what it says, yes.

21       Q.  Now let's take a look -- actually, before I

22   move on, students, as members of the campus

23   community, have responsibilities, correct?

24       A.  Yes.

25       Q.  So now I'm going to zero in on this last

1    section here which says, "West Texas A & M University

2    Core Values."

3                Have you had a chance to scan that

4    section?

5        A.  Yes.

6        Q.  So based on your reading of that section, WT

7    will not compromise its core values, correct?

8        A.  That's what it says, yes.

9        Q.  So the university will not negotiate with

10   respect to those core values, right?

11               MR. MORRIS:  Objection, calls for

12   speculation.

13       A.  That is what the document says.

14               THE REPORTER:  I'm sorry.  That is what

15   the document --

16               THE WITNESS:  That is what the document

17   says.

18       Q.  (BY MS. BAKER)  Respect -- respect for

19   people, individuals, is one of WT's core values,

20   correct?

21       A.  It is.

22       Q.  I'm going to turn to a page in this

23   document, the next page, marked DEF 685, the section

24   entitled, "Student Centered Philosophy."  I want you

25   to read the last paragraph of this section because

```
 1       Q.  What were the nature of those comments?  You

 2  don't have to disclose the actual words, but what

 3  about those comments was inconsistent with Spectrum's

 4  code of conduct?

 5       A.  It was a lot of racist comments mostly

 6  against Hispanic people.

 7       Q.  And that -- and the individual who made

 8  those statements, you said that that person was

 9  ousted from the organization.  Is that correct?

10       A.  After multiple conversations, yes.

11       Q.  Okay.  I'm going to introduce exhibit -- as

12  Exhibit 13, I believe --

13            MS. BAKER:  Court Reporter, are we on

14  13?

15            THE REPORTER:  Yes, ma'am.

16            (Exhibit 13 marked.)

17            MS. BAKER:  Thank you.

18       Q.  (BY MS. BAKER)  So I want to introduce as

19  Exhibit 13, WT's Jack B. Kelley student center

20  procedure and guidelines booklet, and it's marked as

21  DEF 154 through 172.

22            Are you familiar with this document,

23  Marcus?

24       A.  I'm not sure.

25       Q.  Can you see this document?
```

```
 1        A.   I can.   I can't recall for certain.   I may

 2   have; I may have not.

 3        Q.   I'm going to start here by looking at page 3

 4   of this guidebook, which is marked DEF 156.

 5             To your knowledge, the JBK Student

 6   Center is WT property, correct?

 7        A.   Yes.

 8        Q.   And JBK Student Center is a place where all

 9   members of the WT community should be treated with

10   dignity and respect, correct?

11             MR. MORRIS:   Objection, calls for

12   speculation.

13        Q.   (BY MR. BAKER)   Based on your knowledge of

14   general university -- of the university's policies,

15   including some that we've already read.

16             MR. MORRIS:   Is that a question,

17   Counsel?   I'm not sure what the question is.

18             MS. BAKER:   Strike what I previously

19   said, and I'm going to rephrase.

20        Q.   (BY MS. BAKER)   To your understanding of

21   WT's policies, including some of which we've already

22   read, the JBK Student Center is a place where all

23   members of the WT community should be treated with

24   dignity and respect, correct?

25             MR. MORRIS:   Calls for speculation,
```

1    objection.

2        A.    That would be the university policy, yes.

3        Q.    (BY MS. BAKER)    To your knowledge, as a

4    student, what you observed while at WT, have -- do

5    outside groups not affiliated with WT sometimes host

6    events in the JBK Student Center?

7        A.    To my knowledge, yes.

8        Q.    Let's look at this fourth paragraph

9    entitled, "Jack B. Kelley Student Center Mission

10   Statement."

11               The JBK Student Center is a place where

12   all members of the -- where all members of the WT

13   community can gather, correct?

14       A.    Yes.

15       Q.    And based on your reading of this paragraph

16   here, the JBK Student Center is -- strike that.

17               And based on your reading of this

18   paragraph, the JBK's function is student centered,

19   correct?

20       A.    Yes.

21       Q.    What leads you to -- what leads you to

22   believe that in that paragraph?

23       A.    It says that it's a gathering place for the

24   entire West Texas A & M University community.

25       Q.    And it also says that it offers

1    student-centered programs and services, correct?

2        A.  Yes, it does.

3        Q.  The JBK operates using university center

4    fees, correct?

5        A.  To my knowledge.

6        Q.  Do you recall what those fees are?

7        A.  I do not.

8        Q.  Has Spectrum WT ever hosted any events in

9    the JBK center?

10       A.  I believe so.

11       Q.  Like what?

12       A.  I don't -- is the classroom center

13   considered part of the JBK?

14       Q.  You said it's called the classroom center?

15       A.  Yes.  That's where we host all of our weekly

16   meetings.  I'm not sure if it's officially part of

17   the JBK, but it was in the same building.

18       Q.  It was in the -- so you -- were those your

19   weekly meetings that you're referring to?

20       A.  Yes, we hosted those.

21       Q.  But it hasn't hosted any events in the same

22   venue that it was trying to secure for the 2023 drag

23   show, correct?

24       A.  I'm not aware.  Not during my time as vice

25   president.

Marcus Stovall - 12/16/2025

100

```
 1      Q.  During your time as vice president, did
 2  Spectrum ever attempt to host any of its other
 3  events?  And by "other," I mean non-drag show events
 4  in that same venue in the JBK?
 5      A.  Not to my knowledge.
 6      Q.  So Spectrum never attempted to host any of
 7  its non-drag show events in that JBK venue, correct?
 8      A.  I'm not completely sure.
 9      Q.  I'm going to turn to page 4 of this
10  document, which is marked DEF 157.
11           Marcus, I want to draw your attention
12  to -- let's see, what would this be?  One, two, three
13  -- the fourth paragraph where my cursor is near.  Go
14  ahead and read that paragraph and the next paragraph.
15      A.  Yes.
16      Q.  So based on that paragraph, starting with,
17  "The JBK Student Center," based on your reading of
18  that, the JBK Student Center reserves the right to
19  refuse to allow some groups to use its facilities,
20  correct?
21      A.  That is what the policy says.
22      Q.  In other words, JBK doesn't have to approve
23  every event request it receives, correct?
24      A.  That's what the policy says, yes.
25      Q.  Based on the immediately -- based on the --
```

 1   that -- the paragraph that is immediately following

 2   that, the JBK center staff can even interrupt events,

 3   correct?

 4        A.   That's what the policy states, yes.

 5        Q.   Based on your reading of this policy, the

 6   JBK center reserves the right to deny space usage for

 7   any event that violates WT's missions or policies,

 8   correct?

 9              THE REPORTER:   I'm sorry.   Missions

10   what?

11        Q.   (BY MS. BAKER)   Mission or policies,

12   correct?

13              THE REPORTER:   Thank you.

14              MR. MORRIS:   Objection, calls for

15   speculation.

16        Q.   (BY MS. BAKER)   Based on the policy.   Would

17   you agree with that?

18              MR. MORRIS:   Same objection.

19        A.   That is what the policy says.

20        Q.   (BY MS. BAKER)   Would you agree, based on

21   what the policy says, that the JBK Student Center is

22   only for events that are in compliance with WT's

23   mission and policies?

24              MR. MORRIS:   Objection, calls for

25   speculation, calls for a legal conclusion.

```
 1        A.  That is what the policy says.
 2        Q.  (BY MS. BAKER)  So in your view, if a
 3   student organization applied to reserve Legacy Hall
 4   for a performance that would mock or make fun of
 5   members of the LGBTQ+ community, and suppose that
 6   group did everything, followed the full reservation
 7   process, do you think, based on your reading of this
 8   policy, that WT would have any ability to cancel such
 9   an event?
10             MR. MORRIS:  Objection, calls for
11   speculation, calls for a legal conclusion.
12        A.  That would be a decision made by the staff.
13        Q.  (BY MS. BAKER)  And in making that decision,
14   the staff would, according to this document, need to
15   consider WT's mission and policies, correct?
16        A.  That is what it says, yes.
17        Q.  And if they determined that, based -- again,
18   based on this policy, if they determined that that
19   event was inconsistent with its mission or policies,
20   it could cancel that event or interrupt that event,
21   correct?
22             MR. MORRIS:  Objection, calls for
23   speculation and a legal conclusion.
24        A.  That is what the policy says.
25        Q.  (BY MS. BAKER)  So based on your reading of
```

1  this policy, if a student organization wanted to host

2  a neo-Nazi rally in the JBK center, would WT have any

3  ability to prevent that event from going forward?

4           MR. MORRIS:  Objection, calls for a

5  legal conclusion, calls for speculation.

6      Q.  (BY MS. BAKER)  Again -- again, according to

7  your reading of this policy.

8           MR. MORRIS:  Again, calls for

9  speculation, calls for a legal conclusion.

10     A.  That would be at the discretion of the JBK

11 Student Center staff.

12     Q.  (BY MS. BAKER)  Is the JBK Student Center

13 guidebook that we're looking at available to

14 students?

15     A.  I do not know.

16     Q.  So when planning this event, how did

17 Spectrum determine what kind of conduct is

18 permitted --

19           THE REPORTER:  I missed the last part of

20 your question.  Somebody has got some email ringing

21 in.

22           MR. MORRIS:  I think it's beeping or

23 something.

24           THE REPORTER:  Yeah.  And it's cutting

25 out your words whenever, Ms. Baker.

1    Q.  What is Buffs for Drag?

2    A.  It was an impromptu group, I believe, of

3 mainly theater students who came together to organize

4 the protest.

5    Q.  Is that organization affiliated with

6 Spectrum WT?

7    A.  It is not.

8    Q.  Were you a leader in that organization at

9 all?

10    A.  I was not, but I assisted with planning.

11    Q.  Whereabouts on campus did these protests

12 occur?

13    A.  I believe it's called the Buff Fountain.

14    Q.  Okay.  Can you -- I'm not looking at a map

15 of the university in front of me right now, but can

16 you describe what that area is like?  Is it in the

17 center of campus?  Is it in a corner of campus?  Can

18 you describe where -- where it is spatially?

19    A.  It's fairly centered.  It's the general area

20 by the JBK Student Center.

21    Q.  So is it like a sidewalk or a plaza where

22 students gather?  What actually is it?

23    A.  I think you could call it like a plaza area.

24    Q.  Okay.  So where is that area in relation to

25 the president's office?  Is it near or is it far?

1    A.  I believe it's right across.  It's right in
2  between the old main building and the JBK.
3    Q.  So would you say, if I were standing in this
4  area that you're describing, I could look up -- could
5  I look up and see the president's office?
6    A.  I believe so.
7    Q.  And you would agree that someone in the
8  president's office could probably look out their
9  window and see what was happening in the area that
10  you're describing?
11    A.  I believe so.
12    Q.  Do you believe that President Wendler has
13  censored drag on campus?
14    A.  I believe so.
15    Q.  Were any protestors during those
16  demonstrations dressed in drag?
17    A.  I believe so.
18    Q.  Did you see any people dressed in drag?
19    A.  To my best recollection -- I would have to
20  guess one way or the other.
21    Q.  Are you aware of any organizations who
22  instructed students to come to protest dressed in
23  drag?
24    A.  I believe our members talked about it.  I
25  would have to guess one way or the other.

```
 1        Q.  What's your basis for believing that your
 2   members talked about it?
 3        A.  I'm not sure.  It's been a while ago now.
 4        Q.  Are you aware whether there were any
 5   protests that took place around or in front of
 6   President Wendler's residence?
 7        A.  There was a march to the outskirts of the
 8   property and then back to deliver, I believe, letters
 9   from students.
10        Q.  Do you know anything about those letters?
11        A.  I believe I typed one up to put in there,
12   and it was just different thoughts from students.
13        Q.  So you submitted a letter as well?
14        A.  Yes, I believe so.
15        Q.  And these letters were a way for students to
16   express their point of view about Dr. Wendler's
17   decision, correct?
18        A.  Yes, that's correct.
19        Q.  Did President Wendler ever shut down any of
20   those protests, as far as you're aware?
21        A.  There were chalk messages repeatedly hosed
22   off after they were written.
23        Q.  I didn't quite make out your statement.  Can
24   you repeat, please?
25        A.  There were chalk messages and drawings from
```

1    the protest that were hosed off immediately after

2    writing.

3         Q.  But no one was stopped from -- prevented

4    from protesting in the area that you described for me

5    earlier, correct?

6              MR. MORRIS:  Objection, mischaracterizes

7    the witness's testimony.

8         A.  There were not.

9         Q.  (BY MS. BAKER)  Are you aware of any other

10   WT administrator or staff who ever intervened and

11   tried to prevent students from protesting in that

12   main circle area?

13        A.  Not to my knowledge.

14        Q.  Are you aware of any WT administrator or

15   faculty or staff who attempted to prevent students

16   from taking their letters to Dr. Wendler's residence?

17        A.  Not to my knowledge.

18        Q.  During those protests -- during those

19   on-campus protests, did you all encounter any

20   counter-protesters?

21        A.  We did.

22        Q.  Did Spectrum WT or you personally ever

23   engage with any of those counter-protesters?

24        A.  We instructed our members to only engage in

25   calm discussion and offering things like water.

1    mainly with you or someone else in Spectrum?

2         A.  I would say, to my understanding, mostly

3    with Bear.

4         Q.  Let's talk about the Sam Houston drag show.

5              Did any WT administrators or faculty,

6    staff, help Spectrum find an alternative venue for

7    the 2023 drag show that it planned to host in Legacy

8    Hall?

9         A.  I would have to guess.  I know we did have

10   faculty members who were helping us throughout the

11   process, but I don't know specifically.

12        Q.  Is that something -- is that something

13   Mr. Bright would know?

14        A.  Yes.  I think those would be better

15   questions for him.  He did most of the actual

16   talking, and I mostly communicated it.

17        Q.  Do you recall from the Sam Houston drag show

18   -- you were present there, correct?

19        A.  Correct.

20        Q.  Do you recall at any time during that show

21   whether someone came on stage to explain that the

22   show was intended to support The Trevor Project?

23        A.  I do not directly recall, but I would

24   imagine.

25        Q.  All right.  I'm going to pull up Spectrum's

1    verified complaint.  We are going to be looking at

2    paragraph 123.

3                    So paragraph 123 of Exhibit 1 indicates

4    that, "In order to hold the event at an alternative

5    venue, plaintiffs were required to spend $2,130.13

6    from funds donated by members of the public in order

7    to rent a stage in a public park and hire off-duty

8    police officers to provide security."

9                    Marcus, do you remember how Spectrum was

10   able to raise the money from which this figure right

11   here was used to cover -- or let me rephrase that.

12                   Do you remember how Spectrum acquired

13   those donations, the donations that were used to

14   cover that expense?

15        A.   We received donations through GoFundMe.

16        Q.   Do you remember the total amount of funds

17   that Spectrum WT received from the public?

18        A.   Off the top of my head, I do not.

19        Q.   Do you remember whether it was more than

20   $5,000?

21        A.   I believe so.

22        Q.   Now, this $2,130.13, just to clarify on my

23   end, in selecting this alternative venue, did you

24   have to pay that money upfront, or did you pay it

25   after the show?

1      A.   We paid it before the show.

2      Q.   So Spectrum already had received enough

3  donations to cover that amount before the show.  Is

4  that correct?

5      A.   Through the GoFundMe, yes.

6           THE REPORTER:   Can you repeat that,

7  please?

8           THE WITNESS:   Through the GoFundMe, we

9  did.

10     Q.   (BY MS. BAKER)  Do you recall when Spectrum

11 created that GoFundMe?  And to clarify, you don't

12 have to provide an exact date.  I'm just asking, was

13 it -- was that GoFundMe created very soon after

14 President Wendler's decision?

15     A.   I'm not sure exactly.  Whenever we decided

16 we wanted to try to host it off-campus.

17     Q.   But it was created before the Sam Houston

18 drag show, correct?

19     A.   That is correct.

20     Q.   I'm going to pull up Exhibit --

21          THE REPORTER:   14.

22          MS. BAKER:   Court Reporter, are we on

23 Exhibit 14?

24          THE REPORTER:   Yes, ma'am.

25          (Exhibit 14 marked.)

1    Q.  (BY MS. BAKER)  I'm going to introduce
2    Exhibit 14, stamped Spectrum 1561.
3              Marcus, do you recognize this?
4    A.  I do not.  Oh, wait.  I'm sorry.  I was
5    zoomed in.
6              THE REPORTER:  I'm sorry?
7              THE WITNESS:  My apologies.  I was
8    zoomed in.
9    A.  Yes, I do.
10    Q.  (BY MS. BAKER)  What is this document?
11    A.  Oh, it is our transaction for renting the
12    space in the park, I believe.
13    Q.  Is this figure different -- is this figure
14    accounted into the $2,100 that Spectrum mentions in
15    its complaint?
16    A.  I believe so.
17    Q.  And where -- what were those other expenses
18    not reflected on this receipt?  What would those have
19    been?
20    A.  I know at least for the private security.
21    Q.  Are you aware whether any WT staff or any
22    students, any Spectrum members also provided
23    security?
24    A.  They did not.  Just the hired security.
25    Q.  Do you remember how much -- do you remember

1    how much Spectrum WT's GoFundMe had accumulated after

2    the Sam Houston drag show?

3        A.   Off the top of my head, I do not know.

4        Q.   Would you agree that it was several thousand

5    dollars?

6        A.   That is correct.

7        Q.   Does $9,000 sound accurate to you?

8        A.   I believe it was somewhere around there.

9        Q.   Did any part of the money that Spectrum

10   amassed through its GoFundMe page, was any part of

11   that money used to cover remaining production costs?

12       A.   What do you mean by that?

13       Q.   To clarify, so we already established in our

14   discussion that some part of Spectrum's GoFundMe

15   donations was used to cover that two thousand --

16   $2100 that it incurred in finding a separate venue,

17   correct?

18       A.   That is correct.

19       Q.   Were there -- and we've also -- we talked

20   about the fact that, in addition to actually securing

21   the park, you purchased, or Spectrum, you or

22   Spectrum, purchased security for the event, correct?

23       A.   That is correct.

24       Q.   Were there any outstanding costs by the time

25   the event was slated to begin?

1    A.  By that do you mean costs that had not been

2 paid?

3    Q.  Correct.

4    A.  Not to my recollection.  I believe

5 everything was paid beforehand.

6    Q.  So did all of the funds that Spectrum

7 amassed after the drag show, after the Sam Houston

8 drag show, were all of those funds donated toward The

9 Trevor Project?

10    A.  As far as I know, yes.

11    Q.  Do you recall whether Spectrum WT advertised

12 the Sam Houston drag show on campus at WT?

13    A.  I do not recall.

14    Q.  Do you recall whether Spectrum printed or

15 posted any flyers around campus advertising the Sam

16 Houston drag show?

17    A.  I believe we had flyers.

18    Q.  Do you recall whether those flyers were

19 posted on those public bulletin boards that are

20 around campus?

21    A.  I do not recall.  I know we put flyers up at

22 some point.  I don't know if that was for the

23 original show or the show at the Sam Houston Park or

24 for both.

25    Q.  But these flyers were posted around campus,

1    right?

2        A.   There were posters pasted on campus, yes.

3        Q.   Did -- did President Wendler or any other WT

4    staff, faculty, administrator ever, to your

5    knowledge, prevent Spectrum from advertising its Sam

6    Houston drag show on campus?

7        A.   As far as I'm aware, no.

8        Q.   Would you say that the Sam Houston drag show

9    was pretty successful in your opinion?

10       A.   I would say so.  I was happy with our

11   turnout.

12       Q.   How large of a turnout do you think you all

13   received at the Sam Houston drag show?

14       A.   I'm honestly not sure about the numbers to

15   begin with, and it's been a long time.

16       Q.   Would you say there were over 50 people?

17       A.   I can't say for sure one way or the other.

18   I would imagine.

19       Q.   So can you talk about how the event was

20   sequenced?  How did it work logistically?  Was it

21   performances first and then something else happened?

22   Was there a time where attendees would kind of chat

23   with one another?  How was it logistically arranged?

24       A.   I'm not completely sure just because it's

25   been a long time.  We gave people time to show up and

1      A.  I do not recall specifically.

2      **Q.  Do you recall whether minors could only**

3  **attend the event if accompanied by a parent or**

4  **guardian?**

5      A.  Since we were forced to move off campus and

6  host the event at a public park, there was no way we

7  could restrict who was coming in or out, so we did

8  not have any kind of system in place for that.

9      **Q.  So you would agree, based on your memory of**

10 **the event, that there were more than 50 people**

11 **present at that event?**

12     A.  I would have to guess.

13     **Q.  Do you remember whether you saw any children**

14 **at that event?**

15     A.  I believe so, yes.

16     **Q.  Do you agree that the nature of performances**

17 **at the Sam Houston drag show are probably on par with**

18 **the kinds of performances that someone might have**

19 **seen if Spectrum had been permitted to host its drag**

20 **show in Legacy Hall in 2023?**

21     A.  It likely would have been similar.  However,

22 we would have been stricter with the -- on the actual

23 performance -- we would have been stricter with the

24 actual performances if it had been in Legacy Hall.

25     **Q.  When you say "stricter," what do you mean?**

1       A.   Just with like we would have been able to

2   actually check and see that no one was there without

3   a parent or guardian, that sort of thing.

4       **Q.   Is that a conversation that you and**

5   **Mr. Bright or any other Spectrum leader had in**

6   **planning the 2023 drag shows?   Did you ever talk**

7   **amongst yourselves how you planned to check the ages**

8   **of attendees?**

9       A.   Yes.   We were going to have a member of the

10  group by the doors checking either birth certificates

11  or IDs.

12      **Q.   And any individual who didn't have that**

13  **would be turned away?**

14      A.   Yes.   Anyone without a student ID who was

15  there because they were an adult, if they were under

16  the age of 18 and they did not have proof they were

17  with a parent or guardian, we would not allow them

18  entry.

19      **Q.   I would like to introduce a document that I**

20  **will name Exhibit 18.   It is marked DEF 96.**

21              (Exhibit 18 marked.)

22      **Q.   (BY MS. BAKER)  Does this look familiar?**

23      A.   Yes, it does.

24      **Q.   What is this?  Is this the flyer for**

25  **Spectrum's --**

 1   would be no need for it to be 21 and up.

 2               And then, generally 18 is considered the

 3   age where people are able to start making more

 4   decisions for themselves without a parent's

 5   permission.

 6      **Q.  And did Spectrum decide to make it a free**

 7   **event for the same reason that it made it's -- strike**

 8   **that.**

 9               **Did Spectrum decide to make it free for**

10   **university students for the same reason that it's**

11   **made -- made it free to them previously?**

12      A.  Yes, that's correct.

13      **Q.  Do you recall whether Spectrum WT considered**

14   **any alternative off-campus venues for -- in planning**

15   **its 2024 drag show?**

16      A.  I cannot recall.

17      **Q.  Do you recall -- do you recall whether the**

18   **806 coffee bar came up at any point as a potential**

19   **venue?**

20      A.  I know we considered it potentially for the

21   2023 show.  I'm not sure about 2024.

22      **Q.  We're just about finished here.**

23               **So when you first enrolled at WT, you**

24   **were Lauren Stovall, correct?**

25      A.  That is correct.

1    Q.  And you're now Marcus Stovall, right?

2    A.  That is correct.

3    Q.  And you identify as a transgender man,

4    correct?

5    A.  That is correct.

6    Q.  Do you think that or do you agree that the

7    resources and support and community that you found at

8    WT helped you in making that transition?

9    A.  It helped me have the courage to start it.

10   It didn't influence starting that journey.

11   Q.  You knew you wanted to start that journey

12   before you came to WT?

13   A.  Yes.  It just finally showed me that that

14   was a possibility.

15   Q.  Do you think, that had it not been for the

16   resources and support and community that you found at

17   WT, that you would have still made that transition?

18   A.  I believe eventually I would have.

19   Q.  Thank you for your time.  I have no further

20   questions for you.

21   A.  All right.  Thank you so much.  Have a

22   wonderful day.

23           MR. MORRIS:  I few questions for you,

24   Mr. Stovall.

25           THE WITNESS:  Okay.

```
 1              MR. MORRIS:  Just a few.  It won't take
 2   too long.
 3                     EXAMINATION
 4   BY MR. MORRIS:
 5       Q.  So can you explain if there's a difference
 6   between merely dressing in drag and a drag show or
 7   performance?
 8       A.  I would say there definitely is.
 9   Cross-dressing can be done without intent or with
10   intent, while a drag show is a more coordinated
11   artistic event.
12       Q.  Okay.  Ms. Baker asked you about, at the Sam
13   Houston show, performers collecting tips from the
14   crowd.  To your knowledge, can you explain what the
15   performers did with those tips at the end of the
16   show?
17       A.  I believe we had a collection bucket, and
18   someone was entrusted with taking them and counting
19   it.  I am not sure who it was.
20       Q.  To your knowledge, did any performer not
21   give their tips to the collection bucket?
22       A.  To my knowledge, it all went into the
23   bucket.
24       Q.  Okay.  You discussed with Ms. Baker a little
25   bit about the campus protests and how some students
```

1    printed on those documents?

2        A.  Yes.  I would say there are definitely areas

3    where the paper policy doesn't exactly match up with

4    how things actually ran.  I think the no glitter and

5    tape rule was a good example of that.

6        Q.  Okay.  Did Spectrum rely on Dr. Drumheller

7    to help them understand policies?

8        A.  Some of us would seek guidance, but we

9    wouldn't go to her for everything.

10       Q.  Okay.  At any time during the process,

11   Spectrum -- let me rephrase that.

12                Can you explain whether at any time

13   during the process for Spectrum reserving Legacy Hall

14   for the 2023 show, whether any WT faculty,

15   administration, or staff raised any concern about the

16   drag show violating a policy before President Wendler

17   issued his cancellation?

18       A.  There was not.

19       Q.  You discussed with Ms. Baker about Spectrum

20   insisting that its planned 2023 performance be PG-13.

21   Do you remember that?

22       A.  I do.

23       Q.  Can you explain whether or not Spectrum

24   would err on the side of caution in ensuring that it

25   maintained a PG-13 performance?

1    A.  Yes.  We certainly wanted to just err on the

2    side of caution, being more appropriate over pushing

3    the line, just to make sure everyone felt comfortable

4    and no one felt offended if they chose to go to the

5    performance.

6        Q.  Okay.  Can you explain whether or not, for

7    example, that extended to Spectrum's decision not to

8    allow profane words in the music choices for the

9    performance?

10       A.  Can you say that one more time?

11       Q.  Sure.  So in your experience -- I mean, have

12   you seen PG-13 movies before?

13       A.  Yes.

14       Q.  Okay.  And in your experience, do PG-13

15   movies sometimes have profane language?

16       A.  Yes.

17       Q.  Okay.  So in erring on the side of caution

18   then, can you explain whether or not, even though

19   PG-13 movies can have profane language, Spectrum

20   restricted its music to be non-profane to err on the

21   side of caution?

22       A.  Yes.

23       Q.  You talked about -- or you testified earlier

24   today about Myss Myka's participation, both in the

25   planned performance at Legacy Hall and the Sam

1   Houston Park performance.

2              Were there -- can you explain:  Were

3   there any specific instructions you gave Myss Myka

4   about what and what not to wear, that sort of thing?

5       A.  I believe the only concrete instructions we

6   gave her were just keep it PG, and we trusted her

7   guidance since she was a professional.

8       Q.  Do you recall -- does Myss Myka, to your

9   knowledge, wear a breastplate sometimes?

10      A.  In some of her adult -- like adult-only

11  performances at clubs and bars, that sort of thing,

12  she will.  She did not wear it to our performance.

13      Q.  Okay.  Was that an understanding that you

14  had with Ms. Myss Myka, that she would not wear a

15  breastplate to the performance?

16      A.  We did not make that request.  She made that

17  decision of her own choice.

18      Q.  Okay.  Can you explain whether or not she

19  made that decision in order to keep her performance

20  and her role as MC PG-13?

21      A.  Yes.  Yeah, she made that decision just to

22  adhere to our content decision.

23      Q.  And given the PG-13 nature of the planned

24  performance at Legacy Hall, would you expect that to

25  be the same as a drag performance at a club or bar?

1        A.    Definitely not.

2        Q.    Okay.   Can you explain how you would expect

3  it to be different?

4        A.    At a club or a bar, which would be an adult

5  likely 21-and-up space, I would expect it to be more

6  obviously adult focused and vulgar than something

7  held as a fundraising event at a college.

8        Q.    Okay.   You discussed earlier in your

9  testimony some language, and I think it maybe was in

10  the campus handbook, about the university aspiring to

11  prevent sexist language in student organization

12  promotions.   Do you recall that?

13       A.    I do.

14       Q.    Can you explain in your view whether or not

15  the flyer for the 2023 planned show at Legacy Hall

16  denigrated women?

17       A.    I do not believe it did.

18       Q.    Okay.   Do you recall -- let me back up.

19             Were you in charge of setting up the

20  GoFundMe for the off-campus show in 2023?

21       A.    I do not recall.   I may have set up the

22  account.

23       Q.    Okay.   Do you recall whether or not the

24  GoFundMe charged transaction fees as part of setting

25  that up or taking money out of it?

1  **just you and Mr. Bright who made the decision?**

2      A.  I usually just discussed in the group with

3  whoever was available of the officer positions.

4      **Q.  Are you aware of any plans that Spectrum has**

5  **to host another drag show on campus in the future?**

6      **A.  I am not.**

7              MS. BAKER:  I think that's all I have

8  for you.

9              THE REPORTER:  Okay.  Is that all the

10  questions?

11              MR. MORRIS:  Nothing more from me.

12              THE REPORTER:  Okay.  I have been told

13  that this is expedited.  Can you guys tell me when

14  you would like to receive this?

15              MS. BAKER:  As soon as possible.

16              THE REPORTER:  Okay.  And do you need a

17  copy, Mr. Morris?

18              MR. MORRIS:  Yes, please.  Same time as

19  defendant's counsel gets it, if possible.

20              (Deposition concluded at 3:19 p.m.)

21

22              *    *    *    *    *

23

24

25

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
 2                        AMARILLO DIVISION

 3  SPECTRUM WT, et al,          )
                                 )
 4              Plaintiffs,      )
                                 )
 5  VS.                          ) CIVIL ACTION
                                 )
 6  WALTER WENDLER, et al,       ) NO.: 2:23-cv-00048
                                 )
 7              Defendants.      )
                                 )
 8                               )

 9          REPORTER'S CERTIFICATION OF THE ORAL
                DEPOSITION OF MARCUS STOVALL
10                   DECEMBER 16, 2025

11

12      I, Vanessa J. Theisen, a Certified Shorthand

13   Reporter and Notary Public in and for the State of

14  Texas, hereby certify to the following:

15          That the witness, MARCUS STOVALL, was duly

16  sworn by the officer and that the transcript of the

17  oral deposition is a true record of the testimony

18  given by the witness;

19          That the original deposition was delivered

20  to  MS. ALEXIA BAKER.

21          That a copy of this certificate was served

22  on all parties and/or the witness shown herein on

23  December 18, 2025.

24          I further certify that pursuant to FRCP Rule

25  30(3) that the signature of the deponent:
```

1        _____ was requested by the deponent or a

2   party before the completion of the deposition and

3   that the signature is to be before any notary public

4   and returned within 30 days from date of receipt of

5   the transcript.

6        If returned, the attached Changes and

7   Signature Page contains any changes and the reasons

8   therefore:

9        _XX_ was not requested by the deponent or a

10  party before the completion of the deposition.

11        I further certify that I am neither counsel

12  for, related to, nor employed by any of the parties

13  or attorneys in the action in which this proceeding

14  was taken, and further that I am not financially or

15  otherwise interested in the outcome of the action.

16        Certified to by me on this, the 18th day

17  of December, 2025.

18

19

20   _____
     VANESSA J. THEISEN, Texas CSR, RPR
21   Texas Cert No. 3238
     Expiration Date:  10/31/27
22   Integrity Legal Support Solutions
     Firm Registration No. 528
23   9901 Brodie Ln., Ste. 160-400
     Austin, Texas 78748
24   (512) 320-8690
     www.integritylegal.support
25