IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT,<br><br>    Plaintiff,<br><br>v.<br><br>WALTER WENDLER,<br><br>    Defendant. | 2:23-CV-048-Z |

## JUDGMENT

The Court **DENIED** Spectrum's request for injunctive and declaratory relief. This case is **DISMISSED** with prejudice.

Judgment is entered accordingly.

**SO ORDERED**.

January 17, 2026.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE