**A True Copy**
**Certified order issued Jan 20, 2026**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 20, 2026
Lyle W. Cayce
Clerk

No. 23-10994

SPECTRUM WT,

    *Plaintiff—Appellant*,

versus

WALTER WENDLER; DR. CHRISTOPHER THOMAS,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CV-48

_____

ORDER:

    IT IS ORDERED that Appellant's motion to dismiss the appeal is GRANTED as the appeal is moot. The district court's denial of Appellant's request for permanent relief moots the pending appeal from a denial of preliminary relief. *See Harper ex rel. Harper v. Poway Unified School Dist.*, 549 U.S. 1262, 1262 (2007); *accord. Koppula v. Jaddou*, 72 F.4th 83, 84 (5th Cir. 2023); 16 Charles Alan Wright, Arthur R. Miller, & Edward H. Cooper, *Federal Practice and Procedure* § 3921 (3d. ed. 2025).

/s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*Chief Judge*