UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

S<small>PECTRUM</small> WT, *et al.*,
        Plaintiffs,

v.

W<small>ALTER</small> W<small>ENDLER</small>, *et al.*,
        Defendants.

No. 2:23-cv-00048

**[P<small>ROPOSED</small>] O<small>RDER</small>**

The Court, having considered Defendant's Motion for Fees and Costs, fins that the Motion holds merit and should be granted.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant shall recover from Plaintiff Spectrum WT $27,057.45 for fees and costs incurred in defendants litigations expenses.

**IT IS FURTHER ORDERED** that the payment of awarded fees and costs must be made to Defendant's counsel within 30 days of entry of this Order.

Signed this _____ day of _____, 2026.

                                              HON. MATTHEW J. KACSMARYK
                                              UNITED STATES DISTRICT JUDGE