IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, | |
| Plaintiff, | |
| v. | 2:23-CV-048-Z |
| WALTER WENDLER, | |
| Defendant. | |

**ORDER**

Before the Court is Defendant Walter Wendler's Unopposed Motion for Leave to File Under Seal ("Motion"), filed February 25, 2026. ECF No. 178. Defendant "requests leave of Court to file trial exhibits and deposition testimony under seal" to "ensure compliance with the Parties' confidentiality designations pursuant to the Court's Agreed Protective Order, ECF No. 138, entered on December 9, 2025." ECF No. 178 at 1. The materials listed in the Motion are: certain Confidential Excerpts of Testimony by Deposition Designation: Johnathan-Jayce Fanelli; and Defendant's Exhibits 114, 264–267, 273, 290, and 443. "Plaintiffs' counsel confirmed that they are not opposed to the relief requested by this motion." Having considered the Motion and relevant law, the Court **GRANTS** the Motion.

**SO ORDERED.**

February 27 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE