UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT,

           Plaintiff,

v.                                                                                                No. 2:23-cv-00048

WALTER WENDLER, *et al.*,

           Defendant.

## DEFENDANT'S ADMITTED TRIAL EXHIBIT LIST

Defendant submits his admitted exhibit list as follows.

| DX No. | Bates No. | Description |
|---|---|---|
| 1 | Def_000109 | WT Campus Organizations Handbook |
| 2 | Def_000131 | JBK Student Center Policies Manual 2012 |
| 3 | Def_000154 | JBK Student Center Procedures and Guidelines 2023 |
| 4 | Def_000173 | JBK Student Center Procedures and Guidelines 2025 0305 |
| 5 | Def_000193 | WT Campus Organizations Handbook |
| 6 | Def_000227 | Resolution Regarding Certain Public Events on the Campus of Universities in the Texas A&M University System 2025 0228 |
| 7 | Def_000230 | TAMUS Policy 8.01 Civil Rights Protections and Compliance 2025 0529 |
| 8 | Def_000234 | TAMUS Policy 13.02 Student Rights and Obligations 2024 0315 |
| 9 | Def_000235 | TAMUS Policy 8.01.01 Civil Rights Compliance 2022 0815 |
| 10 | Def_000264 | WTAMU Code of Student Life 2020 |
| 11 | Def_000309 | JBK Student Center Procedures and Guidelines 2017 |
| 12 | Def_000328 | WTAMU Student Handbook 2025-2026 |
| 13 | Def_000412 | WT Policy 24.01.01.W0.01 Facility Use Request Procedure 2017 0301 |
| 14 | Def_000414 | WTAMU Rule 08.01.01.W1 Civil Rights Compliance 2023 0210 |

| 15 | Def_000450 | WTAMU Rule 08.99.99.W1 Expressive Activity on Campus 2024 0625 |
|---|---|---|
| 16 | Def_000456 | WTAMU Student Handbook 2022 |
| 17 | Def_000507 | WTAMU Student Handbook 2023-2024 |
| 18 | Def_000569 | WTAMU Student Handbook 2024-2025 |
| 19 | Def_000647 | TAMUS Policy 08.01 Civil Rights Protections and Compliance |
| 20 | Def_000651 | TAMUS Policy 13.02 Student Rights and Obligations 2024 0315 |
| 21 | Def_000652 | TAMUS Regulation 08.01.01 Civil Rights Compliance 2022 0815 |
| 22 | Def_000681 | WTAMU Code of Student Life Updated 2020 |
| 23 | Def_000853 | WTAMU Rule 08.99.99.W1 Expressive Activity on Campus Finalized 2025 0728 __Awaiting of Chancellor Signature |
| 26 | Def_008501 | JBK Student Center Policies Manual 2012 |
| 27 | Def_090209 | TAMUS Chancellor Statement on Commitment to Equal Opportunity 2024 1024 |
| 28 | Def_091914 | Wendler Statement Civil Rights Protection and Compliance 2023 0102 |
| 29 | Def_094063 | TAMUS Board of Regents Resolution Regarding Certain Public Events on the Campus of Universities 2025 0228 |
| 31 | Def_101156 | WTAMU Core Values from Faculty Handbook |
| 32 | Def_039666 | 24 CFR Part 106 Nondiscrimination on the Basis of Sex in Education Programs |
| 33 | Def_076613 | WTAMU Engaged Citizenship Proposal 2023 0712 |
| 34 | Def_086690 | WTAMU Faculty Handbook 2024 |
| 35 | Def_128136 | Governor Abbott Executive Order GA 44 Antisemitism 2024 0327 |
| 36 | Def_128432 | Title IX Final Rule |
| 37 | Def_138865 | WTAMU Student Code of Conduct Rules Concerning Disorderly Conduct and Community Standards |
| 38 | Def_000854 | Large Compilation of Policies |
| 39 | SPECTRUM 0000348 | Spectrum WT President's Bible |

| 40 | SPECTRUM 0003824 | JBK Student Center Mission Statement and Goals |
|---|---|---|
| 41 | Def-181895 | TAMUS Policy 08.02 Expressive Activity on Campus 2025 1113 |
| 42 | SPECTRUM 0002220 | The Constitution of Spectrum WT |
| 43 | | WTAMU Rule 07.03.01.W1 Political Campaign Events in Facilities Under the Control of West Texas A&M University 2018 0322 - *See* Fouts Deposition Ex 7 |
| 44 | SPECTRUM 0000348 | Spectrum WT President's Bible |
| 45 | SPECTRUM 0000378 | TAMUS Policy 02.05 Presidents of System Member Universities |
| 46 | SPECTRUM 0000393 | WTAMU Student Handbook Rules and Procedures for Students Screen Capture 2021 0927 |
| 47 | SPECTRUM 0001949 | JBK Student Center Reservation Portal Terms and Conditions |
| 48 | SPECTRUM 0001957 | WTAMU Tuition & Fees |
| 49 | SPECTRUM 0003011 | President Trump Executive Order Defending Women from Gender Ideology Extremism 2025 0120 |
| 50 | SPECTRUM 0003026 | President Trump Executive Order Ending Radical Indoctrination in K-12 Schooling 2025 0129 |
| 51 | SPECTRUM 0003032 | Governor Abbott Letter to State Agencies Regarding Gender Ideologies 2025 0130 |
| 52 | SPECTRUM 0003888 | TAMUS Regulation 08.02.01 Expressive Activity on Campus 2025 1113 |
| 53 | SPECTRUM 0004817 | Letter from Governor Abbott to University Systems Regarding Title IX 2024 0508 |
| 54 | SPECTRUM 0004825 | S.B. 12 Concerning Instruction on Gender Identity |
| 55 | SPECTRUM 0004893 | WTAMU Equal Opportunity Nondiscrimination Statement |
| 56 | Def_182324 | WTAMU University Mission, Vision, and Core Values |
| 57 | Def_182346 | WTAMU Student Organizations All-Comers Policy |

| 58 | Def_000047 | 2023 Drag Show Risk Management and Insurance Matrix |
|---|---|---|
| 59 | Def_00048 | 2024 Drag Show Risk Management and Insurance Matrix |
| 60 | Def_000056 | Bright Reservation Form 2024 Drag Show 2024 0205 |
| 61 | Def_000075 | Reservation Form 2023 Drag Show |
| 62 | Def_000087 | JBK Event Confirmation Form |
| 63 | Def_000089 | JBK Event Confirmation Form |
| 64 | Def_000093 | WT Risk Management Assessment Form |
| 65 | | Blank WTAMU Risk Assessment Form |
| 66 | Def_001185 | Informational Forms Concerning WTAMU PUP Program |
| 67 | Def_182274 | Spectrum WT Valentine's Lip Sync Variety Show Sign-up Form |
| 68 | Def_182280 | 2026 Drag Show Event Registration Form A |
| 69 | Def_182281 | 2026 Drag Show Reservation Form B |
| 70 | SPECTRUM 0000776 | Spectrum WT 2023 Drag Show Risk Management and Insurance Matrix |
| 71 | SPECTRUM 0000098 | WTAMU Campus Organization Risk Management Statement Form |
| 72 | SPECTRUM 0002616 | 2024 Drag Show Performer Interest  Form |
| 74 | Def_000051 | Wendler's Statement Concerning Spectrum WT Application for On-Campus Drag Show 2024 0318 |
| 75 | Def_000053 | Wendler's Statement A Harmless Drag Show No Such Thing 2024 0320 |
| 76 | Def_000065 | Email from Fouts to Bright Regarding 2024 Drag Show 2024 0220 |
| 77 | Def_000067 | Email from Fouts to Bright Concerning 2024 Drag Show Reservation |
| 78 | Def_000091 | Comments from WT Risk Assessment Team Regarding 2024 Drag Show |
| 79 | Def_000102 | Reservation form for Carni-Ball 2023 0420 |
| 85 | | Email from Fouts to Bright and Stovall Concerning Risk Assessment for 2024 Drag Show |

| 86 | | Email from Fouts to Bright Concerning Risks for Minors at 2023 Drag Show |
|---|---|---|
| 87 | Def_006757 | Email Conversation Between Rasberry to Fairly Concerning Hill Institute Campaign 2022 0902 |
| 88 | Def_107374 | Email from Chandler to Post Regarding Wendler Predatory Gambling News Interview 2024 0923 |
| 90 | | Wendler Op-ed Public Cynicism Regarding Higher Education Is Up 2025 0606 |
| 91 | Def_182282 | Email to Haugen Regarding 2026 Drag Show |
| 92 | SPECTRUM 0000786 | Email from Fouts Concerning Risk Assessment for 2023 Drag Show Containing Event Reservation Information |
| 93 | SPECTRUM 0000983 | Email from Bright to Fouts Concerning 2023 Drag Show Music List 2023 0317 |
| 94 | | Email from Fouts to Bright Following Up on Marketing Material 2023 0221 - See Chandler Deposition Ex 42 |
| 95 | SPECTRUM 0000860 | Email from Fouts to Bright Performance Verification and Music 2023 0314 |
| 96 | SPECTRUM 0000792 | Email from Chandler to Colette Concerning 2023 Drag Race Flyer Revisions |
| 97 | | Email from Fouts to Haugen Concerning Denial of Reservation for Kevin Gates Concert 2024 0326 - *See* Fouts Deposition Ex 75 |
| 98 | | Fouts Worries 2023 Drag Show Marketing Material is Sexually Suggestive 2023 0214 - See Fouts Deposition Ex 79 |
| 99 | | Email from Montoya to Bright Regarding 2024 Drag Show Marketing Materials Minors 2024 0305 - See Fouts Deposition Ex 91 |
| 100 | SPECTRUM 0000545 | Email from Bright to Chandler Concerning 2023 Drag Show Judging Criteria 2022 0914 |
| 101 | SPECTRUM 0000755 | Email from Fouts to Bright Requesting Risk Assessment for 2023 Drag Show Because of Minors |
| 102 | SPECTRUM 0000822 | Email from Chandler to Bright 2023 Drag Show Promotional Language 2023 0227 |
| 103 | SPECTRUM 0000996 | Email from WT Employee to Wendler Supporting Wendler's Decision 2023 0320 |

| 104 | SPECTRUM 0000999 | Email from WT Student Advisor to Wendler Supporting Wendler's Decision 2023 0320 |
| 105 | SPECTRUM 0001002 | Email from WT Instructor to Wendler Supporting Wendler's Decision 2023 0320 |
| 106 | SPECTRUM 0001006 | Email from Wendler to Bonilla Concerning March 20 Statement 2023 0320 |
| 107 | SPECTRUM 0001170 | Email from Local Business Owner to Spectrum Concerning Alternative Venue for 2023 Drag Show 2023 0321 |
| 108 | SPECTRUM 0001233 | Email from Bright to Local Business Owner Concerning Alternative Venue for 2023 Drag Show 2023 0322 |
| 109 | SPECTRUM 0001450 | Email from Buffs for Drag to Spectrum WT About Big Smile Texas Assistance 2023 0325 |
| 110 | SPECTRUM 0001453 | Email from Bright to NCAC Regarding Spectrum Fundraising for Sam Houston Drag Show 2023 0325 |
| 111 | SPECTRUM 0001486 | Email from Buffs for Drag to WTAMU Professor Concerning Dance Practice Room 2023 0326 |
| 112 | SPECTRUM 0001507 | Email from Bright to Medlock Regarding Drag Show Costumes 2023 0325 |
| 113 | SPECTRUM 0001513 | Email from Bright to National Coalition Against Censorship Regarding Campus Protests 20230328 |
| 115 | SPECTRUM 0001636 | Email from JBK to Bright Confirming Buffs for Drag Picnic Event Reservation 2023 0330 |
| 116 | SPECTRUM 0001892 | Email from Buffs for Drag Student Responding to WT Student Government Statement 2023 0403 |
| 117 | SPECTRUM 0001982 | Email from Freedom from Religion Foundation to Stovall Extending Student Activist Award 2023 0419 |
| 118 | SPECTRUM 0002296 | Email from WT Secular Student Alliance to Bright regarding Seidel Speaking Event 2023 1116 |
| 119 | SPECTRUM 0002350 | Email from Trevor Project to Spectrum WT Including Donation Receipt 2023 0130 |
| 120 | SPECTRUM 0002387 | Email Thread Between Drumheller, Fouts, and Risk Management Concerning Liability Insurance for 2024 Drag Show 2024 0220-Educational Mission |

| 121 | SPECTRUM 0002573 | Email from 2024 Drag Show Attendee to Bright Requesting Ticket Roll Over 2024 0321 |
| 122 | SPECTRUM 0002587 | Email from 2024 Drag Show Attendee to Bright Requesting Ticket Refund 2024 0321 |
| 124 | SPECTRUM 0003061 | Email from Spectrum WT to Drumheller Concerning Spectrum Funds 2025 0219 |
| 125 | SPECTRUM 0003070 | Email from Drumheller to Spectrum WT Concerning University Bank Account 2025 0220 |
| 126 | SPECTRUM 0003403 | Email from Spectrum WT Historian to WTAMU Theatre Professor Regarding Allies Training |
| 127 | SPECTRUM 0003718 | Email from USITT Officer to Spectrum WT to Regarding Plans for Another On-Campus Drag Show 2025 0910 |
| 128 | SPECTRUM 0000876 | Email from Rasberry to Wendler regarding Draft March 2023 Statement 2023 0314 |
| 129 | SPECTRUM 0000877 | Wendler Email to Winningham Requesting Edits on Draft Statement 2023 0314 |
| 130 | Def_000749 | Publications Reviewed by Wendler 2023 |
| 131 | W_000163 | Wendler Op-ed Ists, Isms and Free Will 2022 0712 |
| 132 | Def_008084 | Compilation of Articles, Letters, and Statements Opposing Wendler's Decision |
| 133 | Def_020391 | Wendler Op-ed Draft Conservativism Is Constructive Continuity 2025 0806 |
| 134 | Def_072259 | Wendler Conservativism is Constructive Continuity Op-ed 2025 0810 |
| 135 | Def_072261 | Wendler Conservativism is Constructive Continuity Op-ed Draft 2025 0810 |
| 136 | Def_102949 | Wendler Op-ed Draft Conservatism Is Constructive Continuity |
| 137 | Def_014601 | WTAMU Engaged Citizenship Proposal 2023 0114 |
| 138 | Def_014619 | WTAMU Engaged Citizenship Proposal Diversity The Responsibility of Us All 2023 0114 |
| 139 | | Publication West Texas A&M University An Emblem of Innovation, Excellence, and Values - *See* Fanelli Deposition Ex 3 |
| 140 | | WTAMU University Statements - See Fanelli Deposition Ex 5 |

| 141 | W_000101 | Dr. Em How Drag Denigrates Women 2022 0225 |
|---|---|---|
| 142 | W_000110 | Kleiman Drag Blackface |
| 143 | | Sylvester Drag Shows ARE Blackface 2023 0405 - See Fanelli Deposition Ex 11 |
| 144 | W_000132 | Publications Concerning Drag and Misogyny |
| 145 | SPECTRUM 0000381 | Wendler Op-ed Faith on the University Campus 2021 0829 |
| 146 | SPECTRUM 0000957 | Save the WTAMU Drag Show Petition |
| 147 | SPECTRUM 0001207 | Spectrum WT Official Statement 2023 0321 |
| 148 | SPECTRUM 0000887 | Wendler Draft March 23 2023 Statement with Rasberry's Edits 2023 0314 |
| 149 | SPECTRUM 0000910 | Wendler Draft Statement Rasberry Edits 2023 0315 |
| 150 | SPECTRUM 0001787 | Wendler Draft March 23 2023 Statement 2023 |
| 151 | SPECTRUM 0001797 | Wendler Draft  March 23 2023 Statement Rasberry Edits |
| 152 | SPECTRUM 0001815 | Wendler Draft March 23 2023 Statement discussing hate crimes |
| 153 | Def_182084 | Stovall FFRF Speech Transcript 2023 |
| 154 | Def_182089 | Spectrum WT GoFundMe Page 2023 |
| 155 | Def_182292 | NBC News Article RuPaul's Remarks 2018 0306 |
| 156 | Def_182341 | MPAA Ratings Guide PG13 Nudity |
| 157 | Def_182348 | Film Rating System Chart |
| 163 | | Marshall West Texas A&M 'Values-Based Thinking' 2023 1006 |
| 164 | Def_000001 | Civil Rights Report Regarding Wendler's March 2023 Statement |
| 165 | Def_000003 | Civil Right Report Concerning Wendler's March 2023 Statement |
| 166 | Def_000006 | Civil Rights Report Concerning Wendler's March 2023 Statement |
| 167 | Def_000009 | Civil Rights Report Concerning Wendler's March 2023 Statement |
| 168 | Def_000011 | Civil Rights Report Concerning Wendler's March 2023 Statement |
| 169 | Def_000013 | Stovall Civil Rights Report 2023 0505 |

| 170 | Def_000015 | Stovall Civil Rights Report 2023 0610 |
| 171 | Def_000017 | Stovall Civil Rights Report 2023 0721 |
| 172 | Def_000019 | Stovall Civil Rights Report 2023 0802 |
| 173 | Def_000021 | Stovall Civil Rights Report 2023 0829 |
| 174 | Def_000023 | Stovall Civil Rights Report 2024 0303 |
| 175 | Def_007569 | The Hill Institute Discussion Documents 2022 0422 |
| 176 | Def_024606 | Wendler Publications Thoughts from a Conservative Outpost 2024 |
| 177 | Def_153129 | WTAMU Diversity & Inclusion Survey 2019 0215 |
| 178 | Def_001215 | Draft Version of The Hill Institute Booklet 2022 |
| 179 | Def_182093 | MPA Film Classification and Ratings Rules |
| 180 | Def_182115 | Nielsen Parents' Film Ratings Advisory Study 2018 |
| 181 | Def_182146 | WT125 From the Panhandle to the World |
| 182 | Def_181906 | WTAMU PUP Enrollment Data |
| 183 | | Figures on Legacy Hall Usage - *See* Fouts Deposition Ex 55 |
| 184 | Def_000030 | Letter Praising Wendler and WT 125 Campaign 2023 0419 |
| 185 | Def_000031 | Letter to TAMU Board of Regents from member of Public Regarding Minors and Drag Shows[1] |
| 186 | Def_000063 | Spectrum WT Catering Exemption Form 2024 0207 |
| 187 | Def_000082 | 2024 Drag Show Reservation System Screenshot |
| 188 | Def_000083 | 2024 Drag Show Reservation System Screenshot |
| 189 | Def_000084 | Buff-a-Woah Drag Show Reservation System Screenshot Containing Event Details 2024 0322 |
| 190 | Def_000728 | TAMUS Presentation on  Federal Law, System Regulation 08.01.01, Civil Rights, and Working with the LGBTQ+ Communities |
| 191 | Def_000842 | Spectrum 2023 Drag Show Flyer Coversheet |

---

[1] The district court did not admit Exhibit 185 in its entirety.  The district court did not admit the pages Bates-stamped Def_00043 and Def_00045-46.

| 192 | Def_000848 | Excel Spreadsheet of Spectrum WT Event Confirmations 2016 through 2024 Coversheet |
|---|---|---|
| 193 | | Reservation Information for 2023 Drag Show Practices 2023 0328 |
| 194 | Def_000850 | Reservation Information for Spectrum WT Rocky Horror Picture Show |
| 196 | Def_000852 | Excel Spreadsheet Reflecting Past Events in JBK Student Center 2021 through 2025 Coversheet |
| 197 | Def_007937 | Facilities Use Agreement Kevin Gates Concert 2024 0321 |
| 198 | Def_017577 | WTAMU Student Guidelines for the Dual Credit Program |
| 199 | Def_086907 | TCCSAO Conference 2025 Legal and Legislative Update Presentation 2025 0605 |
| 200 | Def_130216 | TCCSAO Higher Education Legal Update Presentation 2024 0530 |
| 201 | Def_003197 | Messages from Public Disagreeing with Wendler's Decision Concerning the Drag Shows |
| 202 | Def_003252 | Messages from Public Agreeing with Wendler's Decision Concerning the Drag Shows |
| 203 | Def_182036 | WTAMU Campus Map |
| 204 | Def_182275 | Spectrum WT 2026 Drag Show Risk Assessment Review |
| 205 | Def_182279 | Spectrum WT 2026 Drag Show Reservation Details |
| 206 | SPECTRUM 0000753 | Spectrum WT A Fool's Drag Race Meeting Notes |
| 207 | | Plaintiff's Amended Responses to Defendants' First Set of Interrogatories - *See* Fanelli Deposition Ex 2 |
| 208 | | Fouts Notes Concerning 2023 Drag Show - See Fouts Deposition Ex 81 |
| 209 | | Fouts Briefing with Thomas and Haugen Concerning 2023 Drag Show 2023 0221 - See Fouts Deposition Ex 83 |
| 210 | Def_000049 | West Texas A&M University Risk Management & Insurance Matrix - Don't be a Drag, Drag Show |
| 211 | SPECTRUM 0000655 | Spectrum WT Officer Elections 2022 1027 |

| 212 | SPECTRUM 0000753 | Notes from 2023 Drag Show Meeting with Co-Sponsoring Student Organizations |
|---|---|---|
| 213 | SPECTRUM 0001292 | Screenshot of Spectrum WT Event Reservations Made by Bright 2023 0323 |
| 214 | SPECTRUM 0001560 | Bright Off Duty Management Receipt Sam Houston Drag Show |
| 215 | SPECTRUM 0001563 | Off Duty Management Receipt Bright 2023 0329 |
| 216 | SPECTRUM 0001834 | Map of Legacy Hall Space for 2023 Drag Show |
| 217 | SPECTRUM 0001888 | Stovall Secular Student Alliance Student Activist Scholarship Application 2023 0403 |
| 218 | SPECTRUM 0001889 | Stovall Secular Student Alliance Student Activist Scholarship Application 2023 0403 |
| 219 | SPECTRUM 0001890 | Stovall Secular Student Alliance Student Activist Scholarship Application 2023 0403 |
| 220 | SPECTRUM 0001947 | JBK Student Center Reservation Portal Rocky Horror Picture Show |
| 221 | SPECTRUM 0003960 | Spectrum WT Homepage |
| 222 | SPECTRUM 0004798 | S.B. 12 Concerning Sexually Oriented Performances |
| 223 | SPECTRUM 0004842 | Spectrum WT Membership Roll 2025 1202 |
| 224 | SPECTRUM 0004887 | WTAMU Pre-University Program Student Approval Forms |
| 225 | SPECTRUM 0004890 | WTAMU PUP Frequently Asked Questions |
| 226 | SPECTRUM 0004895 | Spectrum WT Regular Attendees |
| 227 | Def_182326 | MPAA Ratings Webpage |
| 228 | Def_182333 | 2023 Drag Show Eventbrite |
| 229 | Def_182350 | 2023 Drag Show Participant Sign-Up Form |

| 230 | SPECTRUM 0001533 | Text Message from Drumheller to Bright Concerning Media Interview Inquiry 2023 0330 |
| 231 | SPECTRUM 0001458 | Text Message from Chandler to Bright Concerning Help from Community Members Sam Houston Drag Show 2025 0325 |
| 232 | SPECTRUM 0001458 | Direct Message from Myka to Spectrum WT Officer Concerning 2024 Drag Show 2024 0313 |
| 233 | SPECTRUM 0002647 | Text Message from Chandler to Bright Concerning Alternative Venues for 2024 Drag Show 2024 0328 |
| 234 | SPECTRUM 0000611 | SmORGasbord Message Thread Regarding Planning of 2023 and Sam Houston Drag Shows |
| 235 | SPECTRUM 0000775 | Text Message from Bright to Drumheller Concerning 2023 Drag Show Risk Assessment 2023 0213 |
| 236 | SPECTRUM 0000829 | Text Message from Bright to Chandler Requesting Names of Drag Show Judges 2023 0321 |
| 237 | SPECTRUM 0000830 | Text from Chandler to Bright Regarding Alternative Venues for 2023 Drag Show 2023 0320 |
| 238 | SPECTRUM 0001261 | Text Message from Bright to Drumheller Regarding Next Steps for 2023 Drag Show 2023 0322 |
| 239 | SPECTRUM 0001262 | Text Message from Chandler to Bright Regarding Allies and Spectrum Meetings 2023 0322 |
| 240 | SPECTRUM 0001499 | GroupMe Message Thread Sam Houston Drag Show Performers 2023 0327 |
| 241 | SPECTRUM 0001506 | Text Message from Bright to Chandler Concerning Logistics of Sam Houston Drag Show 2023 0028 |
| 242 | SPECTRUM 0002377 | Text Message from Bright to Chandler Concerning 2024 Drag Show Eventbrite 2024 0215 |
| 243 | SPECTRUM 0002397 | Text Messages from Local Drag Performers to Bright Concerning 2024 Drag Show Routines |
| 244 | SPECTRUM 0002399 | Text Message from Local Drag Performer Inquiring About Venue for 2024 Drag Show 2024 0228 |
| 245 | SPECTRUM 0002403 | Text Message from Bright to Drumheller About Expense Reimbursement from OSEL 2024 0314 |

| 246 | SPECTRUM 0002405 | Text Message Thread Between 2024 Drag Show Performers About On-Campus Practices |
| 247 | SPECTRUM 0002406 | Text Message Thread Between 2024 Drag Show Performers About On-Campus Practice Location |
| 248 | SPECTRUM 0002453 | Social Media Direct Message Inviting Myka to 2024 Drag Show Performance Practices 2024 0313 |
| 249 | SPECTRUM 0002495 | Text Message from Bright to 2024 Drag Show Performers Regarding Alternative Venues 2024 0315 |
| 250 | SPECTRUM 0002557 | Text Message from Local Drag Performer Concerning Denial of 2024 Drag Show Reservation Application |
| 253 | SPECTRUM 0002168 | Text from Chandler to Drumheller Showing Spectrum's Fall 2023 Events Poster |
| 254 | SPECTRUM 0004780 | Social Media Message Very Vocal Minority 2023 0323 |
| 255 | SPECTRUM 0004791 | Message from Joel HollyWood Inquiring About Drag Show 2023 0329 |
| 256 | SPECTRUM 0004793 | Message from Spectrum Officer to Joel HollyWood Regarding Drag Show 2023 0330 |
| 257 | SPECTRUM 0004794 | Message to Myss Myka Concerning Sam Houston Drag Show Closing Performance 2023 0331 |
| 258 | SPECTRUM 0004795 | Instagram Conversation Between Myka and Stovall Regarding Sam Houston Drag Show 2023 0401 |
| 259 | SPECTRUM 0004796 | Conversation Between Myka and Spectrum Member Concerning Drag Performance Lessons 2023 |
| 260 | SPECTRUM 0004803 | Direct Message to Spectrum Member Concerning Planning of 2024 Drag Show 2023 1114 |
| 261 | SPECTRUM 0004806 | Direct Message to Spectrum Member Concerning Graduation 2024 |
| 262 | SPECTRUM 0004807 | Group Chat Between Spectrum Members Regarding Queer History Night 2024 0214 |
| 263 | SPECTRUM 0004808 | Direct Message Asking Myka to Emcee the 2024 Drag Show 2024 0215 |
| 268 | SPECTRUM 0004819 | Direct Message Concerning Drag Character |

| 269 | SPECTRUM 0004898 | Direct Message Between Evan Curtis and Marcus Stovall |
| 270 | SPECTRUM 0004899 | Direct Message Between Curtis and Stovall |
| 271 | SPECTRUM 0004901 | Direct Message Between Curtis and Stovall Drag Mother |
| 272 | SPECTRUM 0004902 | Direct Message Between Curtis and Stovall Drag Queen Trump Universe |
| 274 | SPECTRUM 0001443 | Spectrum WT Instagram Post GoFundMe 2023 0325 |
| 275 | SPECTRUM 0000834 | A Fool's Drag Race Recruitment |
| 276 | SPECTRUM 0001183 | Spectrum WT Instagram Post Official Statement Concerning 2023 Drag Show 2023 0321 |
| 277 | SPECTRUM 0001186 | Spectrum WT Instagram Post Official Statement Concerning 2023 Drag Show 2023 0321 |
| 278 | SPECTRUM 0000760 | Spectrum WT Instagram Spectrum Spring 2023 Events Calendar 2023 0208 |
| 279 | SPECTRUM 0001174 | Instagram Direct Message from Spectrum WT to Coco Peru 2023 0321 |
| 280 | SPECTRUM 0001242 | Instagram Direct Message from Club Luxor Concerning Alternative Venue for 2023 Drag Show 2023 0322 |
| 281 | SPECTRUM 0001521 | Instagram Direct Message from Women's March to Spectrum WT 2023 0321 |
| 282 | SPECTRUM 0001572 | Instagram Direct Message from NPR to Spectrum Inquiring About Radio Interview 2023 0329 |
| 283 | SPECTRUM 0001615 | Spectrum WT Instagram Sam Houston Drag Race Flyer Inquiry About Minors 2023 0330 |
| 284 | SPECTRUM 0002383 | Spectrum WT Facebook Post Welcoming Sign-Ups 2024 0217 |
| 285 | SPECTRUM 0002496 | Governor Abbott X Post Praising Wendler's Decision Regarding the Drag Shows 2024 0316 |
| 286 | SPECTRUM 0000401 | Spectrum WT  Instagram Post Meeting Reminder 2021 1014 |
| 287 | SPECTRUM 0000402 | Spectrum WT Instagram Post Halloween Party 2021 1028 |

| 288 | SPECTRUM 0001846 | Chandler Facebook Post Sam Houston Drag Show |
|-----|------------------|----------------------------------------------|
| 289 | SPECTRUM 0002137 | Spectrum Instagram Post Fall 2023 Meetings 2024 0824 |
| 291 | Def_181910 | Myss Myka Instagram Post Tell Me Why |
| 292 | Def_181922 | Myss Myka Instagram Post Save a Horse 2024 1216 |
| 293 | Def_181926 | Myss Myka Instagram Post Closer to You 2024 0901 |
| 294 | Def_181932 | Myss Myka Instagram Post After Hours 2024 0529 |
| 295 | Def_181935 | Myss Myka Instagram Post My Blonde Ambition 2024 0522 |
| 296 | Def_181939 | Myss Myka Instagram Post You Rang 2023 1126 |
| 297 | Def_181943 | Myss Myka Instagram Post Bearded Version of Elvira 2023 1029 |
| 298 | Def_181946 | Myss Myka Instagram Post Like a Restaurant |
| 299 | Def_181949 | Myss Myka Instagram Post Promoting Not for Kids Drag Story Time at The 806 Coffee 2023 0423 |
| 300 | Def_181951 | Myss Myka Instagram Post Drag Queen Story Time 2023 0601 |
| 301 | Def_181953 | Myss Myka Instagram Post Performance Clip 2023 0314 |
| 302 | Def_181956 | Myss Myka Instagram Post Club Kid Performance Clip 2023 0302 |
| 303 | Def_181959 | Myss Myka Instagram Post Gender Bender Drag Queen 2023 0123 |
| 304 | Def_181962 | Myss Myka Instagram Post Depicting Myka and Valentine Van Buren 2023 0113 |
| 305 | Def_181967 | Myss Myka Instagram Post Myka in Drag 2022 1106 |
| 306 | Def_181969 | Myss Myka Instagram Post Treat Me Like a Slut 2022 1006 |
| 307 | Def_181972 | Myss Myka Instagram Post When the Boys Get Boobs 2022 0927 |
| 308 | Def_181978 | Myss Myka Instagram Post I Felt Smexy 2022 0606 |
| 309 | Def_181981 | Myss Myka Instagram Post Just Me in my Natural Hooker Form 2022 0606 |
| 310 | Def_181989 | Myss Myka Instagram Post Peter the Penis 2022 0503 |
| 311 | Def_181992 | Myss Myka Instagram Post Go-Go Slutty Rangers Featuring Van Buren 2022 0501 |
| 312 | Def_181994 | Myss Myka Instagram Post Taking the Pups for a Walk 2022 0426 |

| 313 | Def_181997 | Myss Myka Instagram Post Sometimes Girls Just Wanna Have Fun 2020 0828 |
| 314 | Def_182000 | Myss Myka Instagram Post Video Collage & Hump Day Flashback 2020 0708 |
| 315 | Def_182003 | Myss Myka Instagram Post Back to a Simpler Time 2020 0428 |
| 316 | Def_182006 | Myss Myka Instagram Post Sans Makeup or Glitter Burlesque 2019 1017 |
| 317 | Def_182008 | Myss Myka Instagram Post Hit Us With Your Best Shot 2019 1003 |
| 318 | Def_182011 | Myss Myka Instagram Post You Don't Own Me 2019 0621 |
| 319 | Def_182037 | Gender Studies WTAMU Instagram Rainbow Graduation Stoles 2024 0324 |
| 320 | Def_182039 | Gender Studies WTAMU Instagram Drag is Freedom 2023 1102 |
| 321 | Def_182041 | Gender Studies WTAMU Instagram Freedom of Speech 2023 1106 |
| 322 | Def_182043 | Gender Studies Instagram 2024 Drag Show Flyer 2024 0312 |
| 323 | Def_182047 | Gender Studies Program Separation of Church and State Lectures 2023 1109 |
| 324 | Def_182056 | Gender Studies Instagram Marcus Stovall FRFF National Convention Speech 2023 1023 |
| 325 | Def_182058 | Gender Studies WTAMU Instagram National Coming Out Day 2023 1011 |
| 326 | Def_182060 | Gender Studies WTAMU Instagram Spectrum Fall 2023 Events Calendar 2023 0828 |
| 327 | Def_182064 | Gender Studies WTAMU Instagram Drag is Back |
| 328 | Def_182070 | Gender Studies WTAMU Instagram Graduates with Rainbow Stoles |
| 329 | Def_182072 | Gender Studies WTAMU Instagram Faculty with Rainbow Stoles 2023 0515 |
| 330 | Def_182076 | Gender Studies WTAMU Graduation Filled with Rainbows 2023 0515 |
| 331 | Def_182284 | Stovall Instagram Post 2023 Drag Show Flyer 2023 0329 |
| 332 | Def_182286 | Stovall Instagram Sam Houston Drag Show Photo 2023 0401 |

| 333 | Def_182288 | Stovall Instagram Post 2024 Drag Show Student Inquiry 0315 2024 |
| 334 | Def_182290 | Stovall Instagram Freedom From Religion Foundation National Convention Photo 2023 1014 |
| 335 | Def_182309 | Spectrum WT Instagram Queer-tions for You 2024 0118 |
| 336 | Def_182311 | Spectrum WT Instagram Allies Workshop 2024 1001 |
| 337 | Def_182313 | Spectrum WT Instagram Semester Events Calendar 2024 0923 |
| 338 | Def_182315 | Spectrum WT Instagram Trans Lunch and Learn 2022 0317 |
| 339 | Def_182317 | The 806 Coffee Instagram Drag Show Flyer 2023 0701 |
| 340 | Def_182319 | Haus of Mysfits Facebook Post |
| 341 | Def_182321 | Haus of Mysfits Facebook Post Superstar Showcase Flyer 2024 0919 |
| 342 | Def_182323 | Haus of Mysfits Facebook Post Myka and Van Buren 2024 0909 |
| 343 | Def_000027 | Secular Student Alliance Christian Nationalism Flyer |
| 344 | Def_000028 | Secular Student Alliance Freedom of Religion Flyer |
| 345 | Def_000029 | Secular Student Alliance Freedom of Speech Flyer |
| 346 | Def_000096 | Spectrum 2024 Drag Show Flyer |
| 347 | Def_000097 | Spectrum 2023 Drag Show Flyer |
| 348 | Def_000098 | Spectrum 2023 Drag Show Flyer-Finalized Version |
| 349 | | Spectrum WT 2024 Drag Show Flyer |
| 350 | | Spectrum 2023 Drag Show Rejected Draft Flyer-Split |
| 351 | | Spectrum 2023 Drag Show Flyer |
| 352 | SPECTRUM 0001782 | Spectrum WT 2023 Drag Show Rejected Draft Flyer-Bent |
| 353 | SPECTRUM 0000427 | Spectrum WT Lavender Prom Flyer |
| 354 | SPECTRUM 0001782 | 2023 Drag Show Draft Flyer-Bending Over |
| 355 | SPECTRUM 0001786 | 2023 Drag Show Draft Flyer-Split |

| 356 | SPECTRUM 0001666 | Buffs for Drag Social Media Post Promoting Sam Houston Drag Show |
| 357 | SPECTRUM 0003042 | Spectrum WT Valentine's Lip Sync Variety Show Flyers Drag 2025 0221 |
| 358 | SPECTRUM 0003053 | Spectrum WT Valentine's Lip Sync Variety Show Flyer 2025 0221 |
| 359 | | Voicemail from Parent of Minor Supporting Wendler's Decision |
| 360 | | Excel Spreadsheet of Spectrum WT Event Confirmations 2016 through 2024 |
| 361 | | Excel Spreadsheet Reflecting Student Organization Reservation Requests 2020 through 2025 |
| 362 | | Excel Spreadsheet Reflecting Past Events in JBK Student Center 2021 through 2025 |
| 363 | | Video of Myka Performing at Club Luxor 2023 0224 |
| 364 | | Spectrum WT NPR Radio Interview |
| 365 | | Video of Bright Speech Freedom from Religion Foundation National Convention 2023 |
| 366 | SPECTRUM 0000001 | Video of Drag Performance from Reagan Film |
| 367 | SPECTRUM 0001129 | Video of Buffs for Drag Protest |
| 368 | SPECTRUM 0001638 | News Clip About Sam Houston Drag Show Featuring Stovall |
| 369 | SPECTRUM 0001694 | Video of Sam Houston Drag Show Performance-Closing Remarks from Myka |
| 370 | SPECTRUM 0001728 | Video of Myka Announcing Sam Houston Drag Show Judges |
| 371 | SPECTRUM 0001769 | Video of Valentine Van Buren Performing During Sam Houston Drag Show |
| 372 | SPECTRUM 0001771 | Video of Myka Emceeing Sam Houston Drag Show |
| 373 | SPECTRUM 0001776 | Video of Bright Performing Sam Houston Drag Show |
| 374 | SPECTRUM 0001777 | Video of Henry Sam Houston Drag Performance |
| 375 | SPECTRUM 0001840 | Video of Drag and Burlesque Performances During Sam Houston Drag Show Minors Present |
| 376 | SPECTRUM 0001842 | Video of Closing Remarks Sam Houston Drag Show |

| 377 | SPECTRUM 0002143 | Wendler Fox News Interview |
|---|---|---|
| 378 | SPECTRUM 0002238 | Full Video of Stovall and Bright Student Activist Award Speeches |
| 379 | SPECTRUM 0002324 | Video of Wendler Discussing WT values on The Chat |
| 380 | SPECTRUM 0002427 | Video of Wendler on Texas Home School Conventions Show |
| 381 | Def_181977 | Myss Myka Instagram Video She's Got a New Look |
| 382 | Def_181934 | Myss Myka Instagram Post Performance Video |
| 383 | Def_181971 | Myss Myka Instagram Video Treat Me Like a Slut 2022 1006 |
| 384 | Def_181945 | Myss Myka Instagram Video Dancing in Drag |
| 385 | Def_182010 | Myss Myka Instagram Video Hit Us With Your Best Shot 2019 1003 |
| 386 | Def_181912 | Myss Myka Instagram Video Breast Exposed |
| 387 | Def_182005 | Myss Myka Instagram Video Back to a Simpler Time 2020 0428 |
| 388 | Def_181948 | Myss Myka Instagram Video Performance with Jump Rope |
| 389 | Def_181966 | Myss Myka Instagram Video Selfie 2022 1119 |
| 390 | Def_181983 | Myss Myka Instagram Video Just Me in my Natural Hooker Form 2022 0606 |
| 391 | Def_181931 | Myss Myka Instagram Video Little Bit Closer 2024 0724 |
| 392 | Def_181999 | Myss Myka Instagram Video Sometimes Girls Just Wanna Have Fun 2020 0828 |
| 393 | Def_181980 | Myss Myka Instagram Video I Felt Smexy 2022 0606 |
| 394 | Def_182013 | Myss Myka Instagram Video You Don't Own Me 2019 0621 |
| 395 | Def_181961 | Myss Myka Instagram Video Performance 2023 0123 |
| 396 | Def_181988 | Myss Myka Instagram Video Peter the Penis Continued |
| 397 | Def_181974 | Myss Myka Instagram Video When the Boys Get Boobs 2022 0927 |
| 398 | Def_182002 | Myss Myka Instagram Video Collage & Hump Day Flashback 2020 0708 |
| 399 | Def_181928 | Myss Myka Instagram Video Closer to You 2024 0901 |

| 400 | Def_181958 | Myss Myka Instagram Video Club Kid Performance Clip 2023 0302 |
|---|---|---|
| 401 | Def_181991 | Myss Myka Instagram Video Peter the Penis 2022 0503 |
| 402 | Def_181909 | Vice Review Interview with Myss Myka (Michael Arredondo) |
| 403 | Def_181955 | Myss Myka Instagram Video Performance Clip 2023 0314 |
| 404 | Def_181996 | Myss Myka Instagram Video Taking the Pups for a Walk 2022 0426 |
| 405 | Def_182049 | Secular Student Alliance Lecture |
| 406 | Def_182353 | Wendler YouTube Video on Respect as WTAMU Value |
| 407 | SPECTRUM 0002066 | Photo of Stovall, Bright, and Myka at Pride Parade |
| 408 | | Video of Myka Performing at Club Luxor 2023 0224 - See Dkt. 37-3 |
| 409 | SPECTRUM 0001918 | Photo of Stovall with Local Drag Performers |
| 410 | SPECTRUM 0001675 | Photo of Sam Houston Drag Performers Giving Closing Remarks |
| 411 | SPECTRUM 0001675 | Photo of Sam Houston Drag Performers Giving Closing Remarks |
| 412 | SPECTRUM 0001716 | Photo of Stovall and Bright in Drag Sam Houston Drag Show |
| 413 | SPECTRUM 0001751 | Photo of Stovall Sam Houston Drag Show |
| 414 | SPECTRUM 0001710 | Photo of Van Buren Helping Stovall with Makeup During Sam Houston Drag Show |
| 415 | SPECTRUM 0001765 | Photo of Myka, Van Buren, and Another Drag Performer During Sam Houston Drag Show |
| 416 | SPECTRUM 0001820 | Photo of Bright, Stovall, and Other Spectrum WT Members with Local Drag Performers |
| 417 | SPECTRUM 0001431 | Photo of WTAMU Campus Protester Dressed in Drag |
| 418 | SPECTRUM 0001687 | Photo of Bright and Stovall Sam Houston Drag Show 2023 |
| 419 | SPECTRUM 0001695 | Photo of Bright, Stovall, and other performers Sam Houston Drag Show 2024 |

| 420 | SPECTRUM 0001710 | Photo of Drag Performer Van Buren helping Stovall get ready Sam Houston Drag Show 2023 |
|---|---|---|
| 421 | SPECTRUM 0001714 | Photo of Bright and Stovall Sam Houston Drag Show Photo |
| 422 | SPECTRUM 0001722 | Photo of Bright and Stovall in drag at Sam Houston Park Show |
| 423 | SPECTRUM 0001736 | Photo of Bright and Stovall during Sam Houston Drag Show 2023 |
| 424 | SPECTRUM 0001820 | Photo of Bright, Stovall, Myka, and other drag performers unknown location |
| 425 | SPECTRUM 0001847 | Photo of Audience at Sam Houston Drag Show |
| 426 | SPECTRUM 0001848 | Myss Myka dancing with audience member Sam Houston Drag Show |
| 427 | SPECTRUM 0001849 | Photo of Chandler, Bright, Stovall and other performers Sam Houston Drag Show 2023 |
| 428 | SPECTRUM 0002449 | Photo of Stovall from 2024 Drag Show Practice |
| 429 | SPECTRUM 0003113 | Photo of performer during Spectrum Valentine's Lip Sync Variety Show 2025 0221 |
| 430 | SPECTRUM 0003153 | Photo of performance from Spectrum Valentine's Lip Sync Variety Show no top |
| 431 | SPECTRUM 0003164 | Photo from Spectrum Valentine's Lip Sync Variety Show 2025 0221 |
| 432 | SPECTRUM 0003166 | Photo of performance from Valentine's Lip Sync Variety Show 2025 0221 |
| 433 | Def_181929 | Myss Myka Instagram Post Little Bit Closer 2024 0724 |
| 434 | Def_181941 | Myss Myka Instagram Post 1800 Myss Myka Now 2023 1126 |
| 435 | Def_181964 | Myss Myka Instagram Post Selfie 2022 1119 |
| 436 | Def_181975 | Myss Myka Instagram Post She's Got a New Look 2022 0924 |
| 437 | Def_000851 | Excel Spreadsheet Reflecting Student Organization Reservation Requests 2020 through 2025 Coversheet |
| 438 | SPECTRUM 0003822 | JB Kelley Student Center-The Heart of Campus Life |

| 439 | SPECTRUM 0002007 | Spectrum WT Facebook Post Buff Expressions Flyer 2024 0425 |
|-----|------------------|-------------------------------------------------------------|
| 440 | SPECTRUM 0002041 | Wendler Op-ed Our Regional Strength: Who We Are 2023 0603 |
| 441 | SPECTRUM 0002065 | Photo of Stovall and Myka Pride Parade |
| 444 | SPECTRUM 0002135 | Stovall Instagram Message Promoting The 806 Not for Kids Drag Story Time 2023 0823 |
| 445 | SPECTRUM 0002795 | Instagram Message Pride on The Plains Amarillo Thompson Park 2024 0626 |

Date: February 26, 2026

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

*/s/ David Bryant*

DAVID BRYANT
Special Counsel
Tex. State Bar No. 03281500

MUNERA AL-FUHAID
Special Counsel
Tex. State Bar No. 24094501

ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706

ALEXIA K. BAKER
Assistant Attorney General
Tex. State Bar No. 24149596

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
zachary.berg@oag.texas.gov
alexia.baker@oag.texas.gov

COUNSEL FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ David Bryant*

DAVID BRYANT