

March 10, 2026



MAR 17 2026 AM9:53
FILED - USDC - NDTX - AM

**Sent _via_ U.S. Mail**
Clerk of Court
U.S. District Court
    for the Northern District of Texas
205 SE 5th Avenue, Room 133
Amarillo, Texas 79101-1559

  Re: Spectrum WT v. Wendler, No. 2:23-cv-00048-Z

To Whom It May Concern:

  For the Court's convenience, please find enclosed a flash drive containing the native versions of Plaintiff Spectrum WT's trial exhibits—specifically Exhibits 25, 28, and 42—in the above-styled action. This matter was pending before Judge Matthew Kacsmaryk.

  Please let me know if you have any questions. I may be reached on my cell phone at 562-686-6990.

         Sincerely,

         Adam Steinbaugh *
         Senior Attorney
         FOUNDATION FOR INDIVIDUAL RIGHTS
          AND EXPRESSION
         510 Walnut Street; Ste. 900
         Philadelphia, PA 19106
         adam@fire.org

         * This attorney is admitted in
         California and Pennsylvania