**FIRE** 510 Walnut St, Suite 900
Philadelphia, PA 19106

RECEIVED

MAR 1 7 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



quadient

FIRST-CLASS MAIL
IMI
**$001.03**
03/10/2026 ZIP 19106
043M31251397

Clerk of Court
U.S. District Court
for the Northern District of Texas
205 SE 5th Avenue, Room 133
Amarillo, TX 79101-1559