UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT,

               Plaintiff,

v.

WALTER WENDLER, in hi official capacity as
President of West Texas A & M University,

               Defendant.

No. 2:23-cv-00048

### WALTER WENDLER'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendant Walter Wendler, in his official capacity as President of West Texas A & M University, files this Unopposed Motion to Withdraw Counsel and would respectfully show the following:

Munera Al-Fuhaid is currently designated as an attorney of record for Defendant Walter Wendler. Ms. Al-Fuhaid has been administratively reassigned to other matters. Therefore, it is necessary for Ms. Al-Fuhaid to withdraw from this case.

Walter Wendler will continue to be represented by David Bryant.

For the reasons stated above, Defendant Wendler respectfully requests that the Court grant this Motion to Withdraw Munera Al-Fuhaid as Counsel and remove Ms. Al-Fuhaid from all further electronic notifications regarding this case.

1

Date: June 18, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted.

*/s/ David Bryant*

DAVID BRYANT
Special Counsel
Tex. State Bar No. 03281500

ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706

ALEXIA K. BAKER
Assistant Attorney General
Tex. State Bar No. 24149596

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
david.bryant@oag.texas.gov
zachary.berg@oag.texas.gov
alexia.baker@oag.texas.gov

COUNSEL FOR DEFENDANT WENDLER

### CERTIFICATE OF CONFERENCE

On June 17, 2026, Plaintiff conferred with JT Morris, counsel for Plaintiff, who advised that his client does not oppose this motion.

*/s/ David Bryant*
DAVID BRYANT

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ David Bryant*
DAVID BRYANT