UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT,

               Plaintiffs,

v.

WALTER WENDLER, in his official capacity as
President of West Texas A & M University,
               Defendant.

No. 2:23-cv-00048

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL

On this day, the Court considered Defendant Wendler's Unopposed Motion to Withdraw Munera Al-Fuhaid as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Wendler Unopposed Motion to Withdraw Munera Al-Fuhaid as Counsel is GRANTED. Ms. Al-Fuhaid is hereby withdrawn as counsel of record for Defendant Walter Wendler.

**SO ORDERED**.

_____, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE