IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT,

     Plaintiff,

v.                                                                          2:23-CV-048-Z

WALTER WENDLER,

     Defendant.

## ORDER

Before the Court is Defendant Walter Wendler's Unopposed Motion to Withdraw Counsel, filed June 18, 2026. ECF No. 225. Defendant writes that "Munera Al-Fuhaid is currently designated as an attorney of record for Defendant Walter Wendler," but she "has been administratively reassigned to other matters. Therefore, it is necessary for Ms. Al-Fuhaid to withdraw from this case." *Id.* at 1. Defendant "will continue to be represented by David Bryant." *Id.*

Withdrawal of counsel is governed by Northern District of Texas Local Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of Court that Munera Al-Fuhaid should be withdrawn as counsel in this case.

    **SO ORDERED.**

June 18, 2026

                                        MATTHEW J. KACSMARYK
                                        UNITED STATES DISTRICT JUDGE