UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT, *et al.*,
Plaintiffs,
v.
WALTER WENDLER, *et al.*,
Defendants.

No. 2:23-cv-00048

## WALTER WENDLER'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendant Walter Wendler, in his official capacity as President of West Texas A&M University, files this Unopposed Motion to Withdraw Alexia K. Baker as counsel of record.

Ms. Baker has accepted a position outside the Office of the Attorney General of Texas. Therefore, Defendant Wendler respectfully requests that she be withdrawn from this case. Defendant Wendler will continue to be represented by all other counsel listed below.

For the reasons stated above, Defendant Wendler respectfully requests that the Court grant this motion and remove Ms. Baker from all further electronic notifications regarding this case.

Date: July 30, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted.

DAVID BRYANT
Special Counsel
Tex. State Bar No. 03281500

ZACHARY BERG
Special Counsel
Tex. State Bar No. 24107706

*/s/ Alexia K. Baker*
ALEXIA K. BAKER
Assistant Attorney General
Tex. State Bar No. 24149596

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
david.bryant@oag.texas.gov
zachary.berg@oag.texas.gov
alexia.baker@oag.texas.gov

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 28, 2026, I conferred with JT Morris, counsel for Plaintiff, who advised that his client does not oppose this motion.

*/s/ Alexia K. Baker*
ALEXIA K. BAKER

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, a true and accurate copy of this document was served using the CM/ECF system and/or electronic mail to all counsel and parties of record.

*/s/ Alexia K. Baker*
ALEXIA K. BAKER