UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SPECTRUM WT, *et al.*,<br>Plaintiffs,<br>v.<br>WALTER WENDLER, *et al.*,<br>Defendants. | No. 2:23-cv-00048 |

# ORDER

Before this Court is an Unopposed Motion to Withdraw Alexia K. Baker as counsel of record, filed by Defendant Wendler, in his official capacity as President of West Texas A&M University. After due consideration, the Court finds the Motion should be and is hereby **GRANTED**.

Accordingly**, IT IS ORDERED** that Alexia K. Baker is hereby withdrawn as counsel of record for Defendant Walter Wendler.

**SO ORDERED**.

__________________, 2026

______________________________
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE