IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

SPECTRUM WT,

     Plaintiff,

v.                                                                    2:23-CV-048-Z

WALTER WENDLER,

     Defendant.

## ORDER

Before the Court is Defendant Walter Wendler's Unopposed Motion to Withdraw Counsel, filed July 30, 2026. ECF No. 228. Defendant writes that Alexia K. Baker "has accepted a position outside the Office of the Attorney General of Texas. Therefore, Defendant Wendler respectfully requests that she be withdrawn from this case. Defendant Wendler will continue to be represented by all other counsel listed below." *Id.* at 1.

Withdrawal of counsel is governed by Northern District of Texas Local Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of Court that Ms. Baker should be withdrawn as counsel in this case.

**SO ORDERED.**

August __5__, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE